**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DARRELL RUSSELL<br><br>PLAINTIFF,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:21cv00853-CC |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**(1)** The undersigned counsel of record for Defendant in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Darrell Russell, Plaintiff

Lincoln Life Assurance Company of Boston, Defendant

The Lincoln National Life Insurance Company, parent corporation

Lincoln National Corporation, parent corporation

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Not applicable.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

D. Seth Holliday, Esq., attorney for Plaintiff

Brian Johnson, Esq., attorney for Defendant

Iwana Rademaekers, Esq., attorney for Defendant

Respectfully submitted,

DREW ECKL & FARNHAM, LLP

*/s/ Brian Johnson*
Brian Johnson, Esq.
Georgia Bar No. 394745

Drew, Eckl & Farnham
303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
404/885-1400
404/876-0992 fax
Email: johnsonb@deflaw.com

AND

s/ *Iwana Rademaekers*
Iwana Rademaekers, Esq.
Texas Bar No. 16452560
(*Pro Hac Vice* Application forthcoming)

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

## LOCAL RULE 5.1C and 7.1D CERTIFICATION

Pursuant to Local Rule 5.1C and 7.1D, I certify that this pleading has been prepared with Times New Roman 14 Point, the font and point selections approved by this Court in Local Rule 5.1C.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT by e-filing with the Court's CM/ECF system, which will automatically send email notification of such filing to the following party.

D. Seth Holliday, Esq.
McMahan Law Firm, LLC
700 S. Thorton Avenue
P.O. Box 1607
Dalton, Georgia 30722
Email: sholliday@mcmahanfirm.com

s/ *Brian Johnson*
Brian Johnson, Esq.
Georgia Bar No. 394745

Drew, Eckl & Farnham
303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
404/885-1400
404/876-0992 fax
Email: johnsonb@deflaw.com
11449700/1
06965-198013