**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DARRELL RUSSELL<br><br>PLAINTIFF,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:21cv00853-CC |

# DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD

Defendant Lincoln Life Assurance Company of Boston files Defendant's Submission of Administrative Record pursuant to the Order entered by the Court on May 5, 2021 (Document 11).

1. Group Disability Income Policy and Certificate (Lincoln/Russell 0001-0106);

2. January 29, 2021, correspondence containing decision on appeal (Lincoln/Russell 0150-0160); and

3. The Administrative Record pertaining to LTD claim (Lincoln/Russell 0107-0149 and 0161-1176).

Respectfully submitted this 31st day of May 2021.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

s/ *Iwana Rademaekers*
Iwana Rademaekers, Esq.
Texas Bar No. 16452560
(Admitted *Pro Hac Vice*)

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -

*/s/ Brian Johnson*
Brian Johnson, Esq.
Georgia Bar No. 394745

DREW, ECKL & FARNHAM
303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
404/885-1400
404/876-0992 fax
Email: johnsonb@deflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2021, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

D. Seth Holliday
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers