overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**

**1. Chronic pain syndrome**
MDToolBox Percocet Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8-12 hours, 30 days, 75, Refills 0
Start Trazodone HCl Tablet, 100 MG, 1 tablet, Orally, once at bedtime, 30 day(s), 30 tablets

**2. Others**
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.
.

**Preventive Medicine**

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Giving encouragement to exercise. pain Management Follow-up Plan documented: Yes.

**Follow Up**

Pt w/ Hx of melanoma s/p right axillary lymph node biopsy in 2017 resulted in right arm pain and diagnosed with CRPS. Also has lumbar radiculopathy s/p lumbar decompressive surgery w/ residual LBP and b/l leg pain L>R. Awaiting psych clearance for SCS trial. Would proceed with SCS trial for RUE CRPS and lumbar radiculopathy (lead in cervical and thoracic region) once approved. No changes in medical status since last visit. Pain is interferring with daily routine, QOL, and sleep with current regimen. Percocet is not adequately controlling his pain. Will uptitrate to 7.5mg Q8-12 hr PRN. Trazodone added to regimen for insomnia. Continue compounding w/ Ketamine since it's helpful. Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs. Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,The patient is advised to continue home exercise/stretching at home.

RUSSELL, Darrell **DOB:** (41 yo M) **Acc No.** 40183 **DOS:** 04/28/2020

**Appointment Provider: An Do, MD**



**Electronically signed by An Do on 04/29/2020 at 12:28 PM EDT**

**Sign off status: Completed**

**15 Georgia Pain and Wellness Center**
**100 LIBERTY BLVD**
**Ste 210**
**CANTON, GA 30114-2852**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

**Progress Note: An Do, MD 04/28/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

RUSSELL, Darrell **DOB:** (41 yo M) **Acc No.** 40183 **DOS:** 03/31/2020



**Russell, Darrell**
**41 Y old Male, DOB:**
**Account Number: 40183**

**Home:**
**Guarantor: Russell, Darrell Insurance: United Healthcare Payer ID: 87726**
**Referring: Amit M Patel**
**Appointment Facility: 15 Georgia Pain and Wellness Center**

**03/31/2020** **Appointment Provider: An Do, MD**

### Current Medications

Unknown
- Cymbalta
- Protonix
- Gabapentin
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally two times a day
- Percocet 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Percocet 5-325 MG Tablet 1 tablet as needed Orally every 12 hrs
- Baclofen 10 MG Tablet 1 tablet with food or milk Orally two times a day
- Gabapentin 600 MG Tablet 1 tablet Orally three times a day
- Relistor 150 MG Tablet 3 tablets 30 minutes before the first meal of the day Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Depression.
Cancer.
Panic Attacks.

### Surgical History

Back surgery (ruptured disc) 10/2019
Melanoma 2016
Lymphnode removal (right arm) 2016
Melanoma 2016-2017

### Family History

Non-Contributory

### Allergies

Lyrica

### Hospitalization/Major Diagnostic Procedure

see surgical hx

### Reason for Appointment

1. Right Arm Pain
2. Bilateral Leg Pain (R>L)
3. Low Back Pain

### History of Present Illness

Pain Management:

The severity of the pain is 8/10 average.

New symptom(s):

Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the right arm and bilateral legs (R>L). Pain is improved with rest and medication. Pain is worse with physical activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities

Clinical encounter chaperoned by: ashley

PATIENT HAS HAD MRI, CT, and/or X-RAY - NO

PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

Opioid Risk:

Risk Assessment & Stratification Risk Group Green, Risk Score 2, Panel Group Level B (2-3), Panel Score 2, ORT Date Completed 02/10/2020.

### Vital Signs

Ht 76 in, Wt 225 lbs, BMI 27.38 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 193.04 cm, Wt-kg 102.06 kg.

### Examination

PHYSICAL EXAM:

GENERAL APPEARANCE: NAD, appears stated age.

HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.

CV extremities appear to be grossly perfused, no obvious chest deformity.

RESPIRATORY no dyspnea noted.

## Review of Systems

2 point ROS:

General/Constitutional denies Fever/Chills.

Musculoskeletal reports Pain .

ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.

EXTREMITIES: RUE: ,edema noted.

SKIN: right upper extremity allodynia, edema, color changes noted, decreased temp compared to contralateral extremity.

PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.

MUSCULOSKELETAL right LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4-/5 DF.

NEUROLOGICAL right LE: decreased sensation to light touch/pinprick along L5-S1 dermatomes,right UE: allodynia and hyperesthesia noticed.

CERVICAL good ROM.

THORACIC NTTP, range of motion appears to be within normal limits.

LUMBOSACRAL + incision scar noted, POSITIVE facet loading noted

, decreased range of motion

, tenderness to palpation bilaterally along lowest three segments of lumbar facet joints,+ right SLR.

## Assessments

1. Complex regional pain syndrome I of right upper limb - G90.511 (Primary)
2. Pain in right arm - M79.601
3. Radiculopathy, lumbosacral region - M54.17
4. Postlaminectomy syndrome, not elsewhere classified - M96.1
5. Long term (current) use of opiate analgesic - Z79.891
6. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found

it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment

**1. Complex regional pain syndrome I of right upper limb**
Refill Baclofen Tablet, 10 MG, 1 tablet with food or milk, Orally, two times a day, 30 day(s), 60, Refills 3
Refill Gabapentin Tablet, 600 MG, 1 tablet, Orally, three times a day, 30 day(s), 90, Refills 3
MDToolBox Percocet Tablet, 5-325 MG, 1 tablet as needed, Orally, every 12 hrs, 30 days, 60, Refills 0

**2. Others**
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.
.

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

### Follow Up

Pt w/ Hx of melanoma s/p right axillary lymph node biopsy in 2017 resulted in right arm pain and diagnosed with CRPS. Also has lumbar radiculopathy s/p lumbar decompressive surgery w/ residual LBP and b/l leg pain L>R. Pain is currently being managed w/ narcotic. SCS trial discussed with patient. Pain is interfering with daily routine and sleep despite previous extended period of conservative management (at least 6 weeks of PT, HEP, and NSAIDS, narcotic medication, and multiple injections including ESI and sympathetic blocks). Pt would like to proceed with the trial with the hope to eliminate the need for narcotic medication and periodic injections. Will order SCS trial and begin pre-approval process. Obtain psych eval and proceed with SCS trial for RUE CRPS and lumbar radiculopathy (lead in cervical and thoracic region). Expected outcomes would include decreased in pain and increase in pt's function in daily activities without the need for narcotic medication. Procedure discussed - risk/benefits & questions/concerned addressed to pt's satisfaction. Pt understands and agrees to proceed. Compliant. No changes in medical status since last visit. Denies adverse effects from medication. Responding adequately to compounding w/ Ketamine. Will send in compouding

cream rx with refills. Other meds refilled. Consider weaning oral opioid regimen after SCS placement.

**Appointment Provider: An Do, MD**



**Electronically signed by An Do on 04/01/2020 at 02:56 PM EDT**

**Sign off status: Completed**

**15 Georgia Pain and Wellness Center**
**100 LIBERTY BLVD**
**Ste 210**
**CANTON, GA 30114-2852**
**Tel: 770-962-3642**
**Fax: 770-962-3643**



*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



## Russell, Darrell

**41 Y old Male, DOB:**
**Account Number: 40183**

**Home:**
**Guarantor: Russell, Darrell Insurance: United Healthcare Payer ID: 87726**
**Referring: Amit M Patel**
**Appointment Facility: 15 Georgia Pain and Wellness Center**

**02/25/2020** **Appointment Provider: Amit M Patel, MD**

### Current Medications

Taking

- Cymbalta
- Protonix
- Gabapentin
- Norco 5-325 MG Tablet 1 tablet as needed Orally two times a day
- Gabapentin 600 MG Tablet 1 tablet Orally three times a day
- Baclofen 10 MG Tablet 1 tablet with food or milk Orally two times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally two times a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Depression.
Cancer.
Panic Attacks.

### Surgical History

Back surgery (ruptured disc) 10/2019
Melanoma 2016
Lymphnode removal (right arm) 2016
Melanoma 2016-2017

### Family History

Non-Contributory

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? Yes, How many drinks did you have on a typical day when you were drinking in the past year? 1 or 2 drinks (0 point), How often did you have a drink containing alcohol in the past year? Monthly or less (1 point), Points 1, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No.

### Allergies

Lyrica

### Reason for Appointment

1. Right Arm Pain
2. Bilateral Leg Pain

### History of Present Illness

Pain Management:
The severity of the pain is 4/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 5/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, burning. The patient's pain is mostly in the right arm. Pain is improved with medication. Pain is worse with activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include:
Clinical encounter chaperoned by: Jenny
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification Risk Group Green, Risk Score 2, Panel Group Level B (2-3), Panel Score 2, ORT Date Completed 02/10/2020.

### Vital Signs

HR 79 /min, BP 136/102 mm Hg, Ht 76 in, Wt 225 lbs, BMI 27.38 Index, RR 18 /min, Pain scale 5 1-10, Ht-cm 193.04 cm, Wt-kg 102.06 kg.

### Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
RESPIRATORY unlabored respirations
, right anteriorchest wall/axialla TTP.
ABDOMEN: soft, nondistended.
EXTREMITIES: right shoulder: decreased ROM,.
SKIN: right upper extremity allodynia, edema, color changes noted, .trophic changes noted in hair beds.

**Hospitalization/Major Diagnostic Procedure**
see surgical hx

**Review of Systems**
Neurologic:
Admits Pain.

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL right UE: 4/5 handgrip, 4/5 triceps, 4/5 biceps, 4/5 deltoid
, right LE: 4-/5 hip flexors, 4-/5 quadriceps, 4-/5 hamstrings, 3/5 DF, 4-/5 PF,
left LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL right UE: inreased sensation to light touch/pinprick along RUE,
right>left LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
LUMBOSACRAL decreased ROM of lumbar spine, TTP along bilateral lowest three segments of lumbar facet joints, pain is reproduced with bilateral facet loading maneuvers, + SLR.

**Assessments**
1. Complex regional pain syndrome I of right upper limb - G90.511 (Primary)
2. Cervicalgia - M54.2
3. Low back pain - M54.5
4. Pain in right leg - M79.604
5. Pain in left leg - M79.605
6. Radiculopathy, lumbosacral region - M54.17
7. Postlaminectomy syndrome, not elsewhere classified - M96.1
8. Myalgia, unspecified site - M79.10
9. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**
**1. Complex regional pain syndrome I of right upper limb**
Stop Norco Tablet, 5-325 MG, 1 tablet as needed, Orally, two times a day, 30 days, 60
Refill Gabapentin Tablet, 600 MG, 1 tablet, Orally, three times a day,

30 day(s), 90 Tablet, Refills 0
Refill Baclofen Tablet, 10 MG, 1 tablet with food or milk, Orally, two times a day, 30 day(s), 60 Tablet, Refills 0
Not given Percocet Tablet, 5-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0

**2. Cervicalgia**
Not given Percocet Tablet, 5-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0

**3. Low back pain**
Start Percocet Tablet, 5-325 MG, 1 tablet as needed, Orally, every 12 hrs, 30 days, 60 Tablet, Refills 0

**4. Others**
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.
.

**Preventive Medicine**
Counseling: pain Management Follow-up Plan documented: Yes.

**Follow Up**
Pt f/u today for his CRPS in RUE along with bilateral LE pain. He states he just picked up compound cream a few days and only recently started to apply it to affected regions. LMRI is still pending but will reorder it again today w/w/o. He states he did talk with PT but has not yet started. He will call to schedule. He states norco helps but he has tried percocet in the past and they were more effective. Will switch to percocet 5mg BID prn. Again, he is a good SCS candidate but he states he would only want to try cervical SCS first as he states its most bothersome issue. WIll write for relistor as well as he states constipation is pretty bad and has tried and failed OTC stool softners and laxatives,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,An MRI of the lumbar spine will be ordered to assess for potential pain generators.

**Appointment Provider: Amit M Patel, MD**



**Electronically signed by Amit M Patel , MD on 03/03/2020 at 09:23 PM EST**

**Sign off status: Completed**

**15 Georgia Pain and Wellness Center**
**100 LIBERTY BLVD**
**Ste 210**
**CANTON, GA 30114-2852**
**Tel: 770-962-3642**
**Fax: 770-962-3643**



# Russell, Darrell

**41 Y old Male, DOB:**
**Account Number: 40183**

**Home:**
**Guarantor: Russell, Darrell Insurance: United Healthcare Payer ID: 87726**
**Referring: Online Request**
**Appointment Facility: 15 Georgia Pain and Wellness Center**

**02/10/2020** **Appointment Provider: Amit M Patel, MD**

## Current Medications

Taking

- Cymbalta
- Protonix
- Gabapentin
- Medication List reviewed and reconciled with the patient

## Past Medical History

Depression.
Cancer.
Panic Attacks.

## Surgical History

Back surgery (ruptured disc) 10/2019
Melanoma 2016
Lymphnode removal (right arm) 2016
Melanoma 2016-2017

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year? 1 or 2 drinks (0 point), Points 1, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies

Lyrica

## Hospitalization/Major Diagnostic Procedure

see surgical hx

## Review of Systems

Neurologic:
Low back pain Denies. Admits Pain. Denies Balance difficulty.

## Reason for Appointment

1. Right Arm Pain
2. Bilateral Leg Pain

## History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
Pain Management:
The severity of the pain is 5/10 average, 8/10 max.
New symptom(s):
Patient is 41 years old, presenting to our clinic with complaints of right arm and bilateral leg pain
Patient states that currently the right arm pain is equal to the bilateral leg pain.
Patient was referred by: Dr. Anne Todd
The patient's pain began 3 years ago (crps) arm, legs 4 months ago after having emergency surgery for ruptured disc.
Since it started, it has been constant
The patient's pain is described as burning, aching, stabbing, shooting
The pain is worsened by physical activity
The pain is made better by nothing
The patient has tried the following modalities to treat the pain: physical therapy, chiropractor, TENS, Injections, ibuprofen, over the counter ointments, nerve block, accupunture, ketamine
The patient found the following treatments effective or helpful: none
Clinical encounter chaperoned by: ashley
PATIENT HAS HAD MRI, CT, and/or X-RAY - NO
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification Risk Group Green, Risk Score 2, Panel Group Level B (2-3), Panel Score 2, ORT Date Completed 02/10/2020.

## Vital Signs

HR 79 /min, BP 165/121 mm Hg, Ht 76 in, Wt 225 lbs, BMI 27.38 Index, RR 16 /min, Pain scale 5 1-10, Ht-cm 193.04 cm, Wt-kg 102.06 kg.

Denies Headache.
2 point ROS:
Denies -. Denies -. Admits -.
Allergy/Immunology:
Denies Congestion. Denies Itching. Denies Rash.
Ophthalmologic:
Denies Blurred vision. Denies Discharge.
ENT:
Denies Blocked ear. Denies Decreased hearing. Denies Decreased sense of smell. Denies Ringing in the ears.
Respiratory:
Denies Chest pain. Denies Pain with inspiration.
Endocrine:
Denies Dizziness. Denies Weakness.
Cardiovascular:
Denies Chest pain with exertion. Denies Dyspnea on exertion.
Gastrointestinal:
Denies Abdominal pain. Admits Blood in stool. Admits Constipation.
Musculoskeletal:
Admits Joint stiffness. Admits Muscle aches. Admits Painful joints. Denies Sciatica. Admits Weakness.
Psychiatric:
Admits Anxiety. Admits Depressed mood. Admits Difficulty sleeping. Loss of appetite Admits. Denies Substance abuse.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
RESPIRATORY unlabored respirations
, right anteriorchest wall/axialla TTP.
ABDOMEN: soft, nondistended.
EXTREMITIES: right shoulder: decreased ROM,.
SKIN: right upper extremity allodynia, edema, color changes noted, .trophic changes noted in hair beds.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL right UE: 4/5 handgrip, 4/5 triceps, 4/5 biceps, 4/5 deltoid
, right LE: 4-/5 hip flexors, 4-/5 quadriceps, 4-/5 hamstrings, 3/5 DF, 4-/5 PF,
left LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL right UE: inreased sensation to light touch/pinprick along RUE,
right>left LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
LUMBOSACRAL decreased ROM of lumbar spine, TTP along bilateral lowest three segments of lumbar facet joints, pain is reproduced with bilateral facet loading maneuvers, + SLR.

## Assessments

1. Complex regional pain syndrome I of right upper limb - G90.511 (Primary)
2. Postlaminectomy syndrome, not elsewhere classified - M96.1
3. Radiculopathy, lumbosacral region - M54.17
4. Low back pain - M54.5
5. Myalgia, unspecified site - M79.10
6. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription

Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**

**1. Complex regional pain syndrome I of right upper limb**
Not given Norco Tablet, 5-325 MG, 1 tablet as needed, Orally, two times a day, 30 days, 60, Refills 0
Start Gabapentin Tablet, 600 MG, 1 tablet, Orally, three times a day, 30 day(s), 90 Tablet, Refills 0
Start Baclofen Tablet, 10 MG, 1 tablet with food or milk, Orally, two times a day, 30 day(s), 60 Tablet, Refills 0
LAB: Tier 8 to 14 Drug Classes

**2. Postlaminectomy syndrome, not elsewhere classified**
Start Hydrocodone-Acetaminophen Tablet, 5-325 MG, 1 tablet as needed, Orally, two times a day, 14 days, 28 Tablet, Refills 0

**3. Long term (current) use of opiate analgesic**
LAB: Urine Drug Screen POC
LAB: Tier 8 to 14 Drug Classes
Clinical Notes: 02/10/2020 POC negative all SS.

**4. Others**
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.
OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid

misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant
OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.
All new patients will undergo an extensive new patient toxicology screen panel.
Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6 (6):432-442.

.

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling. Alcohol abuse MODERATION OF ETOH CONSUMPTION RECOMMENDATION: Alcohol abuse prevention education. pain Management Follow-up Plan documented: Yes.

### Procedure Codes

80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW
G0481 DR TST DEFIN DR ID M P D 8-14 DR CL

**Follow Up**

41 yo M who presents with multiple complaints but primarily located along RUE, and bilateral legs. He states the RUE pain has been ongoing for last 3 years after he had surgery to remove melanoma along right axilla and chest wall region. This was complicated by development of CRPS in RUE and has since been have problems. His low back pain occured after no acute inciting event but just when he was getting out of bed and felt sudden sharp pain in back. He went to the hospital and had to get urgent surgery (unsure what type but states he had "ruptured L4/5 disc"). He states he has tried several modalities of pain treatment for his CRPS including medications, stellate blocks, ketamine infusions, physical therapy. Plan will be as follows: Investigation: Will plan to obtain records from Northside regarding imaging and surgeries and get records from Dr. Anne Todd's office regarding his care. He states he goes to clinic for ketamine infusions usually about 1x/week and it has been helpful. WIll order new LMRI w/w/o since he does have have any imaging since the surgery but continues to have significant motor and sensory weakness in lower extremities.; Interventions: He is good candidate for SCS in cervical and lumbar region and is interested in all options. Will provide SCS resources at todays visit and consider moving forward after obtaining records.; Meds: PDMP shows he was receiving percocet 10mg after his surgery but it has been several weeks since last fill. WIll start back at norco 5mg BID and will hold on escalations as I dont have records and do not want opioids to be long term solution. WIll also provide topical compound cream along with gabapentin 600mg TID and baclofen 10mg BID prn.; Therapy: WIll refer to physical therapy with focus on desensitization therapy for his CRPS. Can also refer for his bilateral leg pain.

**Appointment Provider: Amit M Patel, MD**



**Electronically signed by Amit M Patel , MD on 02/13/2020 at 04:40 PM EST**

**Sign off status: Completed**

---

**15 Georgia Pain and Wellness Center**
**100 LIBERTY BLVD**
**Ste 210**
**CANTON, GA 30114-2852**

**Tel: 770-962-3642**
**Fax: 770-962-3643**

---

**Patient: Russell, Darrell DOB: Progress Note: Amit M Patel, MD 02/10/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summit
Spine & Joint Centers

NAME: Darrell W. Russell DATE OF BIRTH: ___

## PATIENT INFORMATION

GENDER: ✓ M ___ F ADDRESS: ___

CITY: ___ STATE: ___ ZIP: ___

HOME PHONE: ___ CELL PHONE: ___ WORK PHONE: ___

ETHNICITY: ☐HISPANIC OR LATINO ☐NOT HISPANIC OR LATIN RACE: ☐AMERICAN INDIAN OR ALASKA NATIVE ☐ASIAN ☐NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER ☒WHITE ☐BLACK OR AFRICAN AMERICA

EMAIL: darrellrussell5@yahoo.com MARITAL STATUS: ✓ MARRIED ___ WIDOWED ___ SINGLE

REFERRING PHYSICIAN: Anne Todd PRIMARY CARE PHYSICIAN: Anne Todd

EMERGENCY CONTACT: JD Russell EMERGENCY PHONE#: ___

## RESPONSIBLE PARTY INFORMATION

NAME: ___ DATE OF BIRTH: ___

ADDRESS: ___

PHONE: ___ SSN: ___ RELATIONSHIP: ___

EMPLOYER: ___ EMPLOYER PHONE: ___

EMPLOYER ADDRESS: ___

## INSURANCE INFORMATION

**(DO NOT complete if you have already provided this information)**

INSURANCE COMPANY: ___ INS. PHONE: ___

INSURANCE ADDRESS: ___

INSURED ID #: ___ GROUP#: ___

MEDICAID #: ___ SECONDARY INSURANCE: ___

SECONDAY INS ID #: ___ SECONDARY INS GROUP #: ___

INSURED'S NAME: ___ DATE OF BIRTH: ___

INSURED'S SSN: ___ RELATIONSHIP TO PATIENT: ___

INSURED'S EMPLOYER: ___

Summit
Spine & Joint Centers

NAME: Darrell W. Russell DATE OF BIRTH: ____________________

**NEW PATIENT INTAKE**

- Location of your pain: right arm (ceps), legs
- When did it start: right arm 3 years ago, legs after back surgery (4 months)
- What happened and when? (Car accident, falling down, nothing, etc.)
- Is your pain a result of a personal injury (car accident, slip and fall, etc) Yes (No) [circled]
    - If yes, is there an active case Yes No
- Is your pain constant or intermittent? arm constant, legs intermittent
- From scale of 0 to 10, how bad is your pain today? (0=no pain and 10= severe pain) 4, 5
- From scale of 0 to 10, what was your average pain score throughout the last 30 days? 7-8
- Where does your pain start? underarm
- Where does it go? ____________________
- **Quality** of your pain (circle all that apply)

Numbness Pins & Needles (Burning) (Aching) (Stabbing) (Shooting)

- What **aggravates** your pain? (Circle all that apply)

Sitting Bending Walking Lying down Leaning forward

Leaning back Coughing/sneezing Climbing upstairs Going downstairs

- What makes your **pain better**? (Circle all that apply)

Sitting Bending Walking Lying down Leaning Forward Leaning Back Stretching Rest Heat

Cold Medication

If medication, which ones?

- What treatments have you tried? (Circle all that apply) Ketamine

(Physical Therapy) (Chiropractor) (TENS) (Injections) Massage Therapy (Ibuprofen/Aleve/Motrin) Hypnosis

(Over-the-counter ointments) (Ben-gay, Icy-Hot, Myoflex) Traction Braces (Nerve Block) (Acupuncture)

Biofeedback Ice/Heat Narcotics Religious Counseling Psychological Counseling Surgery

- Did any of the above treatments help? If so, which ones helped?

Summit
Spine & Joint Centers

NAME: Darrell W. Russell DATE OF BIRTH: ____

## CURRENT MEDICATIONS

Please write current medications in the table below or provide list of medications to staff

| | | |
|---|---|---|
| Cymbalta 120 | | |
| Ambien 10 | | |
| Protonix | | |
| Gabapentin | | |
| | | |
| | | |

## PAST MEDICAL HISTORY

Please indicate if you have suffered any of the following medical conditions. Also, state the year when these occurred.

____Pneumonia
__✓__Depression
____Diabetes
____Kidney stones
____Gout
____Asthma
____Nervous breakdown
____Thyroid
____Kidney disease
____Emphysema
____High blood pressure
__✓__Cancer
____Menopause
____Hormone problems
____Shingles
____Heart disease/attack
____Other blood abnormalities

____Arthritis
____Herpes infection
____Insomnia
____Heart failure
____Stroke
____Headaches/migraines
____Gonorrhea
____Lupus
____Tuberculosis
____Seizures/convulsions
____Hepatitis
____Gall bladder issues
__✓__Panic attacks
____Rheumatic heart
____Multiple sclerosis
____Syphilis
____Other venereal disease

____Irregular heartbeats
____Chronic skin disease
____Jaundice
____AIDS or HIV
____Heart murmur
____Peptic ulcer disease
____Urinary infection
____Liver disease
____Fibromyalgia
____Schizophrenia/bipolar
____Peripheral vascular disease

Other: ____________

## ALLERGIES

Please list all known allergies

Lyrica

Latex: YES NO Adhesive: YES NO Betadine: YES NO

Injection Dye: YES NO Steroids: YES NO Lidocaine/Marcaine: YES NO

Summit
Spine & Joint Centers

NAME: Darrell Russell DATE OF BIRTH: ____________

## PAST SURGICAL HISTORY

Please list previous surgeries and the (month/year) they took place

| Date (Month/Yr) | Type of Surgery |
|---|---|
| 10 - 2019 | Emergency back surgery |
| 2016 | Melanoma |
| 2016 | Lymphnodes |
| 2016 - 17 | Melanoma |
| | |

## FAMILY HISTORY

Please list any disease, illness, or ailments in your IMMEDIATE FAMILY (i.e. mother-breast cancer, father-diabetic, grandfather-heart disease).

| Family Member | Disease, Illness, or Ailment |
|---|---|
| Father | Parkinsons |
| | |
| | |
| | |
| | |

## SOCIAL HISTORY

Do you smoke? YES (NO) HOW MANY PACK/DAY? ________ YEARS? ____________

Drink alcohol? (YES) NO IF YES HOW MUCH? Occasional

Do you use any other drugs (Marijuana, Cocaine, etc)? YES (NO)

Marital status? SINGLE (MARRIED) DIVORCED WIDOWED

Do you live alone? YES (NO) IF NO, WHO DO YOU LIVE WITH? ____________

Is there an ongoing lawsuit related to your visit today? YES (NO)

**Summit**
Spine & Joint Centers

NAME: Darrell W. Russell DATE OF BIRTH: ______

# REVIEW OF SYSTEMS

In the past few months, have you had any of the following symptoms or difficulties? If you have any difficulty that bears further explanation, please indicate so and explain at the bottom of this page.

| | | | | | |
|---|---|---|---|---|---|
| **Allergy/Immunology** | | | | | |
| Congestion | Yes | No | Enlarged/swollen lymph glands | Yes | No |
| **Ophthalmologic** | | | | | |
| Blurred vision | Yes | No | Itching and redness | Yes | No |
| Diminished visual acuity | Yes | No | Eye pain | Yes | No |
| **ENT** | | | | | |
| Difficulty swallowing | Yes | No | Sore throat | Yes | No |
| Dry mouth | Yes | No | Ringing in ears | Yes | No |
| **Endocrine** | | | | | |
| Thyroid disease | Yes | No | Heat/Cold Intolerance | Yes | No |
| **Respiratory** | | | | | |
| Shortness of breath at rest | Yes | No | Coughing | Yes | No |
| Wheezing | Yes | No | Pain with inspiration | Yes | No |
| **Cardiovascular** | | | | | |
| Chest pain at rest | Yes | No | Palpitations | Yes | No |
| Varicose veins | Yes | No | Orthopnea | Yes | No |
| Dizziness | Yes | No | Weight gain | Yes | No |
| **Gastrointestinal** | | | | | |
| Hemorrhoids | Yes | No | Change in bowel habits | Yes | No |
| Blood in stool | Yes | No | Nausea | Yes | No |
| Constipation | Yes | No | Heartburn | Yes | No |
| **Hematology** | | | | | |
| Easy bruising | Yes | No | Prolonged bleeding | Yes | No |
| **Musculoskeletal** | | | | | |
| Significant pain/stiffness | Yes | No | Joint stiffness | Yes | No |
| Carpal tunnel | Yes | No | Weakness | Yes | No |
| **Skin** | | | | | |
| Itching | Yes | No | Skin cancer | Yes | No |
| Rashes | Yes | No | Skin lesions | Yes | No |
| **Neurologic** | | | | | |
| Dizziness | Yes | No | Tingling/numbness | Yes | No |
| Seizures | Yes | No | Tremor | Yes | No |
| **Psychiatric** | | | | | |
| Anxiety | Yes | No | Loss of appetite | Yes | No |
| Depressed mood | Yes | No | Substance abuse | Yes | No |
| Difficulty sleeping | Yes | No | Suicidal thoughts | Yes | No |

**ADDITIONAL NOTES**

Summit
Spine & Joint Centers

NAME: Darrell W. Russell DATE OF BIRTH: _

## Clinic Policies

**Initials** DR Payment is due at the time services are rendered. I understand that if I have insurance that I am the responsible party, and that having insurance does not guarantee payment of the services rendered to me. I authorize submission of my claim to the insurance company listed above.

**Initials** DR If you are unable to make an appointment please call within 24 hours prior to your appointment time to reschedule. If you fail to notify our office prior to missing your scheduled appointment you will be charged a NO SHOW fee of $15 for an office visit and $25 for a procedure. Frequent NO SHOWS may result in a release from the practice.

**Initials** DR Permission for treatment: I hereby authorize physician and assistants for the care of the patient named on this record to administer treatment as may be deemed necessary including examinations of treatments that may be ordered to be performed by the clinical personnel. I acknowledge that no guarantees have been made to me to the result of examinations or treatments to be performed.

### Acknowledgement of Review of Notice of Privacy Practices

I have reviewed this office's notice of privacy practices, which explains how my medical information will be used and disclosed. I understand that I am entitled to receive a copy of this document.

Darrell W. Russell — Signature
2-10-20 — Date

***Please list the name of any person you wish to release your personal medical records/medical information to:

**Name:** SD Russell **Relationship:** wife

**Name:** **Relationship**

**Name:** **Relationship:**

9

# Summit
Spine & Joint Centers

Amit Patel, M.D.
Steven T. Nguyen, M.D.
Srinand Mandyam, M.D.
An Do, M.D.
Jose Mathew, D.O.
Celine Mathew, D.O.
Chad Lee, M.D.

Scott Linacre, P.A.
Dalandra Belcher, N.P.
Deborah Wilkens, N.P.
Mekinnah Currie, N.P.
Chinyere Okonkwo, N.P.

## Faxed Medical Records Request

Date:______________________ Fax: ____________________________

Provider:___________________ Attention: ________________________

Phone:_____________________

*****Please fax records ASAP*****

Patient Name:________________________________ DOB:______________________

At your earliest convenience, please fax over the following information:

- All treatment records including the 1st office note
- Procedure notes (if applicable)
- Imaging reports in raper format (X-rays, MRIs, CT scans)
- Most recent lab work / urine drug screen results (the last three if applicable)
  Medication record
- Dismissal / Discharge letter (if applicable)
- Mental health / substance Abuse
- Other (specify):

  ________________________________________________________________

**Please fax the information to 770-962-3643.**

**Patient Signature:** [signature] **Date:** 2-10-20

**By signing above, I authorize the named health care provider to release the information or records to Georgia Pain and Wellness Center via facsimile or by mail and I understand that this authorization will expire one year from the date of the signature above**

This message contains information that may be confidential or privileged and may contain protected health information (PHI). This message and its contents are protected and intended for use by the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error, please delete or destroy this message immediately and notify us by telephone or electronic mail.

455 Philip Blvd, Suite 140, Lawrenceville, GA 30046
3970 Five Forks Trickum Road, Suite A, Lilburn, GA 30047
484 Irvine Court, Suite 110, Decatur, GA 30030
1200 Bald Ridge Marina Road, Suite 150, Cumming, GA 30041
466 Green Street, Gainesville, GA 30501
3905 Johns Creek Court, Suite 200, Johns Creek, GA 30024
5900 Hillandale Drive, Suite 320, Lithonia, GA 30058
100 Liberty Blvd, Suite 210, Canton, GA 30501
1255 Friendship Road, Suite 150, Braselton, GA 30517

**If you have any questions, please call us at 770-962-3642**

## *PHYSICAL MEDICAL SOURCE STATEMENT*

From: Anne Todd, MD

Re: DARREL WAYNE RUSSELL (Name of Patient)

_______________ (Social Security No.)

Please answer the following questions concerning your patient's impairments. *Attach relevant treatment notes, radiologist reports, laboratory and test results as appropriate.*

1. Frequency and length of contact: quarterly at least

2. Diagnoses: reflex sympathetic dystrophy, insomnia, HTN, anxiety

3. Prognosis: fair

4. List your patient's ***symptoms***, including pain, dizziness, fatigue, etc:

   pain, neurologic pain, fatigue, medication side effects, anxiety

5. If your patient has pain, characterize the nature, location, frequency, precipitating factors, and severity of your patient's pain:

   neuropathic pain condition of arm

6. Identify the clinical findings and objective signs:

   per pain clinic notes

7. Describe the treatment and response including any side effects of medication that may have implications for working, *e.g.*, drowsiness, dizziness, nausea, etc:

   dizziness, mental fog, sleepiness, orthostatic hypotension

8. Have your patient's impairments lasted or can they be expected to last at least twelve months?
   ☑ Yes ☐ No

9. Do emotional factors contribute to the severity of your patient's symptoms and functional limitations?
   ☑ Yes ☐ No

10. Identify any psychological conditions affecting your patient's physical condition:

- ☐ Depression
- ☐ Somatoform disorder
- ☐ Psychological factors affecting physical condition
- ☑ Anxiety
- ☐ Personality disorder
- ☐ Other: ______________________

11. As a result of your patient's impairments, estimate your patient's functional limitations if your patient were placed in a ***competitive work situation.***

a. How many city blocks can your patient walk without rest or severe pain? One

b. Please circle the hours and/or minutes that your patient can sit ***at one time***, *e.g.*, before needing to get up, *etc.*

**Sit:** 0 5 10 15 (20) 30 45 Minutes — 1 2 More than 2 Hours

c. Please circle the hours and/or minutes that your patient can stand ***at one time***, *e.g.*, before needing to sit down, walk around, *etc.*

**Stand:** 0 5 10 15 (20) 30 45 Minutes — 1 2 More than 2 Hours

d. Please indicate how long your patient can sit and stand/walk ***total in an 8-hour working day*** (with normal breaks):

| Sit | Stand/walk | |
|---|---|---|
| ☑ | ☑ | less than 2 hours |
| ☐ | ☐ | about 2 hours |
| ☐ | ☐ | about 4 hours |
| ☐ | ☐ | at least 6 hours |

e. Does your patient need a job that permits shifting positions at will from sitting, standing or walking? ☑ Yes ☐ No

f. Does your patient need to include periods of walking around during an 8-hour working day? ☑ Yes ☐ No

If yes, how ***often*** must your patient walk? 1 5 10 15 20 (30) 45 60 90 Minutes

How ***long*** must your patient walk each time? 1 2 3 4 5 6 7 8 9 (10) 11 12 13 14 15 Minutes

g. Will your patient sometimes need to take unscheduled breaks during a working day? ☑ Yes ☐ No

If yes, 1) how ***often*** do you think this will happen? 3x/day

2) how ***long*** (on average) will your patient have to rest before returning to work? Undetermined

3) what symptoms cause a need for breaks?

- ☑ Muscle weakness
- ☑ Chronic fatigue
- ☐ Other: ______________________
- ☑ Pain/ paresthesias, numbness
- ☑ Adverse effects of medication

h. With prolonged sitting, should your patient's leg(s) be elevated? ☐ Yes ☑ No

If yes, 1) how ***high*** should the leg(s) be elevated? ________________

2) if your patient had a sedentary job, ***what percentage of time*** during an 8-hour working day should the leg(s) be elevated? ________________%

3) what symptoms cause a need to elevate leg(s)? ________________

i. While engaging in occasional standing/walking, must your patient use a cane or other hand-held assistive device? ☐ Yes ☑ No

If yes, what symptoms cause the need for a cane?

☐ Imbalance ☐ Pain ☐ Weakness
☐ Insecurity ☐ Dizziness
☐ Other: ________________________________

***For this and other questions on this form, "rarely" means 1% to 5% of an 8-hour working day; "occasionally" means 6% to 33% of an 8-hour working day; "frequently" means 34% to 66% of an 8-hour working day.***

j. How many pounds can your patient lift and carry in a competitive work situation?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Less than 10 lbs. | | ☐ | ☑ | ☐ |
| 10 lbs. | ☐ | ☐ | ☑ | ☐ |
| 20 lbs. | ☐ | ☑ | ☐ | ☐ |
| 50 lbs. | ☐ | ☑ | ☐ | ☐ |

k. How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Twist | ☐ | ☐ | ☑ | ☐ |
| Stoop (bend) | ☐ | ☐ | ☑ | ☐ |
| Crouch/ squat | ☐ | ☐ | ☑ | ☐ |
| Climb stairs | ☐ | ☐ | ☑ | ☐ |
| Climb ladders | ☑ | ☐ | ☐ | ☐ |

l. Does your patient have significant limitations with reaching, handling or fingering?
☑ Yes ☐ No

If yes, please indicate the percentage of time during an 8-hour working day that your patient can use hands/fingers/arms for the following activities:

| | **HANDS: Grasp, Turn <u>Twist Objects</u>** | **FINGERS: Fine <u>Manipulations</u>** | **ARMS: Reaching <u>In Front of Body</u>** | **ARMS: Reaching <u>Overhead</u>** |
|---|---|---|---|---|
| **Right:** | % | % | % | % |
| **Left:** | % | % | % | % |

m. How much is your patient likely to be ***"off task"***? That is, what percentage of a typical workday would your patient's symptoms likely be severe enough to interfere with ***attention and concentration*** needed to perform even simple work tasks?

☐ 0% ☐ 5% ☐ 10% ☐ 15% ☐ 20% ☑ 25% or more

n. To what degree can your patient tolerate work stress?

☑ Incapable of even "low stress" work ☐ Capable of low stress work
☐ Capable of moderate stress - normal work ☐ Capable of high stress work

Please explain the reasons for your conclusion: ______________________

o. Are your patient's impairments likely to produce "good days" and "bad days"?
☑ Yes ☐ No

If yes, assuming your patient was trying to work full time, please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment:

☐ Never ☐ About three days per month
☐ About one day per month ☐ About four days per month
☐ About two days per month ☑ More than four days per month

12. Are your patient's impairments (physical impairments plus any emotional impairments) as demonstrated by signs, clinical findings and laboratory or test results ***reasonably consistent*** with the symptoms and functional limitations described above in this evaluation?
☑ Yes ☐ No

If no, please explain: ______________________

13. Please describe any other limitations (such as psychological limitations, limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis:

______________________

______________________

______________________

8/25/20 [signature]
*Date* *Signature*

*Printed/Typed Name:* ______________________

*Address:* ______________________

______________________

______________________

7-28

8/09
§221.11

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

| | |
|---|---|
| Date: | October 29, 2020 |
| To: | D. SETH HOLLIDAY<br>MCMAHAN LAW FIRM, LLC<br>700 S THORNTON AVENUE<br>PO BOX 1607<br>DALTON GA 30722 |
| Attn: | |
| Fax: | (706) 217-6880 |
| From: | Jennifer Dimaggio<br>Appeal Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1866 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

October 29, 2020

D. Seth Holliday
McMahan Law Firm, LLC
700 S THORNTON AVENUE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear D. Seth Holliday:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc. s Group Disability Plan/ Policy. We are writing in reference to Darrell Russell s claim for LTD benefits under the Policy.

On October 29, 2020 we received additional exhibits 4-7. We understand this is all of the information you intend to submit for our consideration of your client s LTD appeal.

To assist us in evaluating your eligibility for benefits we have referred your client s file for a medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than November 27, 2020. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated September 15, 2020 you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln s response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Dimaggio
Appeal Consultant
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 427-1866

**Barton C. Solomon**
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

# MCMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • 800-317-7723
Fax 706-217-6880

**D. Seth Holliday**
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

October 21, 2020

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 7018 1130 0002 0677 7756

Meghan Hennessy
Lincoln Life Assurance Company of Boston
PO Box 7207
London, KY 40742-7207

Re: Darrell Russell
SSN:
Claim No. 7259041

Dear Ms. Hennessy:

Enclosed please find the following exhibits:

Exhibit 4: Medical records from Summit Spine dated 2/10/20 through 5/12/20.

Exhibit 5: Medical Assessment Form from Dr. Todd dated 8/25/20.

Exhibit 6: Request to Admit.

Exhibit 7: Report of Conflict.

**I respectfully request you make a favorable decision on Mr. Russell's claim.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

D. Seth Holliday

D. Seth Holliday

List Of Records Submitted In The Case Of
Darrell Russell
claim number:

| **Ex. No.** | **Contents** | **No. Pgs.** |
|---|---|---|
| **Medical records submitted via letter dated August 30, 2020** | | |
| Exhibit 1: | Medical records from Dr. Todd dated 2/10/20 through 5/26/20. | 19 |
| Exhibit 2: | Medical records from Georgia Ketamine dated 5/7/19 through 2/6/20. | 8 |
| Exhibit 3: | Medical records from Georgia Mountain Dermatology dated 5/28/20 through 6/17/20. | 22 |
| **Exhibits submitted via letter dated October 21, 2020** | | |
| Exhibit 4: | Medical records from Summit Spine dated 2/10/20 through 5/12/20. | 33 |
| Exhibit 5: | Medical Assessment Form from Dr. Todd dated 8/25/20. | 3 |
| Exhibit 6: | Request to Admit. | 101 |
| Exhibit 7: | Report of Conflict. | 112 |

CERTIFIED MAIL

McMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722

7018 1130 0002 0677 7756

$7.05 0
US POSTAGE
FIRST-CLASS
062S0009565015
FROM 30720

Meghan Hennessy
Lincoln Life Assurance Company of Boston
PO Box 7207
London, KY 40742-7207

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

| | |
|---|---|
| Date: | October 15, 2020 |
| To: | D. SETH HOLLIDAY<br>MCMAHAN LAW FIRM, LLC<br>700 S THORNTON AVENUE<br>PO BOX 1607<br>DALTON GA 30722 |
| Attn: | |
| Fax: | (706) 217-6880 |
| From: | Jennifer Dimaggio<br>Appeal Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1866 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

October 15, 2020

D. Seth Holliday
McMahan Law Firm, LLC
700 S THORNTON AVENUE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear D. Seth Holliday:

Please be advised, this is a courtesy reminder that the deadline for submitting additional information you wish to have considered for your client's appeal is on October 28, 2020 per the attached letter dated September 15, 2020.

Please let me know prior to October 28, 2020 should you require additional time.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Dimaggio
Appeal Consultant
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 427-1866

Attachments: 7259041-ACKNOWLEDGE-FREEFORM-09.15.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

| | |
|---|---|
| Date: | September 15, 2020 |
| To: | D. SETH HOLLIDAY<br>MCMAHAN LAW FIRM, LLC<br>700 S THORNTON AVENUE<br>PO BOX 1607<br>DALTON GA 30722 |
| Attn: | |
| Fax: | (706) 217-6880 |
| From: | Jennifer Dimaggio<br>Appeal Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1866 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

September 15, 2020

D. Seth Holliday
McMahan Law Firm, LLC
700 S THORNTON AVENUE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear D. Seth Holliday:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Chart Industries, Inc. Group Disability Policy.

We received your request for review of the recent claim determination for Darrell Russell's LTD claim on September 7, 2020.

In your appeal request, you reported that you would be sending additional medical information to be included as part of your appeal request.

For Lincoln to conduct a timely review of your client's appeal, we ask that you submit any additional information you wish to have considered within your requested 60 days from the appeal letter dated August 30, 2020. Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by October 28, 2020, we will proceed with our appeal review and make a final determination based on the information currently contained in your client's file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe

is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Dimaggio
Appeal Consultant
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 427-1866

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 | Manager: SULLIVAN, BRIAN | Case Mgr: HENNESSEY, MEGHAN

Claimant Name: DARRELL W RUSSELL | Claim #: 7259041

Occupation (Job Title): PRODUCTION SUPERVISOR | Date Sent: 9/14/2020

Diagnosis: M79.2 Neuralgia and neuritis, unspecified, G90.511 Complex regional pain syndrome I of right upper limb

Date of Disability: 11/8/2016 | Date Benefits Began: 5/9/2017

Maximum Duration: 5/27/2043 | Paid Through: 5/8/2020

Date of Denial or (DB451): 3/10/2020 | Date Appeal Received: 9/9/2020

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: CHART INDUSTRIES, INC.

Product: LTD | Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. | FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

| | |
|---|---|
| Date: | September 15, 2020 |
| To: | D. SETH HOLLIDAY<br>MCMAHAN LAW FIRM, LLC<br>700 S THORNTON AVENUE<br>PO BOX 1607<br>DALTON GA 30722 |
| Attn: | |
| Fax: | (706) 217-6880 |
| From: | Jennifer Dimaggio<br>Appeal Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1866 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

September 15, 2020

D. Seth Holliday
McMahan Law Firm, LLC
700 S THORNTON AVENUE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear D. Seth Holliday:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Chart Industries, Inc. Group Disability Policy.

We received your request for review of the recent claim determination for Darrell Russell s LTD claim on September 7, 2020.

In your appeal request, you reported that you would be sending additional medical information to be included as part of your appeal request.

For Lincoln to conduct a timely review of your client s appeal, we ask that you submit any additional information you wish to have considered within your requested 60 days from the appeal letter dated August 30, 2020. Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by October 28, 2020, we will proceed with our appeal review and make a final determination based on the information currently contained in your client s file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln s control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe

is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Dimaggio
Appeal Consultant
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 427-1866

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

D. SETH HOLLIDAY
MCMAHAN LAW FIRM, LLC
700 S THORNTON AVENUE
PO BOX 1607
DALTON GA 30722

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

September 16, 2020

D. Seth Holliday
McMahan Law Firm, LLC
700 S THORNTON AVENUE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear D. Seth Holliday:

Please see the enclosed letter that was additionally faxed to you on September 15, 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Dimaggio
Appeal Consultant
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 427-1866

Attachments: 7259041-ACKNOWLEDGE-FREEFORM-09.15.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

| | |
|---|---|
| Date: | September 15, 2020 |
| To: | D. SETH HOLLIDAY<br>MCMAHAN LAW FIRM, LLC<br>700 S THORNTON AVENUE<br>PO BOX 1607<br>DALTON GA 30722 |
| Attn: | |
| Fax: | (706) 217-6880 |
| From: | Jennifer Dimaggio<br>Appeal Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1866 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

September 15, 2020

D. Seth Holliday
McMahan Law Firm, LLC
700 S THORNTON AVENUE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear D. Seth Holliday:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Chart Industries, Inc. Group Disability Policy.

We received your request for review of the recent claim determination for Darrell Russell's LTD claim on September 7, 2020.

In your appeal request, you reported that you would be sending additional medical information to be included as part of your appeal request.

For Lincoln to conduct a timely review of your client's appeal, we ask that you submit any additional information you wish to have considered within your requested 60 days from the appeal letter dated August 30, 2020. Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by October 28, 2020, we will proceed with our appeal review and make a final determination based on the information currently contained in your client's file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe

is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Dimaggio
Appeal Consultant
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 427-1866

RUSSELL, Darrell **DOB:** (42 yo M) **Acc No.** 40183 **DOS:** 05/26/2020

# Russell, Darrell

**41 Y old Male, DOB:**
**Account Number: 40183**

**Home:**
**Guarantor: Russell, Darrell Insurance: United Healthcare Payer ID: 87726**
**Referring: Amit M Patel**
**Appointment Facility: 15 Georgia Pain and Wellness Center**

**05/26/2020** **Appointment Provider: An Do, MD**

### Current Medications

Taking
- Baclofen 10 MG Tablet 1 tablet with food or milk Orally two times a day
- Gabapentin 600 MG Tablet 1 tablet Orally three times a day
- Percocet 5-325 MG Tablet 1 tablet as needed Orally every 12 hrs
- Cymbalta
- Protonix
- Relistor 150 MG Tablet 3 tablets 30 minutes before the first meal of the day Orally Once a day
- Percocet 7.5-325 MG Tablet 1 tablet as needed Orally every 8-12 hours
- Trazodone HCl 100 MG Tablet 1 tablet Orally once at bedtime
- Medication List reviewed and reconciled with the patient

Past Medical History
Depression.
Cancer.
Panic Attacks.

### Surgical History

Back surgery (ruptured disc) 10/2019
Melanoma 2016
Lymphnode removal (right arm) 2016
Melanoma 2016-2017

### Family History

Non-Contributory

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? Yes, How many drinks did you have on a typical day when you were drinking in the past year? 1 or 2 drinks (0 point), How often did you have a drink containing alcohol in the past year? Monthly or less (1 point), Points 1, Interpretation Negative.

### Allergies

Lyrica

### Hospitalization/Major Diagnostic Procedure

see surgical hx

### Review of Systems

Neurologic:
Admits Low back pain. Admits Pain.
2 point ROS:

### Reason for Appointment

1. Right Arm Pain
2. Bilateral Leg Pain (R>L)
3. Low Back Pain

### History of Present Illness

Pain Management:
The severity of the pain is 6/10 average. The severity of the pain without pain medication is 8/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as aching. The patient's pain is mostly in the low back and bilatteral leg. Pain is improved with rest and medication. Pain is worse with prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ability to perform daily functions.
Clinical encounter chaperoned by: Brittany
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification Risk Group Green, Risk Score 2, Panel Group Level B (2-3), Panel Score 2, ORT Date Completed 02/10/2020.

### Vital Signs

Ht 76 in, Wt 225 lbs, BMI 27.38 Index, RR 17 /min, Pain scale 6 1-10, Ht-cm 193.04 cm, Wt-kg 102.06 kg.

### Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
CV extremities appear to be grossly perfused, no obvious chest deformity.
RESPIRATORY no dyspnea noted.
ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.
EXTREMITIES:
no edema noted on gross inspection, acyanotic
.
SKIN: right upper extremity allodynia, edema, color changes noted, decreased temp compared to contralateral extremity.
PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
MUSCULOSKELETAL right LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF.
NEUROLOGICAL right LE: decreased sensation to light touch/pinprick along L5-S1 dermatomes, right UE: allodynia and hyperesthesia noticed..
CERVICAL good ROM.
LUMBOSACRAL + incision scar noted, POSITIVE facet loading noted right lumbar paraspinal TTP, right gluteus TTP,

General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain

, tenderness to palpation bilaterally along lowest three segments of lumbar facet joints, + right SLR.

RUSSELL, Darrell **DOB:** (42 yo M) **Acc No.** 40183 **DOS:** 05/26/2020

**Assessments**

1. Pain in right arm - M79.601 (Primary)
2. Radiculopathy, lumbosacral region - M54.17
3. Postlaminectomy syndrome, not elsewhere classified - M96.1
4. Long term (current) use of opiate analgesic - Z79.891
5. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

**1. Long term (current) use of opiate analgesic**

LAB: Urine Drug Screen POC

05/26/2020 POC POSITIVE FOR OXY. BK.

LAB: SLS LCMS

**2. Chronic pain syndrome**

Refill Gabapentin Tablet, 600 MG, 1 tablet, Orally, three times a day, 30 day(s), 90, Refills 3

Refill Baclofen Tablet, 10 MG, 1 tablet with food or milk, Orally, two times a day, 30 day(s), 60, Refills 3

Stop Trazodone HCl Tablet, 100 MG, 1 tablet, Orally, once at bedtime, 30 day(s), 30 tablets

MDToolBox Percocet Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8-12 hours, 30 days, 75, Refills 0

Stop Trazodone HCl Tablet, 100 MG, 1 tablet, Orally, once at bedtime, 30 day(s), 30 tablets

Start Trazodone HCl Tablet, 150 MG, 1 tablet, Orally, once at bedtime, 30 day(s), 30 Tablets, Refills 0

**3. Others**

Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or

error as the cause of a presumptive UDT result; identify non prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a

RUSSELL, Darrell **DOB** 8 (42 yo M) **Acc No.** 40183 **DOS:** 05/26/2020

assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.
OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant
OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.
All new patients will undergo an extensive new patient toxicology screen panel.
Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6(6):432-442.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Giving encouragement to exercise. pain Management Follow-up Plan documented: Yes.

### Procedure Codes

80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

### Follow Up

Pt w/ Hx of melanoma s/p right axillary lymph node biopsy in 2017 resulted in right arm pain and diagnosed with CRPS. Also has lumbar radiculopathy s/p lumbar decompressive surgery w/ residual LBP and b/l leg pain R>L. Pain pattern remains unchanged since last visit. New LMRI reviewed with patient showing degen changes at L4/5 and L5/S1 with NFS affecting the NRs. Awaiting psych clearance for SCS trial. Would proceed with SCS trial for RUE CRPS and lumbar radiculopathy (lead in

cervical and thoracic region) once approved. IN the meantime, will schedule him for RIGHT L4/5 and L5/S1 TFESI to help alleviate radicular lumbar pain and spinal i Stable on current regimen. Responded well to Trazodone added last visit, will uptitrate to 150mg QHS for insomnia. Continue compounding w/ Ketamine. Continue current medications as the patient reports functional benefit. Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. The patient is advised to continue home exercise/stretching at home. Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs.

**Appointment Provider: An Do, MD**

**Electronically signed by An Do on 06/15/2020 at 01:54 PM EDT**

**Sign off status: Completed**

---

**15 Georgia Pain and Wellness Center**
**100 LIBERTY BLVD**
**Ste 210**
**CANTON, GA 30114-2852**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

---

RUSSELL, Darrell **DOB:** (41 yo M) **Acc No.** 40183 **DOS:** 04/28/2020

RUSSELL, Darrell **DOB:** (41 yo M) **Acc No.** 40183 **DOS:** 04/28/2020



# Russell, Darrell

**41 Y old Male, DOB:**
**Account Number: 40183**

**Home:**
**Guarantor: Russell, Darrell Insurance: United Healthcare Payer ID: 87726**
**Referring: Amit M Patel**
**Appointment Facility: 15 Georgia Pain and Wellness Center**

**04/28/2020** **Appointment Provider: An Do, MD**

### Current Medications

Taking

- Baclofen 10 MG Tablet 1 tablet with food or milk Orally two times a day
- Gabapentin 600 MG Tablet 1 tablet Orally three times a day
- Percocet 5-325 MG Tablet 1 tablet as needed Orally every 12 hrs
- Cymbalta
- Protonix
- Relistor 150 MG Tablet 3 tablets 30 minutes before the first meal of the day Orally Once a day
- Medication List reviewed and reconciled with the patient

Past Medical History

Depression.
Cancer.
Panic Attacks.

### Surgical History

Back surgery (ruptured disc) 10/2019
Melanoma 2016
Lymphnode removal (right arm) 2016
Melanoma 2016-2017

### Family History

Non-Contributory

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? Yes, How many drinks did you have on a typical day when you were drinking in the past year? 1 or 2 drinks (0 point), How often did you have a drink containing alcohol in the past year? Monthly or less (1 point), Points 1, Interpretation Negative

### Allergies

Lyrica

### Hospitalization/Major Diagnostic Procedure

see surgical hx

### Review of Systems

Neurologic:
Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

### Reason for Appointment

1. Right Arm Pain
2. Bilateral Leg Pain (R>L)
3. Low Back Pain

### History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Declined to specify, Feeling down, depressed, or hopeless? Declined to specify, Total Score 0.

Pain Management:

The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.

New symptom(s):

Patient presents today for follow-up visit for management of their pain. The patient's pain is mostly in the right arm. Pain is improved with rest and medication. Pain is worse with movement and at night time. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: improved ability to perform daily functions.

Clinical encounter chaperoned by: Brittany

PATIENT HAS HAD MRI, CT, and/or X-RAY - NO

PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

Opioid Risk:

Risk Assessment & Stratification Risk Group Green, Risk Score 2, Panel Group Level B (2-3), Panel Score 2, ORT Date Completed 02/10/2020.

### Vital Signs

Ht 76 in, Wt 225 lbs, BMI 27.38 Index, RR 18 /min, Pain scale 8 1-10, Ht-cm 193.04 cm, Wt-kg 102.06 kg.

### Examination

PHYSICAL EXAM:

GENERAL APPEARANCE: NAD, appears stated age.

HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.

CV extremities appear to be grossly perfused, no obvious chest deformity.

RESPIRATORY no dyspnea noted.

ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.

EXTREMITIES:
no edema noted on gross inspection, acyanotic

SKIN: right upper extremity allodynia, edema, color changes noted, decreased temp compared to contralateral extremity.

PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.

MUSCULOSKELETAL right LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF.

NEUROLOGICAL right LE: decreased sensation to light touch/pinprick along L5-S1 dermatomes, right UE: allodynia and hyperesthesia noticed..

Exhibit 1 MLF000006

CERVICAL good ROM.
LUMBOSACRAL + incision scar noted, POSITIVE facet loading noted



, tenderness to palpation bilaterally along lowest three segments of lumbar facet joints, + right SLR.

## Assessments

1. Complex regional pain syndrome I of right upper limb - G90.511 (Primary)
2. Pain in right arm - M79.601
3. Radiculopathy, lumbosacral region - M54.17
4. Postlaminectomy syndrome, not elsewhere classified - M96.1
5. Long term (current) use of opiate analgesic - Z79.891
6. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

**1. Chronic pain syndrome**

MDToolBox Percocet Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8-12 hours, 30 days, 75, Refills 0

Start Trazodone HCl Tablet, 100 MG, 1 tablet, Orally, once at bedtime, 30 day(s), 30 tablets

**2. Others**

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Giving encouragement to exercise. pain Management Follow-up Plan documented: Yes.

## Follow Up

Pt w/ Hx of melanoma s/p right axillary lymph node biopsy in 2017 resulted in right arm pain and diagnosed with CRPS. Also has lumbar radiculopathy s/p lumbar decompressive surgery w/ residual LBP and b/l leg pain L>R. Awaiting psych clearance for SCS trial. Would proceed with SCS trial for RUE CRPS and lumbar radiculopathy (lead in cervical and thoracic region) once approved. No changes in medical status since last visit. Pain is interfering with daily routine, QOL, and sleep with current regimen. Percocet is not adequately controlling his pain. Will uptitrate to 7.5mg Q8-12 hr PRN. Trazodone added to regimen for insomnia. Continue compounding w/ Ketamine since it's helpful. Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs. Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid

of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased



It is advised to continue home exercises/stretching at home.

**Appointment Provider: An Do, MD**



**Electronically signed by An Do on 04/29/2020 at 12:28 PM EDT**

**Sign off status: Completed**

---

**15 Georgia Pain and Wellness Center**
**100 LIBERTY BLVD**
**Ste 210**
**CANTON, GA 30114-2852**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

RUSSELL, Darrell **DOB:** (41 yo M) **Acc No.** 40183 **DOS:** 03/31/2020

RUSSELL, Darrell **DOB:** (41 yo M) **Acc No.** 40183 **DOS:** 03/31/2020



## Russell, Darrell

**41 Y old Male, DOB:**
**Account Number: 40183**

**Home:**
**Guarantor: Russell, Darrell Insurance: United Healthcare Payer ID: 87726**
**Referring: Amit M Patel**
**Appointment Facility: 15 Georgia Pain and Wellness Center**

**03/31/2020** **Appointment Provider: An Do, MD**

**Current Medications**
Unknown
- Cymbalta
- Protonix
- Gabapentin
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally two times a day
- Percocet 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Percocet 5-325 MG Tablet 1 tablet as needed Orally every 12 hrs
- Baclofen 10 MG Tablet 1 tablet with food or milk Orally two times a day
- Gabapentin 600 MG Tablet 1 tablet Orally three times a day
- Relistor 150 MG Tablet 3 tablets 30 minutes before the first meal of the day Orally Once a day
- Medication List reviewed and reconciled with the patient

Past Medical History
Depression.
Cancer.
Panic Attacks.

**Surgical History**
Back surgery (ruptured disc) 10/2019
Melanoma 2016
Lymphnode removal (right arm) 2016
Melanoma 2016-2017

**Family History**
Non-Contributory

**Allergies**
Lyrica

**Hospitalization/Major Diagnostic Procedure**
see surgical hx

**Review of Systems**
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain.

### Reason for Appointment
1. Right Arm Pain
2. Bilateral Leg Pain (R>L)
3. Low Back Pain

### History of Present Illness
Pain Management:
The severity of the pain is 8/10 average.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the right arm and bilateral legs (R>L). Pain is improved with rest and medication. Pain is worse with physical activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities
Clinical encounter chaperoned by: ashley
PATIENT HAS HAD MRI, CT, and/or X-RAY - NO
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification Risk Group Green, Risk Score 2, Panel Group Level B (2-3), Panel Score 2, ORT Date Completed 02/10/2020.

### Vital Signs
Ht 76 in, Wt 225 lbs, BMI 27.38 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 193.04 cm, Wt-kg 102.06 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
CV extremities appear to be grossly perfused, no obvious chest deformity.
RESPIRATORY no dyspnea noted.
ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.
EXTREMITIES: RUE: ,edema noted.
SKIN: right upper extremity allodynia, edema, color changes noted, decreased temp compared to contralateral extremity.
PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
MUSCULOSKELETAL right LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF.
NEUROLOGICAL right LE: decreased sensation to light touch/pinprick along L5-S1 dermatomes,right UE: allodynia and hyperesthesia noticed.
CERVICAL good ROM.
THORACIC NTTP, range of motion appears to be within normal limits.
LUMBOSACRAL + incision scar noted, POSITIVE facet loading noted
, decreased range of motion
, tenderness to palpation bilaterally along lowest three segments of lumbar facet joints, [illegible]

Exhibit 1 MLF000010

joints, + right SLR.



ts
gional pain syndrome I of right upper limb - G90.511 (Primary)
2. Pain in right arm - M79.601
3. Radiculopathy, lumbosacral region - M54.17
4. Postlaminectomy syndrome, not elsewhere classified - M96.1
5. Long term (current) use of opiate analgesic - Z79.891
6. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment

**1. Complex regional pain syndrome I of right upper limb**

Refill Baclofen Tablet, 10 MG, 1 tablet with food or milk, Orally, two times a day, 30 day(s), 60, Refills 3

Refill Gabapentin Tablet, 600 MG, 1 tablet, Orally, three times a day, 30 day(s), 90, Refills 3

MDToolBox Percocet Tablet, 5-325 MG, 1 tablet as needed, Orally, every 12 hrs, 30 days, 60, Refills 0

**2. Others**

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

.

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling, pain Management Follow-up Plan documented: Yes.

### Follow Up

Pt w/ Hx of melanoma s/p right axillary lymph node biopsy in 2017 resulted in right arm pain and diagnosed with CRPS. Also has lumbar radiculopathy s/p lumbar decompressive surgery w/ residual LBP and b/l leg pain L>R. Pain is currently being managed w/ narcotic. SCS trial discussed with patient. Pain is interfering with daily routine and sleep despite previous extended period of conservative management (at least 6 weeks of PT, HEP, and NSAIDS, narcotic medication, and multiple injections including ESI and sympathetic blocks). Pt would like to proceed with the trial with the hope to eliminate the need for narcotic medication and periodic injections. Will order SCS trial and begin pre-approval process. Obtain psych eval and proceed with SCS trial for RUE CRPS and lumbar radiculopathy (lead in cervical and thoracic region). Expected outcomes would include decreased in pain and increase in pt's function in daily activities without the need for narcotic medication. Procedure discussed -

daily activities without the need for narcotic medication. Procedure discussed risk/benefits & questions/concerned addressed to pt's satisfaction. Pt understands and wishes to proceed. Compliant. No changes in medical status since last visit. Denies adverse effects from medication. Responding adequately to compounding w/ Ketamine. Will send in compouding cream rx with refills. Other meds refilled. Consider weaning oral opioid regimen after SCS placement.

**Appointment Provider: An Do, MD**



**Electronically signed by An Do on 04/01/2020 at 02:56 PM EDT**

**Sign off status: Completed**

**15 Georgia Pain and Wellness Center**
**100 LIBERTY BLVD**
**Ste 210**
**CANTON, GA 30114-2852**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

# Russell, Darrell

41 Y old Male, DOB:
Account Number: 40183

Home:
Guarantor: Russell, Darrell Insurance: United Healthcare Payer ID: 87726
Referring: Amit M Patel
Appointment Facility: 15 Georgia Pain and Wellness Center

02/25/2020 Appointment Provider: Amit M Patel, MD

### Current Medications

Taking
- Cymbalta
- Protonix
- Gabapentin
- Norco 5-325 MG Tablet 1 tablet as needed Orally two times a day
- Gabapentin 600 MG Tablet 1 tablet Orally three times a day
- Baclofen 10 MG Tablet 1 tablet with food or milk Orally two times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally two times a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Depression.
Cancer.
Panic Attacks.

### Surgical History

Back surgery (ruptured disc) 10/2019
Melanoma 2016
Lymphnode removal (right arm) 2016
Melanoma 2016-2017

### Family History

Non-Contributory

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? Yes, How many drinks did you have on a typical day when you were drinking in the past year? 1 or 2 drinks (0 point), How often did you have a drink containing alcohol in the past year? Monthly or less (1 point), Points 1, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No.

### Allergies

Lyrica

### Hospitalization/Major Diagnostic Procedure

see surgical hx

### Review of Systems

Neurologic:
Admits Pain.

### Reason for Appointment

1. Right Arm Pain
2. Bilateral Leg Pain

### History of Present Illness

Pain Management:
The severity of the pain is 4/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 5/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, burning. The patient's pain is mostly in the right arm. Pain is improved with medication. Pain is worse with activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include:
Clinical encounter chaperoned by: Jenny
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification Risk Group Green, Risk Score 2, Panel Group Level B (2-3), Panel Score 2, ORT Date Completed 02/10/2020.

### Vital Signs

HR 79 /min, BP 136/102 mm Hg, Ht 76 in, Wt 225 lbs, BMI 27.38 Index, RR 18 /min, Pain scale 5 1-10, Ht-cm 193.04 cm, Wt-kg 102.06 kg.

### Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
RESPIRATORY unlabored respirations
, right anteriorchest wall/axialla TTP.
ABDOMEN: soft, nondistended.
EXTREMITIES: right shoulder: decreased ROM,.
SKIN: right upper extremity allodynia, edema, color changes noted, .trophic changes noted in hair beds.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL right UE: 4/5 handgrip, 4/5 triceps, 4/5 biceps, 4/5 deltoid
, right LE: 4-/5 hip flexors, 4-/5 quadriceps, 4-/5 hamstrings, 3/5 DF, 4-/5 PF,
left LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL right UE: inreased sensation to light touch/pinprick along RUE,
right>left LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
LUMBOSACRAL decreased ROM of lumbar spine. TTP along bilateral lowest three segments of lumbar facet joints, pain is reproduced with bilateral facet loading maneuvers, + SLR.

### Assessments

1. Complex regional pain syndrome I of right upper limb - G90.511 (Primary)
2. Cervicalgia - M54.2
3. Low back pain - M54.5
4. Pain in right leg - M79.604
5. Pain in left leg - M79.605
6. Radiculopathy, lumbosacral region - M54.17
7. Postlaminectomy syndrome, not elsewhere classified - M96.1
8. [illegible]

8. Myalgia, unspecified site - M79.10
9. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

**1. Complex regional pain syndrome I of right upper limb**
Stop Norco Tablet, 5-325 MG, 1 tablet as needed, Orally, two times a day, 30 days, 60
Refill Gabapentin Tablet, 600 MG, 1 tablet, Orally, three times a day, 30 day(s), 90 Tablet, Refills 0
Refill Baclofen Tablet, 10 MG, 1 tablet with food or milk, Orally, two times a day, 30 day(s), 60 Tablet, Refills 0
Not given Percocet Tablet, 5-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0

**2. Cervicalgia**
Not given Percocet Tablet, 5-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0

**3. Low back pain**
Start Percocet Tablet, 5-325 MG, 1 tablet as needed, Orally, every 12 hrs, 30 days, 60 Tablet, Refills 0

**4. Others**
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

.

## Preventive Medicine

Counseling: pain Management Follow-up Plan documented: Yes.

## Follow Up

Pt f/u today for his CRPS in RUE along with bilateral LE pain. He states he just picked up compound cream a few days and only recently started to apply it to affected regions. LMRI is still pending but will reorder it again today w/w/o. He states he did talk with PT but has not yet started. He will call to schedule. He states norco helps but he has tried percocet in the past and they were more effective. Will switch to percocet 5mg BID prn. Again, he is a good SCS candidate but he states he would only want to try cervical SCS first as he states its most bothersome issue. Will write for relistor as well as he states constipation is pretty bad and has tried and failed OTC stool softners and laxatives,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the

patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,An MRI of the lumbar spine will be ordered to assess for potential pain generators.

**Appointment Provider: Amit M Patel, MD**

**Electronically signed by Amit M Patel , MD on 03/03/2020 at 09:23 PM EST**

**Sign off status: Completed**

---

**15 Georgia Pain and Wellness Center**
**100 LIBERTY BLVD**
**Ste 210**
**CANTON, GA 30114-2852**
**Tel: 770-962-3642**
**Fax: 770-962-3643**



# Russell, Darrell

41 Y old Male, DOB:
Account Number: 40183

Home
Guarantor: Russell, Darrell Insurance: United Healthcare Payer ID: 87726
Referring: Online Request
Appointment Facility: 15 Georgia Pain and Wellness Center

02/10/2020

Appointment Provider: Amit M Patel, MD

### Current Medications

Taking
- Cymbalta
- Protonix
- Gabapentin
- Medication List reviewed and reconciled with the patient

### Past Medical History

Depression.
Cancer.
Panic Attacks.

### Surgical History

Back surgery (ruptured disc) 10/2019
Melanoma 2016
Lymphnode removal (right arm) 2016
Melanoma 2016-2017

### Family History

Non-Contributory

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year? 1 or 2 drinks (0 point), Points 1, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No.

### Allergies

Lyrica

### Hospitalization/Major Diagnostic Procedure

see surgical hx

### Review of Systems

Neurologic:
Low back pain Denies. Admits Pain. Denies Balance difficulty. Denies Headache.
2 point ROS:
Denies - Denies - Admits -
Allergy/Immunology:
Denies Congestion. Denies Itching. Denies Rash.

Ophthalmologic:
Denies Blurred vision. Denies Discharge.
ENT:
Denies Blocked ear. Denies Decreased hearing. Denies Decreased sense of smell. Denies Ringing in the ears.
Respiratory:
Denies Chest pain. Denies Pain with inspiration.

Endocrine:

### Reason for Appointment

1. Right Arm Pain
2. Bilateral Leg Pain

### History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
Pain Management:
The severity of the pain is 5/10 average, 8/10 max.
New symptom(s):
Patient is 41 years old, presenting to our clinic with complaints of right arm and bilateral leg pain
Patient states that currently the right arm pain is equal to the bilateral leg pain.
Patient was referred by: Dr. Anne Todd
The patient's pain began 3 years ago (crps) arm, legs 4 months ago after having emergency surgery for ruptured disc.
Since it started, it has been constant
The patient's pain is described as burning, aching, stabbing, shooting
The pain is worsened by physical activity
The pain is made better by nothing
The patient has tried the following modalities to treat the pain: physical therapy, chiropractor, TENS, Injections, ibuprofen, over the counter ointments, nerve block, accupunture, ketamine
The patient found the following treatments effective or helpful: none
Clinical encounter chaperoned by: ashley
PATIENT HAS HAD MRI, CT, and/or X-RAY - NO
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification Risk Group Green, Risk Score 2, Panel Group Level B (2-3), Panel Score 2, ORT Date Completed 02/10/2020.

### Vital Signs

HR 79 /min, BP 165/121 mm Hg, Ht 76 in, Wt 225 lbs, BMI 27.38 Index, RR 16 /min, Pain scale 5 1-10, Ht-cm 193.04 cm, Wt-kg 102.06 kg.

### Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
RESPIRATORY unlabored respirations
. right anteriorchest wall/axialla TTP.
ABDOMEN: soft, nondistended.
EXTREMITIES: right shoulder: decreased ROM,.
SKIN: right upper extremity allodynia, edema, color changes noted, .trophic changes noted in hair beds.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL right UE: 4/5 handgrip, 4/5 triceps, 4/5 biceps, 4/5 deltoid
. right LE: 4-/5 hip flexors, 4-/5 quadriceps, 4-/5 hamstrings, 3/5 DF, 4-/5 PF,
left LE: 4/5 hip flexors. 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL right UE: inreased sensation to light touch/pinprick along RUE,
right>left LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
LUMBOSACRAL decreased ROM of lumbar spine, TTP along bilateral lowest three segments of lumbar facet joints, pain is reproduced with bilateral facet loading

Denies Dizziness. Denies Weakness.
Cardiovascular:
Denies Chest pain with exertion. Denies Dyspnea on exertion.
Gastrointestinal:
Denies Abdominal pain. Admits Blood in stool. Admits Constipation.
Musculoskeletal:
Admits Joint stiffness. Admits Muscle aches. Admits Painful joints. Denies Sciatica. Admits Weakness.
Psychiatric:
Admits Anxiety. Admits Depressed mood. Admits Difficulty sleeping. Loss of appetite Admits. Denies Substance abuse.

maneuvers, + SLR.

## Assessments

1. Complex regional pain syndrome I of right upper limb - G90.511 (Primary)
2. Postlaminectomy syndrome, not elsewhere classified - M96.1
3. Radiculopathy, lumbosacral region - M54.17
4. Low back pain - M54.5
5. Myalgia, unspecified site - M79.10
6. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid related aberrant behaviors.

## Treatment

**1. Complex regional pain syndrome I of right upper limb**
Not given Norco Tablet, 5-325 MG, 1 tablet as needed, Orally, two times a day, 30 days, 60, Refills 0
Start Gabapentin Tablet, 600 MG, 1 tablet, Orally, three times a day, 30 day(s), 90 Tablet, Refills 0
Start Baclofen Tablet, 10 MG, 1 tablet with food or milk, Orally, two times a day, 30 day(s), 60 Tablet, Refills 0
LAB: Tier 8 to 14 Drug Classes

**2. Postlaminectomy syndrome, not elsewhere classified**
Start Hydrocodone-Acetaminophen Tablet, 5-325 MG, 1 tablet as needed, Orally, two times a day, 14 days, 28 Tablet, Refills 0

**3. Long term (current) use of opiate analgesic**
LAB: Urine Drug Screen POC
LAB: Tier 8 to 14 Drug Classes
Clinical Notes: 02/10/2020 POC negative all SS.

**4. Others**
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a

Exhibit 1 MLF000017

illicit use for ongoing safe prescribing of controlled substances, and use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.
OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant
OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.
All new patients will undergo an extensive new patient toxicology screen panel.
Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abberrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6(6):432-442.

.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling. Alcohol abuse MODERATION OF ETOH CONSUMPTION RECOMMENDATION: Alcohol abuse prevention education. pain Management Follow-up Plan documented: Yes.

## Procedure Codes

80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW
G0481 DR TST DEFIN DR ID M P D 8-14 DR CL

## Follow Up

41 yo M who presents with multiple complaints but primarily located along RUE, and bilateral legs. He states the RUE pain has been ongoing for last 3 years after he had surgery to remove melanoma along right axilla and chest wall region. This was complicated by development of CRPS in RUE and has since been have problems. His low back pain occured after no acute inciting event but just when he was getting out of bed and felt sudden sharp pain in back. He went to the hospital and had to get urgent surgery (unsure what type but states he had "ruptured L4/5 disc"). He states he has tried several modalities of pain treatment for his CRPS including medications, stellate blocks, ketamine infusions, physical therapy. Plan will be as follows: Investigation: Will plan to obtain records from Northside regarding imaging and surgeries and get records from Dr. Anne Todd's office regarding his care. He states he goes to clinic for ketamine infusions usually about 1x/week and it has been helpful. Will order new LMRI w/wo since he does have have any imaging since the surgery but continues to have significant motor and sensory weakness in lower extremities. Interventions: He is

Exhibit 1 MLF000018

significant motor and sensory weakness in lower extremities, therefore he is good candidate for SCS in cervical and lumbar region and is interested in all options. Will provide SCS resources at todays visit and consider moving forward after obtaining records.; Meds: PDMP shows he was receiving percocet 10mg after his surgery but it has been several weeks since last fill. Will start back at norco 5mg BID and will hold on escalations as I dont have records and do not want opioids to be long term solution. Will also provide topical compound cream along with gabapentin 600mg TID and baclofen 10mg BID prn.; Therapy: Will refer to physical therapy with focus on desensitization therapy for his CRPS. Can also refer for his bilateral leg pain.

**Appointment Provider: Amit M Patel, MD**

**Electronically signed by Amit M Patel , MD on 02/13/2020 at 04:40 PM EST**

**Sign off status: Completed**

**15 Georgia Pain and Wellness Center**
**100 LIBERTY BLVD**
**Ste 210**
**CANTON, GA 30114-2852**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

## Medical History
Anxiety disorder
Depressive disorder
Elevated blood pressure
Gastroesophageal reflux disease

## Surgical History
None

## Skin Conditions
Malignant melanoma: Left sup central forehead 1/16 and right med inf chest 8/15

## Skin Protection
Do you wear sunscreen?: Yes
Do you tan in a tanning salon?: No

## Family History of Melanoma
Do you have a family history of Melanoma?: No

## Social History
EtOH 1-2 drinks per day
Occupation:
Place of Residence:
Smoking status - Never smoker

## Medications
Cymbalta Oral
oxycodone Oral
trazodone Oral
baclofen
gabapentin

## Allergies
Lyrica

## ROS
Provider reviewed on May 28, 2020.

A complete review of systems was performed and was notable for problems with healing, night sweats, itchy eyes, abdominal pain, nausea/vomiting, anxiety, depression, and Flu Shot.

No Problems With Bleeding, No Problems With Scarring (hypertrophic Or Keloid), No Rash, No Immunosuppression, No Hay Fever, No Chest Pain, No Fever Or Chills, No Unintentional Weight Loss, No Thyroid Problems, No Sore Throat, No Blurry Vision, No Bloody Stool, No Bloody Urine, No Diarrhea, No Joint Aches, No Muscle Weakness, No Neck Stiffness, No Headaches, No Seizures, No Cough, No Shortness Of Breath, No Wheezing, No Mood Changes, And No Pneumonia Shot.

## Family History

## Chief Complaints:
1. Evaluation of Skin Lesions
2. F/U Neoplasm of Uncertain Behavior evaluated on January 21, 2016
3. F/U History of malignant melanoma evaluated on January 21, 2016
4. F/U Neoplasm of Uncertain Behavior evaluated on January 21, 2016
5. F/U Neoplasm of Uncertain Behavior evaluated on January 21, 2016

## HPI: This is a 42 year old male who:
1. is being seen for an evaluation of skin lesions, located on the body throughout. He also presents for education and counseling about sun exposure, evaluation for suspicious growths, evaluation of current nevi, surveillance against skin cancer recurrences, and surveillance against the recurrence of atypical nevi. His history is significant for dysplastic nevi, family history of melanoma (Father ), and melanoma - Left sup central forehead and right med inf chest, removed in 1/16 and 8/15.
2. is following up for neoplasm of uncertain behavior on the left superior central forehead. He was seen on January 21, 2016, at which time Biopsy by Shave Method was performed. The pathology shows: Melanoma in situ on the left superior central forehead. We recommended the following: Refer : Mohs.

   Pt proceeded with treatment as recommended.

   The patient is now here for further evaluation and management.
3. is following up for history of malignant melanoma on the right medial inferior chest. He was seen on January 21, 2016, at which time Counseling was performed and the history of malignant melanoma was observed with the following details: right medial inferior chest .

   The patient is now here for further evaluation and management.
4. is following up for neoplasm of uncertain behavior on the left inferior lateral midback. He was seen on January 21, 2016, at which time Biopsy by Shave Method was performed. The pathology shows: Dysplastic Nevus with Moderate Atypia on the left inferior lateral midback. We recommended the following: Schedule : Excision.

   Interval History: Pt never returned for excision. A certified letter was sent to the patient in the mail.
5. is following up for neoplasm of uncertain behavior on the right superior lateral midback. He was seen on January 21, 2016, at which time Biopsy by Shave Method was performed. The pathology shows: Dysplastic Nevus with Moderate Atypia on the right superior lateral midback. We recommended the following: Schedule : Excision.

   Interval History: Pt never returned for excision. A certified letter was sent to the patient in the mail.

Secondary Complaints include: asymptomatic and stable Mole, mild in severity, located on the trunk, present for months, here for further evaluation and management, asymmetric, darkening, and irregular Mole, mild in severity, located on the right upper back and right forearm, present for months, here for further evaluation and management, and asymptomatic, red, and stable Growths, mild in severity, located on the left temple and right upper back, present for months, here for further evaluation and management.

## Exam:
An examination was performed including the scalp (including hair inspection), head (including face), inspection of conjunctivae and lids, lips (but not teeth and gums), neck, chest, abdomen, back, right upper extremity, left upper extremity, right lower extremity, left lower extremity, buttocks (but not genitalia), and inspection and palpation of digits and nails.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

Patient has a tattoo.

The following people were also present during my examination: my medical assistant (female).

Findings in the above examined areas were normal with the exception of the following exam descriptions below:

## Impression/Plan:

Family history of malignant melanoma (situation)
- Father

The patient expressed strong discontentment with one of our office staff in regards to collecting a past-due balance on the patient's account.

I discussed with the patient that ultimately we want to make sure he feels comfortable with the office and office policies as a whole. We discussed that, given his history of multiple melanomas and atypical nevi, he needs routine dermatological exams and screenings to continue to monitor for suspicious or recurring lesions. I expressed to the patient that we are happy to continue his care at our office, but we can also send his medical records to any office of his choosing. My medical assistant (Lynn Keener) was present for this conversation.

1. **History of malignant melanoma**
**(Z85.820)**
Well healed scar with NER
located on the right medial inferior chest.
Associated diagnosis: Medical surveillance following completed treatment

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin Care: Patients with a history of melanoma should wear sunblock and sun protective clothing.
Expectations: Scars from excisional sites of melanoma should be monitored for any recurrences. Monthly self-skin checks should be performed to monitor for any moles that change in size, shape or color, itch burn or bleed.
Contact Office if: Patient notices any new or changing moles, develops constitutional symptoms or develops new lesions within or around the previous melanoma scar.
Quality 224 (Overutilization of Imaging Studies in Stage 0-IIC Melanoma): None of the following diagnostic imaging studies ordered: chest X-ray, CT, Ultrasound, MRI, PET, or nuclear medicine scans (ML)
Quality 137 (Melanoma Recall System): Patient information entered into a recall system that includes: target date for the next exam specified AND a process to follow up with patients regarding missed or unscheduled appointments

**Plan: Observation.**
- right medial inferior chest.

2. **History of Malignant Melanoma in situ**
**(Z85.820)**
No lymphadenopathy, no hepatosplenomegaly and well healed scar with NER
located on the left superior central forehead.
Associated diagnosis: Medical surveillance following completed treatment

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin Care: Patients with a history of melanoma should wear broad spectrum sunscreen and sun protective clothing.
Expectations: Scars from excisional sites of melanoma should be monitored for any recurrences. Monthly self-skin checks should be performed to monitor for any moles that change in size, shape or color, itch burn or bleed.
Contact Office if: Patient notices any new or changing moles, develops constitutional symptoms or develops new lesions within or around the previous melanoma scar.
Quality 137 (Melanoma Recall System): Patient information entered into a recall system that includes: target date for the next exam specified AND a process to follow up with patients regarding missed or unscheduled appointments

**Plan: Observation.**
- left superior central forehead.

3. **Lentigines**
**(L81.4)**
Reticulated light tan macules in sun distribution
located on the trunk.

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin Care: Lentigines can resolve with broad spectrum sunscreen, sun avoidance, bleaching creams, retinoids, chemical peels and laser.
Expectations: Lentigines are benign pigmented lesions that occur on sun-exposed and sun-damaged skin. They are easily treatable.

**Plan: Reassurance.**
Location: trunk

4. **Benign Nevi**
**(D22.5 and D22.71)**
Regular, symmetrical, evenly-colored macules and papules
distributed on the right medial plantar midfoot, right instep, and trunk.

**Plan: Counseling.**
I counseled the patient regarding the following:
Instructions: Monthly self-skin checks to monitor for any changes in moles are recommended.
Expectations: Benign Nevi are pigmented nests of cells within the skin. No treatment is necessary.
Contact Office if: Any moles change in size, shape or color; itch, burn or bleed.

**Plan: Reassurance.**
Location: trunk

**Plan: Observation.**
- right medial plantar midfoot.

- right instep.

5. **Angioma**
**Skin and Subcutaneous Tissues (D18.01)**
Bright red papule
distributed on the face and trunk.

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin Care: Angiomas can resolve with lasers or electrodesiccation.
Expectations: Angiomas are benign vascular growths. No treatment is necessary.

**Plan: Reassurance.**
Location: face and trunk

6. **Neoplasm of Uncertain Behavior**
**(D48.5)**
Macule
located on the right superior upper back.
Ddx includes: Neoplasm of Uncertain Behavior vs. Dysplastic Nevus

**Plan: Counseling.**
I counseled the patient regarding the following:
Instructions: Neoplasms of Uncertain Behavior can be observed, biopsied or surgically removed depending on the level of clinical suspicion.
Contact Office if: patient develops any new lesions that fail to heal, ulcerate or bleed.

**Plan: Biopsy by Shave Method.**
Location (A): right superior upper back. Written consent was obtained and risks were reviewed including but not limited to scarring, infection, bleeding, scabbing, incomplete removal, nerve damage and allergy to anesthesia. The area was prepped with Alcohol. Local anesthesia was obtained with approximately 0.5cc of 1% lidocaine with epinephrine. A biopsy by shave method to the level of the dermis (sent for H and E) was performed using a Dermablade on the right superior upper back. Drysol was used for hemostasis. Following the biopsy Petrolatum and a bandage were applied. Patient will be notified of biopsy results. However, patient instructed to call the office if not contacted within 2 weeks.

7. **Neoplasm of Uncertain Behavior**
**(D48.5)**
Macule
located on the right lateral upper back.
Ddx includes: Neoplasm of Uncertain Behavior vs. Dysplastic Nevus

**Plan: Counseling.**
I counseled the patient regarding the following:
Instructions: Neoplasms of Uncertain Behavior can be observed, biopsied or surgically removed depending on the level of clinical suspicion.

Contact Office if: patient develops any new lesions that fail to heal, ulcerate or bleed.

**Plan: Biopsy by Shave Method.**
Location (B): right lateral upper back. Written consent was obtained and risks were reviewed including but not limited to scarring, infection, bleeding, scabbing, incomplete removal, nerve damage and allergy to anesthesia. The area was prepped with Alcohol. Local anesthesia was obtained with approximately 0.5cc of 1% lidocaine with epinephrine. A biopsy by shave method to the level of the dermis (sent for H and E) was performed using a Dermablade on the right lateral upper back. Drysol was used for hemostasis. Following the biopsy Petrolatum and a bandage were applied. Patient will be notified of biopsy results. However, patient instructed to call the office if not contacted within 2 weeks.

8. **Neoplasm of Uncertain Behavior**
**(D48.5)**
Macule
located on the right proximal radial dorsal forearm.
Ddx includes: Neoplasm of Uncertain Behavior vs. Dysplastic Nevus

**Plan: Counseling.**
I counseled the patient regarding the following:
Instructions: Neoplasms of Uncertain Behavior can be observed, biopsied or surgically removed depending on the level of clinical suspicion.
Contact Office if: patient develops any new lesions that fail to heal, ulcerate or bleed.

**Plan: Biopsy by Shave Method.**
Location (C): right proximal radial dorsal forearm. Written consent was obtained and risks were reviewed including but not limited to scarring, infection, bleeding, scabbing, incomplete removal, nerve damage and allergy to anesthesia. The area was prepped with Alcohol. Local anesthesia was obtained with approximately 0.5cc of 1% lidocaine with epinephrine. A biopsy by shave method to the level of the dermis (sent for H and E) was performed using a Dermablade on the right proximal radial dorsal forearm. Drysol was used for hemostasis. Following the biopsy Petrolatum and a bandage were applied. Patient will be notified of biopsy results. However, patient instructed to call the office if not contacted within 2 weeks.

9. **Angular Cheilitis**
**(K13.0)**
Maceration and transverse fissuring of oral commisures
distributed on the left lip and right lip.

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin care: Patient instructed to apply barrier creams to open fissures on mouth corners.
Expectations: Angular Cheilitis improves with treatment, and can be triggered by drooling (from saliva), superinfection by bacteria or yeast and vitamin deficiencies.
Contact Office if: Angular Cheilitis does not improve or worsens despite treatment.

**Plan: Prescription.**
**Ala-Quin 3 %-0.5 % topical cream** TP
**Sig:** Apply to lips twice a day for 2 weeks
**Quantity:** 1 Tube

**clotrimazole 10 mg troche** Mucous Membrane
**Sig:** Suck on 6 times a day for 2 weeks
**Quantity:** 1 Bottle

10. **History of Mildly Dysplastic Nevus**
**(Z87.2)**
Clear on exam today
located on the right superior upper back.

**Plan: Counseling.**
I counseled the patient regarding the following:
Education: The importance of regular self skin checks to monitor for any changes in mole size, shape or color was reviewed with the patient.
Expectations: Atypical Nevi need to be monitored on a regular basis by patients and dermatologists for changes since they have the potential to turn into melanoma.
Contact office if: Any moles change in size, shape or color, or itch, burn or bleed.

**Plan: Observation.**
- right superior upper back.

11. **Dysplastic Nevus with Moderate Atypia**
**(D22.5)**
Clear on exam today
distributed on the left inferior lateral midback and right superior lateral midback.

**Plan: Counseling.**
I counseled the patient regarding the following:
Education: The importance of regular self skin checks to monitor for any changes in mole size, shape or color was reviewed with the patient.
Expectations: Atypical Nevi need to be monitored on a regular basis by patients and dermatologists for changes since they have the potential to turn into melanoma.
Contact office if: Any moles change in size, shape or color, or itch, burn or bleed.

**Plan: Defer.**
The following procedure was deferred: Excision
Reason for Deferral: needs to schedule a separate appointment.
Instructions: Left inferior lateral midback - moderately atypical nevus biopsied in 2016 at which time excision was recommended
Right superior lateral midback - moderate atypical nevus biopsied in 2016 at which time excision was recommended
Given the patient has past medical history of multiple melanomas we have recommend follow-up treatment/excision at these sites as stated back in 2016.

12. **MIPS**

**Plan: MIPS Quality.**
Quality 137 (Melanoma Recall System): Patient information entered into a recall system that includes: target date for the next exam specified AND a process to follow up with patients regarding missed or unscheduled appointments
Quality 226 (Tobacco Use Screening and Cessation Intervention): Patient screened for tobacco use and is an ex/non-smoker
Quality 130 (Documentation of Current Medications in the Medical Record): Current Medications Documented
Quality 110 (Influenza Immunization): Influenza Immunization Administered during Influenza season
Quality 111 (Pneumonia Vaccination Status for Older Adults): Pneumococcal Vaccination not Administered or Previously Received, Reason not Otherwise Specified

## Follow up in 6 months for: Melanoma Check

## Staff:

Erica P Weddington, PA-C (Primary Provider)

Lynn Keener (scribe)

Faulk, Carlton MD (Bill Under)


observation
DMN
procedure
R
L


R
L
L
R
observation
- observation
R
L
R
L


L
R
R
L
R
L
Submental View
R
L

| Neoplasm of Uncertain Behavior - Biopsy by Shave Method - right superior upper back | | |
|---|---|---|
|  Thu 05/28/2020 09:14:51.280 | | |

| Neoplasm of Uncertain Behavior - Biopsy by Shave Method - right lateral upper back | | |
|---|---|---|
|  Thu 05/28/2020 09:14:57.722 | | |

| Neoplasm of Uncertain Behavior - Biopsy by Shave Method - right proximal radial dorsal forearm | | |
|---|---|---|
|  Thu 05/28/2020 09:14:42.565 | | |

| Other Photos | | |
|---|---|---|
|  Thu 05/28/2020 09:32:48.882 | | |

I, Lynn Keener am scribing for, and in the presence of Erica Weddington, PA-C.

Electronically Signed By: Lynn Keener, 06/10/2020 10:24 AM EDT

I, Erica Weddington, PA-C, personally performed the services described in the documentation as scribed by Lynn Keener in my presence, and confirm it is both accurate and complete.

Electronically Signed By: Erica P Weddington, PA-C, 06/10/2020 10:24 AM EDT

History of malignant melanoma: well healed scar with NER located on the right medial inferior chest.

Plan: Counseling and Observation.

History of Malignant Melanoma in situ: no lymphadenopathy, no hepatosplenomegaly and well healed scar with NER located on the left superior central forehead.

Plan: Counseling and Observation.

Lentigines: reticulated light tan macules in sun distribution located on the trunk.

Plan: Counseling and Reassurance.

Benign Nevi: regular, symmetrical, evenly-colored macules and papules distributed on the right medial plantar midfoot, right instep, and trunk.

Plan: Counseling, Reassurance, and Observation.

Angioma: bright red papule distributed on the face and trunk.

Plan: Counseling and Reassurance.

Neoplasm of Uncertain Behavior: macule located on the right superior upper back.

Plan: Counseling and Biopsy by Shave Method.

Neoplasm of Uncertain Behavior: macule located on the right lateral upper back.

Plan: Counseling and Biopsy by Shave Method.

Neoplasm of Uncertain Behavior: macule located on the right proximal radial dorsal forearm.

Plan: Counseling and Biopsy by Shave Method.

Angular Cheilitis: maceration and transverse fissuring of oral commisures distributed on the left lip and right lip.

Plan: Counseling and Prescription.

History of Mildly Dysplastic Nevus: clear on exam today located on the right superior upper back.

Plan: Counseling and Observation.

Dysplastic Nevus with Moderate Atypia: clear on exam today distributed on the left inferior lateral midback and right superior lateral midback.

Plan: Counseling and Defer.

MIPS: .

Plan: MIPS Quality.

Electronically Signed By: Carlton Faulk, MD, 06/10/2020 10:24 AM EDT

**Medical History**
Reviewed and no changes noted June 11, 2020.
Anxiety disorder
Depressive disorder
Elevated blood pressure
Gastroesophageal reflux disease

**Surgical History**
Reviewed and no changes noted June 11, 2020.
None

**Skin Conditions**
Reviewed and no changes noted on June 11, 2020.
Malignant melanoma: Left sup central forehead 1/16 and right med inf chest 8/15.

**Skin Protection**
Reviewed and no changes noted on June 11, 2020.
Do you wear sunscreen?: Yes
Do you tan in a tanning salon?: No

**Family History of Melanoma**
Reviewed and no changes noted on June 11, 2020.
Do you have a family history of Melanoma?: No

**Social History**
Reviewed and no changes noted June 11, 2020.
EtOH 1-2 drinks per day
Occupation:
Place of Residence:
Smoking status - Never smoker

**Medications**
Reviewed and no changes noted June 11, 2020.
Ala-Quin 3-0.5 % Topical - cream
clotrimazole 10 mg Mucous Membrane - troche
Cymbalta Oral
oxycodone Oral
trazodone Oral
baclofen
gabapentin

**Allergies**
Reviewed and no changes noted June 11, 2020.
Lyrica

**ROS**
Provider reviewed on Jun 11, 2020.

A complete review of systems was performed and was notable for problems with healing, night sweats, itchy eyes, abdominal pain, nausea/vomiting, anxiety, depression,

## Chief Complaint: F/U Neoplasm of Uncertain Behavior evaluated on May 28, 2020

**HPI:** This is a 42 year old male who is following up for neoplasm of uncertain behavior on the right proximal radial dorsal forearm. He was seen on May 28, 2020, at which time Biopsy by Shave Method was performed. The pathology shows: Melanoma in situ on the right proximal radial dorsal forearm. We recommended the following: Schedule : Excision.

The patient is now here for excision.

### Exam:

An examination was performed.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

The following people were also present during my examination: my medical assistant (female).

### Impression/Plan:

1. **Malignant Melanoma in situ (D03.61)**
   Suspicious irregular multi-colored macule located on the right proximal radial dorsal forearm.

   **Plan: Excision.**
   Biopsy Photograph Reviewed: Yes.

   Procedure Note

   Location (A): right proximal radial dorsal forearm
   Preop Size: 0.6 cm
   Margin: 0.5 cm
   Total Excised Diameter: 1.6 cm
   Procedure: Excision - Fusiform
   Anesthesia: local infiltration-1% lidocaine with epinephrine (2 cc)
   Estimated Blood Loss: minimal
   Complications: none

   Repair Type: Intermediate
   Final Wound Length: 3.9 cm

   Consent was obtained from the patient. The risks and benefits to therapy were discussed in detail. Specifically, the risks of infection, scarring, bleeding, prolonged wound healing, incomplete removal, allergy to anesthesia, nerve injury and recurrence were addressed. Prior to the procedure, the treatment site was clearly identified and confirmed by the patient. All components of Universal Protocol/PAUSE Rule completed.

   Procedure: The patient was placed in a comfortable position exposing the surgical site. The area was prepped with Hibiclens and draped in the usual fashion. A fusiform excision was performed, on the right proximal radial dorsal forearm, with a 15 blade. The margin was drawn around the clinically apparent lesion. A fusiform shape was then drawn on the skin incorporating the lesion and margins. Incisions were then made along these lines to the appropriate tissue plane and the lesion was extirpated. The lesion was excised to the layer of the adipose tissue, removed and sent to pathology for processing and histologic evaluation. Intermediate layered repair was performed because extensive undermining required. Undermining was performed with blunt dissection. Hemostasis was achieved with electrocautery. The subcutaneous tissue and dermis were closed with 3-0 Vicryl. Epidermal closure was achieved with 4-0 Nylon (simple interrupted). The final wound length was 3.9 cm. The number of deep sutures placed was 1. The number of epidermal sutures placed was 5. Aquaphor + dry sterile dressing were applied. I reviewed with the patient in detail post-care instructions. Patient is not to engage in any heavy lifting, exercise, or swimming for the next 14 days. Should the patient develop any fevers, chills, bleeding, severe pain patient will contact the office immediately. Suture removal in 12 days.

   **Plan: Counseling.**
   I counseled the patient regarding the following:
   Instructions: Thin primary melanomas require wide local excision. Melanoma in situ is the thinnest type of

and Flu Shot.

No Problems With Bleeding, No Problems With Scarring (hypertrophic Or Keloid), No Rash, No Immunosuppression, No Hay Fever, No Chest Pain, No Fever Or Chills, No Unintentional Weight Loss, No Thyroid Problems, No Sore Throat, No Blurry Vision, No Bloody Stool, No Bloody Urine, No Diarrhea, No Joint Aches, No Muscle Weakness, No Neck Stiffness, No Headaches, No Seizures, No Cough, No Shortness Of Breath, No Wheezing, No Mood Changes, And No Pneumonia Shot.

## Family History

Reviewed and no changes noted June 11, 2020.
Family history of malignant melanoma (situation)
- Father

melanoma.
Expectations: Melanomas are a form of skin cancer. Early detection and surgical removal is imperative for high cure rates. The deeper melanomas grow into the skin, the greater the potential for metastasis.
Contact Office if: Any moles change in size, shape or color; itch, burn or bleed.
The patient was instructed to return for a full-body skin exam in 3 Months.
Quality 137 (Melanoma Recall System): Patient information entered into a recall system that includes: target date for the next exam specified AND a process to follow up with patients regarding missed or unscheduled appointments
Quality 138 (Melanoma Coordination of Care): A treatment plan was communicated to the physicians providing continuing care within one month of diagnosis outlining: diagnosis, tumor thickness and a plan for surgery or alternate care.

2. **MIPS**

**Plan: MIPS Quality.**
Quality 137 (Melanoma Recall System): Patient information entered into a recall system that includes: target date for the next exam specified AND a process to follow up with patients regarding missed or unscheduled appointments
Quality 226 (Tobacco Use Screening and Cessation Intervention): Patient screened for tobacco use and is an ex/non-smoker
Quality 130 (Documentation of Current Medications in the Medical Record): Current Medications Documented
Quality 110 (Influenza Immunization): Influenza Immunization Administered during Influenza season
Quality 111 (Pneumonia Vaccination Status for Older Adults): Pneumococcal Vaccination not Administered or Previously Received, Reason not Otherwise Specified

### Follow up in 2 weeks for: Suture Removal

### Follow up in 3 months for: Skin Check

### Staff:

Carlton Faulk, MD (Primary Provider) (Bill Under)

Trisha Palmer (scribe)




I, Trisha Palmer am scribing for, and in the presence of Carlton Faulk, MD.

Electronically Signed By: Trisha Palmer, 06/17/2020 11:32 AM EDT

I, Carlton Faulk, MD, personally performed the services described in the documentation as scribed by Trisha Palmer in my presence, and confirm it is both accurate and complete.

Electronically Signed By: Carlton Faulk, MD, 06/17/2020 11:32 AM EDT

## Medical History
Reviewed and no changes noted June 25, 2020.
Anxiety disorder
Depressive disorder
Elevated blood pressure
Gastroesophageal reflux disease

## Surgical History
Reviewed and no changes noted June 25, 2020.
None

## Skin Conditions
Reviewed and no changes noted on June 25, 2020.
Malignant melanoma: Left sup central forehead 1/16 and right med inf chest 8/15

## Skin Protection
Reviewed and no changes noted on June 25, 2020.
Do you wear sunscreen?: Yes
Do you tan in a tanning salon?: No

## Family History of Melanoma
Reviewed and no changes noted on June 25, 2020.
Do you have a family history of Melanoma?: No

## Social History
Reviewed and no changes noted June 25, 2020.
EtOH 1-2 drinks per day
Occupation:
Place of Residence:
Smoking status - Never smoker

## Medications
Reviewed and no changes noted June 25, 2020.
Ala-Quin 3-0.5 % Topical - cream
clotrimazole 10 mg Mucous Membrane - troche
Cymbalta Oral
oxycodone Oral
trazodone Oral
baclofen
gabapentin

## Allergies
Reviewed and no changes noted June 25, 2020.
Lyrica

## ROS
Provider reviewed on Jun 25, 2020.

A focused review of systems was performed including integumentary and was notable for problems with healing.

## Chief Complaint: F/U Malignant Melanoma in situ evaluated on June 11, 2020

**HPI:** This is a 42 year old male who is following up for malignant melanoma in situ on the right proximal radial dorsal forearm. He was seen on June 11, 2020, at which time Excision (Repair: Intermediate) was performed. The pathology shows: No Residual Melanoma on the right proximal radial dorsal forearm. We recommended the following: Reassure : margins clear.

The patient presents for suture removal.

## Exam:
An examination was performed including the right forearm.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

## Impression/Plan:
1. **Malignant Melanoma in situ**
   **(D03.61)**
   Incision site well healed
   located on the right proximal radial dorsal forearm.

   **Plan: Counseling.**
   I counseled the patient regarding the following:
   Instructions: Thin primary melanomas require wide local excision. Melanoma in situ is the thinnest type of melanoma.
   Expectations: Melanomas are a form of skin cancer. Early detection and surgical removal is imperative for high cure rates. The deeper melanomas grow into the skin, the greater the potential for metastasis.
   Contact Office if: Any moles change in size, shape or color; itch, burn or bleed.
   The patient was instructed to return for a full-body skin exam in 3 Months.
   Quality 137 (Melanoma Recall System): Patient information entered into a recall system that includes: target date for the next exam specified AND a process to follow up with patients regarding missed or unscheduled appointments
   Quality 138 (Melanoma Coordination of Care): A treatment plan was communicated to the physicians providing continuing care within one month of diagnosis outlining: diagnosis, tumor thickness and a plan for surgery or alternate care.

   **Plan: Suture Removal (Global Period).**
   Location: right proximal radial dorsal forearm.
   Path Discussion : I reviewed the pathology results with the patient in detail.
   Suture Removal : The examination of the site was clean, dry and intact. Sutures were removed.

2. **MIPS**

   **Plan: MIPS Quality.**
   Quality 137 (Melanoma Recall System): Patient information entered into a recall system that includes: target date for the next exam specified AND a process to follow up with patients regarding missed or unscheduled appointments
   Quality 226 (Tobacco Use Screening and Cessation Intervention): Patient screened for tobacco use and is an ex/non-smoker
   Quality 130 (Documentation of Current Medications in the Medical Record): Current Medications Documented
   Quality 110 (Influenza Immunization): Influenza Immunization Administered during Influenza season
   Quality 111 (Pneumonia Vaccination Status for Older Adults): Pneumococcal Vaccination not Administered or Previously Received, Reason not Otherwise Specified

## Follow up in 3 months for: Skin Check

## Staff:

Carlton Faulk, MD (Primary Provider) (Bill Under)

No Problems With Scarring (hypertrophic Or Keloid).

## Family History

Reviewed and no changes noted June 25, 2020.
Family history of malignant melanoma (situation)
- Father

Rebecca Farrow (scribe)




I, Rebecca Farrow am scribing for, and in the presence of Carlton Faulk, MD.

Electronically Signed By: Rebecca Farrow, 06/25/2020 01:29 PM EDT

I, Carlton Faulk, MD, personally performed the services described in the documentation as scribed by Rebecca Farrow in my presence, and confirm it is both accurate and complete.

Electronically Signed By: Carlton Faulk, MD, 06/25/2020 01:29 PM EDT

SkinPath SOLUTIONS

2000 Lake Park Drive SE, Smyrna, GA 30080
Phone 678-556-9411
Toll Free 888-559-0263
Fax 678-556-9413

Erica Weddington, PA-C
Georgia Mountain Dermatology
150 Interstate South Drive, Suite 100
Jasper, GA 30143

Phone #: 706-253-3376
Fax: 706-253-3223

## PATIENT INFORMATION

Name: **DARRELL W RUSSELL**
DOB:
Age: 42
SEX: Male
SS#:

Accession #: **SPS20-39370**
Med. Rec. #:33728
Order #: 34032
Patient Phone #: (678) 773-2904

Collected: 05/28/2020
Received: 05/29/2020
Reported: 06/02/2020

**(A) (RIGHT SUPERIOR UPPER BACK, SHAVE-BIOPSY TECHNIQUE):**

**MODERATELY DYSPLASTIC COMPOUND NEVUS**

**NOTE (A): THE LESION APPEARS TO HAVE BEEN COMPLETELY REMOVED IN THE SECTIONS EXAMINED. IF A PIGMENTED LESION REMAINS CLINICALLY OR RECURS AT THIS SITE, COMPLETE REMOVAL IS RECOMMENDED.**

**(B) (RIGHT LATERAL UPPER BACK, SHAVE-BIOPSY TECHNIQUE):**

**MODERATELY DYSPLASTIC COMPOUND NEVUS**

**NOTE (B): THE LESION APPEARS TO HAVE BEEN COMPLETELY REMOVED IN THE SECTIONS EXAMINED. IF A PIGMENTED LESION REMAINS CLINICALLY OR RECURS AT THIS SITE, COMPLETE REMOVAL IS RECOMMENDED. THIS CASE WAS REVIEWED BY DR. ERSTINE, AND SHE CONCURS WITH THE DIAGNOSIS.**

**(C) (RIGHT PROXIMAL RADIAL DORSAL FOREARM, SHAVE-BIOPSY TECHNIQUE):**

**MELANOMA IN SITU, LENTIGO MALIGNA TYPE**

**NOTE (C): NO INVASION IS SEEN. THIS CASE WAS REVIEWED BY DR. ERSTINE, AND SHE CONCURS WITH THE DIAGNOSIS.**

Dipti Anand MD

Dipti Anand MD, Electronically Signed (6/1/2020)

**(A)** Macule; neoplasm of uncertain behavior vs DN.
**(B)** Macule; neoplasm of uncertain behavior vs DN.
**(C)** Macule; neoplasm of uncertain behavior vs DN.

**(A)** Specimen received in formalin identified as "right superior upper back" and consists of a tan biopsy taken by shave technique measuring 11 mm. The specimen is quadrisected and totally submitted in one cassette.
**(B)** Specimen received in formalin identified as "right lateral upper back" and consists of a tan biopsy taken by shave technique measuring 8 mm. The specimen is trisected and totally submitted in one cassette.
**(C)** Specimen received in formalin identified as "right proximal radial dorsal forearm" and consists of a tan biopsy taken by shave technique measuring 6 mm. The specimen is trisected and totally submitted in one cassette.

SkinPath SOLUTIONS
2000 Lake Park Drive SE, Smyrna, GA 30080
Phone 678-556-9411
Toll Free 888-559-0263
Fax 678-556-9413

Erica Weddington, PA-C
Georgia Mountain Dermatology
150 Interstate South Drive, Suite 100
Jasper, GA 30143

Phone #: 706-253-3376
Fax: 706-253-3223

## PATIENT INFORMATION

| | | | |
|---|---|---|---|
| Name: **DARRELL W RUSSELL** | Accession #: **SPS20-39370** | | |
| DOB: Age: 42 | Med. Rec. #:33728 | Collected: | 05/28/2020 |
| SEX: Male | Order #: 34032 | Received: | 05/29/2020 |
| SS#: | Patient Phone #: (678) 773-2904 | Reported: | 06/02/2020 |

**(A)** The epidermis is irregular with elongated rete ridges, hyperpigmentation, and diffuse melanocytic hyperplasia confined to the basal epidermis. Melanocytes are also present in the dermis. Junctional melanocytes exhibit moderate architectural and nuclear atypia and vary in size, shape, staining and distribution but are confined to the basal epidermis. Rete ridges are elongated and surrounded by concentric fibroplasia. Lymphocytes, histiocytes and melanophages are present in the dermis.

**(B)** The epidermis is irregular with elongated rete ridges, hyperpigmentation, and diffuse melanocytic hyperplasia confined to the basal epidermis. Melanocytes are also present in the dermis. Nevus cells extend along adnexal structures and are present diffusely throughout the dermis in a pattern that has been described for congenital nevi. Junctional melanocytes exhibit moderate architectural and nuclear atypia and vary in size, shape, staining and distribution but are confined to the basal epidermis. Rete ridges are elongated and surrounded by concentric fibroplasia. Lymphocytes, histiocytes and melanophages are present in the dermis.

**(C)** There is a proliferation of melanocytes arranged mostly at the dermoepidermal junction as solitary units and in small nests on sun-damaged skin. The features are consistent with an evolving lesion of melanoma in situ, lentigo maligna type. A Melan-A immunohistochemical stain performed with adequate controls shows an asymmetric, patchy, focally lentiginous junctional and nested melanocytic proliferation.

CPT: 88305 x 3
CPT: 88342 x 1
ICD10: D22.5, D22.5, D03.61

PLACE OF SERVICE: SkinPath Solutions, 2000 Lake Park Drive SE, Smyrna, GA 30080
PLACE OF TESTING: SkinPath Solutions, 2000 Lake Park Drive SE, Smyrna, GA 30080

Medical Laboratory Director: Dipti Anand, M.D. CLIA#: 11D2010733



Electronically Signed By: Erica R Weddington, PA-C 06/02/2020 03:55 PM EDT

SkinPath Solutions
2000 Lake Park Drive SE, Smyrna, GA 30080
Phone 678-556-9411
Toll Free 888-559-0263
Fax 678-556-9413

Carlton Faulk, Sr, M.D.
Georgia Mountain Dermatology
150 Interstate South Drive, Suite 100
Jasper, GA 30143

Phone #: 706-253-3376
Fax: 706-253-3223

## PATIENT INFORMATION

| | | | |
|---|---|---|---|
| Name: **DARRELL W RUSSELL** | | Accession #: **SPS20-44316** | |
| DOB: | Age: 42 | Med. Rec. #:33728 | Collected: 06/11/2020 |
| SEX: Male | | Order #: 34305 | Received: 06/15/2020 |
| SS#: | | Patient Phone #: | Reported: 06/17/2020 |

**(RIGHT PROXIMAL RADIAL DORSAL FOREARM, EXCISION):**

**SCAR OF OPERATION; NO RESIDUAL MELANOMA IN SITU PRESENT**

Emily M Erstine MD, Electronically Signed (6/17/2020)

**Suspicious, irregular, multicolored macule; MMIS.**

**Specimen received in formalin identified as "right proximal radial dorsal forearm" and consists of a tan excision measuring 12 x 30 x 4 mm. The specimen is multisected and totally submitted in cassettes I and II.**

**There is an irregular epidermis with a central zone of irregular fibrous tissue, dilated vessels and scattered inflammation. Reticular dermis and subcutaneous tissue are present. No evidence of a residual melanoma in situ is present.**

CPT: 88305 x 1
ICD10: D03.61

PLACE OF SERVICE: SkinPath Solutions, 2000 Lake Park Drive SE, Smyrna, GA 30080
PLACE OF TESTING: SkinPath Solutions, 2000 Lake Park Drive SE, Smyrna, GA 30080

Medical Laboratory Director: Dipti Anand, M.D. CLIA#: 11D2010733

Pt. Name: Darrell Russell
Infusion #: 6
IV Size: 22

Date: 2/6/20
Today's Dosage: 160mg
Location: Nebulizer

Sleeping: ok
Eating: OK

Activity: had backsurgery, doing better. No pain relief

- [ ] Alert
- [x] Oriented x 4
- [ ] Confused
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [ ] Weight
- [ ] Previous Dosage

**Pre Infusion VS** Time 12:00 BP 131/97 Pulse 91 O2 Sat 98 %

Premedication Drug: —— Dose: —— Route: —— Time: ——

Ketamine Infusion : Dose: 160mg Route: Neb Time: 12:00

| Time | BP | Pulse | O2 Saturation | Tolerating Well | Complaints |
|---|---|---|---|---|---|
| 12:16 | 139/98 | 80 | 97 | None | ✓ |
| 1240 | 138/96 | 75 | 98 | No change | |
| States doesn't feel anything | | | | | |
| 12:52 - 2nd dose nebulizer treatment 90mg | | | | | |
| mixed with 5ml NS | | | | | |
| 13:16 | 140/97 | 79 | 97 | ✓ | none |
| | | | | | |
| | | | | | |

Infusion Complete____ BP____ Pulse____ O2 Sat____%

DC Vital Signs 330 BP 149/103 Pulse 73 O2 Sat 97 %

- [x] Alert
- [x] Oriented x 4
- [ ] Confused
- [x] IV D/C Intact NED
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [x] No Reaction to Meds
- [x] Stable
- [ ] Ambulatory w/NA
- [x] Dad

Dr. Signature [signature] Nurse Signature [signature] Date 2/6/20

Exhibit 2 MLF000004

Pt. Name: Darrell Russell
Infusion #: 5
IV Size: #22

Date: 07-11-19
Today's Dosage: 80mg
Location: LDH

Sleeping: ~3hr intervals for 6hrs total
Eating: decreased

Activity: Chronic Regional Pain + Major depression pt states pain is 10/10 on scale → (+) nausea + vomiting from pain.

- [x] Alert
- [x] Oriented x 4
- [ ] Confused
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [ ] Weight
- [x] Previous Dosage 75mg

**Pre Infusion VS** Time 0900 BP 131/83 Pulse 70 O2 Sat 98 %

Premedication Drug: Zofran Dose: 4mg Route: IVP Time: 0918

Ketamine Infusion : Dose: Ketamine 80mg in 50mL NS Route: IV over 50minutes on syringe pump Time: 0920

| Time | BP | Pulse | O2 Saturation | Tolerating Well | Complaints |
|---|---|---|---|---|---|
| 0940 | 124/77 | 79 | 97% | ✓ | — |
| 1040 | 124/80 | 64 | 98% | ✓ | — |

Pain 3/10 (VAS) - pt states pain is much better but not completly gone. ——— CS

SCANNED

Infusion Complete 1010 BP 126/80 Pulse 69 O2 Sat 96 %

DC Vital Signs 1040 BP 124/82 Pulse 64 O2 Sat 98 %

- [x] Alert
- [x] Oriented x 4
- [ ] Confused
- [x] INT D/C Intact
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [x] No Reaction to Meds
- [x] Stable
- [x] Ambulatory w/NA
- [x] c̄ dad

Dr. Signature [signature] Nurse Signature [signature] Date 07-11-19

Exhibit 2 MLF000002

Pt. Name: Darrel Russell
Infusion #: 4
IV Size: 22

Date. 8/16/19
Today's Dosage: 75mg
Location: RAC

Sleeping: Slept better over the past couple days
Eating: doesn't eat well
Activity: not much change, hasn't seen much difference in how he feels, wife states she has seen a change!

- [x] Alert
- [x] Oriented x ________
- [ ] Confused
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [ ] Weight
- [ ] Previous Dosage 75mg

**Pre Infusion VS** Time 9:05 BP 120/81 Pulse 84 O2 Sat 99 %

Premedication Drug: — Dose: — Route: — Time: —
Ketamine Infusion : Dose: 75mg Route: RAC Time: 9:35

| Time | BP | Pulse | | | |
|---|---|---|---|---|---|
| 9:59 | 135/90 | 84 | 96 | ✓ | — |

Scanned

0915 yintang, NADA, Anmian placed ——— [signature]

Infusion Complete 1020 BP 132/85 Pulse 82 O2 Sat 96%
DC Vital Signs 10:48 BP 136/92 Pulse 78 O2 Sat 99 %

- [x] Alert
- [x] Oriented x 4
- [ ] Confused
- [x] INT Did Intact
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [x] No Reaction to Meds
- [x] Stable
- [x] Ambulatory w/NA
- [ ] c wife

Dr. Signature [signature] Nurse Signature [signature] Date 8/16/19

Exhibit 2 MLF000003

Pt. Name: Darrell Russell
Infusion #: 3
IV Size: 22

Date. 5/14/19
Today's Dosage: 75mg
Location: 4 Tricep

Sleeping: same
Eating: same

Activity: No change states didn't get out all.

- [x] Alert
- [x] Oriented x
- [ ] Confused

- [ ] Anxious
- [x] Calm
- [x] Flat

- [ ] Weight
- [ ] Previous Dosage 50

**Pre Infusion VS** Time 12:43 BP 140/85 Pulse 86 O2 Sat 98 %

Premedication Drug: — Dose: — Route: — Time: —

Ketamine Infusion : Dose: 757 Route: IM Time: 1:15

| Time | BP | Pulse | | |
|---|---|---|---|---|
| 1:29 | 149/97 | 81 | 99 | ✓ |
| 1:40 | 141/94 | 78 | 9c | |
| 1:400 | 139/93 | 78 | 97 | |

Scanned

Infusion Complete 1:55 BP______ Pulse______ O2 Sat_____%

DC Vital Signs 1435 BP 149/92 Pulse 75 O2 Sat 98 %

- [x] Alert
- [x] Oriented x
- [ ] Confused
- [ ] INT Did/Intact

- [ ] Anxious
- [ ] Calm
- [x] Flat
- [x] No Reaction to Meds

- [x] Stable
- [x] Ambulatory w/NA
- [ ] c Dad

Dr. Signature [signature] Nurse Signature [signature] Date 5/14/19

Exhibit 2 MLF000004

Pt. Name: Darrell Russell
Infusion #: 2
IV Size: 22

Date: 5/10/19
Today's Dosage: 50mg
Location: LFA

Sleeping: slept good 1st night
Activity: no change
Eating: Decreased -

- [✓] Alert
- [✓] Oriented x 4
- [ ] Confused
- [ ] Anxious
- [✓] Calm
- [ ] Flat
- [ ] Weight
- [✓] Previous Dosage 50mg

| Pre Infusion VS | Time 9:05 | BP 123/84 | Pulse 78 | O2 Sat 98 % |
|---|---|---|---|---|

Premedication Drug: — Dose: — Route: — Time: —

Ketamine Infusion: Dose: 50 mg Route: LFA Time: 9:20
50ml syringe 40 minutes

| Time | BP | Pulse | O2 Saturation | | |
|---|---|---|---|---|---|
| 0950 | 140/93 | 85 | 98% | ✓ | — |
| 1007 | 139/92 | 84 | 98% | ✓ | — |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Scanned ✓

Infusion Complete 1007 BP 139/92 Pulse 84 O2 Sat 98 %
DC Vital Signs 1034 BP 124/87 Pulse 68 O2 Sat 98 %

- [✓] Alert
- [✓] Oriented x ______
- [ ] Confused
- [✓] INT Did Intact
- [ ] Anxious
- [✓] Calm
- [ ] Flat
- [✓] No Reaction to Meds
- [✓] Stable
- [✓] Ambulatory w/NA
- [ ] c̄ wire

Dr. Signature [signature] Nurse Signature [signature] Date 5/10/19

Exhibit 2 MLF000005

Pt. Name: Darrell Russell
Infusion #: 1
IV Size: #22
Date. 05-07-19
Today's Dosage: 50 mg
Location: LFA

Sleeping: Intermittent sleep - total 3-4 hrs night
Eating: Decreased - Lost ≈50 lb
Activity: Pt was referred for tx for Regional Pain syndrome + Major depressive disorder

- [x] Alert
- [x] Oriented x 4
- [ ] Confused

Allergies: Lyrica ↓
pain stays 5/10 during the day + increases @ night. Primarily pain is in Ⓡ shoulder + arm.

- [ ] Anxious
- [x] Calm
- [ ] Flat

- [x] Weight 210 lb
- [ ] Previous Dosage 47.7

**Pre Infusion VS** Time 1102 BP 119/82 Pulse 74 O2 Sat 98 %

Premedication Drug: ——— Dose: ——— Route: ——— Time: ———

Ketamine Infusion : Dose: Ketamine 50mg in 50ml NS Route: IV over 40 minutes on Syringe pump Time: 1119

| Time | BP | Pulse | | | |
|---|---|---|---|---|---|
| 1140 | 122/90 | 77 | 98% | ~~98~~ ✓ | — |
| 1201 | 127/90. | 75 | 98%. | ✓ | — |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Scanned

Infusion Complete 1201 BP 127/90 Pulse 75 O2 Sat 98 %

DC Vital Signs 1230 BP 113/79 Pulse 71 O2 Sat 99 %

- [x] Alert
- [x] Oriented x 4
- [ ] Confused
- [x] INT D/C Intact
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [x] No Reaction to Meds
- [x] Stable
- [x] Ambulatory w/NA
- [x] c̄ Dad

Dr. Signature [signature] Nurse Signature [signature] Date 5/7/19

Exhibit 2 MLF000006

# Georgia Renew

**Type: All transactions · Status: All statuses · Delivery method: Any · Name: Darrell Russell · Date: All dates**

| Date | Type | No. | Customer | Due date | Balance | Total | Status |
|---|---|---|---|---|---|---|---|
| 07/11/2019 | Invoice | 2492 | Darrell Russell | 07/11/2019 | $0.00 | $340.00 | Paid |
| 07/11/2019 | Payment | | Darrell Russell | 07/11/2019 | $0.00 | $-340.00 | Closed |
| 05/16/2019 | Invoice | 2360 | Darrell Russell | 05/16/2019 | $0.00 | $340.00 | Paid |
| 05/16/2019 | Payment | | Darrell Russell | 05/16/2019 | $0.00 | $-340.00 | Closed |
| 05/14/2019 | Invoice | 2354 | Darrell Russell | 05/14/2019 | $0.00 | $250.00 | Paid |
| 05/14/2019 | Payment | | Darrell Russell | 05/14/2019 | $0.00 | $-250.00 | Closed |
| 05/13/2019 | Payment | | Darrell Russell | 05/13/2019 | $0.00 | $-340.00 | Closed |
| 05/10/2019 | Invoice | 2344 | Darrell Russell | 05/10/2019 | $0.00 | $340.00 | Paid |
| 05/07/2019 | Invoice | 2337 | Darrell Russell | 05/07/2019 | $0.00 | $340.00 | Paid |
| 05/07/2019 | Payment | | Darrell Russell | 05/07/2019 | $0.00 | $-340.00 | Closed |

Exhibit 2 MLF000007

Exhibit 2 MLF000008

# Patient Report

**Provider:** Georgia Renew Clinics
**Patient:** Russell, Darrell

## Appointment History For Patient

| Date of visit | Office | Provider | Reason for visit | Status |
|---|---|---|---|---|
| July 18, 2019, 9:30 a.m. | Primary Office | Georgia Renew Clinics | 6 | Cancelled |
| July 18, 2019, 9 a.m. | Primary Office | Georgia Renew Clinics | 2 hour infsuion. CANCELED!! | Cancelled |
| July 11, 2019, 9 a.m. | Primary Office | Georgia Renew Clinics | 5 | |
| May 16, 2019, 9 a.m. | Primary Office | Georgia Renew Clinics | 4 | |
| May 14, 2019, 12:15 p.m. | Primary Office | Georgia Renew Clinics | 3 | |
| May 10, 2019, 9:15 a.m. | Primary Office | Georgia Renew Clinics | 2 | |
| May 7, 2019, 10:45 a.m. | Primary Office | Georgia Renew Clinics | 1 | |

Generated by drchrono EHR

page 10
Jun 25 2020 09:05AM HP Fax

**Barton C. Solomon**
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

# McMahan Law Firm, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

**D. Seth Holliday**
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

August 30, 2020

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 7018 1130 0002 0677 7879

Meghan Hennessy
Lincoln Life Assurance Company of Boston
PO Box 7207
London, KY 40742-7207

| | |
|---|---|
| Re: | Darrell Russell |
| SSN: | |
| Claim No. | 7259041 |

Dear Ms. Hennessy:

Enclosed please find the following exhibits:

Exhibit 1: Medical records from Dr. Todd dated 2/10/20 through 5/26/20.

Exhibit 2: Medical records from Georgia Katamine dated 5/7/19 through 2/6/20.

Exhibit 3: Medical records from Georgia Mountain Dermatology dated 5/28/20 through 6/17/20.

**This letter will serve as notice that we are appealing your decision of denial. I respectfully request an additional 60 days in order to obtain additional evidence to support Mr. Russell's disability claim.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

D. Seth Holliday

D. Seth Holliday

**Barton C. Solomon**
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

# MCMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

**D. Seth Holliday**
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

List Of Records Submitted In The Case Of
Darrell Russell
claim number: 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

| Ex. No. | Contents | No. Pgs. |
|---|---|---|

**Medical records submitted via letter dated August 30, 2020**

Exhibit 1: Medical records from Dr. Todd dated 2/10/20 through 5/26/20. 19

Exhibit 2: Medical records from Georgia Ketamine dated 5/7/19 through 2/6/20. 8

Exhibit 3: Medical records from Georgia Mountain Dermatology dated 5/28/20 through 6/17/20. 22

McMAHAN LAW FIRM, LLC
*Fighting for the Injured and Disabled*
700 S. Thornton Avenue
P.O. Box 1807
Dalton, GA 30722

7018 1130 0002 0677 7879

$6.90 0
US POSTAGE
FIRST-CLASS
062S0009564982
FROM 30720

Meghan Hennessy
Lincoln Life Assurance Company of Boston
PO Box 7207
London, KY 40742-7207

**From:**Hennessy, Meghan
**Sent:**Mon, 8 Jun 2020 18:16:40 +0000
**To:**Malecha, Jamie
**Subject:**RE: LTD claim for Darrell Russell

Good Afternoon,

We are not reviewing further documentation. The claim was briefly reopened to adjust dates in the claim. But at this time, claim is not under any form of review.

Please let me know if you need any additional information.

Thank you,

Meghan Hennessy

---

**From:** Malecha, Jamie <Jamie.Malecha@chartindustries.com>
**Sent:** Friday, June 5, 2020 11:49 AM
**To:** Hennessy, Meghan <Meghan.Hennessy@lfg.com>
**Subject:** LTD claim for Darrell Russell

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Meghan –

I'm hoping you can help me out. We received a legal request for some documents related to the LTD claim for Darrell Russell. His LTD claim initially states it was approved through 5/8/2020. It now has a re-open date of 5/9/2020. Does this mean that you are in the process of reviewing further documentation to potentially extend benefits, or has it been determined that benefits won't be extended any longer?

Thanks,

**Jamie Malecha** | Benefits Manager
Chart, Inc.
407 7th St. NW │ New Prague, MN │ 56071 │ USA
Direct: 952 758 8466 | Mobile: 507 649 0468 | Fax: 952 758 8276
jamie.malecha@chartindustries.com │ www.chartindustries.com

---

This e-mail message, including any attachment (collectively the "e-mail"), may contain PRIVILEGED AND CONFIDENTIAL INFORMATION. If you are not the intended recipient, then please (i) do not read this e-mail, (ii) do not forward, print, copy or

otherwise disseminate this e-mail, (iii) notify us of the error by a reply to this e-mail, and (iv) delete this e-mail from your computer. Thank you.

**From:**Malecha, Jamie <Jamie.Malecha@chartindustries.com>
**Sent:**Fri, 5 Jun 2020 15:48:45 +0000
**To:**Hennessy, Meghan
**Subject:**LTD claim for Darrell Russell

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Meghan –

I'm hoping you can help me out. We received a legal request for some documents related to the LTD claim for Darrell Russell. His LTD claim initially states it was approved through 5/8/2020. It now has a re-open date of 5/9/2020. Does this mean that you are in the process of reviewing further documentation to potentially extend benefits, or has it been determined that benefits won't be extended any longer?

Thanks,

**Jamie Malec a** | Benefits Manager
Chart, Inc.
407 7th St. NW │ New Prague, MN │ 56071 │ USA
Direct: 952 758 8466 | Mobile: 507 649 0468 | Fax: 952 758 8276
jamie.malecha@chartindustries.com │ www.chartindustries.com

---

This e-mail message, including any attachment (collectively the "e-mail"), may contain PRIVILEGED AND CONFIDENTIAL INFORMATION. If you are not the intended recipient, then please (i) do not read this e-mail, (ii) do not forward, print, copy or otherwise disseminate this e-mail, (iii) notify us of the error by a reply to this e-mail, and (iv) delete this e-mail from your computer. Thank you.

Barton C. Solomon
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

# McMahan Law Firm, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

D. Seth Holliday
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

May 20, 2020

VIA CERTIFIED MAIL RETURN
RECEIPT REQUESTED

Meghan Hennessy
Lincoln Life Assurance Company of Boston
PO Box 7207
London, KY 40742-7207

Re: Darrell Russell
SSN:
Claim No. 7259041

Dear Ms. Hennessy:

I represent Darrell Russell in her claim for Long Term Disability (LTD) benefits under the Group Policy held by Chart Industries Inc. Pursuant to my contract with Mr. Russell and the fact that he is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through my office. This includes any disbursements of any funds, whether from a settlement or otherwise.

Also, this letter serves as your notice that any prior releases signed by my client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of my client's privacy.

At this time, I request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including but not limited to:

a) any document, record or other information that was relied upon in making the benefit determination;

b) any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

c) any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F.R. §2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants;

d) any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

e) any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

f) the names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

g) any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol, or other similar criterion.

i) if any recordings have been made relative to this claim in any way, please provide complete audio copies or these tapes.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide a complete copy of the Long Term Disability Policy and Summary Plan Description.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for Long Term Disability coverage between you and Chart Industries Inc.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Mr. Russell will receive if a favorable determination is made.

11. Please state whether the money deducted from Mr. Russell's paycheck for his portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide me with the status of this claim.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any audio or video recordings relative to this case.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to my office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the plan administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

D Seth Holliday

D. Seth Holliday

DSH/jh

Enclosure

cc:
Darrell Russell

## RELEASE AUTHORIZATION

To: Lincoln Life Assurance Company

Dear Sir or Madam

I have retained McMahan Law Firm, LLC, to act on my behalf. Please furnish any information requested by McMahan Law Firm, LLC, or its employees. I intend this form to be a broad waiver to allow McMahan Law Firm, LLC, access to any information that his employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and emotional health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person or any other information about me that is requested by McMahan Law Firm, LLC.

x Darrell W. Russell
Signature

Social Security Number

Darrell W. Russell
Name

5/4/2020
Date

A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL

## ELECTRONIC MEDICAL RECORDS RELEASE AUTHORIZATION

I hereby request that Lincoln Life Assurance Company ______ release electronic copies of my medical records pursuant to the Health Information Technology for Economic and Clinical Health Act (HITECH Act) to my attorney, McMahan Law Firm, LLC. Please email my records to my attorney's address listed below. Or, if unable to email the electronic records, please mail a CD or a flash drive of my records to my attorney's address as listed below.

Please email the records to: vlopez@mcmahanfirm.com

**OR**

Please mail a CD or a flash drive of my records to:

McMahan Law Firm, LLC
P.O. Box 4607
Dalton, GA 30722

Patients' Name: Darrell W. Russell

Patient's Social Security Number: ______

DOB: ______

Name of Physician/Facility: Lincoln Life Assurance Company
Address: ______

______

Patient or Authorized Representative's Signature: X [signature]

Date: 5/4/2020 Relationship to Patient: ______

**A PHOTOSTATIC OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

## LIMITED POWER OF ATTORNEY

I, Donnell Russell, hereby constitute and appoint, D. Seth Holliday, as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to McMahan Law Firm, LLC, (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, McMahan Law Firm at the following address:

McMahan Law Firm
700 S. Thornton Avenue
Dalton, GA 30722

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in fact shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power of attorney.

This authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 4th day of May, 2020.

Donnell W. Russell
Client Signature

STATE OF GA
COUNTY OF Cherokee

On this 4th day of May, 2020, personally appeared ____________, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

______________________
NOTARY PUBLIC

My Commission Expires: ______________

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

RE: Darrell W. Russell  SSN: ____________

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained D. Seth Holliday and McMahan Law Firm, LLC, as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To insure that McMahan Law Firm, LLC, are properly paid under the legal service contract, I hereby agree that McMahan Law Firm, LLC, are granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

McMahan Law Firm, LLC
700 S. Thornton Avenue
Dalton, GA 30720

This direction shall remain valid until McMahan Law Firm, LLC, notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to McMahan Law Firm, LLC, (to include D. Seth Holliday) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to D. Seth Holliday and McMahan Law Firm, LLC.

[signature]  5/4/2020
Signature  Date

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by McMahan Law Firm, LLC.

By: D. Seth Holliday [signature]

McMAHAN LAW FIRM, LLC
*Fighting for the Injured and Disabled*
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722

Meghan Hennessy
Lincoln Life Assurance Company of Boston
PO Box 7207
London, KY 40742-7207