CHATTANOOGA

CERTIFIED MAIL

$7.05⁰
US POSTAGE
FIRST-CLASS
FROM 30720
05/22/2020
stamps endicia

062S0009564976

9414 7116 9900 0456 4317 50

Meghan Hennessy
Lincoln Life Assurance Company of Boston
PO Box 7207
London KY 40742-7207

EXHIBIT
3, part 3

## CLAIMANT INFORMATION

CLAIMANT: **Darrell Russell**

CUSTOMER: Chart Industries

CLAIM #(s): 7259041

| | | AMOUNT TO BE P | |
|---|---|---|---|
| FROM DATE | THRU DATE | GROSS BENEFIT AMOUNT | OFFSETS |
| 02/24/20 | 03/23/20 | 2,413.84 | 0.00 |
| 03/24/02 | 04/23/20 | 2,413.84 | 0.00 |
| 04/24/20 | 05/08/20 | 1,126.46 | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | |
| | **TOTALS** | **5,954.14** | **0.00** |

Payment Specialist: Kristen Springmeier

| | | | | |
|---|---|---|---|---|
| | | | | OFFSE |

GROSS MONTHLY BENEFIT: $ 2,413.84

NET MONTHLY BENEFIT: $ 2,325.84

MINIMUM MONTHLY BENEFIT: $ 241.38

EDERAL TAX WITHHOLDING: $ 88.00

| |
|---|
| SS PRIMARY |
| SS DEPENDENT |
| SS RETIREMENT |
| ER PENSION |
| CAN. PENSION |
| WORKERS' COMP. |
| SLCT |
| STAT BENEFITS |
| OTHER - Benefit Red. |
| OTHER - Subro lien |

AID

| ADJUSTED GROSS AMOUNT (D)-(E) | FEDERAL TAX (FIT) WITHHELD | FICA TAX WITHHELD | BR Applied | STATE TAX (SIT) WITHHELD |
|---|---|---|---|---|
| 2,413.84 | 88.00 | | | |
| 2,413.84 | 88.00 | | | |
| 1,126.46 | 41.07 | | | |
| 0.00 | | | | |
| 0.00 | | | | |
| 0.00 | | | | |
| 0.00 | | | | |
| **5,954.14** | **129.07** | **0.00** | **0.00** | **0.00** |

Date 3/16/2020

TS

| FROM DATE | THRU DATE | BENEFIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NET BENEFIT AMOUNT (F)-(G)-(H)-(I)-(J) |
|---|
| 2,325.84 |
| 2,325.84 |
| 1,085.39 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| **5,825.07** |

# Billing Statement:

**Invoice Date: 03/04/2020** **Invoice #: 711442-79**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Feb 1 2020 and Feb 29 2020**

**LIBMT6** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5985298<br>7259041 | RUSSELL, DARRELL<br>GEORGIA RENEW CLINIC | Canceled | 02/13/20<br>M Hennessy | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00<br>7 | **$ 4.00** |
| 5985299<br>7259041 | RUSSELL, DARRELL<br>Todd, Dr. Anne | Canceled | 02/11/20<br>M Hennessy | $ 4.00 | $ 35.04 | $ 0.00 | $ 0.00<br>0 | **$ 39.04** |
| 5985426<br>7259041 | RUSSELL, DARRELL<br>GA SPECTRUM NEUROSURGICALSP... | Complete | 01/13/20<br>M Hennessy | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00<br>9 | **$ 8.00** |

**ReleasePoint**

**Total Amount Due:** **$ 51.04**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**FFr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Wed, 11 Mar 2020 15:03:59 +0000
**Tr m:**:::::::::::::::::::::::::::::::::::Amy.Powers@chartindustries.com;Kimberly.Warren@chartindustries.com
**Subjectm:**:::::::::::::::::::::::::Claim #7259041, DARRELL RUSSELL

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 11/8/2016. The claim has been approved through 5/8/2020. As of 5/9/2020 this claim is closed. The case manager for this claim is Meghan Hennessey. The claim number is 7259041.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**FFr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Wed, 11 Mar 2020 15:03:59 +0000
**Tr m:**:::::::::::::::::::::::::::::::::::Amy.Powers@chartindustries.com;Kimberly.Warren@chartindustries.com
**Subjectm:**:::::::::::::::::::::::::Claim #7259041, DARRELL RUSSELL

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 11/8/2016. The claim has been approved through 5/8/2020. As of 5/9/2020 this claim is closed. The case manager for this claim is Meghan Hennessey. The claim number is 7259041.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☑ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work None

Did you serve in the Armed Forces? ☐ Y ☑ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________



00003625 LFPW5JD1 00012470

3. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

00003625 LFPW5JD1 0012471 E

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: ____________

**SIGNATURE:** ____________ **PHONE NO: (    )** ____________

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

**Return To:** Meghan Hennessy



EMPLOYEE/CLAIMANT NAME: Darrell Russell

CLAIM NO: 7259041 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Chart Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

00003625 LFPW5JD1 00012464

How long are you able to:

sit 20 min stand 3-5 mins walk 1 min

How many hours a day do you:

sit 4-5 stand 1-2 walk > 1

Do you take a nap during the day?

Yes ✓ No ________

If Yes, for how long? 1-2 hr At what time of the day? mid

How many hours a day do you spend in bed? 15

Do you require any assistive devices such as a:

cane ✓ walker ✓ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? 10 min

Do you hold a valid driver's license?

Yes ✓ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? Not able

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes ✓ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ✓ If Yes, please explain ________

How many times a day do you leave the house during the week? 0 - only for dr appt

On the weekends? 0

How often do you run errands? none

Please describe what errands you most commonly run: none

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

00003625 LFPW5JD1 00012465

How often do you get outdoors? not at all

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
____ Pay bills ____ Read news/articles ✓ Use search engines ____ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Spouse | |
| Carrying groceries into the house | Spouse | |
| Cooking meals | | Sometimes |
| Cleaning after meals | Spouse | |
| Cleaning bathrooms | Spouse | |
| Vacuuming | n/a | |
| Doing the laundry | Spouse | |
| Opening and responding to mail | Spouse | |
| Managing your finances | Spouse | |
| Balancing your checkbook | Spouse | |
| Bathing yourself | Self | Sometimes |
| Styling your own hair | Self | no |
| Getting dressed | Self | yes |
| Going up and down stairs | ~~[illegible]~~ Self | yes |

Have you been confined to a hospital within the last 12 months? Yes ✓ No ____

If Yes, please provide reason and hospital contact Information: L4-L5 disc herniation
Northside Hospital Forsyth ph 770-844-3650, Fax (770) 884-3327
ER @ Northside Cherokee L4-L5 disc herniation ph 770) 720-5127, Fax 770) 720-5184

Lincoln Financial Group®

| |
|---|
| *ACTIVITIES QUESTIONNAIRE* |
| *page 3 of 3* |

How often do you travel or take vacation? never

Where do you go? How do you get there (transportation method)? n/a

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

00003625 LFPW5JD1 00012466

**Describe in your own words, what prevents you from engaging in any gainful employment.**

excruciating pain in my right arm (CRPS), back pain from surgery to repair herniated discs, difficulty walking due to loss of feeling in legs and feet. All of these issues cause me a lot of anxiety and depression. I am not able to use my right arm because of the pain, tingling and burning. I cannot sit or stand for any period. I cannot drive b/c of the numbness and →

**Please describe your daily routine: (If more space is needed, please use the back of this form)**

Most nights I only get about 3-4 hours of sleep. Some nights I don't sleep at all because I am hurting so bad. When I wake up I take my morning pills with a breakfast bar and juice. I try to go back to bed for a while to sleep. When I wake up again I might have some yogurt or pudding. Next usually sit on porch, or read →

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Spouse Jessica Russell

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Darrell W Russell  Date: ~~2~~ 2/6/2020

Signature: Darrell W Russell  2-6-20

00003625 LFPW5JD1 00012467

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

**Return To:** Meghan Hennessy

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Todd
Specialty: PCP
Address: 470 Valley St, Suite 100 Ball Ground, GA 30107
Telephone No.: ( ) Fax No.: ( )

Name: Northside Hospital Cherokee
Specialty:
Address: 450 Northside Cherokee Blvd. Canton, GA 30115
Telephone No.: (770) 224-1260 Fax No.: ( )

Name: Northside Hospital Forsyth
Specialty:
Address: 2000 Howard Farm Dr. St T-150 Cumming, GA 30041
Telephone No.: (770) 844-3460 Fax No.: ( )

Name: WMG Spectrum Neuro Specialists
Specialty: Dr. Crimes Weaver Jr
Address: 2500 Hospital Blvd, St 310 Roswell, GA 30076
Telephone No.: (770) 664-9600 Fax No.: (770) 664-9856

**MEDICAL INSURANCE CARRIER(S):**

Name: Amedisys Home Health Care
Specialty:
Address: 91 Sammy McGhee Blvd, St 104 Jasper, GA 30114
Telephone No.: (800) 637-8793 Fax No.: (404) 692-0667

Name: Summit Spine & Joint Centers
Specialty:
Address: 100 Liberty Blvd, St 210 Canton, GA 30114
Telephone No.: (770) 375-2474 Fax No.: (770) 962-3643

**PHARMACY(S):**

Name: Ball Ground Pharmacy
Specialty:
Address: 470 Valley St, Suite 200 Ball Ground, GA 30107
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

00003625 LFPW5JD1 00012469

**Return to:** Meghan Hennessy

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell **CLAIM #:** 7259041
**EMPLOYER:** Chart Industries, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) Russell, Darrell, W | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married | |
| Spouse's Full Name and Date of Birth Jessica D Russell | Number of Children 4 | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Johnny Russell Relationship to you? Father Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? no

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. no

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. no

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | 2017 |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Darrell W Russell
**DATE:** 2/6/2020 **EMPLOYEE'S SIGNATURE:** Darrell W Russell

DP 409

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. DARRELL RUSSELL

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

March 11, 2020

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond May 8, 2020. Chart Industries, Inc. s LTD Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability" or "Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   i. ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 36 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

You have been receiving LTD benefits for your disability since May 9, 2017.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Cervical Radiculopathy, Cervical Degenerative Disc Disease and Lumbar Stenosis and your claim file contains the following medical documentation:

- Medical records from Dr. Barry McCasland received on November 29, 2016, December 21, 2016 and February 22, 2017
- Medical records from Dr. Gale received on April 3, 2017
- Medical records from Dr. Dimberg received on April 12, 2017
- Board Certified Physical Medicine and Rehabilitation Peer review completed on April 27, 2017
- Medical records from Dr. Jeffords received on May 2, 2017
- Medical records from Dr. Tark received on March 6, 2018
- Medical records from Dr. Tilton received on July 19, 2018
- Medical records from Dr. Todd beginning February 2, 2018 through July 23, 2019
- Board Certified Physical Medicine & Rehabilitation Peer Review completed on April 17, 2019
- Medical records from Georgia Renew Clinic beginning May 7, 2019 through August 16, 2019
- Nurse Disability Consult review completed on August 27, 2019
- Medical records from Dr. Weaver beginning September 16, 2019 through January 9, 2020
- Board Certified Physical Medicine & Rehabilitation Peer Review completed on March 4, 2020

A Physical Medicine & Rehabilitation Peer Review was completed by a Board Certified Physician on March 4, 2020. The Peer Review opines as follows:

*"Given that there are no findings during the time frame under review, it is difficult to ascertain what the claimant's actual functionality is. It would be reasonable to assume that given his history of prior lumbar surgery and right foot drop noted on 12/19/19 that he would have some level of impairment. It would be necessary to obtain updated medical information. Without any clear observable objective findings during the time frame under review, the claimant is expected to have the capacity for gainful employment on a full-time basis, 8 hours per day in 40 hours per week with restrictions from 02/24/20 to 05/08/20 of:*

*Lifting, carrying, pushing and pulling 40 pounds occasionally--up to 1/3 of the day and 20 pounds frequently--1/3 to 2/3 of the day. Sitting is not restricted. Walking and standing combined 30 minutes at one time up to 5 hours out of an 8 hour day. The claimant would require a 5-10 minute break from standing and walking before resuming this activity again. Occasionally twisting, bending, kneeling, crouching, squatting, and climbing stairs. No climbing ladders or poles, working at heights or operating heavy machinery. No restrictions reaching overhead, at the waist/desk level and below the waist. Fingering, handling, feeling, and grasping is unrestricted."*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

Following oral and written instructions to set up and operate production-type machines; using hands, eyes, and fingers to adjust machine controls, manipulate hand tools, or assemble objects; directing work of others; staying within prescribed standards and guidelines; identifying variations in si e, shape, and texture of objects; and working in ha ardous or noisy conditions.
Applying math skills to read and interpret business and statistical reports and records; analy ing and interpreting administrative policy and procedure; planning and organi ing work of others; making decisions based on business reports or similar data; speaking and writing clearly; preparing budgets, keeping records, and inventorying stock and dealing tactfully and courteously with the public, employees, or government officials.

Using common sense and basic language and math skills to carry out instructions, total costs, make change, and complete forms; moving hands, eyes, and fingers to handle items or drive vehicle; standing and walking for extended periods; and lifting and carrying items of varying weights.

Based on this information you have the ability to perform the following occupation(s):

- Manager, Machinery-or-Equipment, Rental with a National Monthly Wage of $3,302
- Order Caller with a National Monthly Wage of $2,727
- Supervisor, Order Takers with a National monthly wage of $4,650
- Supervisor, Customer Services with a National Monthly Wage of $4,650
- Surveillance System Monitor with a National Monthly Wage of $2,723

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Chart Industries, Inc. s definition of disability beyond May 8, 2020 and we must deny your claim for further benefit consideration.  Benefits will be paid through May 8, 2020, and your claim is closed as of May 8, 2020.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Lincoln Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions.  No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination.  We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications from all of your treating providers.

We are aware that your claim for Social Security Disability Income benefits is being processed. It should be noted that any ruling by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of the Cleveland Clinic Akron General's Long Term Disability Plan/Policy.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįį́ł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Meghan Hennessy
LTD Case Manager
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (855) 796-1758

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [ ] UPDATED MEDICAL WITH CLEAR R&L'S
- [x] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Meghan Hennessy DATE: Thursday, March 5, 2020

## CLAIM BACKGROUND

Claimant Name: DARRELL RUSSELL Claim Number: 7259041

- [ ] STD
- [x] FULLY INSURED ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [x] YES [ ] NO

Employer: CHART INDUSTRIES, INC.

Change In DEF. Date: 05/08/2020

Pre-Disability Earnings: $4,023.07 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please use r/l's listed in peer review completed on 03/04/2020. Gross Monthly Benefit - $2,413.84

DP 512

Angelle Nash, MHS, CRC
Email: Angelle.Nash@lfg.com
Lincoln National Corporation
Group Benefits Claims
(531) 375-4144

## Transferable S  ills Anal  sis

**Date:** 3/5/20
**Claimant:** Darrell Russell
**Claim #:** 7259041
**Polic  older:** Chart Industries, Inc.

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Mr. Russell's transferable skills to determine if alternative occupations exist in the national economy.

**Documentation/  esources  evie  ed:**
Job Description, OA report of 3/18/19, DOT, ONET, Training, Education & Experience Form (TE&E), the abilities & restrictions outlined in the peer review completed by Dr. Arlen Green, physical medicine and rehabilitation dated 3/4/20

**Education  Training:**
Education: Mr. Russell has a general equivalency diploma and reported no other education or formal training. He indicated computer skills to include email and internet use.

**or  istor :**

| DOT Code | Job Title/Occu  ation Title | S  P | Yrs | Strengt |
|---|---|---|---|---|
| 699.130-010 | Production Supervisor | 7 | 5 | L |
| 185.167-046 | Manager, Retail Store | 7 | 13 | L |
| 299.677-014 | Sales Attendant, Building Materials | 3 | 13 | H |

**estrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off Dr. Green's report:
Lifting, carrying, pushing and pulling 40 pounds occasionally--up to 1/3 of the day and 20 pounds frequently--1/3 to 2/3 of the day.
Sitting is not restricted.
Walking and standing combined 30 minutes at one time up to 5 hours out of an 8 hour day.
The claimant would require a 5-10 minute break from standing and walking before resuming this activity again.
Occasionally twisting, bending, kneeling, crouching, squatting, and climbing stairs.
No climbing ladders or poles, working at heights or operating heavy machinery.
No restrictions reaching overhead, at the waist/desk level and below the waist.
Fingering, handling, feeling, and grasping is unrestricted.

**S  ills  Abilities:**
Following oral and written instructions to set up and operate production-type machines; using hands, eyes, and fingers to adjust machine controls, manipulate hand tools, or assemble objects; directing work of others; staying within prescribed standards and guidelines; identifying variations in size, shape, and texture of objects; and working in hazardous or noisy conditions.
Applying math skills to read and interpret business and statistical reports and records; analyzing and interpreting administrative policy and procedure; planning and organizing work of others; making decisions based on business reports or similar data; speaking and writing clearly; preparing budgets, keeping records, and inventorying stock and dealing tactfully and courteously with the public, employees, or government officials.
Using common sense and basic language and math skills to carry out instructions, total costs, make change, and complete forms; moving hands, eyes, and fingers to handle items or drive vehicle; standing and walking for extended periods; and lifting and carrying items of varying weights.

**Profile Ad ustments:**
Strength: adjusted to light
Physical: Climbing, stooping, kneeling, and crouching adjusted to occasional. Reaching, handling, fingering, feeling, talking, hearing, tasting and vision were adjusted to constant as no limitations were noted.
Environmental conditions were adjusted to unknown except work in high exposed places and proximity to moving mechanical parts
Work Situations: Performing repetitive or short-cycle work, influencing people in their opinions, attitudes, judgements and work under specific instructions adjusted to yes as will follow production instructions and decisions on production and work with plant workers and others to implement changes. Also as a salesperson will influence people to buy using sales techniques.

Work Functions:

- Data: Analyzing, compiling, computing and copying were adjusted to yes as these are required as a production supervisor and store manager.
- People: Instructing, persuading and taking instructions-helping adjusted to yes as completed when supervising others, when selling to customers and when servicing customers.
- Things: Operating-controlling, manipulating, tending adjusted to yes in production setting.

**Exam les of Occu ations identified based on National/ eogra ic labor mar et and claimants abilit rofile anal sis:**

| DOT Code | Occu ation | S P | Str | National Mont l age |
|---|---|---|---|---|
| 185.167-026 | Manager, Machinery-or-Equipment, Rental | 6 | L | $3,302 |
| 209.667-014 | Order Caller | 2 | L | $2,727 |
| 249.137-026 | Supervisor, Order Takers | 5 | S | $4,650 |
| 248.137-018 | Supervisor, Customer Services | 4 | L | $4,650 |
| 379.367-010 | Surveillance System Monitor | 2 | S | $2,723 |

**Wage Information is based on median 2018 Bureau of Labor Statistical Data*

**Summar :**
The Transferable Skills Analysis identified occupations that are within Mr. Russell's physical abilities and within his identified skill level. The following are examples of occupations Mr. Russell could perform: machinery or equipment rental manager, order caller, order taker supervisor, customer services supervisor and surveillance system monitor. All of the occupations identified meet the gainful amount of $2,413.84.

I have not met with Mr. Russell for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

*Respectfully submitted,*

***Electronically Signed***

*Angelle W. Nash, MHS, CRC, LRC*
*Vocational Case Manager*
*Group Benefits Claims*
*Lincoln Financial Group*

**Name:** russell, darrell

**SSN:**
**Case:**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 699.130-010 | Production Supervisor | 7 | 5 | 0 | Y | Y | Y | L | 06.02.01 |
| 185.167-046 | Manager, Retail Store | 7 | 13 | 0 | Y | N | N | L | 11.11.05 |
| 299.677-014 | Sales Attendant, Building Materials | 3 | 13 | 0 | Y | N | N | H | 09.04.02 |

| | | Work History | Current Ability |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | 7 (2 to 4 years) |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | 4 Grades 9-12 |
| Mathematics | | 4 Grades 9-12 | 4 Grades 9-12 |
| Language | | 4 Grades 9-12 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | L Light |
| | Minimum | L Light | S Sedentary |
| Climbing | | Never | Occasionally |
| Balancing | | Occasionally | Occasionally |
| Stooping | | Frequently | Occasionally |
| Kneeling | | Never | Occasionally |
| Crouching | | Frequently | Occasionally |
| Crawling | | Never | Never |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Never | Constantly |
| Talking | | Frequently | Constantly |
| Hearing | | Frequently | Constantly |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Frequently | Constantly |
| Far Acuity | | Occasionally | Constantly |
| Depth Perception | | Occasionally | Constantly |
| Accommodation | | Frequently | Constantly |
| Color Vision | | Never | Constantly |
| Field of Vision | | Frequently | Constantly |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Occasionally | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Occasionally | Never |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Never |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Loud | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 2 (67-89 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 2 (67-89 Percentile) |
| Numerical Aptitude | 3 (34-66 Percentile) | 3 (34-66 Percentile) |
| Spatial Aptitude | 3 (34-66 Percentile) | 3 (34-66 Percentile) |
| Form Perception | 3 (34-66 Percentile) | 3 (34-66 Percentile) |
| Clerical Aptitude | 3 (34-66 Percentile) | 3 (34-66 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | 4 (11-33 Percentile) |
| Finger Dexterity | 4 (11-33 Percentile) | 4 (11-33 Percentile) |
| Manual Dexterity | 4 (11-33 Percentile) | 4 (11-33 Percentile) |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | 4 (11-33 Percentile) |
| Color Discrimination | 5 (Below 11 Percentile) | 5 (Below 11 Percentile) |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | Yes |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | Yes |
| Performing a Variety of Duties | Yes | Yes |
| Expressing Personal Feelings | No | No |
| Working Alone or in Isolation | No | No |
| Performing Under Stress | No | No |
| Attaining Precise Limits/Tolerances | No | No |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | Yes |
| Making Judgments and Decisions | Yes | Yes |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No |
| 1 Coordinating | Yes | Yes |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No |
| 1 Negotiating | No | No |
| 2 Instructing | No | Yes |
| 3 Supervising | Yes | Yes |
| 4 Diverting | No | No |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | Yes | Yes |
| 7 Serving | Yes | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | Yes | Yes |
| 1 Precision Working | No | No |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No |
| 4 Manipulating | No | Yes |
| 5 Tending | No | Yes |
| 6 Feeding-Offbearing | No | No |
| 7 Handling | Yes | Yes |

**Name:** russell, darrell

**SSN:**
**Case:**

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 4 Grades 9-12 | No Change |
| Language | | 4 Grades 9-12 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | L Light |
| | Minimum | L Light | S Sedentary |
| Climbing | | Never | Occasionally |
| Balancing | | Occasionally | No Change |
| Stooping | | Frequently | Occasionally |
| Kneeling | | Never | Occasionally |
| Crouching | | Frequently | Occasionally |
| Crawling | | Never | No Change |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Never | Constantly |
| Talking | | Frequently | Constantly |
| Hearing | | Frequently | Constantly |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Frequently | Constantly |
| Far Acuity | | Occasionally | Constantly |
| Depth Perception | | Occasionally | Constantly |
| Accommodation | | Frequently | Constantly |
| Color Vision | | Never | Constantly |
| Field of Vision | | Frequently | Constantly |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Occasionally | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Occasionally | Never |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Loud | Very Loud |
| **DOT Aptitudes** | | | |
| General Learning Ability | | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | | 3 (34-66 Percentile) | No Change |
| Form Perception | | 3 (34-66 Percentile) | No Change |

| | | |
|---|---|---|
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | Yes |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | Yes | No Change |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | Yes | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | Yes |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Date: 3/04/2020
To: Meghan Hennessy
LINCOLN FINANCIAL GROUP
Re: RRS ID: 48224

| | |
|---|---|
| Claimant: | Darrell W Russell |
| Claim #: | 7259041 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

Advisory Report

## Clinical History

This review is from a physical medicine and rehabilitation perspective. The claimant is a 41-year-old male who has a reported date of disability of 11/08/16. The claimant has a reported diagnosis of neuralgia and neuritis, unspecified. The period under review is from 02/24/20 to 05/08/20 and ongoing.

The claimant is status post L4-5 microdiscectomy for cauda equina on 09/05/19.

In an office visit on 11/04/16, Barry McCasland, MD (Neurology), noted the claimant has a chief complaint of right arm pain. He is assessed with reflex sympathetic dystrophy of the right upper limb, hypertension, and status post excision of melanoma x2. MRI of the right brachial plexus is ordered.

A bone scan dated 11/22/16 shows no evidence of three-phase bone uptake or findings concerning for complex regional pain syndrome. There is focal delayed uptake within the posterior left calvarium which correlates to a 1 cm ovoid nonaggressive intradiploic lesion on CT of the head dated 06/24/16 probably reflecting a small hemangioma or small fibro-osseous lesion such as fibrous dysplasia.

An MRI of the right brachial plexus dated 12/06/16 shows no evidence of focal mass lesion or adenopathy. Brachial plexus is grossly normal.

In an office visit on 12/14/16, David Gale, MD (Pain Medicine), notes the claimant is seen for reflex sympathetic dystrophy (RSD) of his right arm. He had lymph nodes removed from under his arm last year but his pain started in February. Percocet is refilled.

In an office visit on 12/22/16, David Gale, MD, notes the claimant is given a stellate ganglion block.

In an office visit on 01/05/17, David Gale, MD, notes the claimant is given another stellate ganglion block.

A motor nerve conduction study dated 02/07/17 is a normal right upper extremity EMG/NCV study.

In an office visit on 02/08/17, Barry McCasland, MD, notes the claimant is seen for right upper limp regional pain syndrome with tremors, status post excision of melanoma x2 with lymph node dissection. He is prescribed clonazepam.

An electromyography report dated 02/16/17 reveals findings consistent with mild, probable, distal, axonal peripheral neuropathy, a chronic possibly active right C8 radiculopathy, and chronic probably inactive right L5-S1 radiculopathy.

In an office visit on 02/17/17, Elliot Dimberg, MD (Neurology), notes the claimant has complaints of right arm pain and weakness. The stellate ganglion blocks were unhelpful. MRI of the cervical and thoracic spines are recommended.

In an office visit on 02/19/17, it is indicated the claimant has functional hyperkinesia.

MRIs of the cervical, lumbar and thoracic spine dated 03/11/17 show cervical spondylosis with advanced C5-C6 and C6-C7 diskovertebral degeneration. C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis. C6-C7 right-sided mild spinal canal and severe neural foramina stenosis. There is mild thoracic spondylosis with T9-T10 moderate spinal canal and severe right neural foramina stenosis. L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis.

In an office visit on 03/23/17, Jay Gerpen, MD (Neurologist), notes the claimant is seen for tremor. He has tremor evident in the right upper extremity at rest associated with electrophysiological findings diagnostic of a functional tremor and observed while the claimant is standing is most consistent with voluntary motor activity.

In an office visit on 04/12/17, the claimant is seen for right arm pain, tremulousness, headaches, and possible myelopathy.

In an office visit on 04/20/17, Paul Jeffords, MD (Orthopedics), notes the claimant has complaints of right arm pain and that his legs do not seem to work properly. He reports difficulty going up and down stairs and rising from a chair to walk at times. It is felt the claimant is a candidate for two-level anterior cervical discectomy and fusion at C5-6 and C6-7 for his right arm symptoms.

In an office visit on 01/31/18, Marvin Tark, MD (Pain Medicine), notes the claimant presents for a spinal cord stimulator trial.

In an office visit on 02/02/18, Anne Todd, MD (Family Medicine), notes the claimant is to start paroxetine and clonazepam.

In an office visit on 03/02/18, Anne Todd, MD, notes the claimant is seen in follow up regarding anxiety and insomnia.

In an office visit on 04/11/18, Anne Todd, MD, notes the claimant is to continue medications for anxiety and insomnia. He is to start lisinopril-hydrochlorothiazide for reflex sympathetic dystrophy of the arm.

In an office visit on 07/17/18, the claimant is given a refill of gabapentin, lisinopril, and paroxetine.

In an office visit on 08/01/18, Anne Todd, MD, notes the claimant is assessed with benign hypertension, insomnia, anxiety, and reflex sympathetic dystrophy of the arm.

In an office visit on 10/16/18, Anne Todd, MD, notes the claimant is to start Nystatin, ranitidine, and Linzess.

In an office visit on 01/22/19, Anne Todd, MD, notes the claimant has gastroesophageal reflux disease (GERD). He is to continue medications.

In an office visit on 02/06/19, the claimant is to start duloxetine.

In an office visit on 04/23/19, Anne Todd, MD, notes the claimant has complaints of abdominal pain that he feels is from his medications. He is recommended to trial a slow taper of clonazepam.

A Restrictions Form dated 07/10/19, completed by Anne Todd, MD, notes the claimant is restricted to a sedentary level occupation of lifting and carrying up to 10 pounds occasionally, sitting over 50% of the time and standing/walking occasionally. These are from 02/02/18 to indefinite.

In a progress note on 07/11/19, the claimant reported his pain is much better but not completely gone. The pain level is rated at 3/10.

In an office visit on 07/23/19, Anne Todd, MD, notes the claimant is seen in follow up for hypertension, anxiety, insomnia, and GERD. He reports good compliance with treatment, good tolerance of treatment and good symptom control.

In an office visit on 09/16/19, Jonathan Beck, PA, notes the claimant is ambulating with a walker. He feels he is slowly improving. The incision is clean, dry and intact without signs of infection. He is to avoid lifting, bending, twisting, or other strenuous activity. He is prescribed physical therapy.

In an office visit on 10/17/19, Charles Weaver, Jr., MD (Neurosurgery), notes the claimant has a right foot drop. He is recommended an ankle-foot orthotic and referred for evaluation at Hanger. Percocet and Robaxin are refilled.

In an office visit on 12/19/19, Charles Weaver, Jr., MD, notes the claimant continues to have neuropathic pain in his right leg and foot with hypersensitivity in the right leg and foot. He is currently taking gabapentin and Cymbalta for chronic pain. On examination, he is alert and oriented x3. Gait and station are normal. He has full motor strength in the upper extremities. He has right foot drop. Sensation is intact throughout all dermatomes. He is referred to pain management and may consider a

trial of spinal cord stimulation.

A Restrictions Form dated 01/09/20, completed by Charles Weaver, Jr., MD noted the claimant continues to have pain from previous surgery and requires further treatment. The claimant is referred to a pain management facility.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 2/27/2020 11:38 AM EST | Marilyn, MA | I left a message for Dr. Todd explaining the reason for my and requested a return call. My contact information and availability was provided. |
| 3/2/2020 11:38 AM EST | Kim, MA | I left a message for Dr. Todd explaining the reason for my and requested a return call. My contact information and availability was provided. |
| 2/27/2020 11:42 AM EST | Clinical Staff voicemail | I left a message for Dr. Weaver explaining the reason for my and requested a return call. My contact information and availability was provided. |
| 3/2/2020 11:07 AM EST | Office voicemail | Per Joanne, Dr. Weaver's office has moved, new #770-292-4540. I called and I left a message for Dr. Weaver explaining the reason for my and requested a return call. My contact information and availability was provided. |
| 3/3/2020 10:42 AM EST | Kelly - Disability coordinator | Per Michelle @ 770-292-4540, call Kelly @ 770-721-9540. Called Kelly and I left a message for Dr. Weaver explaining the reason for my and requested a return call. My contact information and availability was provided. |
| 2/27/2020 11:43 AM EST | Kris Kirkpatrick - office admin | I spoke to Kris and she stated this office is not participating in any disability peer reviews. |

## Questions and Reviewer's Response

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Primary impairing diagnosis is foot drop, right foot. M21. 371.

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Clinically significant comorbid diagnoses are hypertension I10, anxiety F41. 9, insomnia G47.00, and GERD K21. 9.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - February 24, 2020 to - May 8, 2020 and ongoing, and comment on the expected duration.**

**A. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Given that there are no findings during the time frame under review, it is difficult to ascertain what the claimant's actual functionality is. It would be reasonable to assume that given his history of prior lumbar surgery and right foot drop noted on 12/19/19 that he would have some level of impairment. It would be necessary to obtain updated medical information. Without any clear observable objective findings during the time frame under review, the claimant is expected to have the capacity for gainful employment on a full-time basis, 8 hours per day in 40 hours per week with restrictions from 02/24/20 to 05/08/20 of:

Lifting, carrying, pushing and pulling 40 pounds occasionally--up to 1/3 of the day and 20 pounds frequently--1/3 to 2/3 of the day.

Sitting is not restricted.

Walking and standing combined 30 minutes at one time up to 5 hours out of an 8 hour day.

The claimant would require a 5-10 minute break from standing and walking before resuming this activity again.

Occasionally twisting, bending, kneeling, crouching, squatting, and climbing stairs.

No climbing ladders or poles, working at heights or operating heavy machinery.

No restrictions reaching overhead, at the waist/desk level and below the waist.

Fingering, handling, feeling, and grasping is unrestricted.

These restrictions should be re-assessed by 05/08/20 with updated documentation to determine his need for ongoing limitations.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Treatment included surgical intervention, medication management, ankle foot orthotic, and referral to pain management which is consistent with the standard of care for the apparent level of severity of the conditions. There is no evidence that the claimant is not compliant with treatment that meets the standard of care.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

## Assessment/Rationale

After careful review of all documentation reviewed, this is a 41-year-old male who has a history of reflex sympathetic dystrophy of the arm. MRI of the cervical, lumbar and thoracic spine dated 03/11/17 shows cervical spondylosis with advanced C5-C6 and C6-C7 diskovertebral degeneration. C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis. C6-C7 right-sided mild spinal canal and severe neural foramina stenosis. There is mild thoracic spondylosis with T9-T10 moderate spinal canal and severe right neural foramina stenosis. L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis. He was previously deemed a candidate for two-level anterior cervical discectomy and fusion at C5-6 and C6-7 for his right arm symptoms. The claimant underwent an L4-5 microdiscectomy for cauda equina on 09/05/19. In the office visit on 12/19/19, the claimant continues to have neuropathic pain in his right leg and foot with hypersensitivity in the right leg and foot. He is currently taking gabapentin and Cymbalta for chronic pain. On examination, he has right foot drop. Gait and station are normal. He has full motor strength in the upper extremities. Sensation is intact throughout all dermatomes. Dr. Weaver referred him to pain management and may consider a trial of spinal cord stimulation.

Based on the claimant's recent lumbar surgery with ongoing pain and foot drop identified in the 12/19/19 office visit, it would be reasonable to support a level of functional impairment from 02/24/20 to 05/08/20. However, as his examination was otherwise unremarkable and no further progress notes were submitted, he should be capable of sustaining full-time employment within the restrictions and

limitations outlined above.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Arlen D Green, DO
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Traumatic Brain Injury
CA - 9441

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 02/27/2020 | Referral Form | Client |
| 11/23/2016 | Certification of Health Care Provider for Employee's Serious Health Condition | Barry McCasland, MD |
| 06/04/2018, 06/10/2019, 01/28/2020 | Correspondence | Client |
| 11/04/2016, 02/07/2017 | Nerve Conduction and EMG Study | Barry McCasland, MD |
| 12/06/2016 | MRI Right Brachial Plexus with and without Contrast | American Health Imaging |
| 12/14/2016, 12/22/2016, 01/05/2017 | Office Visit | David Gale, MD |
| 01/05/2017 | Office Visit | Kathleen Gangl, CRNA |
| 12/22/2016 | Office Visit | Nichole Daniels, CRNA |
| Undated | Consult Note | Elliot Dimberg, MD |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 02/17/2017 | Addendum | Elliot Dimberg, MD |
| 02/16/2017 | Nerve Conduction and EMG Study | Jay Van Gerpen, MD |
| 02/19/2017, 03/23/2017 | Office Visit | Jay Van Gerpen, MD |
| 03/11/2017 | MR Cervical Spine without Contrast, MR Lumbar Spine without Contrast, MR Thoracic Spine without Contrast | Mayo Clinic |
| 11/22/2016 | NM Bone Scan Phase 3 | Paul Harkey, MD |
| 05/16/2019, 07/11/2019, 10/17/2019, 12/12/2019 | Progress Note | Charles Weaver Jr, MD |
| 09/16/2019 | Progress Note | Jonathan Beck, PA |
| 01/09/2020 | Restrictions Form | Charles Weaver Jr, MD |
| 02/22/2017, 05/24/2018 | Authorization for the Release of Information including Protected Health Information, pg 151 | Claimant |
| 01/31/2018 | Progress Note | Marvin Tark, MD |
| 02/06/2019 | History and Physical | Kim Stover, MA |
| 08/01/2016, 02/02/2018, 03/02/2018, 04/11/2018, 10/16/2018, 01/22/2019, 04/23/2019, 07/23/2019 | History and Physical | Anne Todd, MD |
| 08/01/2018 | Lab Report | Lab Corp |
| 07/17/2018 | History and Physical | Kimberly Lamoureux, CMA |
| 04/20/2017 | Office Visit | Paul Jeffords, MD |
| 07/01/2019 | Restrictions Form | Anne Todd, MD |

# INVOICE

**Reliable Review Services**

**Invoice Number : 48224-1** **3/4/2020 3:04 PM CST**

Claimant: Darrell W Russell
Client Claim#: 7259041
RRS Claim#: 48224-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 3.75 | 210 | $0.00 | 787.50 |

**Total Due: $787.50**

**Reviewer Details**

**Reviewer**

Arlen D Green - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**
Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*
Reliable RS, PO Box 492890, Redding CA 96049

Date: 3/04/2020
To: Meghan Hennessy
LINCOLN FINANCIAL GROUP
Re: RRS ID: 48224

---

Claimant: Darrell W Russell
Claim #: 7259041
Line of Business: Disability
Review Type: LTD
Review Level: Initial
Advisory Report

## Clinical History

This review is from a physical medicine and rehabilitation perspective. The claimant is a 41-year-old male who has a reported date of disability of 11/08/16. The claimant has a reported diagnosis of neuralgia and neuritis, unspecified. The period under review is from 02/24/20 to 05/08/20 and ongoing.

The claimant is status post L4-5 microdiscectomy for cauda equina on 09/05/19.

In an office visit on 11/04/16, Barry McCasland, MD (Neurology), noted the claimant has a chief complaint of right arm pain. He is assessed with reflex sympathetic dystrophy of the right upper limb, hypertension, and status post excision of melanoma x2. MRI of the right brachial plexus is ordered.

A bone scan dated 11/22/16 shows no evidence of three-phase bone uptake or findings concerning for complex regional pain syndrome. There is focal delayed uptake within the posterior left calvarium which correlates to a 1 cm ovoid nonaggressive intradiploic lesion on CT of the head dated 06/24/16 probably reflecting a small hemangioma or small fibro-osseous lesion such as fibrous dysplasia.

An MRI of the right brachial plexus dated 12/06/16 shows no evidence of focal mass lesion or adenopathy. Brachial plexus is grossly normal.

In an office visit on 12/14/16, David Gale, MD (Pain Medicine), notes the claimant is seen for reflex sympathetic dystrophy (RSD) of his right arm. He had lymph nodes removed from under his arm last year but his pain started in February. Percocet is refilled.

In an office visit on 12/22/16, David Gale, MD, notes the claimant is given a stellate ganglion block.

In an office visit on 01/05/17, David Gale, MD, notes the claimant is given another stellate ganglion block.

A motor nerve conduction study dated 02/07/17 is a normal right upper extremity EMG/NCV study.

In an office visit on 02/08/17, Barry McCasland, MD, notes the claimant is seen for right upper limp regional pain syndrome with tremors, status post excision of melanoma x2 with lymph node dissection. He is prescribed clonazepam.

An electromyography report dated 02/16/17 reveals findings consistent with mild, probable, distal, axonal peripheral neuropathy, a chronic possibly active right C8 radiculopathy, and chronic probably inactive right L5-S1 radiculopathy.

In an office visit on 02/17/17, Elliot Dimberg, MD (Neurology), notes the claimant has complaints of right arm pain and weakness. The stellate ganglion blocks were unhelpful. MRI of the cervical and thoracic spines are recommended.

In an office visit on 02/19/17, it is indicated the claimant has functional hyperkinesia.

MRIs of the cervical, lumbar and thoracic spine dated 03/11/17 show cervical spondylosis with advanced C5-C6 and C6-C7 diskovertebral degeneration. C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis. C6-C7 right-sided mild spinal canal and severe neural foramina stenosis. There is mild thoracic spondylosis with T9-T10 moderate spinal canal and severe right neural foramina stenosis. L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis.

In an office visit on 03/23/17, Jay Gerpen, MD (Neurologist), notes the claimant is seen for tremor. He has tremor evident in the right upper extremity at rest associated with electrophysiological findings diagnostic of a functional tremor and observed while the claimant is standing is most consistent with voluntary motor activity.

In an office visit on 04/12/17, the claimant is seen for right arm pain, tremulousness, headaches, and possible myelopathy.

In an office visit on 04/20/17, Paul Jeffords, MD (Orthopedics), notes the claimant has complaints of right arm pain and that his legs do not seem to work properly. He reports difficulty going up and down stairs and rising from a chair to walk at times. It is felt the claimant is a candidate for two-level anterior cervical discectomy and fusion at C5-6 and C6-7 for his right arm symptoms.

In an office visit on 01/31/18, Marvin Tark, MD (Pain Medicine), notes the claimant presents for a spinal cord stimulator trial.

In an office visit on 02/02/18, Anne Todd, MD (Family Medicine), notes the claimant is to start paroxetine and clonazepam.

In an office visit on 03/02/18, Anne Todd, MD, notes the claimant is seen in follow up regarding anxiety and insomnia.

In an office visit on 04/11/18, Anne Todd, MD, notes the claimant is to continue medications for anxiety and insomnia. He is to start lisinopril-hydrochlorothiazide for reflex sympathetic dystrophy of the arm.

In an office visit on 07/17/18, the claimant is given a refill of gabapentin, lisinopril, and paroxetine.

In an office visit on 08/01/18, Anne Todd, MD, notes the claimant is assessed with benign hypertension, insomnia, anxiety, and reflex sympathetic dystrophy of the arm.

In an office visit on 10/16/18, Anne Todd, MD, notes the claimant is to start Nystatin, ranitidine, and Linzess.

In an office visit on 01/22/19, Anne Todd, MD, notes the claimant has gastroesophageal reflux disease (GERD). He is to continue medications.

In an office visit on 02/06/19, the claimant is to start duloxetine.

In an office visit on 04/23/19, Anne Todd, MD, notes the claimant has complaints of abdominal pain that he feels is from his medications. He is recommended to trial a slow taper of clonazepam.

A Restrictions Form dated 07/10/19, completed by Anne Todd, MD, notes the claimant is restricted to a sedentary level occupation of lifting and carrying up to 10 pounds occasionally, sitting over 50% of the time and standing/walking occasionally. These are from 02/02/18 to indefinite.

In a progress note on 07/11/19, the claimant reported his pain is much better but not completely gone. The pain level is rated at 3/10.

In an office visit on 07/23/19, Anne Todd, MD, notes the claimant is seen in follow up for hypertension, anxiety, insomnia, and GERD. He reports good compliance with treatment, good tolerance of treatment and good symptom control.

In an office visit on 09/16/19, Jonathan Beck, PA, notes the claimant is ambulating with a walker. He feels he is slowly improving. The incision is clean, dry and intact without signs of infection. He is to avoid lifting, bending, twisting, or other strenuous activity. He is prescribed physical therapy.

In an office visit on 10/17/19, Charles Weaver, Jr., MD (Neurosurgery), notes the claimant has a right foot drop. He is recommended an ankle-foot orthotic and referred for evaluation at Hanger. Percocet and Robaxin are refilled.

In an office visit on 12/19/19, Charles Weaver, Jr., MD, notes the claimant continues to have neuropathic pain in his right leg and foot with hypersensitivity in the right leg and foot. He is currently taking gabapentin and Cymbalta for chronic pain. On examination, he is alert and oriented x3. Gait and station are normal. He has full motor strength in the upper extremities. He has right foot drop. Sensation is intact throughout all dermatomes. He is referred to pain management and may consider a

trial of spinal cord stimulation.

A Restrictions Form dated 01/09/20, completed by Charles Weaver, Jr., MD noted the claimant continues to have pain from previous surgery and requires further treatment. The claimant is referred to a pain management facility.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 2/27/2020 11:38 AM EST | Marilyn, MA | I left a message for Dr. Todd explaining the reason for my and requested a return call. My contact information and availability was provided. |
| 3/2/2020 11:38 AM EST | Kim, MA | I left a message for Dr. Todd explaining the reason for my and requested a return call. My contact information and availability was provided. |
| 2/27/2020 11:42 AM EST | Clinical Staff voicemail | I left a message for Dr. Weaver explaining the reason for my and requested a return call. My contact information and availability was provided. |
| 3/2/2020 11:07 AM EST | Office voicemail | Per Joanne, Dr. Weaver's office has moved, new #770-292-4540. I called and I left a message for Dr. Weaver explaining the reason for my and requested a return call. My contact information and availability was provided. |
| 3/3/2020 10:42 AM EST | Kelly - Disability coordinator | Per Michelle @ 770-292-4540, call Kelly @ 770-721-9540. Called Kelly and I left a message for Dr. Weaver explaining the reason for my and requested a return call. My contact information and availability was provided. |
| 2/27/2020 11:43 AM EST | Kris Kirkpatrick - office admin | I spoke to Kris and she stated this office is not participating in any disability peer reviews. |

## Questions and Reviewer's Response

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Primary impairing diagnosis is foot drop, right foot. M21. 371.

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Clinically significant comorbid diagnoses are hypertension I10, anxiety F41. 9, insomnia G47.00, and GERD K21. 9.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - February 24, 2020 to - May 8, 2020 and ongoing, and comment on the expected duration.**

**A. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Given that there are no findings during the time frame under review, it is difficult to ascertain what the claimant's actual functionality is. It would be reasonable to assume that given his history of prior lumbar surgery and right foot drop noted on 12/19/19 that he would have some level of impairment. It would be necessary to obtain updated medical information. Without any clear observable objective findings during the time frame under review, the claimant is expected to have the capacity for gainful employment on a full-time basis, 8 hours per day in 40 hours per week with restrictions from 02/24/20 to 05/08/20 of:

Lifting, carrying, pushing and pulling 40 pounds occasionally--up to 1/3 of the day and 20 pounds frequently--1/3 to 2/3 of the day.

Sitting is not restricted.

Walking and standing combined 30 minutes at one time up to 5 hours out of an 8 hour day.

The claimant would require a 5-10 minute break from standing and walking before resuming this activity again.

Occasionally twisting, bending, kneeling, crouching, squatting, and climbing stairs.

No climbing ladders or poles, working at heights or operating heavy machinery.

No restrictions reaching overhead, at the waist/desk level and below the waist.

Fingering, handling, feeling, and grasping is unrestricted.

These restrictions should be re-assessed by 05/08/20 with updated documentation to determine his need for ongoing limitations.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Treatment included surgical intervention, medication management, ankle foot orthotic, and referral to pain management which is consistent with the standard of care for the apparent level of severity of the conditions. There is no evidence that the claimant is not compliant with treatment that meets the standard of care.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

## Assessment/Rationale

After careful review of all documentation reviewed, this is a 41-year-old male who has a history of reflex sympathetic dystrophy of the arm. MRI of the cervical, lumbar and thoracic spine dated 03/11/17 shows cervical spondylosis with advanced C5-C6 and C6-C7 diskovertebral degeneration. C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis. C6-C7 right-sided mild spinal canal and severe neural foramina stenosis. There is mild thoracic spondylosis with T9-T10 moderate spinal canal and severe right neural foramina stenosis. L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis. He was previously deemed a candidate for two-level anterior cervical discectomy and fusion at C5-6 and C6-7 for his right arm symptoms. The claimant underwent an L4-5 microdiscectomy for cauda equina on 09/05/19. In the office visit on 12/19/19, the claimant continues to have neuropathic pain in his right leg and foot with hypersensitivity in the right leg and foot. He is currently taking gabapentin and Cymbalta for chronic pain. On examination, he has right foot drop. Gait and station are normal. He has full motor strength in the upper extremities. Sensation is intact throughout all dermatomes. Dr. Weaver referred him to pain management and may consider a trial of spinal cord stimulation.

Based on the claimant's recent lumbar surgery with ongoing pain and foot drop identified in the 12/19/19 office visit, it would be reasonable to support a level of functional impairment from 02/24/20 to 05/08/20. However, as his examination was otherwise unremarkable and no further progress notes were submitted, he should be capable of sustaining full-time employment within the restrictions and

RRS
Reliable Review Services

limitations outlined above.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Arlen D Green, DO
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Traumatic Brain Injury
CA - 9441

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 02/27/2020 | Referral Form | Client |
| 11/23/2016 | Certification of Health Care Provider for Employee's Serious Health Condition | Barry McCasland, MD |
| 06/04/2018, 06/10/2019, 01/28/2020 | Correspondence | Client |
| 11/04/2016, 02/07/2017 | Nerve Conduction and EMG Study | Barry McCasland, MD |
| 12/06/2016 | MRI Right Brachial Plexus with and without Contrast | American Health Imaging |
| 12/14/2016, 12/22/2016, 01/05/2017 | Office Visit | David Gale, MD |
| 01/05/2017 | Office Visit | Kathleen Gangl, CRNA |
| 12/22/2016 | Office Visit | Nichole Daniels, CRNA |
| Undated | Consult Note | Elliot Dimberg, MD |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 02/17/2017 | Addendum | Elliot Dimberg, MD |
| 02/16/2017 | Nerve Conduction and EMG Study | Jay Van Gerpen, MD |
| 02/19/2017, 03/23/2017 | Office Visit | Jay Van Gerpen, MD |
| 03/11/2017 | MR Cervical Spine without Contrast, MR Lumbar Spine without Contrast, MR Thoracic Spine without Contrast | Mayo Clinic |
| 11/22/2016 | NM Bone Scan Phase 3 | Paul Harkey, MD |
| 05/16/2019, 07/11/2019, 10/17/2019, 12/12/2019 | Progress Note | Charles Weaver Jr, MD |
| 09/16/2019 | Progress Note | Jonathan Beck, PA |
| 01/09/2020 | Restrictions Form | Charles Weaver Jr, MD |
| 02/22/2017, 05/24/2018 | Authorization for the Release of Information including Protected Health Information, pg 151 | Claimant |
| 01/31/2018 | Progress Note | Marvin Tark, MD |
| 02/06/2019 | History and Physical | Kim Stover, MA |
| 08/01/2016, 02/02/2018, 03/02/2018, 04/11/2018, 10/16/2018, 01/22/2019, 04/23/2019, 07/23/2019 | History and Physical | Anne Todd, MD |
| 08/01/2018 | Lab Report | Lab Corp |
| 07/17/2018 | History and Physical | Kimberly Lamoureux, CMA |
| 04/20/2017 | Office Visit | Paul Jeffords, MD |
| 07/01/2019 | Restrictions Form | Anne Todd, MD |

# INVOICE

**Reliable Review Services**

**Invoice Number : 48224-1** **3/4/2020 3:04 PM CST**

Claimant: Darrell W Russell
Client Claim#: 7259041
RRS Claim#: 48224-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 3.75 | 210 | $0.00 | 787.50 |

**Total Due: $787.50**

**Reviewer Details**

**Reviewer**

Arlen D Green - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

ReleasePoint

## Medical Record Overview

**Date:** **January 30, 2020**

**Patient Name:** RUSSELL, DARRELL

**Records From:** GEORGIA RENEW CLINIC
1370 THOMPSON BRIDGE RD #101
GAINESVILLE, GA 30501
(678) 769-7008

**Request Scope:** From July 1, 2019 to Present

**Chart Range:** 07/11/2019 - 08/16/2019

**RP ID:** 5985298

**Client ID:** 7259041

**Source:** LIBMT6

**Req By:** M Hennessy
08034785

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jul 11 2019 | Aug 16 2019 | 2 | 2 |
| Other Records | | | 2 | 4 |
| Request Correspondence | | | 3 | 6 |
| | | **Total Page Count:** | 7 | |

**Notes From QC:**

ITEMS REQUESTED NOT FOUND

We only received medical records with a blank form. Please request for a filled out form by the requested provider

Pt. Name: Derrel Russell
Infusion #: 4
IV Size: 22
Date: 8/16/19
Today's Dosage: 75mg
Location: RAC

Sleeping: Slept better over the past couple days
Eating: doesn't eat well
Activity: not much change, hasn't seen much difference in how he feels, wife states she has seen a change!

- [x] Alert
- [x] Oriented x
- [ ] Confused
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [ ] Weight
- [ ] Previous Dosage 75mg

**Pre Infusion VS** Time 9:05 BP 120/81 Pulse 84 O2 Sat 99 %

Premedication Drug: — Dose: — Route: — Time: —
Ketamine Infusion: Dose: 75mg Route: RAC Time: 9:35

| Time | BP | Pulse | | | |
|---|---|---|---|---|---|
| 9:59 | 135/90 | 84 | 96 | ✓ | — |

Scanned

0915 yintang, NADA, Anmian placed

Infusion Complete 1020 BP 132/85 Pulse 82 O2 Sat 96%
DC Vital Signs 10:48 BP 136/92 Pulse 78 O2 Sat 99 %

- [x] Alert
- [x] Oriented x 4
- [ ] Confused
- [x] INT Did Intact
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [x] No Reaction to Meds
- [x] Stable
- [x] Ambulatory w/NA
- [ ] c wife

Dr. Signature [signature] Nurse Signature [signature] Date 8/16/19


Jan 28 2020 11:49AM HP FaxGeorgia**Ketamine 6784266044

Pt. Name: Darrell Russell
Infusion #: 5
IV Size: #22

Date: 07-11-19
Today's Dosage: 80mg
Location: LDH

Sleeping: ~3hr intervals for 6hrs total
Eating: decreased

Activity: Chronic Regional Pain + Major depression. Pt states pain is 10/10 on scale → (+) nausea + vomiting from pain.

- [x] Alert
- [x] Oriented x 4
- [ ] Confused
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [ ] Weight
- [x] Previous Dosage 75mg

| Pre Infusion VS | Time 0900 | BP 131/83 | Pulse 70 | O2 Sat 98 % |
|---|---|---|---|---|

Premedication Drug: Zofran Dose: 4mg Route: IVP Time: 0918

Ketamine Infusion: Dose: Ketamine 80mg in 50mL NS Route: IV over 50 minutes on syringe pump Time: 0920

| Time | BP | Pulse | O2 Saturation | Tolerating Well | Complaints |
|---|---|---|---|---|---|
| 0940 | 124/77 | 79 | 97% | ✓ | — |
| 1040 | 124/80 | 64 | 98% | ✓ | — |

Pain 3/10 (VAS) - pt states pain is much better but not completely gone. ———— CJ

**SCANNED**

Infusion Complete 1010 BP 126/80 Pulse 69 O2 Sat 96%

DC Vital Signs 1040 BP 124/80 Pulse 64 O2 Sat 98 %

- [x] Alert
- [x] Oriented x 4
- [ ] Confused
- [x] INT Did Intact
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [x] No Reaction to Meds
- [x] Stable
- [x] Ambulatory w/NA
- [x] c̄ dad

Dr. Signature [signature] Nurse Signature [signature] Date 07-11-19



Jan 28 2020 11:49AM HP FaxGeorgia**Ketamine 6784266044

# Georgia Renew

**Type: All transactions · Status: All statuses · Delivery method: Any · Name: Darrell Russell · Date: All dates**

| Date | Type | No. | Customer | Due date | Balance | Total | Status |
|---|---|---|---|---|---|---|---|
| 07/11/2019 | Invoice | 2492 | Darrell Russell | 07/11/2019 | $0.00 | $340.00 | Paid |
| 07/11/2019 | Payment | | Darrell Russell | 07/11/2019 | $0.00 | $-340.00 | Closed |
| 05/16/2019 | Invoice | 2360 | Darrell Russell | 05/16/2019 | $0.00 | $340.00 | Paid |
| 05/16/2019 | Payment | | Darrell Russell | 05/16/2019 | $0.00 | $-340.00 | Closed |
| 05/14/2019 | Invoice | 2354 | Darrell Russell | 05/14/2019 | $0.00 | $250.00 | Paid |
| 05/14/2019 | Payment | | Darrell Russell | 05/14/2019 | $0.00 | $-250.00 | Closed |
| 05/13/2019 | Payment | | Darrell Russell | 05/13/2019 | $0.00 | $-340.00 | Closed |
| 05/10/2019 | Invoice | 2344 | Darrell Russell | 05/10/2019 | $0.00 | $340.00 | Paid |
| 05/07/2019 | Invoice | 2337 | Darrell Russell | 05/07/2019 | $0.00 | $340.00 | Paid |
| 05/07/2019 | Payment | | Darrell Russell | 05/07/2019 | $0.00 | $-340.00 | Closed |



page 9
Jan 28 2020 11:51AM HP FaxGeorgia**Ketamine 6784266044
Lincoln/Russell 0449

# Patient Report

**Provider:** Georgia Renew Clinics
**Patient:** Russell, Darrell

## Appointment History For Patient

| Date of visit | Office | Provider | Reason for visit | Status |
|---|---|---|---|---|
| July 18, 2019, 9:30 a.m. | Primary Office | Georgia Renew Clinics | 6 | Cancelled |
| July 18, 2019, 9 a.m. | Primary Office | Georgia Renew Clinics | 2 hour infsuion. CANCELED!! | Cancelled |
| July 11, 2019, 9 a.m. | Primary Office | Georgia Renew Clinics | 5 | |
| May 16, 2019, 9 a.m. | Primary Office | Georgia Renew Clinics | 4 | |
| May 14, 2019, 12:15 p.m. | Primary Office | Georgia Renew Clinics | 3 | |
| May 10, 2019, 9:15 a.m. | Primary Office | Georgia Renew Clinics | 2 | |
| May 7, 2019, 10:45 a.m. | Primary Office | Georgia Renew Clinics | 1 | |

Generated by drchrono EHR

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

GEORGIA RENEW CLINIC
1370 THOMPSON BRIDGE RD #101
ATTN: MEDICAL RECORDS
GAINESVILLE, GA 30501

Date: Jan 28, 2020

**Re: Long Term Disability Benefits**
Claim# 7259041 5985298
Claimant: RUSSELL, DARRELL
Claimant DOB: 8
Provider Portal: https://portal.releasepoint.com
Access Key: GEO767

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From July 1, 2019 to Present**
**Please provide medical records and complete form attached - Seen By: GEORGIA RENEW CLINIC**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Mechille Albios
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

5985298

Liberty Mutual.
INSURANCE

# Restrictions Form

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|
| | | |

To be completed by physician:

1. DATE FIRST TREATED — ____________
   DATE LAST TREATED — ____________
   NEXT OFFICE VISIT — ____________

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.**
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________.

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | RUSSELL, DARRELL |
| RP ID: | 5985298 |
| Access Code: | GEO767 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

# Quality Assurance Report

## Request Information

Report Date: January 30, 2020

**RP ID:** 5985298

Patient Name: RUSSELL, DARRELL

Provider Name: GEORGIA RENEW CLINIC

## Quality Assurance Information

Scope Requested: **From July 1, 2019 to Present**

Special Request:

Please provide medical records and complete form attached - Seen By: GEORGIA RENEW CLINIC

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

ITEMS REQUESTED NOT FOUND We only received medical records with a blank form. Please request for a filled out form by the requested provider

Chart Reviewed By: NTUBI

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. DARRELL RUSSELL

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

January 23, 2020

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you on December 11, 2019. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 22, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Meghan Hennessy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (855) 796-1758

Attachments: 7259041-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-12.10.2019

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. DARRELL RUSSELL

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

December 11, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the May 8, 2020 month, you must be disabled from any occupation. As your benefits began on May 9, 2017, the change in definition will occur on May 9, 2020. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by January 23, 2020:

X Activities Questionnaire Form
X Claimant Information Form
X Claimant Supplementary Statement
X Training Education Experience
__ Other

Chart Industries, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than January 23, 2020 as required under the terms of the Policy.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be suspended.

If you have any questions regarding this matter, please contact me.

Sincerely,

Meghan Hennessy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (855) 796-1758

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Training Education Experience

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

**Return To:** Meghan Hennessy



EMPLOYEE/CLAIMANT NAME: Darrell Russell

CLAIM NO: 7259041 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Chart Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Lincoln Financial Group®



How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ________ | ________ |
| Carrying groceries into the house | ________ | ________ |
| Cooking meals | ________ | ________ |
| Cleaning after meals | ________ | ________ |
| Cleaning bathrooms | ________ | ________ |
| Vacuuming | ________ | ________ |
| Doing the laundry | ________ | ________ |
| Opening and responding to mail | ________ | ________ |
| Managing your finances | ________ | ________ |
| Balancing your checkbook | ________ | ________ |
| Bathing yourself | ________ | ________ |
| Styling your own hair | ________ | ________ |
| Getting dressed | ________ | ________ |
| Going up and down stairs | ________ | ________ |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

How often do you travel or take vacation? ________________________

Where do you go? How do you get there (transportation method)? ________________________

________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

________________________

________________________

________________________

________________________

________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

________________________

________________________

________________________

________________________

________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ________________________ Date: ________________________

Signature: ________________________

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

**Return To:** Meghan Hennessy

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________________________________ **DATE:** __________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

**Return to:** Meghan Hennessy

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell **CLAIM #:** 7259041
**EMPLOYER:** Chart Industries, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________________ Department:______________________ From: ________ To: ______

Job Title(s): ______________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

______________________________________________________________________

4. Company: ______________________ Department:______________________ From: ________ To: ______

Job Title(s): ______________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

______________________________________________________________________

5. Company: ______________________ Department:______________________ From: ________ To: ______

Job Title(s): ______________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

______________________________________________________________________

**<u>Computer Utilization:</u>**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO:** ( ) ______________________

ReleasePoint

## Medical Record Overview

**Date:** **January 13, 2020**

**Patient Name:** RUSSELL, DARRELL

**Records From:** WEAVER JR, DR CHARLES
STE 310 2500 HOSPITAL BLVD
ROSWELL, GA 30076
(770) 664-9600

**Request Scope:** From July 1, 2019 to Present

**Chart Range:** 09/16/2019 - 01/09/2020

**RP ID:** 5985426

**Client ID:** 7259041

**Source:** LIBMT6

**Req By:** M Hennessy
08034785

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Sep 16 2019 | Dec 12 2019 | 6 | 2 |
| Request Corr. | | | 2 | 8 |
| Questionnaire | Jan 9 2020 | Jan 9 2020 | 1 | 10 |

**Total Page Count:** 9

**Notes From QC:**

page 1 of record dated 10/17/2019 ( see page 7 ) is missing.

Enclosed are all records supplied by medical facility for requested dates of service

# Russell, Darrell Wayne

MRN: 560835912

| | | |
|---|---|---|
| Charles E Weaver Jr., MD<br>Physician<br>Neurosurgery | Progress Notes<br>Signed | Encounter Date: 12/12/2019 |

**Subjective:**

**Subjective**

**Patient ID:** Darrell Wayne Russell is a 41 y.o. male.

**Leg Pain**

Mr. Russell continues to struggle with neuropathic pain in his right leg and foot with hypersensitivity in the right leg and foot he finds that he has to hang his leg out from under the covers is the weight of the covers on his foot causes him great discomfort. He feels that this pain has a somewhat quality to the complex regional pain syndrome that he experiences in his right upper extremity.. He is currently taking gabapentin and Cymbalta for chronic pain..

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Gastrointestinal: Positive for constipation.
Musculoskeletal: Positive for back pain.
**Right leg weakness and pain**
**Arm pain muscle weakness**

**Objective:**

**Objective**

Physical Exam
**Vitals:**

| | 12/12/19 0943 |
|---|---|
| BP: | 130/92 |
| Pulse: | 58 |
| Resp: | 12 |
| SpO2: | 96% |

Awake alert and oriented ×3
Speech is fluent
Recent and remote memory are intact

Gait is station coordination is normal

No dysmetria

Skin no bruising or discoloration

Pulses symmetric, fingers with no clubbing cyanosis or edema

Abdomen is soft and non distended

Head normal cephalic atraumatic
Pupils are equal round and reactive to light and accommodation
Extra-ocular movements are intact
Visual fields are full to confrontation
Face is symmetric and tongue is midline
Uvula and palate raise symmetrically
Muscles of mastication are symmetric in bulk tone and strength
Facial sensation is intact V1 through V3
Shoulder shrug is symmetric

Motor strength in the upper extremities is full and symmetric with no pronator drift
Motor strength in the lower extremities is notable for continued right foot drop
Sensation is intact throughout all dermatomes

**Assessment/Plan:**

**Assessment**

**Problem List Items Addressed This Visit**

**Encounter for surgical aftercare following surgery of nervous system - Primary**

Mr. Russell continues to struggle with neuropathic pain in his right leg and foot with hypersensitivity is likely related to nerve injury. He already has a history of complex regional pain syndrome related to his right arm and it may be developing a similar problem in his right leg. He is already on their cut and Cymbalta and I will refill his narcotic pain medication again today. He Has been referred to a pain management doctor by his primary care physician and I would agree that this is an appropriate plan and I will defer to the pain management doctor for additional pain medication refills. At some point it may be visible to consider a trial of spinal cord stimulation And I would also defer trial of spinal cord stimulation to the pain management doctor.

- Counseling More Than 50% of the Appointment Time 15 min

Office Visit on 12/12/2019 — Note shared with patient

## Progress Notes Info

| Author | Note Status | Last Update User |
| --- | --- | --- |
| Charles E Weaver Jr., MD | Signed | Charles E Weaver Jr., MD |

Author Note Status Last Update User
Last Update Date/Time: 12/12/2019 3:09 PM

Skin no bruising or discoloration, his incisions well-healed with no erythema induration or drainage

Pulses symmetric, fingers with no clubbing cyanosis or edema

Abdomen is soft and non distended

Head normal cephalic atraumatic
Pupils are equal round and reactive to light and accommodation
Extra-ocular movements are intact
Visual fields are full to confrontation
Face is symmetric and tongue is midline
Uvula and palate raise symmetrically
Muscles of mastication are symmetric in bulk tone and strength
Facial sensation is intact V1 through V3
Shoulder shrug is symmetric

Motor strength in the upper extremities is full and symmetric with no pronator drift
Motor strength in the lower extremities is notable for right foot drop

**Assessment/Plan:**

**Assessment**

**Problem List Items Addressed This Visit**

**Encounter for surgical aftercare following surgery of nervous system - Primary**

Mr. Darrell Wayne Russell Continues to struggle a with regard to weakness particularly in the right ankle and foot. He does have significant right foot drop For which I have recommended an ankle foot orthotic and referred him for evaluation at Hanger. He continues to perform home exercises to improve his strength but I did discuss with him that it can take as long as 6 months to a year for these kind of injuries to improve. From the standpoint of leg pain is doing well but does continue to struggle bit with back pain. I have given him a refill Of Percocet and Robaxin at today's visit. Open to see him in 2 months to follow his continued recovery.

**Right foot drop**

Office Visit on 10/17/2019 — Note shared with patient

## Progress Notes Info

| Author | Note Status | Last Update User |
|---|---|---|
| Charles E Weaver Jr., MD | Signed | Charles E Weaver Jr., MD |

Last Update Date/Time: 10/17/2019 12:38 PM

# Russell, Darrell Wayne

MRN: 560835912

Jonathan D Beck, PA
Physician Assistant
Physician Assistant

Progress Notes
Signed

Encounter Date: 9/16/2019

**Subjective:**

**Subjective**

**Patient ID:** Darrell Wayne Russell is a 41 y.o. male status post L4-5 microdiscectomy for cauda equina by Dr. Weaver on September 5, 2019 at Northside Forsyth.

HPI
Mr. Darrell Wayne Russell presents today for his first postop visit. He does have some lingering soreness and occasional pain to his low back around the incision, but his biggest issue continues to be weakness in his bilateral feet and continued saddle anesthesia. He is urinating well on his own, but he cannot feel it. He is having bowel movements. He is having a very difficult time walking and requires a walker. He feels that most of the weakness is in his feet but he does also have some in his hips and knees. He does feel like it is slowly improving, but is very concerned about how debilitated he is at this point. He is eating and drinking well. He has almost completely weaned off of his pain medications and only takes 1 or 2 on bad days. He denies headaches, nausea, vomiting, fevers, chills, and problems with his incision.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems

**Objective:**

**Objective**

Physical Exam

Awake, alert and oriented x 3
Well nourished, no acute distress
PERRL, EOMI
Face sym, speech clear
4+/5 in bilateral psoas and left quadrants, 4/5 in left hamstrings and right quads, 4-/5 in right hamstrings and bilateral gastroc/soleus, 4-/5 in left tibialis anterior, 3 out of 5 in right tibialis anterior
Sens Decreased to touch in bilateral lower extremities, worse distally and improving proximally
Incision clean, dry, intact and without signs of infection

**Assessment/Plan:**

**Assessment**

Advance ambulation as tolerated; Avoid lifting, bending, twisting and other strenuous activity; No driving while on pain medications; Discussed wound care, call for any opening, drainage, redness, swelling, fevers, chills; Ice as needed; Wean pain meds as tolerated.

Mr. Darrell Wayne Russell is recovering well from the surgery, but is still very concerned about his weakness and numbness. Fortunately he has seen some slow improvement, and he is still very early on in the healing process. Hopefully this improvement will continue over the next few months. I did relay to him that it could be 6-12 months before he saw maximal improvement. I will give him a prescription for outpatient physical therapy. I'll also refer him to urology. We will plan to see him again in about 4 weeks, and he will call sooner with any questions, concerns, or worsening of symptoms.

**Problem List Items Addressed This Visit**

**Cauda equina compression (HCC) (Chronic)**
**Lumbar disc herniation**

**Other Visit Diagnoses**

**Encounter for surgical aftercare following surgery of nervous system** - Primary

Office Visit on 9/16/2019 Note shared with patient

## Progress Notes Info

| Author | Note Status | Last Update User |
|---|---|---|
| Jonathan D Beck, PA | Signed | Jonathan D Beck, PA |

Last Update Date/Time: 9/16/2019 3:00 PM

Request Corr.

WELLSTAR® Medical Group

# Spectrum Neurosurgical


**2500 Hospital Blvd. - Suite 310 - Roswell, GA 30076**
**1505 Northside Forsyth Drive – Suite 3900, Cumming, GA 30041**
**Phone: 770-664-9600 Fax: 770-664-9856**

***Charles E. Weaver, Jr., M.D., PhD***
***Thomas W. Belknap, M.D.***
***Bart MacDonald, M.D.***
***Jonathan Beck, PA-C***
***Whitney Hanes, PA-C***
***Karen Pennelli, PA-C***


| | |
|---|---|
| **To:** Disability Dept | **From:** KELLY S. |
| **Company:** Lincoln Financial Group | **Phone Number:** 470-956-4664 |
| **Fax Number:** 213)884-4921 | **Fax Number:** 770-664-9856 |
| **Date:** 1-9-2020 | **Total Pages, Including Cover:** 10 |
| **RE:** Claim # 7259041 | **Email:** Kelly.Symonette@wellstar.org |

- ☐ **Reply Urgent**
- ☐ **ASAP**
- ☑ **For your Information**


**Confidentiality note: The documents accompanying this transmission contain information, which is confidential and /or legally privileged. The information is intended only for use of the individual on entry named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure. Copying, distributing, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this company immediately. In this regard if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.**


**Thank you~**

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO
63376

GA SPECTRUM NEUROSURGICALSPCLST LLC
2500 HOSPITAL BLVD STE 310
ATTN: MEDICAL RECORDS
ROSWELL, GA 30076

Jan 2, 2020
Re: Disability Benefits
Claim# 7259041 5985426
Claimant: RUSSELL, DARRELL
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: PPSDCT

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On **12/13/2019** we sent you a request for medical Information, and as of today, that Information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request. **We request that all fee limits noted on the original request still be adhered to.**

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

☐ I am **EMAILING** records to charts@releasepoint.com *PLEASE PUT RP ID IN SUBJECT LINE*
☑ I am **FAXING** records to: (213) 884-4921
☐ I am **MAILING** records on or before (date): ___________ (See mailing address above)
☐ Records are being review, and will be released no later than (DATE): ___________

☐ Records cannot be released because:

______________________________________________

☐ Other status information we should know:

______________________________________________

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No.: (213) 884-4921

5985426

Liberty Mutual. INSURANCE

# Restrictions Form

| | | |
|---|---|---|
| Darrell Russell | | 7259041 |
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED — 9-16-19
   DATE LAST TREATED — 12-12-19
   NEXT OFFICE VISIT — Not Scheduled

DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

Patient continues to have pain from previous surgery and requires further treatment.

4. RESTRICTIONS IMPOSED FROM ________ TO ________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   Patient will be referred to pain management facility

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 9/16/19 TO 12/12/19

| | | |
|---|---|---|
| Weaver Charles | MD, PhD / Neurosurgery | 27-3818697 |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 2500 Hosp. Blvd 8310 | 770 664-9600 | 770 664-9856 |
| Street Address | Telephone Number | Fax Number |
| Roswell, GA 30076 | [signature] | 1-9-2020 |
| City, State & Zip Code | Signature | Date |

# Quality Assurance Report

## Request Information

Report Date: January 13, 2020

**RP ID:** 5985426

Patient Name: RUSSELL, DARRELL

Provider Name: GA SPECTRUM NEUROSURGICALSPCLST LLC

## Quality Assurance Information

Scope Requested: **From July 1, 2019 to Present**

Special Request:

Please provide all medical records for the timeframe and complete the attached form - Seen By: WEAVER JR, DR CHARLES

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

page 1 of record dated 10/17/2019 ( see page 7 ) is missing. Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: AGVIV

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. DARRELL RUSSELL

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

December 11, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the May 8, 2020 month, you must be disabled from any occupation. As your benefits began on May 9, 2017, the change in definition will occur on May 9, 2020. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by January 23, 2020:

_X_ Activities Questionnaire Form
_X_ Claimant Information Form
_X_ Claimant Supplementary Statement
_X_ Training Education Experience
___ Other

Chart Industries, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than January 23, 2020 as required under the terms of the Policy.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be suspended.

If you have any questions regarding this matter, please contact me.

Sincerely,

Meghan Hennessy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (855) 796-1758

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Training Education Experience

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

**Return To:** Meghan Hennessy



EMPLOYEE/CLAIMANT NAME: Darrell Russell

CLAIM NO: 7259041 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Chart Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ________________________________________

If Yes, how long are you able to drive a car?__________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? __________

On the weekends? __________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

________________________________________

How often do you get outdoors? ________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

________________________________________

________________________________________

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

**Return To:** Meghan Hennessy

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________________ **DATE:** ____________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

**Return to:** Meghan Hennessy

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell **CLAIM #:** 7259041
**EMPLOYER:** Chart Industries, Inc. **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| | | |
|---|---|---|
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | | | |
| ☐ | ☐ | Workers' Compensation | $ ______ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

EMPLOYEE/CLAIMANT NAME: Darrell Russell

CLAIM NO: 7259041

EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________
   ______________________________

4. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________
   ______________________________

5. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________
   ______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (      )** ______________

# Billing Statement:

**Invoice Date: 10/10/2019** **Invoice #: 710535-260**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Sep 1 2019 and Sep 30 2019**

**LIBMT5** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5393940<br>7259041 | RUSSELL, DARRELL<br>MEDICAL ASSOC. OF NORTH GEORGIA | Complete | 09/03/19<br>M Hennessy | 8.00 | 36.01 | 0.00 | 0.00<br>17 | **44.01** |
| 5546645<br>7259041 | RUSSELL, DARRELL<br>GEORGIA RENEW CLINIC | Canceled | 09/30/19<br>M Hennessy | 4.00 | 0.00 | 0.00 | 0.00<br>0 | **4.00** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:** **48.01**

**Tax ID: 95-2843455**

ReleasePoint

## Medical Record Overview

**Date:** **September 3, 2019**

**Patient Name:** RUSSELL, DARRELL

**Records From:** Todd, Dr. Anne
220 Oakside Ln
Canton, GA 30114
(770) 737-2770

**Request Scope:** From February 1, 2019 to Present

**Chart Range:** 02/06/2019 - 07/23/2019

**RP ID:** 5393940

**Client ID:** 7259041

**Source:** LIBMT5

**Req By:** M Hennessy
08034785

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 6 2019 | Jul 23 2019 | 7 | 2 |
| Other Records | | | 2 | 9 |
| Request Corr. | | | 7 | 11 |
| Questionnaire | Jul 1 2019 | Jul 1 2019 | 1 | 18 |

**Total Page Count:** 17

**Notes From QC:**

**Encounter #3**

**History & Physical Report**
**7/23/2019: Office Visit - Hypertension, benign (I10), Insomnia, persistent (G47.00), Anxiety (F41.9), GERD (gastroesophageal reflux disease) (K21.9), Chronic constipation (K59.09), Reflex sympathetic dystrophy of the arm (G90.519) (Anne B. Todd, MD)**
DARRELL W RUSSELL
7/23/2019 9:28 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Anne B. Todd MD; 7/26/2019 9:06 AM)
Patient words: chief complaint , 3 month follow up.

The patient is a 41 year old male who presents with hypertension. The last clinic visit was 3 month(s) ago. By report there is good compliance with treatment, good tolerance of treatment and good symptom control.

Additional reasons for visit:

Anxiety is described as the following:
The last clinic visit was 3 month(s) ago. By report there is good compliance with treatment, good tolerance of treatment and good symptom control.

Insomnia is described as the following:
The last clinic visit was 3 month(s) ago. By report there is good compliance with treatment, good tolerance of treatment and good symptom control.

Gastroesophageal reflux disease is described as the following:
The last clinic visit was 3 month(s) ago. By report there is good compliance with treatment and poor tolerance of treatment.

Constipation

Note: ketamine infusions have helped significantly with his mood issues and leg pains but upper extremity CRPS not much changed

persistant constipation issues

Problem List/Past Medical (Kim Stover, MA; 7/23/2019 9:29 AM)
Problems Reconciled
Cheilitis (K13.0)
History of melanoma excision (Z98.890) right chest wall with axillary LN dissection
Microalbuminuria (R80.9) uM mod
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
Insomnia, persistent (G47.00)
GERD (gastroesophageal reflux disease) (K21.9)
Hypertension, benign (I10)
Stomatitis and mucositis (K12.1, K12.30)
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor

Medication History (Anne B. Todd, MD; 7/23/2019 11:26 AM)
PARoxetine HCl (40MG Tablet, 1 (one) Oral at bedtime, Taken starting 04/23/2019) Active.
Zolpidem Tartrate (10MG Tablet, 1 (one) Oral at bedtime, Taken starting 04/23/2019) Active.
Gabapentin (300MG Capsule, 1 (one) Oral at bedtime, Taken starting 04/23/2019) Active.
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 (one) Oral daily, Taken starting 04/26/2019) Active.
Linzess (290MCG Capsule, 1 (one) Oral daily, Taken starting 04/23/2019) Active.
RaNITidine HCl (300MG Tablet, 1 (one) Oral daily, Taken starting 04/23/2019) Active.
Medications Reconciled
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily, Taken starting 04/23/2019) Inactive.

Allergies (Kim Stover, MA; 7/23/2019 9:29 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers
Allergies Reconciled

Past Surgical History (Kim Stover, MA; 7/23/2019 9:29 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kim Stover, MA; 7/23/2019 9:29 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kim Stover, MA; 7/23/2019 9:29 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Health Maintenance History (Kim Stover, MA; 7/23/2019 9:29 AM)
Flu Vaccine Date: 10/16/2018.

Other Problems (Kim Stover, MA; 7/23/2019 9:29 AM)
Vacc Refused - Influenza vaccination refused (Z28.21)
Encounter for long-term (current) use of medications (Z79.899)
Chronic constipation (K59.09)

Review of Systems (Kim Stover MA; 7/23/2019 9:29 AM)
**General** Present- Feeling well. Not Present- Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, Difficulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Dizziness.
**Psychiatric** Not Present- Mood changes.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Jessica Gilley MA; 7/23/2019 10:21 AM)
7/23/2019 10:19 AM
**Weight:** 210.13 lb **Height:** 76 in
**Body Surface Area:** 2.26 m² **Body Mass Index: 25.58 kg/m²**
**Temp.:** 97° F **Pulse:** 64 (Regular)
**BP:** 104/80 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 7/26/2019 9:06 AM)
General
**Mental Status** - Awake, alert, and oriented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm and dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - No Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam -** Buccal mucosa is moist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds -** Normal and Clear. **Adventitious sounds -** No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **Heart Sounds -** Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals -** No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station -** normal posture.

Assessment & Plan (Anne B. Todd MD; 7/26/2019 9:12 AM)
Hypertension, benign (I10)
Current Plans

- Discontinued Lisinopril-hydroCHLOROthiazide 10-12.5MG (Condition Improvement).
- Follow up in 6 months or as needed
- Started hydroCHLOROthiazide 25MG, 1 (one) Tablet in monring, #90, 90 days starting 07/23/2019, Ref. x1.

Insomnia, persistent (G47.00)
Impression: pt reporting on ambien for 10 years, see notes about polypharmacy
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Changed PARoxetine HCl 20MG, 1 (one) Tablet at bedtime, #30, 30 days starting 07/23/2019, Ref. x2.

GERD (gastroesophageal reflux disease) (K21.9)
Current Plans

- Continued raNITIdine HCl 300MG, 1 (one) Tablet daily, #30, 30 days starting 07/23/2019, Ref. x2.
- Started Pantoprazole Sodium 40MG, 1 (one) Tablet daily, #30, 30 days starting 07/23/2019, Ref. x2.

Chronic constipation (K59.09)
Impression: trial linzess
Current Plans

- Discontinued Linzess 290MCG (Efficacy).

Reflex sympathetic dystrophy of the arm (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord stimulator, trial delayed due to insurance changes
Current Plans

- Continued Gabapentin 300MG, 1 (one) Capsule at bedtime, #30, 30 days starting 07/23/2019, Ref. x2.

Signed by Anne B Todd, MD (7/26/2019 9:14 AM)

**Encounter #2**

**History & Physical Report**
**4/23/2019: Office Visit - Anxiety (F41.9), Insomnia, persistent (G47.00), GERD (gastroesophageal reflux disease) (K21.9), Chronic constipation (K59.09) (Anne B. Todd, MD)**
DARRELL W RUSSELL
4/23/2019 8:41 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Anne B. Todd MD; 4/23/2019 11:10 AM)
Patient words: chief complaint , 3 month follow up. Patient states that has abdominal pain for long time and he belief is due his medications.

The patient is a 40 year old male who presents with anxiety. The last clinic visit was 3 month(s) ago. Symptoms include anxiety, difficulty concentrating, fatigue, insomnia, irritability, nervousness, panic attacks, shaky hands, sweaty palms and sleep disruption. Onset was gradual 2 year(s) ago.

Additional reasons for visit:

Insomnia is described as the following:
The last clinic visit was 3 month(s) ago. Symptoms include difficulty falling asleep, difficulty staying asleep and anxiety upon awakening.

Note: reporting having abd painfor long time, has had problems with abd pain in the past when was on lots more medications, reporting abd pain worse at night but there all day long, reporting is constiated, tried

Problem List/Past Medical (Kim Stover, MA; 4/23/2019 8:46 AM)
Problems Reconciled
History of melanoma excision (Z98.890) right chest wall with axillary LN dissection
Microalbuminuria (R80.9) uM mod
Insomnia, persistent (G47.00)
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
Cheilitis (K13.0)
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor
Hypertension, benign (I10)
Stomatitis and mucositis (K12.1, K12.30)
GERD (gastroesophageal reflux disease) (K21.9)

Medication History (Gaspar Loarca Rafael; 4/23/2019 10:27 AM)
PARoxetine HCl (40MG Tablet, 1 (one) Oral at bedtime, Taken starting 01/22/2019) Active.
Zolpidem Tartrate (10MG Tablet, 1 (one) Oral at bedtime, Taken starting 01/22/2019) Active.
Gabapentin (300MG Capsule, 1 (one) Oral at bedtime, Taken starting 01/22/2019) Active.
Linzess (145MCG Capsule, 1 (one) Oral daily, Taken starting 01/22/2019) Active.
RaNITidine HCl (300MG Tablet, 1 (one) Oral daily, Taken starting 01/22/2019) Active.
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily, Taken starting 02/06/2019) Active.
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 (one) Oral daily, Taken starting 01/22/2019) Active.

Allergies (Gaspar Loarca Rafael; 4/23/2019 10:27 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers
Allergies Reconciled

Past Surgical History (Kim Stover, MA; 4/23/2019 8:46 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kim Stover, MA; 4/23/2019 8:46 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kim Stover, MA; 4/23/2019 8:46 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Health Maintenance History (Kim Stover, MA; 4/23/2019 8:46 AM)
Flu Vaccine Date: 10/16/2018.

Other Problems (Kim Stover, MA; 4/23/2019 8:46 AM)
Vacc Refused - Influenza vaccination refused (Z28.21)
Encounter for long-term (current) use of medications (Z79.899)
Chronic constipation (K59.09)

Review of Systems (Kim Stover MA; 4/23/2019 8:46 AM)
**General** Present- Feeling well. Not Present- Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, Difficulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Dizziness.
**Psychiatric** Not Present- Mood changes.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Gaspar Loarca Rafael; 4/23/2019 10:29 AM)
4/23/2019 10:27 AM
**Weight:** 205 lb **Height:** 76 in
**Body Surface Area:** 2.24 $m^2$ **Body Mass Index: 24.95 kg/$m^2$**
**Temp.:** 97.1° F (Tympanic) **Pulse:** 78 (Regular) **Resp.:** 15 (Unlabored)
**BP:** 120/80 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 5/1/2019 8:30 PM)
General
**Mental Status** - Awake, alert, and oriented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm and dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - No Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is moist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds -** Normal and Clear. **Adventitious sounds -** No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm -** Regular Rate & Rhythm. **Heart Sounds -** Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals -** No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd MD; 5/1/2019 8:32 PM)
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Continued DULoxetine HCl 60MG, 1 capsule Capsule two times daily, #180, 90 days starting 04/23/2019, No Refill.
- Continued PARoxetine HCl 40MG, 1 (one) Tablet at bedtime, #90, 30 days starting 04/23/2019, Ref. x2.

Insomnia, persistent (G47.00)
Impression: pt reporting on ambien for 10 years, see notes about polypharmacy
Current Plans

- Continued Gabapentin 300MG, 1 (one) Capsule at bedtime, #30, 30 days starting 04/23/2019, Ref. x2.
- Continued Zolpidem Tartrate 10MG, 1 (one) Tablet at bedtime, #90, 90 days starting 04/23/2019, Ref. x1.

GERD (gastroesophageal reflux disease) (K21.9)
Current Plans

- Continued RaNITidine HCl 300MG, 1 (one) Tablet daily, #30, 30 days starting 04/23/2019, Ref. x2.

Chronic constipation (K59.09)
Impression: trial linzess
Current Plans

- Changed Linzess 290MCG, 1 (one) Capsule daily, #30, 30 days starting 04/23/2019, Ref. x2.

Note: referral completed for ketamine clinic - at

Signed by Anne B Todd, MD (5/1/2019 8:32 PM)

**Encounter #1**

**History & Physical Report**
**2/6/2019: Prescription Only - Anxiety (F41.9) (Kim Stover, MA)**
DARRELL W RUSSELL
2/6/2019 12:03 PM
Location: MANG - Ball Ground
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

The patient is a 40 year old male.

Assessment & Plan (Kim Stover MA; 2/6/2019 12:18 PM)
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Started DULoxetine HCl 60MG, 1 capsule Capsule two times daily, #180, 90 days starting 02/06/2019, No Refill.

Signed electronically by Kim Stover, MA (2/6/2019 1:16 PM)

# Chart

## DARRELL W. RUSSELL

**DOB:**

From 02/01/2019 to 07/26/2019

## Encounters

**Encounter 3** Date 07/23/2019
**Diagnosis** Hypertension, benign (I10), Insomnia, persistent (G47.00), Anxiety (F41.9), GERD (gastroesophageal reflux disease) (K21.9), Chronic constipation (K59.09), Reflex sympathetic dystrophy of the arm (G90.519)

**Encounter 2** Date 04/23/2019
**Diagnosis** Anxiety (F41.9), Insomnia, persistent (G47.00), GERD (gastroesophageal reflux disease) (K21.9), Chronic constipation (K59.09)

**Encounter 1** Date 02/06/2019
**Diagnosis** Anxiety (F41.9)

#-297684

Lincoln Financial Group

**Lincoln Financial Group**
**c/o RP Claims Processing**
**P.O. Box 1390**
**St. Peters, MO 63376**

**Todd, Dr. Anne**
**220 Oakside Ln**
**ATTN: MEDICAL RECORDS**
**Canton, GA 30114**

Date: Jun 10, 2019
**Re: Long Term Disability Benefits**
Claim# **7259041** **5393940**
Claimant: **RUSSELL, DARRELL**
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: TOD084

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From February 1, 2019 to Present**
- Seen By: Todd, Dr. Anne

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 867-2603 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Aaron Kyle Bunagan
Disability Information Specialist
Phone No.: (213) 269-4242
Fax No: (213) 867-2603

5393940

# Attention:

**In order to fulfill this request for records, please locate and connect the patient's signed authorization that you have on file.**

## Please do not delay the delivery of these records.

## Thank you.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LincolnBenefits.com

11/8/2018

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincolnbenefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | RUSSELL, DARRELL |
| RP ID: | 5393940 |
| Access Code: | TOD084 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

# Additional Records Received
# 09/03/2019

Request Corr.



FACILITY: MAN

5393940

MR#: 2976856

JUL 30 2019

**Authorization for Release of Protected Health Information**

REQ CODE: INV

7/29

# 297686 B NB CERT

**PATIENT NAME:** RUSSELL, DARRELL

**DATE OF BIRTH:**

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name) MEDICAL ASSOC. OF NORTH GEORGIA

2. The following person (or class of persons) *may receive* protected health information about me:

Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From February 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

HIMQS

ROI REP: PAGES: 9

JUL 30 2019

DOS: 2/1/19 – 7/26/19

ENT ABS PerReq

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

RECEIVED JUL 29 2019

Request Corr.



7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:

12 months from date signed

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

Dorrell D. Russell | [signature] | 7-26-19
Print Name | Signature of Patient/Guardian | Date

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Liberty Mutual. INSURANCE

# Restrictions Form

Employee /Claimant Name | Date of Birth | Claim Number

**To be completed by physician:**

1. DATE FIRST TREATED — 2/2/18
   DATE LAST TREATED — 4/23/19
   NEXT OFFICE VISIT — 7/23/19

   G47.00, G90.519, F41.9
   G47.00, K21.9, K59.09
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency (*SEE KEY*).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Chronic intractable pain

4. RESTRICTIONS IMPOSED FROM 2/2/18 TO Indefinate

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   Ongoing referrals to specialist to try to control symptoms

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____ TO ____.

[signature] 7/1/19

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Anne B Todd | 770-737-2770 | 770-737-2406 |
| Street Address | Telephone Number | Fax Number |
| 470 Valley St, Ste 200 | | 7-1-19 |
| City, State & Zip Code Ballground, Ga. 30107 | Signature | Date |

# Quality Assurance Report

## Request Information

Report Date: September 3, 2019

**RP ID:** 5393940

Patient Name: RUSSELL, DARRELL

Provider Name: MEDICAL ASSOC. OF NORTH GEORGIA

## Quality Assurance Information

Scope Requested: **From February 1, 2019 to Present**

Special Request:

Please provide all records within the scope and
complete the attached form - Seen By: Todd, Dr. Anne

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KCHIO

Lincoln Financial Group®

Date: August 27, 2019

Subject: **Nursing Memorandum**

Claim#: 7259041

Claimant: Darrell Russell

Clinical Assessment:

Prior peer review on 4/17/19. Please see report for complete detail. In brief, the EE is treating for cervical radiculopathy{compressed nerve}, degenerative disc disease and narrowing of the lumbar spine, complex regional pain syndrome of the right arm, functional hyperkinesia {causing leg tremors} and peripheral neuropathy. Treatment is outlined with numerous providers with diagnostics, therapy and medications. Recommendations for spinal cord stimulator and possible cervical fusion and decompression are outlined but there is no evidence these interventions have occurred. MRI cervical spine {3/11/17} demonstrated cervical spondylosis with advanced C5-C6 and C6-C7 disco-vertebral degeneration; C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis and C6-C7 right sided mild- severe stenosis. MRI of thoracic spine showed mild spondylosis with T9-T20 moderate-severe stenosis. MRI lumbar spine showed L4-L5 disc degeneration. Updated records received from Todd, MD {family medicine}. R/Ls form dated 7/1/19 from AP Todd outlined EE with chronic intractable pain with R/Ls of lifting/carrying up to 10 lbs. occasionally, sitting 50 % of the time and standing/walking occasionally through an indefinite duration. It is noted that referrals to specialist are ongoing to help control symptoms. Treatment records from 5/2019 through 7/2019 outlined ketamine {induces a trance-like state while providing pain relief, sedation, and memory loss} intravenous infusions for the EE's chronic pain. 7/23/19 OV with AP Todd outlined EE 3 month f/u for high blood pressure. EE reports good tolerance to treatment and symptom control with medication for treatment of high blood pressure, anxiety, insomnia and acid reflux. EE reports ketamine infusion have helped significantly with his mood issues and leg pains. EE reports upper arm chronic pain has not changed much. Constipation is noted. Exam is unremarkable with no outlined abnormal exam findings. F/u advised in 6 months and pending spinal cord stimulator is outlined for chronic pain syndrome. While updated records are limited the EE has history of abnormal diagnostics for which surgical intervention was recommended but has no occurred. Updated records outline escalation in care with Ketamine infusions for the EE symptoms and EE reports improvement in some symptoms with current treatment. AP endorsed indefinite R/Ls and pending placement of spinal cord stimulator is noted as well as further referrals to specialist providers. R/Ls as outlined in prior peer review on 4/17/19 are reasonably supported ongoing through 4 months around 12/2019. This is to allow for ongoing treatment with infusions as well as possible spinal cord stimulator placement and further evaluation with additional providers. Possible non-medical assessment may be considered. Updated records should be secured from AP Todd with updated R/Ls form at this time. It is also advised that CCM confirm treatment with any additional providers and secure records as well for further clinical review prior to 5/2020 CID for possible change in EE's condition. CCM updated. Assignment complete.

Tashia, G, RN

Nurse Disability Consultant, Lincoln Financial Group

**MEDICAL ASSOCIATES OF NORTH GA**
**August 23, 2019**

LINCOLN FINANCIAL - 63376

RE: MAN 269554 RUSSELL, JESSICA

Your request for medical information on the above named patient has been received. However, we are unable to provide this information for the following reason:

Please provide a HIPAA compliant authorization and we will comply with your request for medical information. The authorization submitted is not HIPAA compliant for the following reason(s) listed below.

Other: ______________________________
______________________________
______________________________

Sincerely,

Abigail Ellis
Phone Number (404) 303-3342
Release of Information
abigail.ellis@himqualitysolutions.com

320 Hospital Road
Canton, GA 30114
Phone: 770-479-5535
Fax: 770-479-8621

# NORTHSIDE HOSPITAL

**Medical Associates of North Georgia**

Name of Patient: ______________________ Phone #: ______________________

Address: ______________________ Patient's Date of Birth: ______________________

______________________

The Northside Hospital Physician Office Practice identified above is hereby authorized to **(Please mark appropriate box):**
☐ **Release to OR** ☐ **Receive from** the following person(s) or entity(ies) or class of person(s) or entity(ies) **(Please identify by name or general description and provide address, if known):**______________________

______________________

______________________

The following protected health information regarding the patient **(Please mark appropriate box(es)):** ☐ Complete Medical Record
☐ Abstract of Medical Record (physician dictated reports & diagnostic reports) ☐ Labs only ☐ Radiology only ☐EKG only

☐ Other **(Please specify clearly)**______________________

For the following dates of service: ______________________

__Unless you state otherwise__, this authorization **includes** the release and disclosure of **all medical records and information**, including but not limited to, paper and electronic records, x-rays, films, and other documents, except as otherwise noted below. This authorization **includes** the release of any information regarding **treatment or referral for substance abuse, including drugs and alcohol**, except for patients treated for substance abuse at the Northside Hospital Behavioral Health Recovery Program. (See Page 2 for additional information). If you have received genetic testing, for example for the breast cancer gene, a different consent form is required.

__Unless you state otherwise by marking one or both boxes below__, this authorization **includes** the release and disclosure of records and information which may include (i) **HIV/AIDS** confidential information and/or (ii) **privileged mental health communications** between the patient and a mental healthcare provider, and **you affirmatively waive any protections from disclosure** that might otherwise apply. **HIV/AIDS confidential information** is defined by Georgia law to include the fact that a patient has had an HIV test or been counseled about HIV, even if the test is negative. **NOTE:** Unless otherwise permitted by law, the release of **HIV/AIDS** confidential information and/or **privileged mental health communications** can be authorized only by the patient or an individual who is legally authorized to make a living patient's healthcare decisions, including a legal guardian, health care agent, or parent of a minor.

☐ I __object__ to the release of **HIV/AIDS** confidential information.
☐ I __object__ to the release of any **privileged mental health communications** under Georgia law.

The purpose of the requested disclosure is **(Please describe each purpose of the requested use or disclosure):**______________________

______________________

This authorization for the release of protected health information shall remain in effect until the **earlier** of any of the following dates:
(a)______________________ **(in this blank, you may include a specific expiration date or event, such as conclusion of a lawsuit);** (b) the date I revoke this authorization in writing; or (c) three (3) years from the date on which I signed this authorization. If I signed this authorization on behalf of a minor, it will expire when the minor turns 18, marries or becomes emancipated under Georgia law.

**Note: Please read BOTH SIDES of this form and complete all applicable lines below, with your signature, date and time. By signing this authorization, you affirmatively represent that (i) you are the patient OR (ii) the patient is alive and you are legally authorized to make his or her healthcare decisions, including the release of medical records.**

______________________
Signature of Patient or Legally Authorized Representative,
Including Legal Guardian, Health Care Agent, or Parent of Minor Child

Print name: ______________________

Relationship to patient:______________________

______________________ AM/PM __________
Date Time

Reason patient unable to sign: ______________________

______________________
Interpreter (if applicable
Note to staff: if telephone interpretation provided,
record name of company and interpreter ID number.



**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION**

White - Medical Records
Yellow - Patient

Reorder #22294 PP0038
Page 2 of 2
Piedmont Graphics 02/22/16

# AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION

**This authorization can be revoked by submitting a written request to the Office Manager at the Northside Hospital Physician Office Practice identified on the front of this form.** I understand my right to revoke this authorization in writing at any time except to the extent that action has already been taken in reliance on it or if the authorization was provided as a condition of obtaining insurance coverage. I also understand that treatment of the patient (either myself or the patient named above) at the Northside Hospital Physician Office Practice and/or Northside Hospital will not be affected if I refuse to sign this authorization.

**Note:** To authorize the disclosure of psychotherapy notes, the additional form entitled ***Authorization for Release of Psychotherapy Notes*** will need to be completed. To authorize the disclosure of patient records from the Northside Hospital Behavioral Health Recovery Program, the additional form entitled ***Authorization for Release of Alcohol and Drug Abuse Patient Records*** will need to be completed.

I understand the potential that medical records and information disclosed pursuant to this authorization in whatever form and/or means provided (including, but not limited to, electronic transmission, paper copies, CDs, films, and flash drives) may be subject to re-disclosure by the recipient and may no longer be subject to protections under the federal privacy laws and regulations. I hereby release the Northside Hospital Physician Office Practice, Northside Hospital, Inc., and their agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release, receipt, and/or re-disclosure of the medical records and information I have authorized above.

## NOTICE TO RECEIVING AGENCY OR INDIVIDUAL

**Disclosure or receipt of the information authorized above does not remove any privilege or right of confidentiality with respect to the information and does not authorize re-disclosure of the information. If any of the disclosed information relates to treatment or referral for treatment for substance abuse which is protected by Federal confidentiality rules (42 C.F.R. Part 2), the following notice shall also apply.**

> **This information has been disclosed to you from records protected by Federal confidentiality rules (42 C.F.R. Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 C.F.R. Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

From: 7704795535 Page: 1/1 Date: 8/13/2019 2:25:30 PM

MEDICAL ASSOCIATES OF NORTH GEORGIA
BALL GROUND
470 Valley St. Suite 200 Ball Ground, GA 30107
Phone (770) 737-2770 Clinical Fax (770) 721-7223

8/13/19

8/13/2019

AUG 1 3 2019

#269554 Jessica Danielle Russell dob

#2972686 Spouse of Darrell Wayne Russell

Please release all medical records to Lincoln Financial Group / Liberty Life Assurance Company of Boston and/or Jessica D. Russell. We are specifically in need of records for ~~[illegible]~~ 2019 MAW to present.

MR# 269554

AUG 1 3 2019

Please fax these records to Lincoln @ (603) 334-0380. This is a secure fax line for the case worker Megan Hennessy.

REQ CODE: INC

B NB CERT

Jessica D. Russell
Darrell W. Russell

JD Russell 8/13/2019

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

RL patient must complete HIPAA authorization form.

HIMQS

ROI REP: [signature] PAGES: ______

AUG 1 3 2019

DOS: ______

ENT ABS PerReq.

**_Medical Associates of North Georgia_**
320 Hospital Rd
Canton, GA 30114-2432
Phone: (770) 479-5535
Fax: (770) 721-7223
Contact Phone: (770) 479-5535

**JESSICA D. RUSSELL (269554)**

**Usual Caregiver:** Victor W. Chen
**Primary Care Provider:**

| | | | | | |
|---|---|---|---|---|---|
| **SS # last 4):** | 3186 | **Marital Status:** | Married | **Referred by:** | Alan R. Swayze |
| **Date of Birth:** | | **Race:** | White | **Privacy Level:** | Any Caregiver |
| **Gender:** | Female | **Ethnicity:** | Not Hispanic or Latino | | |
| | | **Language:** | English | | |

| | | |
|---|---|---|
| **Home Address:** | **Work Address:** | **Employer:** |
| | | **Occupation:** |
| Phone: | **Email:** | **Status:** Undefined |
| Cell: ( | | |
| **Email:** | | |
| **Preferred Notification Method:** Undefined | | |

| | | | | | |
|---|---|---|---|---|---|
| **Relation to Guarantor:** | Other | **Blood Type:** | Undefined | **Living Will:** | No |
| **Guarantor Name:** | JESSICA D. RUSSELL | **Organ Donor:** | No | **Consent of Care:** | No |
| **Guarantor Information:** | | **Emergency Information:** | | **Notes:** | |

Phone:
**Email:**

| | | | |
|---|---|---|---|
| **Preferred Name:** | | **Release of Information:** | Undefined |
| **Former Name:** | | **HCFA-1500 Signature:** | Undefined |
| **Nickname:** | | | |

## Insurance

| Carrier | | Subscriber | Worker's Comp |
|---|---|---|---|
| **CIGNA PPO**<br>Type of plan: Undefined | Group number: 3329757<br>Plan number: U45580143-02<br>Enrollment date: 01/01/2013 | JESSICA D. RUSSELL (DOB: 01/01/1981) | No |
| **COPAY 15/20**<br>Type of plan: Undefined | Group number: NONE<br>Plan number: 254513186 | JESSICA D. RUSSELL (DOB: 01/01/1981) | No |
| **Caremark CMX00048**<br>Type of plan: Other | Group number: 1753/CHART/YSZ9R<br>Plan number: CHAR#BAABR | | No |

**n0284537**

**From:** FX:603-334-0380
**Sent:** Friday, August 23, 2019 1:41:07 PM
**To:** SCU
**Subject:** NEW CLAIM
**Attachments:** 0286631B.PDF

THANK YOU,

BRITTANY JUSTICE | CLAIMS SERVICES, SUPPORT
Liberty Mutual Insurance and Helmsman Management Services
Commercial Insurance Claims
brittany.justice@LibertyMutual.com

If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or via telephone [715.870.6815] and please permanently delete the original and any copy of any e-mail and any printout thereof. Thank you.

-----Original Message-----
From: RightFax E-mail Gateway [mailto:RightFaxE-mailGate@LibertyMutual.com]
Sent: Friday, August 23, 2019 11:08 AM
To: FX:603-334-0380 <FX603-334-0380@LibertyMutual.com>
Subject: A fax has arrived from remote ID ''.

----------------------------------------------------------
8/23/2019 11:05:43 AM Transmission Record
Received from remote ID:
Inbound user ID N0118519_63340380, routing code 6033340380
Result: (0) Success
Page record: 1 - 5
Elapsed time: 01:30 on channel 11

A fax has arrived from remote ID ''.
----------------------------------------------------------
8/23/2019 11:05:43 AM Transmission Record
Received from remote ID:
Inbound user ID N0118519_63340380, routing code 6033340380
Result: (0) Success
Page record: 1 - 5
Elapsed time: 01:30 on channel 11

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

| | |
|---|---|
| Date: | August 15, 2019 |
| To: | ANNE TODD<br>MEDICAL ASSOCIATES OF BALL GROUND<br>320 HOSPITAL ROAD<br>CANTON GA 30114 |
| Attn: | |
| Fax: | (770) 737-2406 |
| From: | Meghan Hennessy<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (855) 796-1758 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

August 15, 2019

Anne Todd
Medical Associates of Ball Ground
320 HOSPITAL ROAD
CANTON, GA 30114

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Anne Todd:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2019 through the present

We ask that you provide this information by August 22, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (855) 796-1758 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Meghan Hennessy
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (855) 796-1758

# Chart

**DARRELL W. RUSSELL**

**DOB:**

# Encounters

**Encounter 8** Date 07/23/2019
**Diagnosis** Hypertension, benign (I10), Insomnia, persistent (G47.00), Anxiety (F41.9), GERD (gastroesophageal reflux disease) (K21.9), Chronic constipation (K59.09), Reflex sympathetic dystrophy of the arm (G90.519)

**Encounter 7** Date 04/23/2019
**Diagnosis** Anxiety (F41.9), Insomnia, persistent (G47.00), GERD (gastroesophageal reflux disease) (K21.9), Chronic constipation (K59.09)

**Encounter 6** Date 01/22/2019
**Diagnosis** Hypertension, benign (I10), Insomnia, persistent (G47.00), Stomatitis and mucositis (K12.1, K12.30), GERD (gastroesophageal reflux disease) (K21.9), Cheilitis (K13.0), Anxiety (F41.9), Chronic constipation (K59.09)

**Encounter 5** Date 10/16/2018
**Diagnosis** Stomatitis and mucositis (K12.1, K12.30), Cheilitis (K13.0), GERD (gastroesophageal reflux disease) (K21.9), Chronic constipation (K59.09), Vacc Refused - Influenza vaccination refused

**Encounter 4** Date 08/01/2018
**Diagnosis** Hypertension, benign (I10), Insomnia, persistent (G47.00), Anxiety (F41.9), Reflex sympathetic dystrophy of the arm (G90.519), Encounter for long-term (current) use of medications, Microalbuminuria (R80.9)

**Encounter 3** Date 04/11/2018
**Diagnosis** Anxiety (F41.9), Insomnia, persistent (G47.00), Reflex sympathetic dystrophy of the arm (G90.519), Hypertension, benign (I10)

**Encounter 2** Date 03/02/2018
**Diagnosis** Insomnia, persistent (G47.00), Anxiety (F41.9), Reflex sympathetic dystrophy of the arm (G90.519)

**Encounter 1** Date 02/02/2018
**Diagnosis** Reflex sympathetic dystrophy of the arm (G90.519), Anxiety (F41.9), History of melanoma excision (Z98.890), Insomnia, persistent (G47.00), Hypertension, benign (I10), GERD (gastroesophageal reflux disease) (K21.9)

## Encounter #8

**History & Physical Report**
**7/23/2019: Office Visit - Hypert nsion, benign (I10), Insomnia, persistent (G47.00), Anxiety (F41.9), GERD (gastroesophageal reflux disease) (K21.9), Chronic onstipation (K59.09), Reflex sympathetic dystrophy of the arm (G90.519) (Anne B. Todd, MD)**
DARRELL W RUSSELL
7/23/2019 9:28 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: /hite
Male

History of Present Illness (Anne B. T( dd MD; 7/26/2019 9:06 AM)
Patient words: chief complaint , 3 mc ıth follow up.

The patient is a 41 year old male wh presents with hypertension. The last clinic visit was 3 month(s) ago. By report there is good compliance with treatment, good tolerance of tre ıtment and good symptom control.

Additional reasons for visit:

Anxiety is described as the following:
The last clinic visit was 3 month(s) a; o. By report there is good compliance with treatment, good tolerance of treatment and good symptom control.

Insomnia is described as the followin ;:
The last clinic visit was 3 month(s) a; o. By report there is good compliance with treatment, good tolerance of treatment and good symptom control.

Gastroesophageal reflux disease is d scribed as the following:
The last clinic visit was 3 month(s) a; o. By report there is good compliance with treatment and poor tolerance of treatment.

Constipation

Note: ketamine infusions have helpec significantly with his mood issues and leg pains but upper extremity CRPS not much changed

persistant constipation issues

Problem List/Past Medical (Kim Stove , MA; 7/23/2019 9:29 AM)
Problems Reconciled
Cheilitis (K13.0)
History of melanoma excision (Z98.89 )) right chest wall with axillary LN dissection
Microalbuminuria (R80.9) uM mod
Reflex sympathetic dystrophy of the a m (G90.519) follows with specialist care
Insomnia, persistent (G47.00)
GERD (gastroesophageal reflux diseas :) (K21.9)
Hypertension, benign (I10)
Stomatitis and mucositis (K12.1, K12. 0)
Anxiety (F41.9) failed celexa, wellbu 'in, zoloft, lexapro, effexor

Medication History (Anne B. Todd, MC 7/23/2019 11:26 AM)
PARoxetine HCl (40MG Tablet, 1 (one Oral at bedtime, Taken starting 04/23/2019) Active.
Zolpidem Tartrate (10MG Tablet, 1 (c ıe) Oral at bedtime, Taken starting 04/23/2019) Active.
Gabapentin (300MG Capsule, 1 (one) Oral at bedtime, Taken starting 04/23/2019) Active.
Lisinopril-Hydrochlorothiazide (10-12. MG Tablet, 1 (one) Oral daily, Taken starting 04/26/2019) Active.
Linzess (290MCG Capsule, 1 (one) Or l daily, Taken starting 04/23/2019) Active.
RaNITidine HCl (300MG Tablet, 1 (on ) Oral daily, Taken starting 04/23/2019) Active.
Medications Reconciled
DULoxetine HCl (60MG Capsule DR P t, 1 capsule Oral two times daily, Taken starting 04/23/2019) Inactive.

Allergies (Kim Stover, MA; 7/23/2019 :29 AM)
Lyrica *ANTICONVULSANTS* mouth lcers
Wellbutrin *ANTIDEPRESSANTS* mo th ulcers
Allergies Reconciled

Past Surgical History (Kim Stover, MA; '/23/2019 9:29 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kim Stover, MA; 7/23/2 119 9:29 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kim Stover, MA; 7/23/2( 19 9:29 AM)
Tobacco use Never smoker, Recently uit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Health Maintenance History (Kim Stove MA; 7/23/2019 9:29 AM)
Flu Vaccine Date: 10/16/2018.

Other Problems (Kim Stover, MA; 7/: 3/2019 9:29 AM)
Vacc Refused - Influenza vaccinatior refused (Z28.21)
Encounter for long-term (current) us of medications (Z79.899)
Chronic constipation (K59.09)

Review of Systems (Kim Stover MA; '/23/2019 9:29 AM)
**General** Present- Feeling well. Not F 'esent- Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, D 'ficulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest 'ain and Edema.
**Gastrointestinal** Not Present- Diar 1ea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Dizzines: .
**Psychiatric** Not Present- Mood chai 1es.
**Hematology** Not Present- Abnorma Bleeding.

Vitals (Jessica Gilley MA; 7/23/2019 0:21 AM)
7/23/2019 10:19 AM
**Weight:** 210.13 lb **Height:** 76 in
**Body Surface Area:** 2.26 $m^2$ **Bod ' Mass Index: 25.58 kg/$m^2$**
**Temp.:** 97° F **Pulse:** 64 (Regular)
**BP:** 104/80 (Sitting, Left Arm, Stand. rd)

Physical Exam (Anne B. Todd MD; 7/ 26/2019 9:06 AM)
**General**
**Mental Status** - Awake, alert, and ' riented X 3.
**General Appearance** - Cooperative Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm ınd dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - N ) Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is m ›ist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **\dventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **H ›art Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect arє described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd M ; 7/26/2019 9:12 AM)
Hypertension, benign (I10)
Current Plans

- Discontinued Lisinopril-hydro HLOROthiazide 10-12.5MG (Condition Improvement).
- Follow up in 6 months or as eeded
- Started hydroCHLOROthiazid 25MG, 1 (one) Tablet in monring, #90, 90 days starting 07/23/2019, Ref. x1.

Insomnia, persistent (G47.00)
Impression: pt reporting on ambien r 10 years, see notes about polypharmacy
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft lexapro, effexor
Impression: long d/w pt regarding cu rent medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety ma agemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Changed PARoxetine HCl 20M G, 1 (one) Tablet at bedtime, #30, 30 days starting 07/23/2019, Ref. x2.

GERD (gastroesophageal reflux disea e) (K21.9)
Current Plans

- Continued raNITIdine HCl 30 MG, 1 (one) Tablet daily, #30, 30 days starting 07/23/2019, Ref. x2.
- Started Pantoprazole Sodium 40MG, 1 (one) Tablet daily, #30, 30 days starting 07/23/2019, Ref. x2.

Chronic constipation (K59.09)
Impression: trial linzess
Current Plans

- Discontinued Linzess 290MC (Efficacy).

Reflex sympathetic dystrophy of the rm (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord imulator, trial delayed due to insurance changes
Current Plans

- Continued Gabapentin 300M , 1 (one) Capsule at bedtime, #30, 30 days starting 07/23/2019, Ref. x2.

Signed by Anne B Todd, MD (7/26/20 9 9:14 AM)

**Encounter #7**

**History & Physical Report**
**4/23/2019: Office Visit - Anxiet (F41.9), Insomnia, persistent (G47.00), GERD (gastroesophageal reflux disease) (K21.9), Chronic constipation (K59.09) ( ne B. Todd, MD)**
DARRELL W RUSSELL
4/23/2019 8:41 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Anne B. T dd MD; 4/23/2019 11:10 AM)
Patient words: chief complaint , 3 m nth follow up. Patient states that has abdominal pain for long time and he belief is due his medications.

The patient is a 40 year old male wh presents with anxiety. The last clinic visit was 3 month(s) ago. Symptoms include anxiety, difficulty concentrating, fatigue, insomnia, irrit bility, nervousness, panic attacks, shaky hands, sweaty palms and sleep disruption. Onset was gradual 2 year(s) ago.

Additional reasons for visit:

Insomnia is described as the followir :
The last clinic visit was 3 month(s) a o. Symptoms include difficulty falling asleep, difficulty staying asleep and anxiety upon awakening.

Note: reporting having abd painfor lc ng time, has had problems with abd pain in the past when was on lots more medications, reporting abd pain worse at night but there all day long reporting is constiated, tried

Problem List/Past Medical (Kim Stove , MA; 4/23/2019 8:46 AM)
Problems Reconciled
History of melanoma excision (Z98.8 0) right chest wall with axillary LN dissection
Microalbuminuria (R80.9) uM mod
Insomnia, persistent (G47.00)
Reflex sympathetic dystrophy of the rm (G90.519) follows with specialist care
Cheilitis (K13.0)
Anxiety (F41.9) failed celexa, wellb trin, zoloft, lexapro, effexor
Hypertension, benign (I10)
Stomatitis and mucositis (K12.1, K12 30)
GERD (gastroesophageal reflux disea e) (K21.9)

Medication History (Gaspar Loarca R fael; 4/23/2019 10:27 AM)
PARoxetine HCl (40MG Tablet, 1 (on ) Oral at bedtime, Taken starting 01/22/2019) Active.
Zolpidem Tartrate (10MG Tablet, 1 ( ne) Oral at bedtime, Taken starting 01/22/2019) Active.
Gabapentin (300MG Capsule, 1 (one Oral at bedtime, Taken starting 01/22/2019) Active.
Linzess (145MCG Capsule, 1 (one) C al daily, Taken starting 01/22/2019) Active.
RaNITidine HCl (300MG Tablet, 1 (o e) Oral daily, Taken starting 01/22/2019) Active.
DULoxetine HCl (60MG Capsule DR art, 1 capsule Oral two times daily, Taken starting 02/06/2019) Active.
Lisinopril-Hydrochlorothiazide (10-12 5MG Tablet, 1 (one) Oral daily, Taken starting 01/22/2019) Active.

Allergies (Gaspar Loarca Rafael; 4/23 2019 10:27 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* m uth ulcers
Allergies Reconciled

Past Surgical History (Kim Stover, MA 4/23/2019 8:46 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kim Stover, MA; 4/23 2019 8:46 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kim Stover, MA; 4/23/ 019 8:46 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Health Maintenance History (Kim Stov r, MA; 4/23/2019 8:46 AM)
Flu Vaccine Date: 10/16/2018.

Other Problems (Kim Stover, MA; 4/2 2019 8:46 AM)
Vacc Refused - Influenza vaccination r fused (Z28.21)
Encounter for long-term (current) use f medications (Z79.899)
Chronic constipation (K59.09)

Review of Systems (Kim Stover MA; 4 23/2019 8:46 AM)
**General** Present- Feeling well. Not P sent- Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, Di iculty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest ain and Edema.
**Gastrointestinal** Not Present- Diarr ea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint ain and Muscle Pain.
**Neurological** Not Present- Dizziness
**Psychiatric** Not Present- Mood chan es.
**Hematology** Not Present Abnormal leeding.

Vitals (Gaspar Loarca Rafael; 4/23/20 9 10:29 AM)
4/23/2019 10:27 AM
**Weight**: 205 lb **Height:** 76 in
**Body Surface Area:** 2.24 $m^2$ **Bod Mass Index: 24.95 kg/$m^2$**
**Temp.**: 97.1° F (Tympanic) **Pulse:** 78 (Regular) **Resp.:** 15 (Unlabored)
**BP:** 120/80 (Sitting, Left Arm, Standa d)

Physical Exam (Anne B. Todd MD; 5/ /2019 8:30 PM)
**General**
**Mental Status** - Awake, alert, and o iented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm nd dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - N Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is m ist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **dventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **eart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect ar described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd M ı; 5/1/2019 8:32 PM)
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zolof lexapro, effexor
Impression: long d/w pt regarding cı rrent medications and concemfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety ma ıagemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Continued DULoxetine HCl 6( MG, 1 capsule Capsule two times daily, #180, 90 days starting 04/23/2019, No Refill.
- Continued PARoxetine HCl 4( MG, 1 (one) Tablet at bedtime, #90, 30 days starting 04/23/2019, Ref. x2.

Insomnia, persistent (G47.00)
Impression: pt reporting on ambien f ır 10 years, see notes about polypharmacy
Current Plans

- Continued Gabapentin 300M( , 1 (one) Capsule at bedtime, #30, 30 days starting 04/23/2019, Ref. x2.
- Continued Zolpidem Tartrate 10MG, 1 (one) Tablet at bedtime, #90, 90 days starting 04/23/2019, Ref. x1.

GERD (gastroesophageal reflux disea e) (K21.9)
Current Plans

- Continued RaNITidine HCl 3( )MG, 1 (one) Tablet daily, #30, 30 days starting 04/23/2019, Ref. x2.

Chronic constipation (K59.09)
Impression: trial linzess
Current Plans

- Changed Linzess 290MCG, 1 one) Capsule daily, #30, 30 days starting 04/23/2019, Ref. x2.

Note: referral completed for ketamine clinic - at

Signed by Anne B Todd, MD (5/1/201 ı 8:32 PM)

**Encounter #6**

**History & Physical Report**
**1/22/2019: Office Visit - Hypert nsion, benign (I10), Insomnia, persistent (G47.00), Stomatitis and mucositis (K12.1, K12.30), GERD (gastroesophageal reflux ( isease) (K21.9), Cheilitis (K13.0), Anxiety (F41.9), Chronic constipation (K59.09) (Anne B. Todd, MD)**
DARRELL W RUSSELL
1/22/2019 8:08 AM
Location: Medical Associates of Nortr Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: Vhite
Male

History of Present Illness (Denetris V alker CMA; 1/22/2019 10:32 AM)
Patient words: chief complaint: Follo ' Up GERD,taking Ranitidine qd, Anxiety, taking Paroxetine qd Hypertension, taking Lisinopril qd, HA sometimes, and Insomnia, taking Ga apentin qhs, Zolpidem qhs, Constipation, taking Linzess.

The patient is a 40 year old male wh presents with gastroesophageal reflux disease. The last clinic visit was 3 month(s) ago. By report there is good compliance with treatment, goo d tolerance of treatment and good symptom control.

Additional reasons for visit:

Hypertension is described as the folk wing:
The last clinic visit was 3 month(s) a o. Symptoms include headache, while symptoms do not include confusion, visual disturbance, dizziness or shortness of breath.

Constipation

Problem List/Past Medical (Denetris V alker, CMA; 1/22/2019 8:46 AM)
Problems Reconciled
Reflex sympathetic dystrophy of the , rm (G90.519) follows with specialist care
History of melanoma excision (Z98.8! 0) right chest wall with axillary LN dissection
Microalbuminuria (R80.9) uM mod
Insomnia, persistent (G47.00)
Anxiety (F41.9) failed celexa, wellbu trin, zoloft, lexapro, effexor
Hypertension, benign (I10)
Stomatitis and mucositis (K12.1, K12 30)
GERD (gastroesophageal reflux disea e) (K21.9)
Cheilitis (K13.0)

Medication History (Denetris Walker, :MA; 1/22/2019 10:31 AM)
PARoxetine HCl (40MG Tablet, 1 (on ) Oral at bedtime, Taken starting 08/01/2018) Active.
Zolpidem Tartrate (10MG Tablet, 1 ( ne) Oral at bedtime, Taken starting 08/01/2018) Active.
Gabapentin (300MG Capsule, 1 (one Oral at bedtime, Taken starting 08/01/2018) Active.
Lisinopril-Hydrochlorothiazide (10-12 5MG Tablet, 1 (one) Oral daily, Taken starting 08/01/2018) Active.
Linzess (145MCG Capsule, 1 (one) C: psule Oral daily, Taken starting 01/22/2019) Active.
RaNITidine HCl (300MG Tablet, 1 (or e) Tablet Oral daily, Taken starting 01/22/2019) Active.
DULoxetine HCl (60MG Capsule DR F irt, 1 capsule Oral two times daily) Active.
Medications Reconciled

Allergies (Denetris Walker, CMA; 1/22 2019 8:46 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* m uth ulcers
Allergies Reconciled

Past Surgical History (Denetris Walker CMA; 1/22/2019 8:46 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Denetris Walker, CMA; 1/22/2019 8:46 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Denetris Walker, CMA; /22/2019 8:46 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Health Maintenance History (Denetris V alker, CMA; 1/22/2019 8:46 AM)
Flu Vaccine Date: 10/16/2018.

Other Problems (Denetris Walker, CMA 1/22/2019 8:46 AM)
Vacc Refused - Influenza vaccination re used (Z28.21)
Chronic constipation (K59.09)
Encounter for long-term (current) use c medications (Z79.899)

Review of Systems (Denetris Walker CMA; 1/22/2019 8:46 AM)
**General** Present- Feeling well. Not Present- Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, D ficulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest 'ain and Edema.
**Gastrointestinal** Not Present- Diarr hea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Dizziness.
**Psychiatric** Not Present- Mood char ges.
**Hematology** Not Present- Abnorma Bleeding.

Vitals (Denetris Walker CMA; 1/22/2C 19 10:29 AM)
<u>1/22/2019 10:29 AM</u>
**Weight:** 198 lb **Height:** 76 in
**Body Surface Area:** 2.21 $m^2$ **Bod ' Mass Index:** 24.1 $kg/m^2$
**Temp.:** 96.1° F (Tympanic) **Pulse** 84 (Regular)
**BP:** 112/70 (Sitting, Left Arm, Stand rd)

Physical Exam (Anne B. Todd MD; 1/ :3/2019 7:42 AM)
<u>**General**</u>
**Mental Status** - Awake, alert, and riented X 3.
**General Appearance** - Cooperative Not in acute distress.

<u>**Integumentary**</u>
**Global Assessment** - Skin is warm and dry.

<u>**Head and Neck**</u>
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

<u>**Eye**</u>
**Sclera/Conjunctiva - Bilateral** - N Discharge, no injection.
**Pupil - Bilateral** - Equal.

<u>**ENMT**</u>
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is m oist with no lesions..

<u>**Chest and Lung Exam**</u>
**Auscultation**
**Breath sounds** - Normal and Clear. **Adventitious sounds** - No Adventitious sounds.

<u>**Cardiovascular**</u>
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

<u>**Neuropsychiatric**</u>
**The patient's mood and affect ar described as** - normal.

<u>**Musculoskeletal**</u>
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd MI ; 1/23/2019 7:45 AM)
Hypertension, benign (I10)
Current Plans

- Continued Lisinopril-Hydrochl rothiazide 10-12.5MG, 1 (one) Tablet daily, #30, 30 days starting 01/22/2019, Ref. x1.

Insomnia, persistent (G47.00)
Impression: pt reporting on ambien f r 10 years, see notes about polypharmacy
Current Plans

- Continued Zolpidem Tartrate 0MG, 1 (one) Tablet at bedtime, #90, 90 days starting 01/22/2019, Ref. x1.
- Continued Gabapentin 300M( , 1 (one) Capsule at bedtime, #30, 30 days starting 01/22/2019, Ref. x2.

Stomatitis and mucositis (K12.1)
Current Plans

- Follow up in 3 months or as r eeded

GERD (gastroesophageal reflux disea e) (K21.9)
Current Plans

- Continued RaNITidine HCl 30 MG, 1 (one) Tablet daily, #30, 30 days starting 01/22/2019, Ref. x2.

Cheilitis (K13.0)
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft lexapro, effexor
Impression: long d/w pt regarding cu rent medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety ma agemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Continued PARoxetine HCl 4C AG, 1 (one) Tablet at bedtime, #90, 30 days starting 01/22/2019, Ref. x2.

Chronic constipation (K59.09)
Impression: trial linzess
Current Plans

- Continued Linzess 145MCG, 1 (one) Capsule daily, #30, 30 days starting 01/22/2019, Ref. x2.

Signed by Anne B Todd, MD (1/23/20 9 7:45 AM)

## Encounter #5

**History & Physical Report**
**10/16/2018: Office Visit - Stom titis and mucositis (K12.1, K12.30), Cheilitis (K13.0), GERD (gastroesophageal reflux disease) (K21.9), Chronic constipation (K 59.09), Vacc Refused - Influenza vaccination refused (Anne B. Todd, MD)**
DARRELL W RUSSELL
10/16/2018 9:58 AM
Location: Medical Associates of Nortl Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: Vhite
Male

History of Present Illness (Anne B. T dd MD; 10/16/2018 4:37 PM)
Patient words: chief compalint, N&V ‹ 2 weeks.

The patient is a 40 year old male wh › presents with nausea. Symptoms include nausea and emesis. Symptom onset was gradual 2 week(s) ago. The patient describes this as mild ar l worsening. Current treatment includes antacids.

Additional reasons for visit:

Mouth pain is described as the follov ng:
The last clinic visit was 10 day(s) ag . Symptoms include loss of taste. The pain radiates to the ear. The patient describes this as moderate in severity and worsening. Associated s mptoms include ear pain.

Note: reporting nausea andnot sleep ıg well, wife made him come to the doctor, 10 months ago had teeth pulled and dentures, about 2 weeks ago noted infection in gums and nov wiht spot on chin, was put on medication for gum infection (was put on nystatin swish and spit and also steroid paste for mouth). upon quest oning vomitting daily for last two weeks, OTC antiacids helped but still with nausea; upon questioning with chronic consitaptions and often goie: days without BM, usual pattern and will take OTC laxitive, is hot water vomitted

Problem List/Past Medical (Kim Stove , MA; 10/16/2018 10:00 AM)
Hypertension, benign (I10)
GERD (gastroesophageal reflux disea e) (K21.9)
History of melanoma excision (Z98.8 0) right chest wall with axillary LN dissection
Anxiety (F41.9) failed celexa, wellb trin, zoloft, lexapro, effexor
Microalbuminuria (R80.9) uM mod
Reflex sympathetic dystrophy of the rm (G90.519) follows with specialist care
Insomnia, persistent (G47.00)

Medication History (Michael Lutz, RN; 10/16/2018 4:19 PM)
PARoxetine HCl (40MG Tablet, 1 (on ) Oral at bedtime, Taken starting 08/01/2018) Active.
Zolpidem Tartrate (10MG Tablet, 1 ( ne) Oral at bedtime, Taken starting 08/01/2018) Active.
Gabapentin (300MG Capsule, 1 (one Oral at bedtime, Taken starting 08/01/2018) Active.
Lisinopril-Hydrochlorothiazide (10-12 5MG Tablet, 1 (one) Oral daily, Taken starting 08/01/2018) Active.
DULoxetine HCl (60MG Capsule DR F art, 1 capsule Oral two times daily) Active.
Medications Reconciled

Allergies (Anne B. Todd, MD; 10/16/2 18 4:34 PM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* m uth ulcers
Allergies Reconciled

Past Surgical History (Kim Stover, MA 10/16/2018 10:00 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kim Stover, MA; 10/1ε 2018 10:00 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kim Stover, MA; 10/16/ 018 10:00 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Health Maintenance History (Michael Lı tz, RN; 10/16/2018 4:19 PM)
Flu Vaccine Date: 10/16/2018.

Review of Systems (Michael Lutz RN; 1 /16/2018 4:17 PM)
**General** Not Present- Fatigue, Feeling vell and Malaise.
**Skin** Not Present- Rash.
**HEENT** Present- Mouth sores. Not Pres ent- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, Diffi ulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest Pa n and Edema.
**Gastrointestinal** Present- Nausea anc Vomiting. Not Present- Diarrhea.
**Musculoskeletal** Not Present- Joint P n and Muscle Pain.
**Neurological** Not Present- Dizziness.
**Psychiatric** Not Present- Mood change s.
**Hematology** Not Present- Abnormal B eeding.

Vitals (Michael Lutz RN; 10/16/2018 4 21 PM)
10/16/2018 4:20 PM
**Weight:** 207.3 lb **Height:** 76 in
**Body Surface Area:** 2.25 m² **Body Mass Index:** 25.23 kg/m²
**Temp.:** 99.4° F (Tympanic) **Pulse:** 99 (Regular)
**BP:** 136/91 (Sitting, Left Arm, Standa d)

Physical Exam (Anne B. Todd MD; 10/16/2018 4:44 PM)
**General**
**Mental Status** - Awake, alert, and o iented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm a nd dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - N Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is m ist with no lesions.. **Oral Cavity/Oropharynx - Oral Mucosa** - Note: perioral stomatitis and angular cheiltis with white exudate.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **dventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **H eart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect ar described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Kim Stover MA; 1 0/16/2018 4:48 PM)
Stomatitis and mucositis (K12.1)
Current Plans

- Started Nystatin 100000UNIT ML, 10 Milliliter four times daily, 280 Milliliter, 7 days starting 10/16/2018, No Refill.
  Local Order: swish and swall w
- Follow up in 3 months or as needed

Cheilitis (K13.0)
GERD (gastroesophageal reflux disea e) (K21.9)
Current Plans

- Started RaNITidine HCl 300M G, 1 (one) Tablet daily, #30, 30 days starting 10/16/2018, Ref. x2.

Chronic constipation (K59.09)
Impression: trial linzess
Current Plans

- Started Linzess 145MCG, 1 (one) Capsule daily, #30, 30 days starting 10/16/2018, Ref. x2.

Vacc Refused - Influenza vaccination efused (Z28.21)
Impression: discussed with patient in lications for Influenza vaccination but defers recommended immunization



Signed by Anne B Todd, MD (10/16/2018 7:02 PM)

## Encounter #4

**History & Physical Report**
**8/1/2018: Office Visit - Hyperte sion, benign (I10), Insomnia, persistent (G47.00), Anxiety (F41.9), Reflex sympathetic dystrophy of the arm (G90.519), Encounter for long-term (current) use of medications, Microalbuminuria (R80.9) (Anne B. Todd, MD)**
DARRELL W RUSSELL
8/1/2018 8:06 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: ' /hite
Male

History of Present Illness (Anne B. Tc dd MD; 8/1/2018 3:07 PM)
Patient words: Chief Complaint: 3 mc ith follow up, med refill.

The patient is a 40 year old male.

Note: reporting arms and feet are ha ing bad time, having hard time with mood issues, family thinks he is worse

Problem List/Past Medical (Michael Lu z, RN; 8/1/2018 2:55 PM)
Problems Reconciled
Reflex sympathetic dystrophy of the a m (G90.519) follows with specialist care
History of melanoma excision (Z98.89 ) right chest wall with axillary LN dissection
GERD (gastroesophageal reflux disea e) (K21.9)
Hypertension, benign (I10)
Anxiety (F41.9) failed celexa, wellbu rin, zoloft, lexapro, effexor
Insomnia, persistent (G47.00)

Medication History (Michael Lutz, RN; 3/1/2018 2:55 PM)
PARoxetine HCl (40MG Tablet, 1 (one Oral at bedtime, Taken starting 07/17/2018) Active. (courtesy refill)
Zolpidem Tartrate (10MG Tablet, 1 (c 1e) Oral at bedtime, Taken starting 04/11/2018) Active.
Gabapentin (300MG Capsule, 1 (one) Oral at bedtime, Taken starting 07/17/2018) Active. (courtesy refill)
Lisinopril-Hydrochlorothiazide (10-12. 5MG Tablet, 1 (one) Oral daily, Taken starting 07/17/2018) Active. (courtesy refill)
HydrOXYzine Pamoate (50MG Capsul , 2 capsules Oral morning) Active. (1 capsule in the evening)
DULoxetine HCl (60MG Capsule DR P rt, 1 capsule Oral two times daily) Active.
Omeprazole (20MG Capsule DR, 1 ca sule Oral daily) Active.
Medications Reconciled

Allergies (Michael Lutz, RN; 8/1/2018 :55 PM)
Lyrica *ANTICONVULSANTS* mouth ılcers
Wellbutrin *ANTIDEPRESSANTS* mc ıth ulcers
Allergies Reconciled

Past Surgical History (Michael Lutz, RN : 8/1/2018 2:55 PM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Michael Lutz, RN; 8/1/. 018 2:55 PM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Michael Lutz, RN; 8/1/2 18 2:55 PM)
Tobacco use Never smoker, Recently ǫuit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Review of Systems (Michael Lutz RN; E '1/2018 8:07 AM)
**General** Present- Feeling well. Not Pre sent- Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, Diff ulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest Pa n and Edema.
**Gastrointestinal** Not Present- Diarrhe a, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint P in and Muscle Pain.
**Neurological** Not Present- Dizziness.
**Psychiatric** Not Present- Mood chang s.
**Hematology** Not Present- Abnormal E eeding.

Vitals (Michael Lutz RN; 8/1/2018 2:59 PM)
8/1/2018 2:56 PM
**Weight:** 209 lb **Height:** 76 in
**Body Surface Area:** 2.26 m² **Body I lass Index:** 25.44 kg/m²
**Temp.:** 98.6° F (Tympanic) **Pulse:** 8 (Regular)
**BP:** 116/79 (Sitting, Left Arm, Standarc

Physical Exam (Anne B. Todd MD; 8. 3/2018 7:23 AM)
**General**
**Mental Status** - Awake, alert, and riented X 3.
**General Appearance** - Cooperative Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm ind dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - N ) Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is m ist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **dventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **H art Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd MD 8/3/2018 7:21 AM)
Hypertension, benign (I10)
Current Plans

- Continued Lisinopril-Hydrochl othiazide 10-12.5MG, 1 (one) Tablet daily, #90, 90 days starting 08/01/2018, Ref. x1.
- Venipuncture for blood test (3 415)
- CBC, PLATELETS & AUT DIFF 85025)
- Comprehensive Metabolic Pan I (80053)
- MICROALBUMIN URINE QUAN
- CREATININE, URINE
- MicroAlbumin / Creatinine Rati ) - BG ONLY!!

Insomnia, persistent (G47.00)
Impression: pt reporting on ambien fo 10 years, see notes about polypharmacy
Current Plans

- Continued Zolpidem Tartrate 1 MG, 1 (one) Tablet at bedtime, #90, 90 days starting 08/01/2018, Ref. x1.
- Continued Gabapentin 300MG, 1 (one) Capsule at bedtime, #90, 90 days starting 08/01/2018, Ref. x1.

Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, l xapro, effexor
Impression: long d/w pt regarding curr nt medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety mana jemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Continued PARoxetine HCl 40N 3, 1 (one) Tablet at bedtime, #90, 90 days starting 08/01/2018, Ref. x1.

Reflex sympathetic dystrophy of the ar i (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord sti ulator, trial delayed due to insurance changes
Current Plans

- Referred to RUBIN, JEFFREY (F in Management).
  Routine.
- TSH (THYROID STIMULATING IORMONE) (84443)

Encounter for long-term (current) use o medications (Z79.899)
Current Plans

- VITAMIN B-12 (82607)

Microalbuminuria (R80.9)
Story: uM mod

Signed by Anne B Todd, MD (8/3/20' 8 7:23 AM)

## Laboratories

**VITAMIN B-12 (82607)** Final, Re\ ewed (Collected: 08/01/2018)
Diagnosis: Encounter for long-term current) use of medications (Z79.899)
Note: PATIENT NOT FASTING
PERFORMED BY: MB LabCorp Birmin iham 1801 First Avenue South Birmingham AL 352331935 2055813500

Vitamin B12 **334** pg/mL (Norr al Range: 232-1245 pg/mL) Result Note:
Result \nnotation:

**TSH (THYROID STIMULATING H RMONE) (84443)** Final, Reviewed (Collected: 08/01/2018)
Diagnosis: Reflex sympathetic dystr ɔhy of the arm (G90.519)
Note: PATIENT NOT FASTING
PERFORMED BY: MB LabCorp Birmin ham 1801 First Avenue South Birmingham AL 352331935 2055813500

TSH **1.130** uIU/mL (Normal R nge: 0.450-4.500 uIU/mL) Result Note:
Result Annc ation:

**CBC, PLATELETS & AUT DIFF (85( 25)** Final, Reviewed (Collected: 08/01/2018)
Diagnosis: Hypertension, benign (I1( )
Note: PATIENT NOT FASTING
PERFORMED BY: MB LabCorp Birmin( ıam 1801 First Avenue South Birmingham AL 352331935 2055813500

| | | |
|---|---|---|
| WBC | **5.5** x1C :3/uL | (Normal Range: 3.4-10.8 x10E3/uL) Result Note:<br>Result Annotation: |
| RBC | **3.70 (a ›n) x10E6/uL** | (Normal Range: 4.14-5.80 x10E6/uL) Result Note:<br>Result Annotation: |
| Hemoglobin | **13.1** g/ lL | (Normal Range: 13.0-17.7 g/dL) Result Note:<br>Result Annotation: |
| Hematocrit | **38.4** % | (Normal Range: 37.5-51.0 %) Result Note:<br>Result Annotation: |
| MCV | **104 (at n) fL** | (Normal Range: 79-97 fL) Result Note:<br>Result Annotation: |
| MCH | **35.4 (a n) pg** | (Normal Range: 26.6-33.0 pg) Result Note:<br>Result Annotation: |
| MCHC | **34.1** g/ L | (Normal Range: 31.5-35.7 g/dL) Result Note:<br>Result Annotation: |
| RDW | **19.0 (a n) %** | (Normal Range: 12.3-15.4 %) Result Note:<br>Result Annotation: |
| Platelets | **417 (ab ı) x10E3/uL** | (Normal Range: 150-379 x10E3/uL) Result Note:<br>Result Annotation: |
| Neutrophils | **53** % | (Normal Range: Not Estab. %) Result Note:<br>Result Annotation: |
| Lymphs | **34** % | (Normal Range: Not Estab. %) Result Note:<br>Result Annotation: |
| Monocytes | **6** % | (Normal Range: Not Estab. %) Result Note:<br>Result Annotation: |
| Eos | **6** % | (Normal Range: Not Estab. %) Result Note:<br>Result Annotation: |
| Basos | **1** % | (Normal Range: Not Estab. %) Result Note:<br>Result Annotation: |
| Immature Cells | | Result Note:<br>Result Annotation: |
| Neutrophils (Absolute) | **3.0** x10E /uL | (Normal Range: 1.4-7.0 x10E3/uL) Result Note:<br>Result Annotation: |
| Lymphs (Absolute) | **1.8** x10E /uL | (Normal Range: 0.7-3.1 x10E3/uL) Result Note:<br>Result Annotation: |
| Monocytes(Absolute) | **0.3** x10E /uL | (Normal Range: 0.1-0.9 x10E3/uL) Result Note:<br>Result Annotation: |
| Eos (Absolute) | **0.3** x10E /uL | (Normal Range: 0.0-0.4 x10E3/uL) Result Note:<br>Result Annotation: |
| Baso (Absolute) | **0.0** x10E /uL | (Normal Range: 0.0-0.2 x10E3/uL) Result Note:<br>Result Annotation: |

| | | |
|---|---|---|
| Immature Granulocytes | 0 % | (Normal Range: Not Estab. %) Result Note: Result Annotation: |
| Immature Grans (Abs) | 0.0 x1( E3/uL | (Normal Range: 0.0-0.1 x10E3/uL) Result Note: Result Annotation: |
| NRBC | | Result Note: Result Annotation: |
| Hematology Comments: | | Result Note: Result Annotation: |

**Comprehensive Metabolic Panel · 80053)** Final, Reviewed (Collected: 08/01/2018)
Diagnosis: Hypertension, benign (I1( )
Note: PATIENT NOT FASTING
PERFORMED BY: MB LabCorp Birmin( ham 1801 First Avenue South Birmingham AL 352331935 2055813500

| | | |
|---|---|---|
| Glucose | **90** mg/dL | (Normal Range: 65-99 mg/dL) Result Note: Result Annotation: |
| BUN | **5 (abn) ı ıg/dL** | (Normal Range: 6-24 mg/dL) Result Note: Result Annotation: |
| Creatinine | **0.86** mg/ dL | (Normal Range: 0.76-1.27 mg/dL) Result Note: Result Annotation: |
| eGFR If NonAfricn Am | **108** mL/r in/1.73 | (Normal Range: >59 mL/min/1.73) Result Note: Result Annotation: |
| eGFR If Africn Am | **125** mL/r in/1.73 | (Normal Range: >59 mL/min/1.73) Result Note: Result Annotation: |
| BUN/Creatinine Ratio | **6 (abn)** | (Normal Range: 9-20) Result Note: Result Annotation: |
| Sodium | **143** mmc /L | (Normal Range: 134-144 mmol/L) Result Note: Result Annotation: |
| Potassium | **3.8** mmo 'L | (Normal Range: 3.5-5.2 mmol/L) Result Note: Result Annotation: |
| Chloride | **100** mmc /L | (Normal Range: 96-106 mmol/L) Result Note: Result Annotation: |
| Carbon Dioxide, Total | **25** mmol/ . | (Normal Range: 20-29 mmol/L) Result Note: Result Annotation: |
| Calcium | **9.1** mg/d | (Normal Range: 8.7-10.2 mg/dL) Result Note: Result Annotation: |
| Protein, Total | **6.5** g/dL | (Normal Range: 6.0-8.5 g/dL) Result Note: Result Annotation: |
| Albumin | **4.3** g/dL | (Normal Range: 3.5-5.5 g/dL) Result Note: Result Annotation: |
| Globulin, Total | **2.2** g/dL | (Normal Range: 1.5-4.5 g/dL) Result Note: Result Annotation: |
| A/G Ratio | **2.0** | (Normal Range: 1.2-2.2) Result Note: Result Annotation: |
| Bilirubin, Total | **0.6** mg/d | (Normal Range: 0.0-1.2 mg/dL) Result Note: Result Annotation: |
| Alkaline Phosphatase | **44** IU/L | (Normal Range: 39-117 IU/L) Result Note: Result Annotation: |
| AST (SGOT) | **33** IU/L | (Normal Range: 0-40 IU/L) Result Note: Result Annotation: |
| ALT (SGPT) | **28** IU/L | (Normal Range: 0-44 IU/L) Result Note: Result Annotation: |

**MICROALBUMIN URINE QUANT** F nal, Reviewed (Collected: 08/01/2018)
Diagnosis: Hypertension, benign (I1C
MICROALBUMIN URINE QUANT : **0 (abn) mg/L** (Normal Range: 0 - 20 mg/L) Result Note:
Result Annotation:

**CREATININE, URINE** Final, Review d (Collected: 08/01/2018)
Diagnosis: Hypertension, benign (I1C
CREATININE, URINE **300** mg/dl (Normal Range: 10 - 300 mg/dl) Result Note:
Result Annotation:

**MicroAlbumin / Creatinine Ratio BG ONLY!!** Final, Reviewed (Collected: 08/01/2018)
Diagnosis: Hypertension, benign (I1C
MicroAlbumin / Creatinine Ratio - 3G ONLY!! **30-300** alb/g creat (Normal Range: 0 - 30 alb/g creat) Result Note:
Result Annotation:

## Procedures

**Venipuncture for blood test (364 5)** Performed: 08/01/2018 (Final, Reviewed)

- Comments: 08/01/2018.. (L) c x1... kas

## Encounter #3

**History & Physical Report**
**4/11/2018: Office Visit - Anxiety F41.9), Insomnia, persistent (G47.00), Reflex sympathetic dystrophy of the arm (G90.519), Hypertension, benign (I10) (Anne B. Todd, MD)**
DARRELL W RUSSELL
4/11/2018 11:02 AM
Location: Medical Associates of North ieorgia
Patient #: 297686
DOB:
Married / Language: English / Race: V ite
Male

History of Present Illness (Lisa McCall ₹N; 4/11/2018 11:29 AM)
Patient words: Chief Complaint: medic ition follow up for insomnia and anxiety.

The patient is a 39 year old male who presents with insomnia. By report there is good compliance with treatment, good tolerance of treatment and good symptom control. states ga apentin makes him tired-not sure if really helping him without taking the zolpidem

Additional reasons for visit:

<u>Anxiety</u> is described as the following:
By report there is good compliance wi h treatment, good tolerance of treatment and fair symptom control. still with anxiety.

Problem List/Past Medical (Anne B. Tc ld, MD; 4/11/2018 11:55 AM)
Problems Reconciled
GERD (gastroesophageal reflux diseas ) (K21.9)
Hypertension, benign (I10)
History of melanoma excision (Z98.89 ) right chest wall with axillary LN dissection
Reflex sympathetic dystrophy of the a n (G90.519) follows with specialist care
Insomnia, persistent (G47.00)
Anxiety (F41.9) failed celexa, wellbu in, zoloft, lexapro, effexor

Medication History (Anne B. Todd, MC 4/11/2018 11:55 AM)
PARoxetine HCl (20MG Tablet, 1 (one Oral at bedtime, Taken starting 03/02/2018) Active.
ClonazePAM (0.5MG Tablet, ½ (one l alf) Oral two times daily, Taken starting 03/02/2018) Active. (pt to taper down)
Zolpidem Tartrate (10MG Tablet, 1 (c ie) Oral at bedtime, Taken starting 03/02/2018) Active.
Gabapentin (300MG Capsule, 1 (one) Capsule Oral at bedtime, Taken starting 04/11/2018) Active.
HydrOXYzine Pamoate (50MG Capsul , 2 capsules Oral morning) Active. (1 capsule in the evening)
Lisinopril-Hydrochlorothiazide (10-12. iMG Tablet, 1 tablet Oral daily) Active.
DULoxetine HCl (60MG Capsule DR P rt, 1 capsule Oral two times daily) Active.
Omeprazole (20MG Capsule DR, 1 ca sule Oral daily) Active.
Medications Reconciled

Allergies (Lisa McCall, RN; 4/11/2018 1:03 AM)
Lyrica *ANTICONVULSANTS* mouth ilcers
Wellbutrin *ANTIDEPRESSANTS* mc ith ulcers
Allergies Reconciled

Past Surgical History (Lisa McCall, RN; 4/11/2018 11:03 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Lisa McCall, RN; 4/11/ :018 11:03 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Lisa McCall, RN; 4/11/: 018 11:03 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Review of Systems (Lisa McCall RN; 4 11/2018 11:29 AM)
**General** Present- Feeling well. Not Pr esent- Appetite Loss, Dietary Changes, Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache, Sore Throat and Vertigo.
**Neck** Not Present- Neck Swelling.
**Respiratory** Not Present- Chest Con estion, Cough and Difficulty Breathing.
**Cardiovascular** Not Present- Chest F ain and Edema.
**Gastrointestinal** Not Present- Diarrl ea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint ain and Muscle Pain.
**Neurological** Not Present- Fainting.
**Psychiatric** Present- Anxiety and Ins mnia. Not Present- Change in Sleep Pattern.
**Endocrine** Not Present- Polyuria.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Lisa McCall RN; 4/11/2018 11: 8 AM)
<u>4/11/2018 11:28 AM</u>
**Weight:** 216 lb **Height:** 76 in
**Body Surface Area:** 2.29 m² **Bod Mass Index:** 26.29 kg/m²

**Temp.:** 98.4° F (Tympanic)
**BP:** 120/88 (Sitting, Left Arm, Standa d)

Physical Exam (Anne B. Todd MD; 4/1 :/2018 11:55 AM)
**General**
**Mental Status** - Awake, alert, and oı ented X 3.
**General Appearance** - Cooperative, Jot in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm a ıd dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - Nc Discharge, no Injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is mc st with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **/ dventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **H art Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd MD 4/11/2018 11:55 AM)
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, exapro, effexor
Impression: long d/w pt regarding cur ent medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety man gemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Changed PARoxetine HCl 40M i, 1 (one) Tablet at bedtime, #30, 30 days starting 04/11/2018, Ref. x2.
- Discontinued ClonazePAM 0.5I IG (Completed course).
  Local Order: pt to taper down
- Follow up in 3 months or as n eded

Insomnia, persistent (G47.00)
Impression: pt reporting on ambien fo 10 years, see notes about polypharmacy
Current Plans

- Continued Zolpidem Tartrate 1 )MG, 1 (one) Tablet at bedtime, #30, 30 days starting 04/11/2018, Ref. x2.
- Continued Gabapentin 300MG 1 (one) Capsule at bedtime, #30, 30 days starting 04/11/2018, Ref. x2.

Reflex sympathetic dystrophy of the aı n (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord st nulator, trial delayed due to insurance changes
Hypertension, benign (I10)
Current Plans

- Started Lisinopril-Hydrochlorot iazide 10-12.5MG, 1 (one) Tablet daily, #30, 30 days starting 04/11/2018, Ref. x2.



Signed by Anne B Todd, MD (4/11/201 ı 11:56 AM)

**Encounter #2**

**History & Physical Report**
**3/2/2018: Office Visit - Insomni persistent (G47.00), Anxiety (F41.9), Reflex sympathetic dystrophy of the arm (G90.519)**
**(Anne B. Todd, MD)**
DARRELL W RUSSELL
3/2/2018 10:14 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Kimberly La moureux; 3/2/2018 10:30 AM)
Patient words: CC: says he doesnt see a difference with new meds, he is not sleeping well.

The patient is a 39 year old male for a one month follow up. Current problems include anxiety, and insomnia

Problem List/Past Medical (Kimberly La moureux; 3/2/2018 10:17 AM)
History of melanoma excision (Z98.89 ) right chest wall with axillary LN dissection
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor
Insomnia, persistent (G47.00)
Hypertension, benign (I10)
GERD (gastroesophageal reflux disease) (K21.9)
Problems Reconciled

Medication History (Anne B. Todd, MD 3/5/2018 6:51 PM)
PARoxetine HCl (10MG Tablet, 1 (one Oral at bedtime, Taken starting 02/02/2018) Active.
Zolpidem Tartrate (10MG Tablet, 1 tablet Oral at bedtime) Active.
HydrOXYzine Pamoate (50MG Capsule, 2 capsules Oral morning) Active. (1 capsule in the evening)
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 tablet Oral daily) Active.
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily) Active.
Omeprazole (20MG Capsule DR, 1 capsule Oral daily) Active.
Medications Reconciled

Allergies (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers
Allergies Reconciled

Past Surgical History (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Review of Systems (Kimberly Lamoureux; 3/2/2018 10:14 AM)
**General** Present- Feeling well. Not Present- Appetite Loss, Dietary Changes, Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache, Sore Throat and Vertigo.
**Neck** Not Present- Neck Swelling.
**Respiratory** Not Present- Chest Congestion, Cough and Difficulty Breathing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Fainting.
**Psychiatric** Not Present- Change in Sleep Pattern.
**Endocrine** Not Present- Polyuria.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Kimberly Lamoureux; 3/2/2018 10:31 AM)
3/2/2018 10:31 AM
**Weight:** 222.13 lb **Height:** 76 in
**Body Surface Area:** 2.32 m² **Body Mass Index:** 27.04 kg/m²
**Temp.:** 97.9° F (Tympanic) **Pulse:** 1 (Regular)
**BP:** 119/76 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 3/ /2018 6:51 PM)
**General**
**Mental Status** - Awake, alert, and c iented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm ε ıd dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - N Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is m ist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **dventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **H art Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Kim Stover MA; 3, 2/2018 11:14 AM)
Insomnia, persistent (G47.00)
Impression: pt reporting on ambien fo 10 years, see notes about polypharmacy
Current Plans

- Started Zolpidem Tartrate 10N G, 1 (one) Tablet at bedtime, #30, 30 days starting 03/02/2018, Ref. x1.
- Started Gabapentin 300MG, 1 one) Capsule at bedtime, #30, 30 days starting 03/02/2018, Ref. x1.
- Follow up in 6 weeks or as ne ded

Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, exapro, effexor
Impression: long d/w pt regarding cur ent medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety man gemt, no previous trial of paxil or prozac. will try paxil as better agent for panic d/o
Current Plans

- Changed PARoxetine HCl 20M , 1 (one) Tablet at bedtime, #30, 30 days starting 03/02/2018, Ref. x1.
- Restarted ClonazePAM 0.5MG, ½ (one half) Tablet two times daily, #75, 30 days starting 03/02/2018, No Refill.
  Local Order: pt to taper down

Reflex sympathetic dystrophy of the ar n (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord st nulator
Current Plans

- Please sign release of informa on to obtain outside records

Signed by Anne B Todd, MD (3/5/2018 3:51 PM)

**Encounter #1**

**History & Physical Report**
**2/2/2018: Office Visit - Reflex sy npathetic dystrophy of the arm (G90.519), Anxiety (F41.9), History of melanoma excision (Z98.890), Insomnia, persistent ( 347.00), Hypertension, benign (I10), GERD (gastroesophageal reflux disease) (K21.9) (Anne B. Todd, MD)**
DARRELL W RUSSELL
2/2/2018 8:03 AM
Location: Medical Associates of North 3eorgia
Patient #: 297686
DOB:
Married / Language: English / Race: V hite
Male

History of Present Illness (Anne B. To d MD; 2/2/2018 11:04 AM)
Patient words: chief complaint , to est care, hx of insomnia , depression,.

The patient is a 39 year old male.

Note: reporting wanting to change PC ' because presvious one stated he can't do anything else for him, seeing PCP for anxiety and deprssion, and cold

PCP was writing for all his rx medicati ıns, , on cymbalta at 60 mg BID, taking ambien for 10 years

also reporting has nerve disorder, RSI and seeing pain managment for that, to have trial of spinal stimulator, no meds from office

Problem List/Past Medical (Anne B. Tc ld, MD; 2/2/2018 8:13 PM)
Anxiety (F41.9) failed celexa, wellbu in, zoloft, lexapro, effexor
Reflex sympathetic dystrophy of the a n (G90.519) follows with specialist care
History of melanoma excision (Z98.89 ) right chest wall with axillary LN dissection
GERD (gastroesophageal reflux diseas ) (K21.9)
Hypertension, benign (I10)
Insomnia, persistent (G47.00)

Medication History (Anne B. Todd, MD 2/2/2018 8:13 PM)
ClonazePAM (1MG Tablet, 1 tablet Or l two times daily) Active.
Zolpidem Tartrate (10MG Tablet, 1 ta ılet Oral at bedtime) Active.
HydrOXYzine Pamoate (50MG Capsul , 2 capsules Oral morning) Active. (1 capsule in the evening)
Lisinopril-Hydrochlorothiazide (10-12. MG Tablet, 1 tablet Oral daily) Active.
DULoxetine HCl (60MG Capsule DR P: t, 1 capsule Oral two times daily) Active.
Omeprazole (20MG Capsule DR, 1 ca| sule Oral daily) Active.
PARoxetine HCl (10MG Tablet, 1 (one Tablet Oral at bedtime, Taken starting 02/02/2018) Active.
Medications Reconciled

Allergies (Kim Stover, MA; 2/2/2018 1 :46 AM)
Lyrica *ANTICONVULSANTS* mouth ılcers
Wellbutrin *ANTIDEPRESSANTS* mo ıth ulcers

Past Surgical History (Kim Stover, MA; 2/2/2018 10:47 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kim Stover, MA; 2/2/2 18 10:48 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kim Stover, MA; 2/2/20 8 10:49 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Review of Systems (Kim Stover MA; 2/ /2018 8:04 AM)
**General** Present- Feeling well. Not Pr sent- Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, Diff :ulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest P. in and Edema.
**Gastrointestinal** Not Present- Diarrh a, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint F in and Muscle Pain.
**Neurological** Not Present- Dizziness.
**Psychiatric** Not Present- Mood chang s.
**Hematology** Not Present- Abnormal I eeding.

Vitals (Kim Stover MA; 2/2/2018 10:52 AM)
2/2/2018 10:49 AM
**Weight:** 227.19 lb **Height:** 76 in
**Body Surface Area:** 2.34 m² **Body Mass Index:** 27.65 kg/m²
**Temp.:** 98.6° F (Tympanic) **Pulse:** 0 (Regular)
**BP:** 122/82 (Sitting, Left Arm, Standar )

Physical Exam (Anne B. Todd MD; 2/: '2018 8:13 PM)
**General**
**Mental Status** - Awake, alert, and o iented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm a ıd dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - N( Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is m( ist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **dventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **H art Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd MD 2/2/2018 8:12 PM)
Reflex sympathetic dystrophy of the a n (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord st nulator
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, exapro, effexor
Impression: long d/w pt regarding cur ent medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety man gemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Started PARoxetine HCl 10MG 1 (one) Tablet at bedtime, #30, 30 days starting 02/02/2018, No Refill.
- Started ClonazePAM 1MG, ½ ( one half) Tablet three times daily, #1, 1 day starting 02/02/2018, No Refill.
  Local Order: pt to taper down

History of melanoma excision (Z98.89( )
Story: right chest wall with axillary LN lissection
Insomnia, persistent (G47.00)
Impression: pt reporting on ambien fo 10 years, see notes about polypharmacy
Hypertension, benign (I10)
GERD (gastroesophageal reflux diseas ) (K21.9)
Note: over 45 minutes spent in room v th patient of which greater than 50% spent in counselling

Signed by Anne B Todd, MD (2/2/2018 8:13 PM)

# Patient Report

**Provider:** Georgia Renew Clinics
**Patient:** Russell, Darrell

## Appointment History For Patient

| Date of visit | Office | Provider | Reason for visit | Status |
|---|---|---|---|---|
| July 18, 2019, 9:30 a.m. | Primary Office | Georgia Renew Clinics | 6 | Cancelled |
| July 18, 2019, 9 a.m. | Primary Office | Georgia Renew Clinics | 2 hour infsuion. CANCELED!! | Cancelled |
| July 11, 2019, 9 a.m. | Primary Office | Georgia Renew Clinics | 5 | |
| May 16, 2019, 9 a.m. | Primary Office | Georgia Renew Clinics | 4 | |
| May 14, 2019, 12:15 p.m. | Primary Office | Georgia Renew Clinics | 3 | |
| May 10, 2019, 9:15 a.m. | Primary Office | Georgia Renew Clinics | 2 | |
| May 7, 2019, 10:45 a.m. | Primary Office | Georgia Renew Clinics | 1 | |

Generated by drchrono EHR

# Georgia Renew

**Type: All transactions · Status: All statuses · Delivery method: Any · Name: Darrell Russell · Date: All dates**

| Date | Type | No. | Customer | Due date | Balance | Total | Status |
|---|---|---|---|---|---|---|---|
| 07/11/2019 | Invoice | 2492 | Darrell Russell | 07/11/2019 | $0.00 | $340.00 | Paid |
| 07/11/2019 | Payment | | Darrell Russell | 07/11/2019 | $0.00 | $-340.00 | Closed |
| 05/16/2019 | Invoice | 2360 | Darrell Russell | 05/16/2019 | $0.00 | $340.00 | Paid |
| 05/16/2019 | Payment | | Darrell Russell | 05/16/2019 | $0.00 | $-340.00 | Closed |
| 05/14/2019 | Invoice | 2354 | Darrell Russell | 05/14/2019 | $0.00 | $250.00 | Paid |
| 05/14/2019 | Payment | | Darrell Russell | 05/14/2019 | $0.00 | $-250.00 | Closed |
| 05/13/2019 | Payment | | Darrell Russell | 05/13/2019 | $0.00 | $-340.00 | Closed |
| 05/10/2019 | Invoice | 2344 | Darrell Russell | 05/10/2019 | $0.00 | $340.00 | Paid |
| 05/07/2019 | Invoice | 2337 | Darrell Russell | 05/07/2019 | $0.00 | $340.00 | Paid |
| 05/07/2019 | Payment | | Darrell Russell | 05/07/2019 | $0.00 | $-340.00 | Closed |

Pt. Name: Jarrell Russell
Infusion #: 5
IV Size: #22

Date: 07-11-19
Today's Dosage: 80mg
Location: LDH

Sleeping: [illegible]
Eating: decreased

Activity: Chronic Regional Pain & Major depression. Pt states pain is [illegible] on scale → [illegible] nausea & vomiting from pain.

- [x] Alert
- [x] Oriented x 4
- [ ] Confused
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [ ] Weight
- [x] 75kg

Time 0900 BP 131/83 Pulse 70 O2 Sat 98 %

Premedication Drug Zofran Dose: 4mg Route: IVP Time: 0918

Ketamine Infusion: Dose: Ketamine 80mg in 50mL NS Route: IV over 50minutes on syringe pump Time: 0920

| | | | | | |
|---|---|---|---|---|---|
| 0940 | 124/77 | 79 | 97% | ✓ | — |
| 1040 | 124/80 | 64 | 98% | ✓ | — |

Pain 3/10 (10s) - pt states pain is much better but not completely gone. GS

Infusion Complete 1040 BP 124/80 Pulse 64 O2 Sat 98 %

DC Vital Signs 1040 BP 124/80 Pulse 64 O2 Sat 98 %

- [x] Alert
- [x] Oriented x 4
- [ ] Confused
- [x] INT Did Intact
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [x] No Reaction to Meds
- [x] Stable
- [x] Ambulatory w/NA
- [x] [illegible]

Dr. Signature [signature] Nurse Signature [signature] Date 07-11-19



2019 Aug 12 02:21PM HP Fax

Lincoln/Russell 0547

Pt. Name: Russell
Infusion #:
IV Size: 22

Date:
Today's Dosage: 75mg
Location: RAC

Sleeping :
Eating:

Activity: not much change, hasn't seen much difference in how he feels, wife states she has seen a change!

- [ ] Alert
- [ ] Oriented x________
- [ ] Confused

- [ ] Anxious
- [ ] Calm
- [ ] Flat

- [ ] Weight
- [ ]

Time ________ BP__________ Pulse__________ O2 Sat_____%

Premedication Drug: ________ Dose: ________ Route: ____________ Time: ____________

Ketamine Infusion : Dose: 75mg Route: RAC Time: 9:35

Scanned

Infusion Complete____ BP__________ Pulse__________ O2 Sat_____%

DC Vital Signs______ BP______ Pulse_______ O2 Sat_____%

- [ ] Alert
- [ ] Oriented x______ ___
- [ ] Confused
- [ ] INT Did Intact

- [ ] Anxious
- [ ] Calm
- [ ] Flat
- [ ] No Reaction to Meds

___ Stable
___ Ambulatory w/NA

Dr. Signature [signature] Nurse Signature________________ Date____________

Pt. Name:
Infusion #:
IV Size:

Date.
Today's Dosage: 75mg
Location:

Sleeping :
Eating:

Activity:

- [ ] Alert
- [ ] Oriented x________
- [ ] Confused

- [ ] Anxious
- [ ] Calm
- [ ] Flat

- [ ] Weight

Time:________ BP________ Pulse________ O2 Sat______%

Premedication Drug: ________ Dose: ________ Route: ________ Time: ________

Ketamine Infusion : Dose: 75 Route: IM Time: 1:15

1:29 149/97 81 99

Scanned

Infusion Complete: 1:15 BP________ Pulse________ O2 Sat______%

DC Vital Signs ________ BP 149/97 Pulse 75 O2 Sat ____%

- [x] Alert
- [x] Oriented x________
- [ ] Confused
- [ ] INT Did Intact

- [ ] Anxious
- [ ] Calm
- [x] Flat
- [x] No Reaction to Meds

- [x] Stable
- [x] Ambulatory w/NA

Dr. Signature________ Nurse Signature________ Date________



2019 Aug 12 02:21PM HP Fax

Pt. Name: Russell [illegible] Date: 5/10/19
Infusion #: 2 Today's Dosage: 50mg
IV Size: 22 Location: LFA

Sleeping: Slept good [illegible] night Activity: no change
Eating: Decreased

- [ ] Alert
- [x] Oriented x 4
- [ ] Confused
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [ ] Weight
- [x] 50mg

Time 9:[illegible] BP [illegible] Pulse 75 O2 Sat [illegible] %

Premedication Drug: — Dose: — Route: — Time: —

Ketamine Infusion : Dose: 50 mg Route: LFA Time: 9:2[illegible]
[illegible] syringe 40 minutes

| | | | | |
|---|---|---|---|---|
| 1007 | 139/92 | 84 | 98% | ✓ |

Serenal ✓

Infusion Complete 1007 BP 139/92 Pulse 84 O2 Sat 98 %

DC Vital Signs 10[illegible] BP 145/ Pulse [illegible] O2 Sat [illegible] %

- [x] Alert
- [x] Oriented x
- [ ] Confused
- [x] INT D/C Intact
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [x] No Reaction to Meds
- [x] Stable
- [x] Ambulatory w/NA
- [ ] [illegible]

Dr. Signature [illegible] Nurse Signature [illegible] Date 5/10/19



2019 Aug 12 02:21PM HP Fax

Pt. Name: ______ Date: ______
Infusion #: 1 Today's Dosage: ______
IV Size: ______ Location: ______

Sleeping : ______ Activity: ______
Eating: ______

- [ ] Alert
- [x] Oriented x ______
- [ ] Confused
- [ ] Anxious
- [ ] Calm
- [ ] Flat
- [x] Weight ______

Time ______ BP ______ Pulse ______ O2 Sat ______ %

Premedication Drug: ______ Dose: ______ Route: ______ Time: ______

Ketamine Infusion : Dose: ______ Route: ______ Time: ______

| | | | | | |
|---|---|---|---|---|---|
| 1110 | 122/70 | 77 | 98% | ✓ | — |
| 1201 | 127/80 | 75 | 98% | ✓ | — |

Infusion Complete 1201 BP 127/80 Pulse 75 O2 Sat 98 %

DC Vital Signs 1230 BP ______ Pulse 71 O2 Sat 98 %

- [x] Alert
- [x] Oriented x 4
- [ ] Confused
- [x] INT Did Intact
- [ ] Anxious
- [x] Calm
- [ ] Flat
- [x] No Reaction to Meds
- [x] Stable
- [x] Ambulatory w/NA
- [x] ______

Dr. Signature ______ Nurse Signature ______ Date ______



2019 Aug 12 02:22PM HP Fax

Lincoln/Russell 0551

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Meghan Hennessy

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell
**CLAIM NO:** 7259041
**EMPLOYER/SPONSOR:** Chart Industries, Inc. **DATE OF BIRTH:**

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/07/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Medical Associates of N. GA
Specialty: Family Medicine
Address: 470 Valley St
Ball Ground, GA 30107
Telephone No.: (770) 737-2770 Fax No.: (770) 479-8821

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name: GA Renew Clinics
Specialty:
Address: 1370 Thompson Bridge Rd.
Gainesville, GA 30501
Telephone No.: (678) 769-7668 Fax No.: (678) 426-6044

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: United Healthcare
Specialty:
Address: P.O Box 30884
Salt Lake City, UT 84130
Telephone No.: (877) 842-3210 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Ball Ground Pharmacy
Specialty:
Address: 470 Valley St. Suite 100
Ball Ground, GA 30107
Telephone No.: (770) 735-6161 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Darrell W. Russell DATE: 07/26/2019

5393940

## Authorization for Release of Protected Health Information

**PATIENT NAME:** RUSSELL, DARRELL
**DATE OF BIRTH:** ______ ____

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me:
(Physician or Facility Name) MEDICAL ASSOC. OF NORTH GEORGIA

2. The following person (or class of persons) *may receive* protected health information about me:

Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From February 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:

12 months from date signed
______________________________________________

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| Darrell W. Russell | [signature] | 7-26-19 |
|---|---|---|
| Print Name | Signature of Patient/Guardian | Date |

5393940

## Authorization for Release of Protected Health Ir formation

**PATIENT NAME:** RUSSELL, DARRELL
**DATE OF BIRTH:** _

I hereby authorize use or disclosure of **protected health inforr ıation** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose I'HI* about me: (Physician or Facility Name) MEDICAL ASSOC. OF NORTH GEORG A

2. The following person (or class of persons) *may receive* prot ɜcted health information about me:

Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. me lical records, lab results, etc. Please give dates of service):
From February 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **Releas ɜPoint** in writing of my desire to revoke it. However, I understand that any action a ready taken in reliance on this authorization cannot be reversed, and my revoc aticn will not affect those actions.

5. I understand that the medical provider to whom this authoriz ıtion is furnished may not condition its treatment of me on whether or not I sign the au :horization.

6. If this authorization is used for disclosure to someone other t ıan the party listed above, PHI used or disclosed may be subject to re-disclosure b / the recipient, in which case it is no longer protected under the HIPAA privacy ru e. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to eithe determine eligibility for enrollment for insurance, or to authorize the release of healt ı information so that a determination of coverage regarding a claim for specified benef ts can be made. Because this authorization is a condition of enrollment for insur: ınce, the effect of declining the authorization can result in your application for cov ›rage being declined. If this authorization is for claim purposes, your claim may be de :lined if you refuse to sign this authorization.

8. This authorization expires on ________________ OR upc n occurrence of the following event that relates to me or to the purpose of the intenc ed use or disclosure of information about me:

12 months from date signed
_______________________________________________

*I have had full opportunity to read and consider the contents of his authorization, and I understand that, by signing this form, I am confirming my auth ›rization of the use and/or disclosure of my protected health information as describ ›d in this form. Note that a copy is as valid as the original, and I am entitled to a cop › of this authorization.*

| | | |
|---|---|---|
| Darrell W. Russell | [signature] | 7-26-19 |
| Print Name | Signature of Patient/Guardian | Date |

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Libert · Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Meghan Hennessy

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE O BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, an pharmacies used during the time period from 02/07/2019 to present. *If additional space is needed, please use a separate sheet of aper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Medical Associates of N. GA
Specialty: Family Medicine
Address: 410 Valley St
Ball Ground, GA 30107
Telephone No.: (770)737-2770 Fax No.: (770)479-8821

Name: | Specialty: | Address: | Telephone No.: ( ) Fax No.: ( )

Name: GA Renew Clinics
Specialty:
Address: 1376 Thompson Bridge Rd.
Gainesville, GA 30501
Telephone No.: (678)749-7005 Fax No.: (678)426-6044

Name: | Specialty: | Address: | Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: United Healthcare
Specialty:
Address: P.O. Box 30884
Salt Lake City, UT 84130
Telephone No.: (877)842-3210 Fax No.: ( )

Name: | Specialty: | Address: | Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Ball Ground Pharmacy
Specialty:
Address: 470 Valley St. Suite 100
Ball Ground, GA 30107
Telephone No.: (770)735-6161 Fax No.: ( )

Name: | Specialty: | Address: | Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with ir ent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information m: y be guilty of a criminal act punishable under law.

SIGNATURE: Darrell W. Russell DATE: 07/26/2019

5393940

## Authorization for Release of Protected Health Ir formation

**PATIENT NAME:** RUSSELL, DARRELL
**DATE OF BIRTH:** ______

I hereby authorize use or disclosure of **protected health inforr ıation** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose I 'HI* about me: (Physician or Facility Name) MEDICAL ASSOC. OF NORTH GEORG A

2. The following person (or class of persons) *may receive* prot ːcted health information about me:
Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. me( lical records, lab results, etc. Please give dates of service):
From February 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **Releas ːPoint** in writing of my desire to revoke it. However, I understand that any action ɛ ready taken in reliance on this authorization cannot be reversed, and my revo( aticn will not affect those actions.

5. I understand that the medical provider to whom this authoriz: ıtion is furnished may not condition its treatment of me on whether or not I sign the aı :horization.

6. If this authorization is used for disclosure to someone other t ıan the party listed above, PHI used or disclosed may be subject to re-disclosure b / the recipient, in which case it is no longer protected under the HIPAA privacy rı e. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to eithe determine eligibility for enrollment for insurance, or to authorize the release of healt ı information so that a determination of coverage regarding a claim for specified benef ts can be made. Because this authorization is a condition of enrollment for insur: ınce, the effect of declining the authorization can result in your application for cov :rage being declined. If this authorization is for claim purposes, your claim may be de :lined if you refuse to sign this authorization.

8. This authorization expires on __________________ OR upc n occurrence of the following event that relates to me or to the purpose of the intenc ed use or disclosure of information about me:
12 months from date signed
____________________________________.

*I have had full opportunity to read and consider the contents of 'his authorization, and I understand that, by signing this form, I am confirming my auth ɔrization of the use and/or disclosure of my protected health information as describ :d in this form. Note that a copy is as valid as the original, and I am entitled to a cop ' of this authorization.*

| | | |
|---|---|---|
| Dorrell W. Russell | [signature] | 7-26-19 |
| Print Name | Signature of Patient/Guardian | Date |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

July 25, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Please be advised that Dr. Todd and Medical Association of North Georgia is in need of their own Facility Specific Authori ation Form. Please complete the attached Medical Authori ation Form and return at your earliest convenience.

If you have any questions regarding this matter, please contact me.

Sincerely,

Meghan Hennessy
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (855) 796-1758

Attachments: 7259041-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.23.2019

5393940

## Authorization for Release of Protected Health Information

**PATIENT NAME:** RUSSELL, DARRELL
**DATE OF BIRTH:** ______________

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)
MEDICAL ASSOC. OF NORTH GEORGIA

2. The following person (or class of persons) *may receive* protected health information about me:
Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From February 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ____________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:
12 months from date signed
______________________________________________________________________.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| Print Name | Signature of Patient/Guardian | Date |
|---|---|---|

5393940

## Authorization for Release of Protected Health Information

**PATIENT NAME:** RUSSELL, DARRELL
**DATE OF BIRTH:** ____________

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)
MEDICAL ASSOC. OF NORTH GEORGIA

2. The following person (or class of persons) *may receive* protected health information about me:
Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From February 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on __________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:
12 months from date signed
________________________________________________________________.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| | | |
|---|---|---|
| Print Name | Signature of Patient/Guardian | Date |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

July 26, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are contacting you with important information regarding your claim for benefits, submitted under Chart Industries, Inc.'s Long Term Disability (LTD) Policy. Benefits have been suspended effective July 22, 2019.

We previously requested information from you and advised that benefits would be suspended if we did not receive the necessary information to further evaluate your claim. Specifically, we are in need of the following information:

Updated medical documentation from Dr. Todd and Georgia Renew, as well as Claimant Information Form that was sent to you on June 8, 2019 and July 11, 2019.

As we have not yet received this necessary information, your benefits are suspended.

Although benefit payments will not be issued, your file will remain open until August 20, 2019. We encourage you to submit the above information in a timely manner. Should we not receive the requested information by August 20, 2019, your claim will be closed.

Once this information is received, your claim will be evaluated and benefits reinstated accordingly.

If you have any questions regarding this correspondence, please contact me at the number listed below.

Sincerely,

Meghan Hennessy
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (855) 796-1758

Attachments: 7259041-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-06.07.2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 8, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On June 7, 2019, we requested updated medical records from Dr. Todd. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 7, 2019 through present from Dr. Todd

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by July 21, 2019:

X Claimant Information Form
__ Other

Chart Industries, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 21, 2019, 45 days from the date of this

request, your benefits will be suspended. If we do not receive all of this requested information by August 20, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than July 21, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Meghan Hennessy
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (603) 334-0380

Attachments: Claimant Information Form

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Meghan Hennessy

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/07/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

July 11, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

A previous letter was sent to you on June 8, 2019 with a Claimant Information Form to be completed. This letter is a second reqeust for this form to be completed. Attached is the original reqeust with the form attached. Please compelte the attached form with the information for Georgia Renew and return at your earliest convenience.

If this information is not received by August 20, 2019 your claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Meghan Hennessy
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (855) 796-1758

Attachments: 7259041-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-06.07.2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. DARRELL RUSSELL

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 8, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On June 7, 2019, we requested updated medical records from Dr. Todd. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 7, 2019 through present from Dr. Todd

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by July 21, 2019:

X Claimant Information Form
__ Other

Chart Industries, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 21, 2019, 45 days from the date of this

request, your benefits will be suspended. If we do not receive all of this requested information by August 20, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than July 21, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Meghan Hennessy
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (603) 334-0380

Attachments: Claimant Information Form

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Meghan Hennessy

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ____

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/07/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____ **DATE:** ____

ReleasePoint

## Medical Record Overview

**Date:** **July 2, 2019**

**Patient Name:** RUSSELL, DARRELL

**Records From:** Todd, Dr. Anne
220 Oakside Ln
Canton, GA 30114
(770) 737-2770

**Request Scope:** From February 1, 2019 to Present

**Chart Range:** 07/01/2019 - 07/01/2019

**RP ID:** 5393940

**Client ID:** 7259041

**Source:** LIBMT5

**Req By:** M Hennessy
08034785

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Request Corr. | | | 4 | 2 |
| Questionnaire | Jul 1 2019 | Jul 1 2019 | 1 | 6 |

**Total Page Count:** 5

**Notes From QC:**

ITEMS REQUESTED NOT FOUND. only received completed form. pls request for medical records

#-297684

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Todd, Dr. Anne
220 Oakside Ln
ATTN: MEDICAL RECORDS
Canton, GA 30114

Date: Jun 10, 2019
**Re: Long Term Disability Benefits**
Claim# 7259041 5393940
Claimant: RUSSELL, DARRELL
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: TOD084

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From February 1, 2019 to Present**
- Seen By: Todd, Dr. Anne

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 867-2603 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Aaron Kyle Bunagan
Disability Information Specialist
Phone No.: (213) 269-4242
Fax No: (213) 867-2603

5393940

# Attention:

**In order to fulfill this request for records, please locate and connect the patient's signed authorization that you have on file.**

**Please do not delay the delivery of these records.**

**Thank you.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

11/8/2018

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LincolnBenefits.com

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincolnbenefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | RUSSELL, DARRELL |
| RP ID: | 5393940 |
| Access Code: | TOD084 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

Liberty Mutual. INSURANCE

# Restrictions Form

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|
| | | |

To be completed by physician:

1. DATE FIRST TREATED — 2/2/18
   DATE LAST TREATED — 4/23/19
   NEXT OFFICE VISIT — 7/23/19

   G47.00, G90.519, F41.9
   G47.00, K21.9, K59.09
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☑ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Chronic intractable pain

4. RESTRICTIONS IMPOSED FROM 2/2/18 TO Indefinate

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   Ongoing referrals to specialist to try to control symptoms

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____ TO ____.

[signature] 7/1/19

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Anne B Todd | 770-737-2770 | 770-737-2406 |
| Street Address | Telephone Number | Fax Number |
| 470 Valley St, Ste 200 | | 7-1-19 |
| City, State & Zip Code Ballground Ga. 30107 | Signature | Date |

# Quality Assurance Report

## Request Information

Report Date: July 2, 2019

**RP ID:** 5393940

Patient Name: RUSSELL, DARRELL

Provider Name: MEDICAL ASSOC. OF NORTH GEORGIA

## Quality Assurance Information

Scope Requested: **From February 1, 2019 to Present**

Special Request:

Please provide all records within the scope and
complete the attached form - Seen By: Todd, Dr. Anne

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

ITEMS REQUESTED NOT FOUND. only received completed
form. pls request for medical records

Chart Reviewed By: EIGNA

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (855) 796-1758

June 25, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Please be advised that Medical Association of North Georgia is in need of their own specific Medical Authori ation Form. Please complete the attached Medical Authori ation Form and return at your earliest convenience.

If you have any questions regarding this matter, please contact me.

Sincerely,

Meghan Hennessy
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (855) 796-1758

Attachments: 7259041-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.19.2019

5393940

## Authorization for Release of Protected Health Information

**PATIENT NAME:** RUSSELL, DARRELL
**DATE OF BIRTH:** ________

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)
MEDICAL ASSOC. OF NORTH GEORGIA

2. The following person (or class of persons) *may receive* protected health information about me:
Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From February 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ____________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:

12 months from date signed
______________________________________________________________________.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| | | |
|---|---|---|
| ____________________ | ____________________________ | ____________ |
| Print Name | Signature of Patient/Guardian | Date |

5393940

## Authorization for Release of Protected Health Information

**PATIENT NAME:** RUSSELL, DARRELL

**DATE OF BIRTH:** ____________

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me:
(Physician or Facility Name)
MEDICAL ASSOC. OF NORTH GEORGIA

2. The following person (or class of persons) *may receive* protected health information about me:
Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From February 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ___________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:
12 months from date signed
_____________________________________________________________________.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| ____________________ | ____________________________ | ____________ |
|---|---|---|
| Print Name | Signature of Patient/Guardian | Date |

5393940

## Authorization for Release of Protected Health Information

**PATIENT NAME:** RUSSELL, DARRELL

**DATE OF BIRTH:** ____________

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)

MEDICAL ASSOC. OF NORTH GEORGIA

2. The following person (or class of persons) *may receive* protected health information about me:

Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):

From February 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:
12 months from date signed
______________________________________________________________.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| ____________________ | ____________________________ | ____________ |
| --- | --- | --- |
| Print Name | Signature of Patient/Guardian | Date |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. DARRELL RUSSELL

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 8, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On June 7, 2019, we requested updated medical records from Dr. Todd. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 7, 2019 through present from Dr. Todd

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by July 21, 2019:

_X_ Claimant Information Form
__ Other

Chart Industries, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 21, 2019, 45 days from the date of this

request, your benefits will be suspended. If we do not receive all of this requested information by August 20, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than July 21, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Meghan Hennessy
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 13992
Secure Fax No.: (603) 334-0380

Attachments: Claimant Information Form

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Meghan Hennessy

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/07/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# Billing Statement:

ReleasePoint

**Invoice Date: 05/04/2019** **Invoice #: 709759**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Apr 1 2019 and Apr 30 2019**

**LIBMTA** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4983859 | RUSSELL, DARRELL | Canceled | 04/25/19 | 4.00 | 0.00 | 0.00 | 0.00 | **4.00** |
| 7259041 | MEDICAL ASSOC. OF NORTH GEORGIA | | Q O'BRIEN | | | | 0 | |
| 4675964 | RUSSELL, DARRELL | Canceled | 03/13/19 | 4.00 | 0.00 | 0.00 | 0.00 | **4.00** |
| 7259041 | ATLANTA GASTROENTEROLOGY ASS... | | Q O'BRIEN | | | | 0 | |

**ReleasePoint**

**Total Amount Due:** **8.00**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

Reliable Review Services

Date: 4/17/2019

To: Lucilia Puttock
LINCOLN FINANCIAL GROUP

Re: RRS ID: 36193

---

| | |
|---|---|
| Claimant: | Darrell W Russell |
| Claim #: | 7259041 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

Advisory Report

## Clinical History

This review is from a Physical Medicine & Rehabilitation/Pain Medicine perspective. The claimant is a 40 year old male who has a listed diagnosis of "neuralgia and neuritis, unspecified." This review is to determine if the claimant is currently functionally impaired. The claimant's date of disability was noted to be 11/08/2016.

The claimant complained of right upper extremity, low back, and bilateral foot pain.

On 04/18/2008, MRI of the lumbar spine demonstrated degenerative changes most notably at L4-L5 with degenerative disc disease/spondylosis/facet hypertrophy, lumbar disc displacement greatest at L4-L5 with mild central disc herniation as well as generalized disc bulging eccentric to the right, central/neural foraminal stenosis most prominent, and mild moderate or moderate at L4-L5.

On 05/15/2009, x-rays of the lumbar spine showed normal alignment in the anteroposterior/lateral planes without evidence of instability and no significant degenerative changes or other abnormalities.

In 09/2015, the claimant had a melanoma resected from the right chest with an axillary lymph node resection. The claimant did well following that and had a Mohs surgery for melanoma on the left forehead in 02/2016. In 03/2016, the claimant developed a deep pressure type of pain in the right axilla which was localized and non-radiating. The claimant's surgeon stated that it was not related to the lymph node resection and the claimant was sent to a pain clinic.

On 11/22/2016, a three phase bone scan revealed no evidence or findings concerning for complex regional pain syndrome (CRPS) and focal delayed uptake within the posterior left calvarium which correlated to a 1 cm ovoid nonaggressive intradiploic lesion on CT head dated 06/24/2016 probably reflecting a small hemangioma or small fibro-osseous lesion such as fibrous dysplasia.

On 12/06/2016, MRI of the right brachial plexus showed 1) No evidence of focal mass lesion or adenopathy. Brachial plexus was grossly normal. 2) Degenerative disc space disease of the lower cervical spine. There appeared to be at least some encroachment of the central canal and the sagittal T2-weighted sequences.

On 12/14/2016, the claimant presented to Dr. David Gale (Pain Medicine) for a second opinion regarding CRPS of the right arm. The claimant complained of grade 8-10/10 pain in the right upper extremity, associated with numbness, weakness, poor sleep, fatigue, anxiety and headache. The claimant complained of bilateral lower extremity weakness. The claimant noted that Percocet provided slight relief, the nerve block under the right axilla had no benefit, Lyrica caused facial swelling, and Gabapentin caused vomiting. Examination noted a well-healed six inch right pectoral scar and four inch axillary scar; decreased strength of the right biceps/triceps; diffuse allodynia involving the entire right upper extremity, however, seems more pronounced along the ulnar distribution; and diffuse rubor along the entire right upper extremity. The claimant was diagnosed with CRPS in the right upper limb. Topiramate was prescribed and Percocet was refilled. Right stellate ganglion nerve blocks were recommended.

On 12/22/2016 and 01/05/2017, Dr. David Gale performed right stellate ganglion blocks.

On 02/07/2017, electromyography/nerve conduction velocity (EMG/NCV) study of the right upper extremity revealed normal findings.

On 02/08/2017, the claimant was seen by Dr. Barry McCasland (Neurology) for follow-up. Dr. Barry McCasland noted that at the conclusion of the initial appointment on 11/04/2016, he was completely convinced that the claimant had CRPS. However, his triple phase bone scan was negative, and he had no benefit from a stellate ganglion block. The claimant received, perhaps 80% temporary relief from a second procedure that Dr. David Gale described as a C7 nerve root block. Dr. David Gale suspected the claimant might have some radiculopathy, however, his pain spread far beyond the limits of the C7 dermatome. The claimant had "sunburn" allodynia. No nerve root problems were seen on brachial plexus MRI. EMG/NCV was normal. The claimant also developed worsening of some other symptoms. The claimant had a fairly continuous tremor in both legs. When sitting on the edge of the bed, the claimant would very slowly go into knee extension; this, in combination with resistance to passive movement suggested spasticity. The claimant ambulated with a cane and reported poor balance. Dr. Barry McCasland stated that he did not know what was wrong with the claimant. Clonazepam was prescribed for the tremors, and consultation at Mayo Clinic was recommended.

On 02/16/2017, EMG/NCV study of the right upper and bilateral lower extremities revealed 1) A mild, probable, distal, axonal peripheral neuropathy. 2) A chronic, possibly active, right C8 radiculopathy. 3) A chronic, probably inactive, right L5/S1 radiculopathy.

On 02/17/2017, the claimant was evaluated by Dr. Elliot Dimberg (Neurologist). The claimant's pain had progressed to a "sunburn" hypersensitivity from the lateral chest down to his hand and pressure pain in the axilla and on the medial elbow. The arm reportedly could get hot and red at times. The claimant reported his legs "won't work sometimes." The claimant had difficulty going down inclines or stairs and

getting up to walk. The claimant reportedly had severe sensitivity to bright lights or any sounds. The claimant had head pain behind the occiput or in the right frontal region. Examination noted slightly increased tone in the legs; reduced cold sensation to about the knees; 1+ knee and ankle jerks; tremulous heel to shin; mildly wide-based gait and tentative stride; tremulous on standing; and high arches. The claimant was diagnosed with headaches, right arm pain, examination features were consistent with a cervical or thoracic myelopathy, and lower limb tremulousness and tremulousness on standing. MRIs of the cervical/thoracic/lumbar spine, blood work, EMG of right upper/bilateral lower limb, and tremor study were recommended.

On 02/19/2017, surface EMG electrodes were attached to the claimant's right triceps, wrist extensors, abductor digiti mini, quadriceps, as well as bilateral tibialis anterior/medial gastrocnemii. Overall, the findings were most consistent with functional hyperkinesia. Unequivocally, the claimant did not have an organic orthostatic hyperkinesia. Further analyses of tracings obtained while the claimant was sitting indicated that there was a remote chance he could have an organic tremor in his right medial gastrocnemius.

On 03/11/2017, MRI of the cervical spine demonstrated cervical spondylosis with advanced C5-C6 and C6-C7 disco-vertebral degeneration; C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis; and C6-C7 right-sided mild spinal canal and severe neural foramina stenosis. MRI of the thoracic spine showed mild thoracic spondylosis with T9-T10 moderate spinal canal and severe right neural foramina stenosis. MRI of the lumbar spine showed L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis.

On 03/23/2017, surface EMG electrodes were attached to the claimant's bilateral quadriceps, hamstrings, tibialis anterior, and medial gastrocnemii. The tremor evident in the claimant's right lower extremity at rest was associated with electrophysiological findings diagnostic of a functional tremor. In addition, the electromyographical activity observed while the claimant was standing was most consistent with voluntary motor activity.

An undated medical record from Dr. Elliot Dimberg documented the results of the requested diagnostic tests. Dr. Elliot Dimberg opined that ultimately, right-sided cervical or multilevel stenosis might be pertinent. This could be further addressed interventionally. Dr. Elliot Dimberg had a hard time explaining the claimant's chest wall pain. While the claimant did have some examination findings consistent with myelopathy, his cervical central canal stenosis was very mild, and he still had fluid around the cord at the T9-T10 level. Surgery was not advised. A trial of Indomethacin was recommended for the claimant's headaches. Dr. Elliot Dimberg noted that there were no features on the claimant's imaging consistent with cervicogenic headache, and it was a rather unusual symptom.

On 04/20/2017, the claimant was seen by Dr. Paul Jeffords (Orthopedics). The claimant's pain gradually progressed to a burning type of hypersensitivity involving the right shoulder/chest and radiating down the right arm/hand. The claimant had some pain on both sides of the upper chest and across the trapezial areas of the back of his neck. The claimant rated his pain as 5-10/10. The claimant reported intermittent weakness of the leg. It was also noted that the claimant had a history of chronic low back pain since high school and the claimant had been treated by Dr. James Ellner (Pain Medicine) for over 10

years. The claimant reported intermittent sensitivity to bright lights or loud sounds. On examination, the claimant was noted to have mildly wide-based gait with somewhat of a tentative stride; some tremulousness with standing/walking; diffuse tenderness throughout the cervical/thoracic/lumbar spine with slight hypersensitivity to light touch; and restricted lumbar spine range of motion. The claimant displayed some anxiety during the examination. X-rays of the cervical spine showed degenerative disc disease that was moderate to severe at C5-C6 and C6-C7. The claimant was diagnosed with right arm cervical radiculopathy; moderate to severe left/severe right C6-C7 foraminal stenosis; C5-C6 and C6-C7 disc degeneration; T9-T10 spondylosis with moderate central stenosis with very mild myelopathy; congenital lumbar stenosis; L4-L5 degenerative disc disease with annular tear/disc bulging; mild right L4-L5 foraminal stenosis; mild distal peripheral neuropathy; functional hyperkinesias causing lower extremity tremors; and depression/anxiety disorder. Anterior cervical discectomy and fusion (ACDF) at C5-C6 and C6-C7 was discussed.

On 01/31/2018, the claimant was seen by Dr. Marvin Tark (Pain Medicine) for follow-up after eight months absence due to lack of insurance coverage. The claimant complained of right upper extremity and bilateral foot pain. The claimant rated his pain as 7-10/10. Examination noted redness and edema in the right upper extremity; and diffuse hypersensitivity in the right upper extremity. The claimant was diagnosed with CRPS of right upper limb and generalized anxiety disorder. A spinal cord stimulator (SCS) trial was discussed.

On 02/02/2018, the claimant sought consult with Dr. Anne Todd (Family Medicine) due to insomnia and depression. The claimant had been taking Cymbalta and Ambien. The claimant had been seeing pain management due to CRPS. Physical examination was unremarkable. The claimant was diagnosed with CRPS of the arm, anxiety, insomnia, gastroesophageal reflux disease, hypertension, and history of melanoma excision. Paroxetine was prescribed. The claimant was to slowly taper off of Clonazepam.

The claimant returned to Dr. Anne Todd on 03/02/2018 and reported no benefit from medications. The claimant was not sleeping well. Physical examination was unremarkable. Zolpidem and Gabapentin were prescribed. The claimant's Paroxetine dose was adjusted. Clonazepam was restarted.

On 04/11/2018, Dr. Anne Todd noted good compliance with treatment, good tolerance of treatment, and fair to good symptom control. The claimant still had anxiety. SCS trial was delayed due to insurance changes. Physical examination was unremarkable. The claimant's Paroxetine dose was adjusted. Clonazepam was discontinued, Zolpidem/Gabapentin was continued, and Lisinopril/Hydrochlorothiazide prescribed.

Per a Confidential Investigative Report, dated 05/31/2018, from CoventBridge Group, an unannounced visit was conducted at the claimant's address on 05/18/2018. The claimant was observed as having a slight limp. No visible assistive devices were noted. The claimant commented he could not write well. On 05/24/2018, a Claimant Interview was conducted. The claimant was observed utilizing a walking cane. The claimant was able to complete a portion of the forms, but then asked his wife to complete the remaining questions. The claimant signed the authorizations himself. The claimant had a pillow supporting his right arm. The claimant's diagnosis was CRPS; the condition resulted from nerve damage caused from surgery in 09/2015. The claimant had melanoma cancer; lymph nodes were removed

under his right arm and some of the nerves were cut. The symptoms progressed to most of his body. The claimant's feet would swell and his toes would get blisters. The claimant described the feeling in his toes as like being on fire. The claimant could walk short distances while in the house without the cane, but definitely had to use it when outside such as walking to the mailbox. The claimant had difficulty walking up/down steps and the claimant stated that about three weeks ago he fell on his neighbor's front steps. The claimant was not injured and no medical treatment was sought. The claimant rated the pain in his right arm as a 10/10. The claimant had not been prescribed medication that eased the pain. The claimant previously was prescribed Methadone, but due to the side effects he had to stop taking it. The claimant was awaiting approval for a SCS. The claimant also reported that sounds and light bothered him. The claimant commented that this was due to a nerve condition. Extreme heat or cold also reportedly bothered him.

On 07/17/2017, the claimant was seen by Kimberly Lamoureux, CMA due to hypertension, anxiety, and insomnia. No physical examination findings were documented. Lisinopril/Hydrochlorothiazide, Paroxetine, and Gabapentin were refilled.

On 08/01/2018, the claimant was seen by Dr. Anne Todd. The claimant reported his arms and feet were having a bad time. The claimant was also having a hard time with mood issues. Physical examination was unremarkable. Medications were continued.

On 10/16/2018, the claimant was seen by Dr. Anne Todd. Ten months ago, the claimant had his teeth pulled and he got dentures. About two weeks ago, the claimant noted an infection in his gums and a spot on his chin. Medications were given. During this visit, the claimant complained of nausea/emesis, loss of taste, pain radiating to his ear, and chronic constipation. Examination noted perioral stomatitis and angular cheilitis with white exudate. The claimant was diagnosed with stomatitis, mucositis, cheilitis, gastroesophageal reflux disease, and chronic constipation. Nystatin, Ranitidine, and Linzess were prescribed.

On 01/22/2019, the claimant was evaluated by Dr. Anne Todd. The claimant had been taking Ranitidine for gastroesophageal reflux disease, Paroxetine for anxiety, Lisinopril for hypertension, Gabapentin/Zolpidem for insomnia, and Linzess for constipation. The claimant had been having headaches. Physical examination was unremarkable. Medications were continued.

On 02/06/2019, the claimant was seen by Kim Stover, MA due to anxiety. No physical examination findings documented. Duloxetine was prescribed.

On 03/18/2019, an Occupational Analysis was completed by Megan Provost, MA, CRC to compare the job, Inner Area Supervisor 1st Shift (medium), to the occupation in the National Economy, per the DOT of Production Supervisor (light). In summary, the employer requirements of the job are greater than that of the national requirements of the occupation. The occupation was most often performed at the light level in the National Economy, per the DOT with frequent reaching, handling, fingering; and occasional crouching. Per ONET, frequent standing, walking; and occasional sitting.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 4/12/2019 10:45 PM CDT | busy signal | I attempted to contact Dr. Anne Todd. I was unable to get through, the line was busy after multiple attempts. |
| 4/15/2019 11:10 AM CDT | busy signal | I attempted to contact Dr. Anne Todd. I was unable to get through, the line was busy after multiple attempts. |
| 4/15/2019 11:15 AM CDT | Receptionist | I called an alternate number for Dr. Anne Todd found in the medical records. I spoke with a receptionist who advised me to call the same number I was previously using. |
| 4/15/2019 12:05 PM CDT | busy signal | I attempted to contact Dr. Anne Todd. I was unable to get through, the line was busy after multiple attempts. |
| 4/16/2019 12:00 PM CDT | no answer | I attempted to contact Dr. Anne Todd, but my call went unanswered until the line disconnected. |

## Questions and Reviewer's Response

**1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s).**

The primary impairing diagnoses are cervical radiculopathy (M54.12); cervical degenerative disc disease (M50.30); congenital lumbar stenosis (Q76.49); lumbar degenerative disc disease (M51.36); complex regional pain syndrome of the right upper limb (G90.511); functional hyperkinesia causing lower extremity tremors (R25.1); and peripheral neuropathy (G64).

The claimant has a longstanding history of low back pain secondary to congenital lumbar stenosis and degenerative disc disease. The claimant started experiencing right upper extremity pain following a melanoma resection in 2016. The claimant also reported bilateral lower extremity weakness and he had lower limb tremulousness. Conservative and interventional treatments only provided temporary relief. EMG/NCV study of the right upper and bilateral lower extremities, dated 02/16/2017, revealed 1) Mild, probable, distal, axonal peripheral neuropathy. 2) Chronic, possibly active, right C8 radiculopathy. 3) Chronic, probably inactive, right L5/S1 radiculopathy. Surface EMG, done on 02/19/2017, revealed functional hyperkinesia. MRI of the cervical spine, dated 03/11/2017, demonstrated cervical spondylosis with advanced C5-C6 and C6-C7 disco-vertebral degeneration; C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis; and C6-C7 right-sided mild spinal canal and severe neural foramina stenosis. MRI of the lumbar spine showed L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis.

During examination on 04/20/2017, the claimant was noted to have a mildly wide-based gait with somewhat of a tentative stride; some tremulousness with standing/walking; diffuse tenderness throughout the cervical/thoracic/lumbar spine with slight hypersensitivity to light touch; and restricted lumbar spine range of motion. On 01/31/2018, examination noted redness/edema in the right upper extremity and diffuse hypersensitivity in the right upper extremity. ACDF at C5-C6 and C6-C7, as well as SCS trial were recommended. There was no updated information regarding cervical spine surgery. As for the SCS trial, this was reportedly delayed due to insurance issues.

From 02/02/2018 to 02/06/2019, the claimant was mainly seen due to hypertension, anxiety, and insomnia. The claimant was also seen due to other medical issues that were not related to his physical pain. Physical examination findings during this time did not document any physical functional deficits. Nevertheless, due to the abnormal findings found in the aforementioned diagnostic tests, which led to recommendations of cervical spine surgery and SCS trial, I believe that some functional impairment was supported.

**2. If applicable, please identify clinically significant comorbid diagnosis(es) with ICD 10 code(s).**

The clinically significant comorbid diagnoses are depression (F32.9), generalized anxiety disorder (F41.1), and insomnia (G47.00). However, I would like to defer discussion to the appropriate specialist(s) as these are beyond my area of expertise.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations currently and ongoing (change to any occupation occurs 05/08/2020), and comment on the expected duration.**

**If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Currently and up to two months from the date of this report, the following restrictions/limitations are supported:

Sitting up to 2 hours at a time and up to a total of 6 hours in an eight hour day.
Standing up to 1 hour at a time and up to a total of 2 hours in an eight hour day.
Walking up to 1 hour at a time and up to a total of 2 hours in an eight hour day.
The claimant should be allowed 5-minute breaks every 2 hours of sitting and needed for comfort, and every 1 hour of standing, and walking to stretch and change positions as needed for comfort.
Occasional neck flexion, extension, lateral bending, and rotation.

Carrying, lifting, pushing, and/or pulling no greater than 10 pounds of weight occasionally, and 5 pounds frequently.
Occasional reaching overhead, above the shoulders, and below the waist level, and frequent reaching at waist/desk level using the right upper extremity.
No restrictions in reaching overhead, above the shoulders, and at waist/desk level using the left upper extremity.
Occasional reaching below the waist level.
Occasional handling, fingering, feeling, grasping, pinching, gripping, and use of hand control using the right hand.
No restrictions for handling, fingering, grasping, pinching, gripping and use of hand controls using the left hand.
Occasional twisting, crawling, crouching, bending/stooping, kneeling, squatting, stair climbing, and use of foot control.
No crawling, working at unprotected heights, driving commercial vehicle, climbing ladders, and operating heavy equipment or safety sensitive machinery.

The claimant is able to perform full-time duty (8 hours/day, 5 days/week) within the indicated restrictions/limitations.

In my opinion these restrictions/limitations would apply currently and the medical records should be reevaluated in 2 months to determine if these restrictions/limitations would still apply.

**4. Treatment opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

The modalities rendered to address the claimant's injuries are deemed to be timely, medically reasonable, and consistent with the current standard of care.

The claimant appears to have been compliant with treatments.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There were no non-medical circumstance identified in the medical records that may interfere with work-related activities.

## Assessment/Rationale

This review is from a Physical Medicine & Rehabilitation/Pain Medicine perspective. The claimant is a 40 year old male who has a listed diagnosis of "neuralgia and neuritis, unspecified." This review is to determine if the claimant is currently functionally impaired. The claimant's date of disability was noted to be 11/08/2016.

The primary impairing diagnoses includes cervical radiculopathy, cervical degenerative disc disease, congenital lumbar stenosis, lumbar degenerative disc disease, complex regional pain syndrome of right upper limb, functional hyperkinesia causing lower extremity tremors, and peripheral neuropathy.

In my opinion the claimant would have the restrictions/limitations noted above which would apply as of the date of this review and for the next 2 months.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Behzad Emad, MD
Board Certified
Physical Medicine & Rehabilitation
Pain Medicine
CA - A55727

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 04/04/2019 | Referral Form | Lincoln Financial Group |
| 01/26/2017, 02/14/2017, 02/27/2017, 04/05/2017, 11/15/2017, 02/16/2018, 06/04/2018 | Correspondence | Liberty Mutual Insurance |
| 02/07/2017 | Nerve Conduction and EMG | Barry McCasland, MD |

| | | |
|---|---|---|
| | Study | |
| 12/06/2016 | MRI Right Brachial Plexus with and without Contrast | American Health Imaging |
| 12/22/2016, 01/05/2017 | Procedure Note | David Gale, MD |
| 01/05/2017 | Office Visit | Kathleen Gangl, CRNA |
| 12/22/2016 | Office Visit | Nichole Daniels, CRNA |
| 12/14/2016 | Office Visit | David Gale, MD |
| Undated | Office Visit | Elliot Dimberg, MD |
| 02/17/2017 | Addendum | Elliot Dimberg, MD |
| 02/16/2017 | Electromyography | Jay Van Gerpen, MD |
| 02/19/2017, 03/23/2017 | Office Visit | Jay Van Gerpen, MD |
| 03/11/2017 | MR Cervical Spine without Contrast<br>MR Lumbar Spine without Contrast<br>MR Thoracic Spine without Contrast | Mayo Building Jacksonville |
| 03/12/2017 | Correspondence | Elliot Dimberg, MD |
| 02/24/2019 | Authorization for the Release of Protected Health Information | Claimant |
| 02/24/2019 | Claimant Information Form | Claimant |
| 02/24/2019 | Claimant Supplementary Statement | Claimant |
| 02/24/2019 | Activities Questionnaire | Claimant |
| 02/28/2019 | Social Media Search and Comprehensive Background Check | First Look |
| 05/31/2018 | Confidential Investigative Report | CoventBridge Group |
| 02/22/2017, 05/24/2018 | Authorization for the Release of Information including Protected Health Information | Claimant |
| 01/31/2018 | Office Visit | Marvin Tark, MD |
| 02/06/2019 | History and Physical | Kim Stover, MA |
| 02/02/2018, 03/02/2018, 04/11/2018, 08/01/2018, 10/16/2018, 01/22/2019 | History and Physical | Anne Todd, MD |
| 07/17/2018 | History and Physical | Kimberly Lamoureux, CMA |
| 04/20/2017 | Office Visit | Paul Jeffords, MD |
| 03/18/2019 | Occupational Analysis | Megan Provost, MA, CRC |
| Undated | Job Description | Employer |

# INVOICE

**Reliable Review Services**

**Invoice Number : 36193-1** **4/17/2019 3:33 PM CDT**

Claimant: Darrell W Russell
Client Claim#: 7259041
RRS Claim#: 36193-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 2 | 210 | | 420.00 |

**Total Due: $420.00**

**Reviewer Details**

**Reviewer**

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

**n0086766**

---

**From:** Boudreau, Jacquelyn
**Sent:** Thursday, April 04, 2019 9:58:27 AM
**To:** Puttock, Lucilia
**Subject:** FW: Urgent send medicals to peer review- claim 7259041
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Your referral for the above claim has been sent to Reliable Review Services for review.

Please send the medicals ASAP to this email: CSR@reliablers.com

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Jacquelyn Boudreau**

Group Protection Claims

ICP & Clinical Support

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820


**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**n0086766**

---

| | |
|---|---|
| **From:** | Puttock, Lucilia |
| **Sent:** | Thursday, April 04, 2019 11:09:44 AM |
| **To:** | 'CSR@reliablers.com' |
| **Cc:** | 'Nicole Troiano' |
| **Subject:** | (SECURE) claim 7259041Russell- peer |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image007.png; image008.png; image009.png; image010.png; image011.png; image012.png; 7259041-MEDICAL-MEDICALRECORDS-03.06.2018.pdf; 7259041-INVESTIGATION-FIELDINVESTIGATORREPORT-05.31.2018.pdf; 7259041-INVESTIGATION-FIELDINVESTIGATORREPORT-02.28.2019.pdf; 7259041-EMPLOYEE-CLAIMANT-FORMS-03.01.2019.pdf; 3719712-MEDICAL-MEDICALRECORDS-04.13.2017.pdf; 3719712-MEDICAL-MEDICALRECORDS-04.12.2017.pdf; 3719712-MEDICAL-MEDICALRECORDS-04.03.2017.pdf; 3719712-MEDICAL-MEDICALRECORDS-02.22.2017.pdf; 7259041-VOC-JOB-OCCUPATIONALANALYSIS-03.18.2019.pdf; 7259041-MEDICAL-MEDICALRECORDS-07.11.2018.pdf; 7259041-MEDICAL-MEDICALRECORDS-05.02.2017.pdf; 7259041-MEDICAL-MEDICALRECORDS-03.27.2019.pdf |

Good Morning,

Enclosed are the records for Darrell Russell’s peer review (12 items).

Please let me know if you have any questions.

Thanks,

*Lucie*


**Lucie Puttock**

LTD Specialist II

Lincoln Financial Group

Rocky Hill, CT

Mail: PO BOX 7211

London, KY 40742-7211

P: 1-888-440-6118

Ext 10340

F: 1-603-334-3555

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 888-440-6118 ext 10340 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Boudreau, Jacquelyn
**Sent:** Thursday, April 04, 2019 9:58 AM
**To:** Puttock, Lucilia <Lucilia.Puttock@lfg.com>
**Subject:** FW: Urgent send medicals to peer review- claim 7259041

Your referral for the above claim has been sent to Reliable Review Services for review.

Please send the medicals ASAP to this email: CSR@reliablers.com

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Jacquelyn Boudreau**

Group Protection Claims

ICP & Clinical Support

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820



**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

William C. McCurdy, Jr. • P. Andrew Lowman
William C McCurdy, Jr., LLC
Attorneys at Law
12 North Main Street
Jasper, Georgia 30143
Telephone: (706) 253-7701
Facsimile: (706) 253-7702

April 3, 2019

Lucie Puttock
Long Term Disability Case Manger
Liberty Life Assurance Company of Boston
Fax # 1-603-334-3555

Re: **Darrell Russell**
**Claim #7259041**

Ms. Puttock:

I am writing in response to your letter dated April 1, 2019, wherein you have inquired about the status of Darrell Russell's Social Security Disability Claim.

As of the date of this letter, no decision has been received by our office. Therefore, we have nothing to report at this time.

If you have any questions, please let me know.

Yours Truly,

P. Andrew Lowman

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

| | |
|---|---|
| Date: | April 1, 2019 |
| To: | P. ANDREW LOWMAN<br>MCCURDY & LOWMAN<br>12 NORTH MAIN STREE<br>JASPER GA 30142 |
| Attn: | |
| Fax: | (706) 253-7702 |
| From: | Lucie Puttock<br>Long Term Disability Case Manager<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3555 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

April 1, 2019

P. Andrew Lowman
McCurdy & Lowman
12 NORTH MAIN STREE
JASPER, GA 30142

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear Mr. Lowman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to Darrell Russell's claim for LTD benefits under the Policy.

Our records indicate that Mr. Russell has applied for Social Security benefits and he is scheduled for an evaluation on April 4, 2019.

Please send us a copy of any letters that Mr. Russell has received from the Social Security Administration regarding the status of his claim.

If Mr. Russell is awarded Social Security benefits, please let us know immediately. Mr. Russell can expect to receive a retroactive benefit payment in 30 – 60 days. Remember that this payment is essentially money that Liberty Life Assurance Company of Boston advanced to Mr. Russell while awaiting the Social Security decision. Mr. Russell must repay that money to Liberty Life Assurance Company of Boston immediately.

The Social Security Administration will send Mr. Russell an award letter, detailing the amount of his benefit. Please send us a copy of that letter, so that we can correctly calculate Mr. Russell future disability benefits.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lucie Puttock
Long Term Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10340
Secure Fax No.: (603) 334-3555

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

| | |
|---|---|
| Date: | April 1, 2019 |
| To: | P. ANDREW LOWMAN<br>MCCURDY & LOWMAN<br>12 NORTH MAIN STREE<br>JASPER GA 30142 |
| Attn: | |
| Fax: | (706) 253-7702 |
| From: | Lucie Puttock<br>Long Term Disability Case Manager<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3555 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas  a pertenecer a The Lincoln National Life Insurance Company, una compa  a de Lincoln Financial Group. Durante la transici  n, es posible que reciba comunicados de ambas compa  as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

April 1, 2019

P. Andrew Lowman
McCurdy & Lowman
12 NORTH MAIN STREE
JASPER, GA 30142

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear Mr. Lowman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to Darrell Russell's claim for LTD benefits under the Policy.

Our records indicate that Mr. Russell has applied for Social Security benefits and he is scheduled for an evaluation on April 4, 2019.

Please send us a copy of any letters that Mr. Russell has received from the Social Security Administration regarding the status of his claim.

If Mr. Russell is awarded Social Security benefits, please let us know immediately. Mr. Russell can expect to receive a retroactive benefit payment in 30 60 days. Remember that this payment is essentially money that Liberty Life Assurance Company of Boston advanced to Mr. Russell while awaiting the Social Security decision. Mr. Russell must repay that money to Liberty Life Assurance Company of Boston immediately.

The Social Security Administration will send Mr. Russell an award letter, detailing the amount of his benefit. Please send us a copy of that letter, so that we can correctly calculate Mr. Russell future disability benefits.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lucie Puttock
Long Term Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10340
Secure Fax No.: (603) 334-3555

603-334-3555
Lucie

# Chart

## DARRELL W. RUSSELL

DOB:

20 pages including cover sheet

# Encounters

**Encounter 8** Date 02/06/2019
**Diagnosis** Anxiety (F41.9)

**Encounter 7** Date 01/22/2019
**Diagnosis** Hypertension, benign (I10), Insomnia, persistent (G47.00), Stomatitis and mucositis (K12.1, K12.30), GERD (gastroesophageal reflux disease) (K21.9), Cheilitis (K13.0), Anxiety (F41.9), Chronic constipation (K59.09)

**Encounter 6** Date 10/16/2018
**Diagnosis** Stomatitis and mucositis (K12.1, K12.30), Cheilitis (K13.0), GERD (gastroesophageal reflux disease) (K21.9), Chronic constipation (K59.09), Vacc Refused - Influenza vaccination refused

**Encounter 5** Date 08/01/2018
**Diagnosis** Hypertension, benign (I10), Insomnia, persistent (G47.00), Anxiety (F41.9), Reflex sympathetic dystrophy of the arm (G90.519), Encounter for long-term (current) use of medications, Microalbuminuria (R80.9)

**Encounter 4** Date 07/17/2018
**Diagnosis** Hypertension, benign (I10), Anxiety (F41.9), Insomnia, persistent (G47.00)

**Encounter 3** Date 04/11/2018
**Diagnosis** Anxiety (F41.9), Insomnia, persistent (G47.00), Reflex sympathetic dystrophy of the arm (G90.519), Hypertension, benign (I10)

**Encounter 2** Date 03/02/2018
**Diagnosis** Insomnia, persistent (G47.00), Anxiety (F41.9), Reflex sympathetic dystrophy of the arm (G90.519)

**Encounter 1** Date 02/02/2018
**Diagnosis** Reflex sympathetic dystrophy of the arm (G90.519), Anxiety (F41.9), History of melanoma excision (Z98.890), Insomnia, persistent (G47.00), Hypertension, benign (I10), GERD (gastroesophageal reflux disease) (K21.9)

**Encounter #8**

**History & Physical Report**
**2/6/2019: Prescription Only - Anxiety (F41.9) (Kim Stover, MA)**
DARRELL W RUSSELL
2/6/2019 12:03 PM
Location: MANG - Ball Ground
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

The patient is a 40 year old male.

Assessment & Plan (Kim Stover MA; 2/6/2019 12:18 PM)
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Started DULoxetine HCl 60MG, 1 capsule Capsule two times daily, #180, 90 days starting 02/06/2019, No Refill.

Signed electronically by Kim Stover, MA (2/6/2019 1:16 PM)

## Encounter #7

**History & Physical Report**
**1/22/2019: Office Visit - Hypertension, benign (I10), Insomnia, persistent (G47.00), Stomatitis and mucositis (K12.1, K12.30), GERD (gastroesophageal reflux disease) (K21.9), Cheilitis (K13.0), Anxiety (F41.9), Chronic constipation (K59.09) (Anne B. Todd, MD)**
DARRELL W RUSSELL
1/22/2019 8:08 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Denetris Walker CMA; 1/22/2019 10:32 AM)
Patient words: chief complaint: Follow Up GERD,taking Ranitidine qd, Anxiety, taking Paroxetine qd Hypertension, taking Lisinopril qd, HA sometimes, and Insomnia, taking Gabapentin qhs, Zolpidem qhs, Constipation, taking Linzess.

The patient is a 40 year old male who presents with gastroesophageal reflux disease. The last clinic visit was 3 month(s) ago. By report there is good compliance with treatment, good tolerance of treatment and good symptom control.

Additional reasons for visit:

Hypertension is described as the following:
The last clinic visit was 3 month(s) ago. Symptoms include headache, while symptoms do not include confusion, visual disturbance, dizziness or shortness of breath.

Constipation

Problem List/Past Medical (Denetris Walker, CMA; 1/22/2019 8:46 AM)
Problems Reconciled
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
History of melanoma excision (Z98.890) right chest wall with axillary LN dissection
Microalbuminuria (R80.9) uM mod
Insomnia, persistent (G47.00)
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor
Hypertension, benign (I10)
Stomatitis and mucositis (K12.1, K12.30)
GERD (gastroesophageal reflux disease) (K21.9)
Cheilitis (K13.0)

Medication History (Denetris Walker, CMA; 1/22/2019 10:31 AM)
PARoxetine HCl (40MG Tablet, 1 (one) Oral at bedtime, Taken starting 08/01/2018) Active.
Zolpidem Tartrate (10MG Tablet, 1 (one) Oral at bedtime, Taken starting 08/01/2018) Active.
Gabapentin (300MG Capsule, 1 (one) Oral at bedtime, Taken starting 08/01/2018) Active.
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 (one) Oral daily, Taken starting 08/01/2018) Active.
Linzess (145MCG Capsule, 1 (one) Capsule Oral daily, Taken starting 01/22/2019) Active.
RaNITidine HCl (300MG Tablet, 1 (one) Tablet Oral daily, Taken starting 01/22/2019) Active.
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily) Active.
Medications Reconciled

Allergies (Denetris Walker, CMA; 1/22/2019 8:46 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers
Allergies Reconciled

Past Surgical History (Denetris Walker, CMA; 1/22/2019 8:46 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Denetris Walker, CMA; 1/22/2019 8:46 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Denetris Walker, CMA; 1/22/2019 8:46 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Health Maintenance History (Denetris Walker, CMA; 1/22/2019 8:46 AM)
Flu Vaccine Date: 10/16/2018.

Other Problems (Denetris Walker, CMA; 1/22/2019 8:46 AM)
Vacc Refused - Influenza vaccination refused (Z28.21)
Chronic constipation (K59.09)
Encounter for long-term (current) use of medications (Z79.899)

Review of Systems (Denetris Walker CMA; 1/22/2019 8:46 AM)
**General** Present- Feeling well. Not Present- Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, Difficulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Dizziness.
**Psychiatric** Not Present- Mood changes.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Denetris Walker CMA; 1/22/2019 10:29 AM)
1/22/2019 10:29 AM
**Weight:** 198 lb **Height:** 76 in
**Body Surface Area:** 2.21 m² **Body Mass Index:** 24.1 kg/m²
**Temp.:** 96.1° F (Tympanic) **Pulse:** 84 (Regular)
**BP:** 112/70 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 1/23/2019 7:42 AM)
**General**
**Mental Status** - Awake, alert, and oriented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm and dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - No Discharge, no Injection.
**Pupil** - **Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is moist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd MD; 1/23/2019 7:45 AM)
Hypertension, benign (I10)
Current Plans

- Continued Lisinopril-Hydrochlorothiazide 10-12.5MG, 1 (one) Tablet daily, #30, 30 days starting 01/22/2019, Ref. x1.

Insomnia, persistent (G47.00)
Impression: pt reporting on ambien for 10 years, see notes about polypharmacy
Current Plans

- Continued Zolpidem Tartrate 10MG, 1 (one) Tablet at bedtime, #90, 90 days starting 01/22/2019, Ref. x1.
- Continued Gabapentin 300MG, 1 (one) Capsule at bedtime, #30, 30 days starting 01/22/2019, Ref. x2.

Stomatitis and mucositis (K12.1)
Current Plans

- Follow up in 3 months or as needed

GERD (gastroesophageal reflux disease) (K21.9)
Current Plans

- Continued RaNITIdine HCl 300MG, 1 (one) Tablet daily, #30, 30 days starting 01/22/2019, Ref. x2.

Cheilitis (K13.0)
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Continued PARoxetine HCl 40MG, 1 (one) Tablet at bedtime, #90, 30 days starting 01/22/2019, Ref. x2.

Chronic constipation (K59.09)
Impression: trial linzess
Current Plans

- Continued Linzess 145MCG, 1 (one) Capsule daily, #30, 30 days starting 01/22/2019, Ref. x2.



Signed by Anne B Todd, MD (1/23/2019 7:45 AM)

## Encounter #6

**History & Physical Report**
**10/16/2018: Office Visit - Stomatitis and mucositis (K12.1, K12.30), Cheilitis (K13.0), GERD (gastroesophageal reflux disease) (K21.9), Chronic constipation (K59.09), Vacc Refused - Influenza vaccination refused (Anne B. Todd, MD)**
DARRELL W RUSSELL
10/16/2018 9:58 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Anne B. Todd MD; 10/16/2018 4:37 PM)
Patient words: chief compalint, N&V x 2 weeks.

The patient is a 40 year old male who presents with nausea. Symptoms include nausea and emesis. Symptom onset was gradual 2 week(s) ago. The patient describes this as mild and worsening. Current treatment includes antacids.

Additional reasons for visit:

Mouth pain is described as the following:
The last clinic visit was 10 day(s) ago. Symptoms include loss of taste. The pain radiates to the ear. The patient describes this as moderate in severity and worsening. Associated symptoms include ear pain.

Note: reporting nausea andnot sleeping well, wife made him come to the doctor, 10 months ago had teeth pulled and dentures, about 2 weeks ago noted infection in gums and now wiht spot on chin, was put on medication for gum infection (was put on nystatin swish and spit and also steroid paste for mouth). upon questioning vomitting daily for last two weeks, OTC antiacids helped but still with nausea; upon questioning with chronic consitaptions and often goles days without BM, usual pattern and will take OTC laxitive, is hot water vomitted

Problem List/Past Medical (Kim Stover, MA; 10/16/2018 10:00 AM)
Hypertension, benign (I10)
GERD (gastroesophageal reflux disease) (K21.9)
History of melanoma excision (Z98.890) right chest wall with axillary LN dissection
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor
Microalbuminuria (R80.9) uM mod
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
Insomnia, persistent (G47.00)

Medication History (Michael Lutz, RN; 10/16/2018 4:19 PM)
PARoxetine HCl (40MG Tablet, 1 (one) Oral at bedtime, Taken starting 08/01/2018) Active.
Zolpidem Tartrate (10MG Tablet, 1 (one) Oral at bedtime, Taken starting 08/01/2018) Active.
Gabapentin (300MG Capsule, 1 (one) Oral at bedtime, Taken starting 08/01/2018) Active.
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 (one) Oral daily, Taken starting 08/01/2018) Active.
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily) Active.
Medications Reconciled

Allergies (Anne B. Todd, MD; 10/16/2018 4:34 PM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers
Allergies Reconciled

Past Surgical History (Kim Stover, MA; 10/16/2018 10:00 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kim Stover, MA; 10/16/2018 10:00 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kim Stover, MA; 10/16/2018 10:00 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Health Maintenance History (Michael Lutz, RN; 10/16/2018 4:19 PM)
Flu Vaccine Date: 10/16/2018.

Review of Systems (Michael Lutz RN; 10/16/2018 4:17 PM)
**General** Not Present- Fatigue, Feeling well and Malaise.
**Skin** Not Present- Rash.
**HEENT** Present- Mouth sores. Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, Difficulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Present- Nausea and Vomiting. Not Present- Diarrhea.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Dizziness.
**Psychiatric** Not Present- Mood changes.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Michael Lutz RN; 10/16/2018 4:21 PM)
10/16/2018 4:20 PM
**Weight:** 207.3 lb **Height:** 76 in
**Body Surface Area:** 2.25 m² **Body Mass Index:** 25.23 kg/m²
**Temp.:** 99.4° F (Tympanic) **Pulse:** 99 (Regular)
**BP:** 136/91 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 10/16/2018 4:44 PM)
**General**
**Mental Status** - Awake, alert, and oriented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm and dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - No Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is moist with no lesions.. **Oral Cavity/Oropharynx - Oral Mucosa** - Note: perioral stomatitis and angular cheitis with white exudate.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Kim Stover MA; 10/16/2018 4:48 PM)
Stomatitis and mucositis (K12.1)
Current Plans

- Started Nystatin 100000UNIT/ML, 10 Milliliter four times daily, 280 Milliliter, 7 days starting 10/16/2018, No Refill.
  Local Order: swish and swallow
- Follow up in 3 months or as needed

Cheilitis (K13.0)
GERD (gastroesophageal reflux disease) (K21.9)
Current Plans

- Started RaNITidine HCl 300MG, 1 (one) Tablet daily, #30, 30 days starting 10/16/2018, Ref. x2.

Chronic constipation (K59.09)
Impression: trial linzess
Current Plans

- Started Linzess 145MCG, 1 (one) Capsule daily, #30, 30 days starting 10/16/2018, Ref. x2.

Vacc Refused - Influenza vaccination refused (Z28.21)
Impression: discussed with patient indications for influenza vaccination but defers recommended immunization

Signed by Anne B Todd, MD (10/16/2018 7:02 PM)

**Encounter #5**

**History & Physical Report**
**8/1/2018: Office Visit - Hypertension, benign (I10), Insomnia, persistent (G47.00), Anxiety (F41.9), Reflex sympathetic dystrophy of the arm (G90.519), Encounter for long-term (current) use of medications, Microalbuminuria (R80.9) (Anne B. Todd, MD)**
DARRELL W RUSSELL
8/1/2018 8:06 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Anne B. Todd MD; 8/1/2018 3:07 PM)
Patient words: Chief Complaint: 3 month follow up, med refill.

The patient is a 40 year old male.

Note: reporting arms and feet are having bad time, having hard time with mood issues, family thinks he is worse

Problem List/Past Medical (Michael Lutz, RN; 8/1/2018 2:55 PM)
Problems Reconciled
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
History of melanoma excision (Z98.890) right chest wall with axillary LN dissection
GERD (gastroesophageal reflux disease) (K21.9)
Hypertension, benign (I10)
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor
Insomnia, persistent (G47.00)

Medication History (Michael Lutz, RN; 8/1/2018 2:55 PM)
PARoxetine HCl (40MG Tablet, 1 (one) Oral at bedtime, Taken starting 07/17/2018) Active. (courtesy refill)
Zolpidem Tartrate (10MG Tablet, 1 (one) Oral at bedtime, Taken starting 04/11/2018) Active.
Gabapentin (300MG Capsule, 1 (one) Oral at bedtime, Taken starting 07/17/2018) Active. (courtesy refill)
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 (one) Oral daily, Taken starting 07/17/2018) Active. (courtesy refill)
HydrOXYzine Pamoate (50MG Capsule, 2 capsules Oral morning) Active. (1 capsule in the evening)
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily) Active.
Omeprazole (20MG Capsule DR, 1 capsule Oral daily) Active.
Medications Reconciled

Allergies (Michael Lutz, RN; 8/1/2018 2:55 PM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers
Allergies Reconciled

Past Surgical History (Michael Lutz, RN; 8/1/2018 2:55 PM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Michael Lutz, RN; 8/1/2018 2:55 PM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Michael Lutz, RN; 8/1/2018 2:55 PM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Review of Systems (Michael Lutz RN; 8/1/2018 8:07 AM)
**General** Present- Feeling well. Not Present- Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, Difficulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Dizziness.
**Psychiatric** Not Present- Mood changes.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Michael Lutz RN; 8/1/2018 2:59 PM)
8/1/2018 2:56 PM
**Weight:** 209 lb **Height:** 76 in
**Body Surface Area:** 2.26 $m^2$ **Body Mass Index:** 25.44 kg/$m^2$
**Temp.:** 98.6° F (Tympanic) **Pulse:** 85 (Regular)
**BP:** 116/79 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 8/3/2018 7:23 AM)
**General**
**Mental Status** - Awake, alert, and oriented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm and dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - No Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is moist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd MD; 8/3/2018 7:21 AM)
Hypertension, benign (I10)
Current Plans

- Continued Lisinopril-Hydrochlorothiazide 10-12.5MG, 1 (one) Tablet daily, #90, 90 days starting 08/01/2018, Ref. x1.
- Venipuncture for blood test (36415)
- CBC, PLATELETS & AUT DIFF (85025)
- Comprehensive Metabolic Panel (80053)
- MICROALBUMIN URINE QUANT
- CREATININE, URINE
- MicroAlbumin / Creatinine Ratio - BG ONLY!!

Insomnia, persistent (G47.00)
Impression: pt reporting on ambien for 10 years, see notes about polypharmacy
Current Plans

- Continued Zolpidem Tartrate 10MG, 1 (one) Tablet at bedtime, #90, 90 days starting 08/01/2018, Ref. x1.
- Continued Gabapentin 300MG, 1 (one) Capsule at bedtime, #90, 90 days starting 08/01/2018, Ref. x1.

Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Continued PARoxetine HCl 40MG, 1 (one) Tablet at bedtime, #90, 90 days starting 08/01/2018, Ref. x1.

Reflex sympathetic dystrophy of the arm (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord stimulator, trial delayed due to insurance changes
Current Plans

- Referred to RUBIN, JEFFREY (Pain Management).
  Routine.
- TSH (THYROID STIMULATING HORMONE) (84443)

Encounter for long-term (current) use of medications (Z79.899)
Current Plans

- VITAMIN B-12 (82607)

Microalbuminuria (R80.9)
Story: uM mod

Signed by Anne B Todd, MD (8/3/2018 7:23 AM)

## Laboratories

**VITAMIN B-12 (82607)** Final, Reviewed (Collected: 08/01/2018)
Diagnosis: Encounter for long-term (current) use of medications (Z79.899)
Note: PATIENT NOT FASTING
PERFORMED BY: MB LabCorp Birmingham 1801 First Avenue South Birmingham AL 352331935 2055813500

Vitamin B12 **334** pg/mL (Normal Range: 232-1245 pg/mL) Result Note:
Result Annotation:

**TSH (THYROID STIMULATING HORMONE) (84443)** Final, Reviewed (Collected: 08/01/2018)
Diagnosis: Reflex sympathetic dystrophy of the arm (G90.519)
Note: PATIENT NOT FASTING
PERFORMED BY: MB LabCorp Birmingham 1801 First Avenue South Birmingham AL 352331935 2055813500

TSH **1.130** uIU/mL (Normal Range: 0.450-4.500 uIU/mL) Result Note:
Result Annotation:

**CBC, PLATELETS & AUT DIFF (85025)** Final, Reviewed (Collected: 08/01/2018)
Diagnosis: Hypertension, benign (I10)
Note: PATIENT NOT FASTING
PERFORMED BY: MB LabCorp Birmingham 1801 First Avenue South Birmingham AL 352331935 2055813500

| | | |
|---|---|---|
| WBC | **5.5** x10E3/uL | (Normal Range: 3.4-10.8 x10E3/uL) Result Note: Result Annotation: |
| RBC | **3.70 (abn) x10E6/uL** | (Normal Range: 4.14-5.80 x10E6/uL) Result Note: Result Annotation: |
| Hemoglobin | **13.1** g/dL | (Normal Range: 13.0-17.7 g/dL) Result Note: Result Annotation: |
| Hematocrit | **38.4** % | (Normal Range: 37.5-51.0 %) Result Note: Result Annotation: |
| MCV | **104 (abn) fL** | (Normal Range: 79-97 fL) Result Note: Result Annotation: |
| MCH | **35.4 (abn) pg** | (Normal Range: 26.6-33.0 pg) Result Note: Result Annotation: |
| MCHC | **34.1** g/dL | (Normal Range: 31.5-35.7 g/dL) Result Note: Result Annotation: |
| RDW | **19.0 (abn) %** | (Normal Range: 12.3-15.4 %) Result Note: Result Annotation: |
| Platelets | **417 (abn) x10E3/uL** | (Normal Range: 150-379 x10E3/uL) Result Note: Result Annotation: |
| Neutrophils | **53** % | (Normal Range: Not Estab. %) Result Note: Result Annotation: |
| Lymphs | **34** % | (Normal Range: Not Estab. %) Result Note: Result Annotation: |
| Monocytes | **6** % | (Normal Range: Not Estab. %) Result Note: Result Annotation: |
| Eos | **6** % | (Normal Range: Not Estab. %) Result Note: Result Annotation: |
| Basos | **1** % | (Normal Range: Not Estab. %) Result Note: Result Annotation: |
| Immature Cells | | Result Note: Result Annotation: |
| Neutrophils (Absolute) | **3.0** x10E3/uL | (Normal Range: 1.4-7.0 x10E3/uL) Result Note: Result Annotation: |
| Lymphs (Absolute) | **1.8** x10E3/uL | (Normal Range: 0.7-3.1 x10E3/uL) Result Note: Result Annotation: |
| Monocytes(Absolute) | **0.3** x10E3/uL | (Normal Range: 0.1-0.9 x10E3/uL) Result Note: Result Annotation: |
| Eos (Absolute) | **0.3** x10E3/uL | (Normal Range: 0.0-0.4 x10E3/uL) Result Note: Result Annotation: |
| Baso (Absolute) | **0.0** x10E3/uL | (Normal Range: 0.0-0.2 x10E3/uL) Result Note: Result Annotation: |

| | | | |
|---|---|---|---|
| Immature Granulocytes | **0** % | (Normal Range: Not Estab. %) | Result Note: Result Annotation: |
| Immature Grans (Abs) | **0.0** x10E3/uL | (Normal Range: 0.0-0.1 x10E3/uL) | Result Note: Result Annotation: |
| NRBC | | | Result Note: Result Annotation: |
| Hematology Comments: | | | Result Note: Result Annotation: |

**Comprehensive Metabolic Panel (80053)** Final, Reviewed (Collected: 08/01/2018)
Diagnosis: Hypertension, benign (I10)
Note: PATIENT NOT FASTING
PERFORMED BY: MB LabCorp Birmingham 1801 First Avenue South Birmingham AL 352331935 2055813500

| | | | |
|---|---|---|---|
| Glucose | **90** mg/dL | (Normal Range: 65-99 mg/dL) | Result Note: Result Annotation: |
| BUN | **5 (abn) mg/dL** | (Normal Range: 6-24 mg/dL) | Result Note: Result Annotation: |
| Creatinine | **0.86** mg/dL | (Normal Range: 0.76-1.27 mg/dL) | Result Note: Result Annotation: |
| eGFR If NonAfricn Am | **108** mL/min/1.73 | (Normal Range: >59 mL/min/1.73) | Result Note: Result Annotation: |
| eGFR If Africn Am | **125** mL/min/1.73 | (Normal Range: >59 mL/min/1.73) | Result Note: Result Annotation: |
| BUN/Creatinine Ratio | **6 (abn)** | (Normal Range: 9-20) | Result Note: Result Annotation: |
| Sodium | **143** mmol/L | (Normal Range: 134-144 mmol/L) | Result Note: Result Annotation: |
| Potassium | **3.8** mmol/L | (Normal Range: 3.5-5.2 mmol/L) | Result Note: Result Annotation: |
| Chloride | **100** mmol/L | (Normal Range: 96-106 mmol/L) | Result Note: Result Annotation: |
| Carbon Dioxide, Total | **25** mmol/L | (Normal Range: 20-29 mmol/L) | Result Note: Result Annotation: |
| Calcium | **9.1** mg/dL | (Normal Range: 8.7-10.2 mg/dL) | Result Note: Result Annotation: |
| Protein, Total | **6.5** g/dL | (Normal Range: 6.0-8.5 g/dL) | Result Note: Result Annotation: |
| Albumin | **4.3** g/dL | (Normal Range: 3.5-5.5 g/dL) | Result Note: Result Annotation: |
| Globulin, Total | **2.2** g/dL | (Normal Range: 1.5-4.5 g/dL) | Result Note: Result Annotation: |
| A/G Ratio | **2.0** | (Normal Range: 1.2-2.2) | Result Note: Result Annotation: |
| Bilirubin, Total | **0.6** mg/dL | (Normal Range: 0.0-1.2 mg/dL) | Result Note: Result Annotation: |
| Alkaline Phosphatase | **44** IU/L | (Normal Range: 39-117 IU/L) | Result Note: Result Annotation: |
| AST (SGOT) | **33** IU/L | (Normal Range: 0-40 IU/L) | Result Note: Result Annotation: |
| ALT (SGPT) | **28** IU/L | (Normal Range: 0-44 IU/L) | Result Note: Result Annotation: |

**MICROALBUMIN URINE QUANT** Final, Reviewed (Collected: 08/01/2018)
Diagnosis: Hypertension, benign (I10)
MICROALBUMIN URINE QUANT **80 (abn) mg/L** (Normal Range: 0 - 20 mg/L) Result Note:
Result Annotation:

**CREATININE, URINE** Final, Reviewed (Collected: 08/01/2018)
Diagnosis: Hypertension, benign (I10)
CREATININE, URINE **300** mg/dl (Normal Range: 10 - 300 mg/dl) Result Note:
Result Annotation:

**MicroAlbumin / Creatinine Ratio - BG ONLY!!** Final, Reviewed (Collected: 08/01/2018)
Diagnosis: Hypertension, benign (I10)
MicroAlbumin / Creatinine Ratio - BG ONLY!! **30-300** alb/g creat (Normal Range: 0 - 30 alb/g creat) Result Note:
Result Annotation:

## Procedures

**Venipuncture for blood test (36415)** Performed: 08/01/2018 (Final, Reviewed)

- Comments: 08/01/2018.. (L) ac x1... kas

**Encounter #4**

**History & Physical Report**
**7/17/2018: Prescription Only - Hypertension, benign (I10), Anxiety (F41.9), Insomnia, persistent (G47.00) (Kimberly Lamoureux, CMA)**
DARRELL W RUSSELL
7/17/2018 10:32 AM
Location: MANG - Ball Ground
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Kimberly Lamoureux; 7/17/2018 10:36 AM)
Patient words: 07/17/2018, courtesy refill on gabapentin, lisinopril and paroxetine. did not refill zolpidem as it is a controlled substance, kl.

The patient is a 40 year old male.

Assessment & Plan (Kimberly Lamoureux; 7/17/2018 10:38 AM)
Hypertension, benign (I10)
Current Plans

- Continued Lisinopril-Hydrochlorothiazide 10-12.5MG, 1 (one) Tablet daily, #30, 30 days starting 07/17/2018, No Refill.
  Local Order: courtesy refill

Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Continued PARoxetine HCl 40MG, 1 (one) Tablet at bedtime, #30, 30 days starting 07/17/2018, No Refill.
  Local Order: courtesy refill

Insomnia, persistent (G47.00)
Impression: pt reporting on amblen for 10 years, see notes about polypharmacy
Current Plans

- Continued Gabapentin 300MG, 1 (one) Capsule at bedtime, #30, 30 days starting 07/17/2018, No Refill.
  Local Order: courtesy refill

Signed electronically by Kimberly Lamoureux, CMA (7/17/2018 10:38 AM)

**Encounter #3**

**History & Physical Report**
**4/11/2018: Office Visit - Anxiety (F41.9), Insomnia, persistent (G47.00), Reflex sympathetic dystrophy of the arm (G90.519), Hypertension, benign (I10) (Anne B. Todd, MD)**
DARRELL W RUSSELL
4/11/2018 11:02 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Lisa McCall RN; 4/11/2018 11:29 AM)
Patient words: Chief Complaint: medication follow up for insomnia and anxiety.

The patient is a 39 year old male who presents with insomnia. By report there is good compliance with treatment, good tolerance of treatment and good symptom control. states gabapentin makes him tired-not sure if really helping him without taking the zolpidem

Additional reasons for visit:

Anxiety is described as the following:
By report there is good compliance with treatment, good tolerance of treatment and fair symptom control. still with anxiety.

Problem List/Past Medical (Anne B. Todd, MD; 4/11/2018 11:55 AM)
Problems Reconciled
GERD (gastroesophageal reflux disease) (K21.9)
Hypertension, benign (I10)
History of melanoma excision (Z98.890) right chest wall with axillary LN dissection
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
Insomnia, persistent (G47.00)
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor

Medication History (Anne B. Todd, MD; 4/11/2018 11:55 AM)
PARoxetine HCl (20MG Tablet, 1 (one) Oral at bedtime, Taken starting 03/02/2018) Active.
ClonazePAM (0.5MG Tablet, ½ (one half) Oral two times daily, Taken starting 03/02/2018) Active. (pt to taper down)
Zolpidem Tartrate (10MG Tablet, 1 (one) Oral at bedtime, Taken starting 03/02/2018) Active.
Gabapentin (300MG Capsule, 1 (one) Capsule Oral at bedtime, Taken starting 04/11/2018) Active.
HydrOXYzine Pamoate (50MG Capsule, 2 capsules Oral morning) Active. (1 capsule in the evening)
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 tablet Oral daily) Active.
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily) Active.
Omeprazole (20MG Capsule DR, 1 capsule Oral daily) Active.
Medications Reconciled

Allergies (Lisa McCall, RN; 4/11/2018 11:03 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers
Allergies Reconciled

Past Surgical History (Lisa McCall, RN; 4/11/2018 11:03 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Lisa McCall, RN; 4/11/2018 11:03 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Lisa McCall, RN; 4/11/2018 11:03 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Review of Systems (Lisa McCall RN; 4/11/2018 11:29 AM)
**General** Present- Feeling well. Not Present- Appetite Loss, Dietary Changes, Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache, Sore Throat and Vertigo.
**Neck** Not Present- Neck Swelling.
**Respiratory** Not Present- Chest Congestion, Cough and Difficulty Breathing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Fainting.
**Psychiatric** Present- Anxiety and Insomnia. Not Present- Change In Sleep Pattern.
**Endocrine** Not Present- Polyuria.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Lisa McCall RN; 4/11/2018 11:28 AM)
4/11/2018 11:28 AM
**Weight:** 216 lb **Height:** 76 in
**Body Surface Area:** 2.29 m² **Body Mass Index:** 26.29 kg/m²

**Temp.:** 98.4° F (Tympanic)
**BP:** 120/88 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 4/11/2018 11:55 AM)
**General**
**Mental Status** - Awake, alert, and oriented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm and dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - No Discharge, no Injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is moist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd MD; 4/11/2018 11:55 AM)
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Changed PARoxetine HCl 40MG, 1 (one) Tablet at bedtime, #30, 30 days starting 04/11/2018, Ref. x2.
- Discontinued ClonazePAM 0.5MG (Completed course).
  Local Order: pt to taper down
- Follow up in 3 months or as needed

Insomnia, persistent (G47.00)
Impression: pt reporting on ambien for 10 years, see notes about polypharmacy
Current Plans

- Continued Zolpidem Tartrate 10MG, 1 (one) Tablet at bedtime, #30, 30 days starting 04/11/2018, Ref. x2.
- Continued Gabapentin 300MG, 1 (one) Capsule at bedtime, #30, 30 days starting 04/11/2018, Ref. x2.

Reflex sympathetic dystrophy of the arm (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord stimulator, trial delayed due to insurance changes
Hypertension, benign (I10)
Current Plans

- Started Lisinopril-Hydrochlorothiazide 10-12.5MG, 1 (one) Tablet daily, #30, 30 days starting 04/11/2018, Ref. x2.



Signed by Anne B Todd, MD (4/11/2018 11:56 AM)

**Encounter #2**

**History & Physical Report**
**3/2/2018: Office Visit - Insomnia, persistent (G47.00), Anxiety (F41.9), Reflex sympathetic dystrophy of the arm (G90.519) (Anne B. Todd, MD)**
DARRELL W RUSSELL
3/2/2018 10:14 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Kimberly Lamoureux; 3/2/2018 10:30 AM)
Patient words: CC: says he doesnt see a difference with new meds, he is not sleeping well.

The patient is a 39 year old male for a one month follow up. Current problems include anxiety, and insomnia

Problem List/Past Medical (Kimberly Lamoureux; 3/2/2018 10:17 AM)
History of melanoma excision (Z98.890) right chest wall with axillary LN dissection
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor
Insomnia, persistent (G47.00)
Hypertension, benign (I10)
GERD (gastroesophageal reflux disease) (K21.9)
Problems Reconciled

Medication History (Anne B. Todd, MD; 3/5/2018 6:51 PM)
PARoxetine HCl (10MG Tablet, 1 (one) Oral at bedtime, Taken starting 02/02/2018) Active.
Zolpidem Tartrate (10MG Tablet, 1 tablet Oral at bedtime) Active.
HydrOXYzine Pamoate (50MG Capsule, 2 capsules Oral morning) Active. (1 capsule in the evening)
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 tablet Oral daily) Active.
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily) Active.
Omeprazole (20MG Capsule DR, 1 capsule Oral daily) Active.
Medications Reconciled

Allergies (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers
Allergies Reconciled

Past Surgical History (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Review of Systems (Kimberly Lamoureux; 3/2/2018 10:14 AM)
**General** Present- Feeling well. Not Present- Appetite Loss, Dietary Changes, Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache, Sore Throat and Vertigo.
**Neck** Not Present- Neck Swelling.
**Respiratory** Not Present- Chest Congestion, Cough and Difficulty Breathing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Fainting.
**Psychiatric** Not Present- Change in Sleep Pattern.
**Endocrine** Not Present- Polyuria.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Kimberly Lamoureux; 3/2/2018 10:31 AM)
3/2/2018 10:31 AM
**Weight:** 222.13 lb **Height:** 76 in
**Body Surface Area:** 2.32 m² **Body Mass Index:** 27.04 kg/m²
**Temp.:** 97.9° F (Tympanic) **Pulse:** 91 (Regular)
**BP:** 119/76 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 3/5/2018 6:51 PM)
**General**
**Mental Status** - Awake, alert, and oriented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm and dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - No Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is moist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Kim Stover MA; 3/2/2018 11:14 AM)
Insomnia, persistent (G47.00)
Impression: pt reporting on amblen for 10 years, see notes about polypharmacy
Current Plans

- Started Zolpidem Tartrate 10MG, 1 (one) Tablet at bedtime, #30, 30 days starting 03/02/2018, Ref. x1.
- Started Gabapentin 300MG, 1 (one) Capsule at bedtime, #30, 30 days starting 03/02/2018, Ref. x1.
- Follow up in 6 weeks or as needed

Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Changed PARoxetine HCl 20MG, 1 (one) Tablet at bedtime, #30, 30 days starting 03/02/2018, Ref. x1.
- Restarted ClonazePAM 0.5MG, ½ (one half) Tablet two times daily, #75, 30 days starting 03/02/2018, No Refill.
  Local Order: pt to taper down

Reflex sympathetic dystrophy of the arm (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord stimulator
Current Plans

- Please sign release of information to obtain outside records

Signed by Anne B Todd, MD (3/5/2018 6:51 PM)

**Encounter #1**

**History & Physical Report**
**2/2/2018: Office Visit - Reflex sympathetic dystrophy of the arm (G90.519), Anxiety (F41.9), History of melanoma excision (Z98.890), Insomnia, persistent (G47.00), Hypertension, benign (I10), GERD (gastroesophageal reflux disease) (K21.9) (Anne B. Todd, MD)**
DARRELL W RUSSELL
2/2/2018 8:03 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Anne B. Todd MD; 2/2/2018 11:04 AM)
Patient words: chief complaint , to est care, hx of insomnia , depression,.

The patient is a 39 year old male.

Note: reporting wanting to change PCP because presvious one stated he can't do anything else for him, seeing PCP for anxiety and deprssion, and cold

PCP was writing for all his rx medications, , on cymbalta at 60 mg BID, taking ambien for 10 years

also reporting has nerve disorder, RSD and seeing pain managment for that, to have trial of spinal stimulator, no meds from office

Problem List/Past Medical (Anne B. Todd, MD; 2/2/2018 8:13 PM)
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
History of melanoma excision (Z98.890) right chest wall with axillary LN dissection
GERD (gastroesophageal reflux disease) (K21.9)
Hypertension, benign (I10)
Insomnia, persistent (G47.00)

Medication History (Anne B. Todd, MD; 2/2/2018 8:13 PM)
ClonazePAM (1MG Tablet, 1 tablet Oral two times daily) Active.
Zolpidem Tartrate (10MG Tablet, 1 tablet Oral at bedtime) Active.
HydrOXYzine Pamoate (50MG Capsule, 2 capsules Oral morning) Active. (1 capsule in the evening)
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 tablet Oral daily) Active.
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily) Active.
Omeprazole (20MG Capsule DR, 1 capsule Oral daily) Active.
PARoxetine HCl (10MG Tablet, 1 (one) Tablet Oral at bedtime, Taken starting 02/02/2018) Active.
Medications Reconciled

Allergies (Kim Stover, MA; 2/2/2018 10:46 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers

Past Surgical History (Kim Stover, MA; 2/2/2018 10:47 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kim Stover, MA; 2/2/2018 10:48 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kim Stover, MA; 2/2/2018 10:49 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Review of Systems (Kim Stover MA; 2/2/2018 8:04 AM)
**General** Present- Feeling well. Not Present- Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, Difficulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Dizziness.
**Psychiatric** Not Present- Mood changes.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Kim Stover MA; 2/2/2018 10:52 AM)
2/2/2018 10:49 AM
**Weight:** 227.19 lb **Height:** 76 in
**Body Surface Area:** 2.34 m² **Body Mass Index:** 27.65 kg/m²
**Temp.:** 98.6° F (Tympanic) **Pulse:** 80 (Regular)
**BP:** 122/82 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 2/2/2018 8:13 PM)
**General**
**Mental Status** - Awake, alert, and oriented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm and dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - No Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is moist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd MD; 2/2/2018 8:12 PM)
Reflex sympathetic dystrophy of the arm (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord stimulator
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Started PARoxetine HCl 10MG, 1 (one) Tablet at bedtime, #30, 30 days starting 02/02/2018, No Refill.
- Started ClonazePAM 1MG, ½ (one half) Tablet three times daily, #1, 1 day starting 02/02/2018, No Refill.
  Local Order: pt to taper down

History of melanoma excision (Z98.890)
Story: right chest wall with axillary LN dissection
Insomnia, persistent (G47.00)
Impression: pt reporting on ambien for 10 years, see notes about polypharmacy
Hypertension, benign (I10)
GERD (gastroesophageal reflux disease) (K21.9)
Note: over 45 minutes spent in room with patient of which greater than 50% spent in counselling

Signed by Anne B Todd, MD (2/2/2018 8:13 PM)

# <u>Occupational Analysis</u>

**Date:** 3/18/2019
**Name:** Darrell Russell
**Claim Number:** 7259041
**Policy Holder:** Chart Industries, Inc.

An Occupational Analysis was completed to compare the job, Inner Area Supervisor 1st Shift (medium), to the occupation in the National Economy, per the DOT of Production Supervisor (light; 699.130-010; ONET; 51-1011.00).

Documents Reviewed:
- JD
- TEE

EE's RLs per MS CC note with Dr. Tilton dated 7/17/2018:
- Less than medium RLs continue to be reasonable

The following resources were utilized in this comparison:
- DOT
- ONET

The comparison to the position with the employer to the national economy is as follows:

**Essential Duties**:
Comparable between the employer and the National Economy, per the DOT, they both direct and coordinate activities of workers performing fabrication and welding manufacturing duties. Trains, schedules, and handles performance issues of workers.

**Physical Demands**:
The employer indicates position performed as medium. Job demands include:
- <u>Frequent</u> lifting and carrying up to 50 lbs., pushing, pulling, and handling of materials
- <u>Frequent</u> standing, sitting, walking, bending, stooping, twisting
- <u>Occasional</u> crawling

The occupation is typically performed as light in the National Economy, per the DOT. National Economy demand levels include:

Per the DOT:
- <u>Frequent</u> reaching, handling, fingering
- <u>Occasional</u> crouching

Per O*NET:
- <u>Frequent</u> standing, walking
- <u>Occasional</u> sitting

**Summary**:
The employer requirements of the job are greater than that of the national requirements of the occupation. The occupation is most often performed at the light level in the National Economy, per the DOT with frequent reaching, handling, fingering; and occasional crouching. Per ONET, frequent standing, walking; and occasional sitting.

I have not met with Mr. Russell for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed

*Megan Provost, MA, CRC*
*Vocational Case Manager*

**Title:** Production Supervisor **DOT Code:** 699.130-010

**Tasks**

1. Supervises and coordinates activities of workers engaged in two or more metal manufacturing processes, such as machining, metal forming, assembling, and welding, applying knowledge of processes involved, production methods, and products.

2. Trains employees in work methods and procedure.

3. Inspects products to verify conformance to specifications and directs setup and adjustments of machines.

4. Performs duties as described under SUPERVISOR (any industry) Master Title.

DLU: 1977
**Master Title:** SUPERVISOR (any industry)

Supervises and coordinates activities of workers engaged in one or more occupations:

**Tasks**

1. Studies production schedules and estimates worker-hour requirements for completion of job assignment.

2. Interprets company policies to workers and enforces safety regulations.

3. Interprets specifications, blueprints, and job orders to workers, and assigns duties.

4. Establishes or adjusts work procedures to meet production schedules, using knowledge of capacities of machines and equipment.

5. Recommends measures to improve production methods, equipment performance, and quality of product, and suggests changes in working conditions and use of equipment to increase efficiency of shop, department, or work crew.

6. Analyzes and resolves work problems, or assists workers in solving work problems.

7. Initiates or suggests plans to motivate workers to achieve work goals.

8. Recommends or initiates personnel actions, such as promotions, transfers, discharges, and disciplinary measures.

9. Maintains time and production records.

10. When supervising workers engaged chiefly in one occupation or craft, is required to be adept in the activities of the worker supervised.

11. When supervising workers engaged in several occupations, is required to possess general knowledge of the activities involved.

12. Classifications are made according to process involved, craft of workers supervised, product manufactured, or according to industry in which work occurs.

13. Classifications are made according to workers supervised.

**May Also Include:**

1. May train new workers.

2. May estimate requisition, and inspect materials.

3. May confer with other SUPERVISORS (any industry) to coordinate activities of individual departments.

4. May confer with workers' representatives to resolve grievances.

5. May set up machines and equipment.

**Alternate Titles:** Boss; Chief; Leader; Manager; Overseer; Principal; Section Chief; Section Leader

## OCCUPATIONAL REQUIREMENTS

**Title:** Production Supervisor **DOT Code:** 699.130-010
**Industry:** Any Industry

**Specific Vocational Preparation:** Level 7 (2 to 4 years)

**General Educational Development:** Reasoning Grades 9-12
Mathematics Grades 7-8
Language Grades 9-12

**Strength:** Light — Lifting, Carrying, Pushing, Pulling 20 Lbs. occasionally, frequently up to 10 Lbs., or negligible amount constantly. Can include walking and or standing frequently even though weight is negligible. Can include pushing and or pulling of arm and or leg controls.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Loud |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Occasionally | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Occasionally |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Frequently | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Performing a variety of duties.
Directing, controlling, or planning activities of others.
Dealing with people.
Making judgments and decisions.

**Data:** 1 Coordinating
**People:** 3 Supervising
**Things:** 0 Setting Up

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | Not Included |
| Verbal Aptitude | 3 (34-66 Percentile) | Not Included |
| Numerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Spatial Aptitude | 3 (34-66 Percentile) | Not Included |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☑ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☑ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Lucilia Puttock DATE: Thursday, March 14, 2019

## CLAIM BACKGROUND

Claimant Name: DARRELL RUSSELL Claim Number: 7259041

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: CHART INDUSTRIES, INC.

Change In DEF. Date: 05/08/2020

Pre-Disability Earnings: $4,023.07 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☑ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

request OA for ongoing LTD review

DP 512

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

March 14, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Russell:

Enclosed please find the response that we received from our medical records request to Dr. Todd. The previous Authori ation that we had on file for you has expired and the newest one that you submitted does not have a clear date on it.

Please fully complete, sign and date the enclosed Authori aton form and mail or fax to 1-603-334-3555 as soon as possible.

In addition, please contact Dr. Todd's office directly and ask them to submit your updated medical records to us by March 28, 2019 or your LTD benefits will be suspended.

If we do not receive your updated medical information by April 27, 2019, 30 days from the date of suspension, your claim will be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lucie Puttock
Long Term Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10340
Secure Fax No.: (603) 334-3555

Attachments: Authori ation - Medical
7259041-MEDICAL-CORRESPONDENCE-03.11.2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organi ations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authori ed representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organi ations providing claims management services.
**Description of the information that may be used or disclosed**: This Authori ation specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authori ation could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authori ation in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authori ation, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authori ation will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authori ing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authori ation. If I choose not to sign this authori ation, insurance coverage or claim payments may be denied or delayed.
This authori ation shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authori ation will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authori ation.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________

Date of Birth: ____________ Claim Number: 7259041 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

**MEDICAL ASSOCIATES OF NORTH GA**
**March 06, 2019**

LINCOLN FINANCIAL GROUP 40742-
P.O. BOX 7211

LONDON KY 40742

RE: MAN 297686 RUSSELL, DARRELL

Your request for medical information on the above named patient has been received. However, we are unable to provide this information for the following reason:

The authorization must postdate the requested information. Although your authorization is not expired the authorization does not encompass information created after the signature of the authorization. Please update the signature and date and we will comply with your request.

Other: ______________________________
______________________________
______________________________

Sincerely,

Tiffany Molden
Phone Number (404) 303-3342
Release of Information
tiffany.molden@himqualitysolutions.com

Lincoln Financial Group

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

2/27/19

RL date on your authorization must post date records requested Also your authorization is expired

FACILITY: MAN
MR#: 2976860

FEB 28 2019

REQ CODE: IOC

(B) NB CERT

February 27, 2019

Anne Todd
Medical Associates of Ball Ground
320 HOSPITAL ROAD
CANTON, GA 30114

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041 # 2976860
✓ Claimant: Darrell Russell
✓ Claimant D.O.B.:

Dear Anne Todd:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through present

We ask that you provide this information by March 1, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3555 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Russell allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell's signature.

HIMAS
NOT REC'D PAGES: ____
FEB 28 2019
DOS 10/1/18-20

If you have any questions regarding this matter, please contact me.

ENT. ABS (PerReq)



RECEIVED FEB 27 2019

Sincerely,

F. Ruben Campos
Dis Claims Sr Ltd Case Mgr I
On Behalf Of: Lucie Puttock
Phone No.: (888) 440-6118 Ext. 10340
Secure Fax No.: (603) 334-3555

Attachments: 3719712-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2017



RECEIVED FEB 27 2019

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-Insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ____________

Date of Birth: ______ Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

| | |
|---|---|
| Date: | February 27, 2019 |
| To: | ANNE TODD<br>MEDICAL ASSOCIATES OF BALL GROUND<br>320 HOSPITAL ROAD<br>CANTON GA 30114 |
| Attn: | Susan |
| Fax: | (770) 737-2406 |
| From: | F. Ruben Campos<br>Dis Claims Sr Ltd Case Mgr I<br>On Behalf Of: Lucie Puttock<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3555 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.



RECEIVED FEB 27 2019

**MEDICAL ASSOCIATES OF NORTH GA**
**March 06, 2019**

LINCOLN FINANCIAL GROUP 40742-
P.O. BOX 7211

LONDON KY 40742

RE: MAN 297686 RUSSELL, DARRELL

Your request for medical information on the above named patient has been received. However, we are unable to provide this information for the following reason:

The authorization must postdate the requested information. Although your authorization is not expired the authorization does not encompass information created after the signature of the authorization. Please update the signature and date and we will comply with your request.

Other: ______________________________
______________________________
______________________________

Sincerely,

Tiffany Molden
Phone Number (404) 303-3342
Release of Information
tiffany.molden@himqualitysolutions.com

Lincoln Financial Group

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

2/27/19

RL date on your authorization must post date records requested

Also your authorization is expired

FACILITY: MAN
MR#: 297686

FEB 28 2019

REQ CODE: IOC
B NB CERT

February 27, 2019

Anne Todd
Medical Associates of Ball Ground
320 HOSPITAL ROAD
CANTON, GA 30114

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041 # 297686
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Anne Todd:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through present

We ask that you provide this information by March 1, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3555 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Russell allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell's signature.

HIMQS
PAGES:
FEB 28 2019
DOS 10/1/18 - To

If you have any questions regarding this matter, please contact me.

ENT ABS PerReq
RECEIVED FEB 27 2019

Sincerely,

F. Ruben Campos
Dis Claims Sr Ltd Case Mgr I
On Behalf Of: Lucie Puttock
Phone No.: (888) 440-6118 Ext. 10340
Secure Fax No.: (603) 334-3555

Attachments: 3719712-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ____________

Date of Birth: ____________ Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

| | |
|---|---|
| Date: | February 27, 2019 |
| To: | ANNE TODD<br>MEDICAL ASSOCIATES OF BALL GROUND<br>320 HOSPITAL ROAD<br>CANTON GA 30114 |
| Attn: | Susan |
| Fax: | (770) 737-2406 |
| From: | F. Ruben Campos<br>Dis Claims Sr Ltd Case Mgr I<br>On Behalf Of: Lucie Puttock<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3555 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.



RECEIVED FEB 27 2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

| | |
|---|---|
| Date: | March 5, 2019 |
| To: | ANNE TODD<br>MEDICAL ASSOCIATES OF BALL GROUND<br>320 HOSPITAL ROAD<br>CANTON GA 30114 |
| Attn: | Medical records |
| Fax: | (770) 737-2406 |
| From: | Lucie Puttock<br>Long Term Disability Case Manager<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3555 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

March 5, 2019

Anne Todd
Medical Associates of Ball Ground
320 HOSPITAL ROAD
CANTON, GA 30114

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Todd:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to Darrell Russell's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 8, 2019.

Please fax the updated medical records to 1-603-334-3555.

Your assistance is greatly appreciated.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Lucie Puttock
Long Term Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10340
Secure Fax No.: (603) 334-3555

Attachments: 7259041-REQUEST-PROVIDER-02.27.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

| | |
|---|---|
| Date: | February 27, 2019 |
| To: | ANNE TODD<br>MEDICAL ASSOCIATES OF BALL GROUND<br>320 HOSPITAL ROAD<br>CANTON GA 30114 |
| Attn: | Susan |
| Fax: | (770) 737-2406 |
| From: | F. Ruben Campos<br>Dis Claims Sr Ltd Case Mgr I<br>On Behalf Of: Lucie Puttock<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3555 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

February 27, 2019

Anne Todd
Medical Associates of Ball Ground
320 HOSPITAL ROAD
CANTON, GA 30114

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Anne Todd:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through present

We ask that you provide this information by March 1, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3555 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Russell allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

F. Ruben Campos
Dis Claims Sr Ltd Case Mgr I
On Behalf Of: Lucie Puttock
Phone No.: (888) 440-6118 Ext. 10340
Secure Fax No.: (603) 334-3555

Attachments: 3719712-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ______

Date of Birth: ______ Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**

ATTN: LUCY
603-334-3555

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**AUTHORIZA TION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE TH : USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of per ons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-t rm care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governr ental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of pers is authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of compa ies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the informatic n that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conver ations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used c · disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for nsurance-related functions.

**STATEMENTS OF UNDERST ANDING & ACKNOWLEDGMENT:**

**I understand** that information u ed or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be s bject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of compai ies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the exte t that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing th : disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I s gn this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delay ed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. T e information obtained under this authorization will be retained in accordance with the Company's standard retention policy and app licable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Carrell Wayne Russell

Name of legal representative, if a pplicable (print) ______________________ Relationship ____________

Signature of claimant or legal rep esentative [signature]

Date of Birth: ______________ Claim Number: 7259041 Date: 2-24-?

**A copy of this authorization will be considered as valid as the original**



Dec 15 2001 10:08PM HP Fax page 1

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Char Industries, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Arin Todd
Specialty: Family medicine
Address: 140 Valley St
Ball Ground, GA 30107
Telephone No.: (770 737 2771) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: United Healthcare
Specialty:
Address: P.O. Box 30584
Salt Lake City Utah 84130-0884
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Ball Ground Pharmacy
Specialty:
Address: 140 Valley St
Ball Ground, GA 30107
Telephone No.: (770 735 6161 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** [signature] **DATE:** 2-24-19

# CLA[MANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return to:** Quinn O'Brien

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell **CLAIM #:** 7259041
**EMPLOYER:** Chart Industries, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) Russell, Darrel W. | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married | |
| Spouse's Full Name and Date of Birth Jessica Danielle Russell | Number of Children 4 | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Jessica Russell Relationship to you? Spouse Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
no

Do you hold a professional license? If yes, for what purpose?
no

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.
no

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.
no — well ~~SSF~~ pursuing Disability SSI, Hildan Lowman

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
just Disability SSI

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☑ (applied →) | ☐ | Social Security (disability or retirement) | $ Ø | Ø | Ø | 2017 |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Darrell Wayne Russell

**DATE:** 2-24-19 **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

## ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien



EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Chart Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit 45 min then get up stand 5-10 mins walk short distances only on level ground

How many hours a day do you:
sit 5-6 stand 1 walk >1

Do you take a nap during the day? if pain won't let me sleep the night before
Yes occasionally No ______

If Yes, for how long? 45-1hr At what time of the day? midday - noon

How many hours a day do you spend in bed? 8 hr @ night 2-3 hr. during day

Do you require any assistive devices such as a: ✓
cane ✓ walker ✓ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ~~30~~ 30-45 mins

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? only locally - 0-15 mins
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
phone, text

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth

Do you need help caring for your children?
Yes ______ No ✓ they are teens

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 0-2
On the weekends? 0-2

How often do you run errands? rarely

Please describe what errands you most commonly run: Make a deposit @ bank drive thru

Liberty Mutual.
INSURANCE



How often do you get outdoors? Only sit on the back deck

Are you left or right hand domin nt? Left ______ Right ✓

Are you able to work in your gar len? Yes ______ No ______

Are you able to work on your ho ise? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily or your home computer?
✓ None ______ 0-1 h urs ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly n your home computer?
✓ None ______ 0-1 h urs ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform c i your home computer. Please check all that apply:

______ Pay bills ______ Re d news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______

What computer software applicat ons do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photosh p) ______ Programming Other: ______

Do you have a working home co y machine/fax machine? ✓ Yes ✓ No

If yes, please explain purpose an usage: Kids use for homework

The following questions intend t identify whether or not you are able to independently conduct routine daily activities. If assistance is require , please clarify.

| How are the following accompl shed? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | wife | |
| Carrying groceries into the house | wife, kids | |
| Cooking meals | mostly wife - I can cook small | quick meals if needed occ(?). |
| Cleaning after meals | kids, wife | |
| Cleaning bathrooms | wife. kids | |
| Vacuuming | wife. kids | |
| Doing the laundry | wife. kids | |
| Opening and responding to mail | wife | |
| Managing your finances | wife | |
| Balancing your checkbook | wife | |
| Bathing yourself | myself | sometimes |
| Styling your own hair | myself | |
| Getting dressed | myself | sometimes |
| Going up and down stairs | myself | no |

Have you been confined to a hosp al within the last 12 months? Yes ______ No ✓

If Yes, please provide reason and l spital contact Information: ______





Lincoln/Russell 0670

Liberty Mutual. INSURANCE

ACTIVITIES QUESTIONNAIRE


How often do you travel or take vacation? none

Where do you go? How do you get there (transportation method)? n/a

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ~~N/A~~ - unable to do things I once enjoyed

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ~~N/A~~ - unable to be active and exercise

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name n/a

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I cannot work because I have limited use of my right arm due to extremely severe pain. I have a hard time focusing b/c of my pain. My legs are shaking and make walking a challenge.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake up, make cereal, let dogs outside, sit down for a while, take morning meds, read for a while, watch tv, take a nap if I was unable to sleep the night before bc of severe pain, get kids off school bus, eat dinner, watch tv, ~~go to~~ take dogs out, go to bed

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Jessica Russell, spouse

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Darrell W. Russell    Date: 2-21-19

Signature: [signature]

Lincoln Financial Group

ATTN: LUCY 603-334-3558

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**AUTHORIZ/ TION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE TH : USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of per ons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long- rm care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, govern ental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of pers s authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of compa ies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the informati that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conver ations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used · disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for nsurance-related functions.

**STATEMENTS OF UNDERST ANDING & ACKNOWLEDGMENT:**

**I understand** that information ed or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be s bject to federal or state law protecting its confidentiality.

**I understand** that I may revok this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of compa ies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the exte t that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization ill not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing th disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I gn this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delay d.

**This authorization** shall remain n force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. T e information obtained under this authorization will be retained in accordance with the Company's standard retention policy and ap licable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Carrell Wayne Russell

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal rep esentative [signature]

Date of Birth: ______ Claim Number: 7259041 Date: 2-24-?

**A copy of this authorization will be considered as valid as the original**

FirstLook
Social Media Search

ISG

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

Thursday, February 28, 2019

Liberty Mutual Benefits
Attention: Lucilia Puttock
PO Box 7211
London, KY 40742

Claimant: Darrell Russel

ISG has completed the FirstLook – Social Media Search and comprehensive background check on the following individual. An extensive social search was conducted to ascertain the level of employment, complete background check, and current status and activity level of the individual.

| INVESTIGATIVE SUMMARY AND COMMENTS |
|---|

The claimant's Facebook profile was located, which provided identifying photographs of the claimant. The claimant did not list any employment or biographic information. The claimant is seen being socially active since the date o floss with his wife, Jessica Russell.

Additional Facebook searchers were performed in an effort to locate activity that was not visible via the claimant's timeline, however, no additional posts were located.

Additional Facebook searches were performed in an effort to locate events the claimant responded to as attending on or after the date of loss, however no events were located.

The claimant's Instagram account was located which provided an identifying photograph of the claimant. Multiple photos were located after the date of loss, which show the claimant to be very socially active since the date of loss.

Three unconfirmed social media accounts were discovered. But due to privacy settings, little to no information was found to positively identify the claimant.

Additional searches were performed finding social media profiles for multiple relatives and associates of the claimant. None of the profiles contained any additional information regarding the claimant or the incident itself.

# *INTERNET AND SOCIAL MEDIA RESEARCH*

| PERTINENT CLAIMANT INFORMATION | |
|---|---|
| Claimant | Darrell Russel |
| Possible Alias': | N/A |
| Insured: | CHART INDUSTRIES, INC. |
| Date of Birth: | |
| Date of Loss: | 11/8/2016 |
| Address: | |
| Phone Number: | |
| Email Address: | J |
| Injury: | XX |
| Claim #: | 7259041 |

## PHOTOGRAPH OF THE CLAIMANT



*Photograph located through Facebook (2018)*

## PHONE AND EMAIL ADDRESS INFORMATION

**Provided Phone Number:**

-

**Provided Email Address:**

-

## ACTIVITIES/NEWS ARTICLES

*No results found.*

***SOCIAL NETWORKING RESEARCH***

**Claimant's Facebook account-** https://www.facebook.com/darrellandjd.russell






https://www.facebook.com/jessica.russell06/posts/10212835440709862



**JD Jessica Russell**
September 22, 2018

Life's given us lots of lemons. But there's no one I'd rather make lemonade with! — with Darrell Russell.

77 · 16 Comments

Like · Share

**Jennifer Mathews Allen** Awwwh. That's sweet.
Like · 22w · 1

**JD Jessica Russell** I can be some of the time.
Like · 22w · 1

**Jennifer Mathews Allen** JD Jessica Russell
Like · 22w

**Tammy Walker** Love it.
Like · 22w · 1

**JD Jessica Russell** Y'all I'm wearing clothes!



**JD Jessica Russell**
September 21, 2018

With Darrell Russell.

29 · 7 Comments

Like · Share

**Joan Bishop Phyfe** Nice looking couple!!
Like · 22w · 1

**Jenny Dobson** Great picture
Like · 22w · 1

**Brenda Russell** Great picture
Like · 22w · 1

**Tammy Walker** Love the smiles.
Like · 22w · 1

**Daranda Heath** You too look like your having a great day
Like · 22w

**Daranda Heath** Wish you would let us know how your doing been to long

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

**JD Jessica Russell** is with Avery Russell and 5 others.
September 12, 2018 ·

I can finally be excited about this! We're beach bound next week! A HUGE thank you to the ones who are making this happen for us.... Jennifer, Gavin, Jeni, Adam and Kasey! The biggest thank you of all goes to the best Mama/Grammy ever! We love you so much and are so grateful to you!

ps. Chill FLO! Mama needs salt therapy!



41 · 3 Comments

Like · Share

https://www.facebook.com/jessica.russell06/posts/10212230386423883


JD Jessica Russell was looking for recommendations.
August 11, 2018 ·
Help!
I need recommendations for an attorney specializing in SSDI. I need one ASAP to continue w/ Darrell's case. TIA!
2 Comments 3 Shares
Like
Share
Bethsadia Fernandez I'll share it if you make it public.
Like · 28w
JD Jessica Russell Done
Like · 28w

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com



59 friends posted on Darrell's timeline

**Janice Bradley ▸ Darrell Russell**
May 29, 2018

Happy late Birthday!!!

Share

**Stacy Bradley Hulsey ▸ Darrell Russell**
May 29, 2018

Happy Belated Birthday

Share

**Alan Weaver ▸ Darrell Russell**
May 29, 2018

Happy Birthday

Share

**Mary McFarland ▸ Darrell Russell**
May 28, 2018

Happy birthday!

Share

See 55 more posts



Darrell Russell
Follow · February 23, 2018

4

Like Comment Share

Write a comment...
Press Enter to post.

Leslie Benton-Standridge ▸ Darrell Russell
August 1, 2017

Our thoughts and prayers are with you all.

1

Share

Brad Stephens ▸ Darrell Russell
May 30, 2017

Happy belated birthday Darrell!

Share



Darrell Russell
Follow · November 6, 2016

29 2 Comments

Like Comment Share

JD Jessica Russell I love you Spoon Man
Like · Reply · 2y

James Poole Awesome Pic !!!!
Like · Reply · 2y

Write a comment...
Press Enter to post.

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

***UNCONFIRMED SOCIAL NETWORKING RESEARCH***

https://www.instagram.com/darrell.ballgame/







https://www.linkedin.com/in/darrell-russell-712929b0/




https://www.linkedin.com/in/darrell-russell-b8661690/

Should you have any questions or additional information relating to this file please call us at 800-278-0550.

ISG Client Research Team

**The information contained within this report depicts information relative to the individual denoted above. The information contained herein has been derived from the various databases, internet sites, social networking sites, and other secure information sources accessed thru ISG contractual agreements. The Company does not warrant the accuracy and completeness of such information.**

SC

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

| | |
|---|---|
| Date: | February 27, 2019 |
| To: | ANNE TODD<br>MEDICAL ASSOCIATES OF BALL GROUND<br>320 HOSPITAL ROAD<br>CANTON GA 30114 |
| Attn: | Susan |
| Fax: | (770) 737-2406 |
| From: | F. Ruben Campos<br>Dis Claims Sr Ltd Case Mgr I<br>On Behalf Of: Lucie Puttock<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-3555 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

February 27, 2019

Anne Todd
Medical Associates of Ball Ground
320 HOSPITAL ROAD
CANTON, GA 30114

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Anne Todd:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through present

We ask that you provide this information by March 1, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3555 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Mr. Russell allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

F. Ruben Campos
Dis Claims Sr Ltd Case Mgr I
On Behalf Of: Lucie Puttock
Phone No.: (888) 440-6118 Ext. 10340
Secure Fax No.: (603) 334-3555

Attachments: 3719712-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2017

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ____________

Date of Birth: ____________ Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**

Medical Associates of North Georgia
320 Hospital Road
Canton, GA 30114
P: 770.479.5535 F: 770.479.8821
Clinical ONLY Fax: 770.721.7223

NORTHSIDE HOSPITAL

# Fax

To: Lincoln Financial From:
Fax: 603-334-3555 Pages:
Phone: Date: 2/27/19
Re: 7259041 CC:

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

404-303-3342

For STATUS

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or protected from disclosure under applicable law. If the reader of this material is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this material is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone and destroy the materials by shredding or return them to the sender via the U.S. Postal Service. You will be reimbursed for postage. Thank you.

Reorder #25797 PP0041 (MANG_A)
Piedmont Graphics Rev. 03/17/17

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

February 27, 2019

Anne Todd
Medical Associates of Ball Ground
320 HOSPITAL ROAD
CANTON, GA 30114

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Anne Todd:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through present

We ask that you provide this information by March 1, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3555 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Russell allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell's signature.

If you have any questions regarding this matter, please contact me.

# Database Services Referral Report

| | | | |
|---|---|---|---|
| Referred By: | Lucilia Puttock | Phone # and Ext: | (888) 440-6118 x10340 |

| | | | |
|---|---|---|---|
| Claim Number: | 7259041 | Claimant Address: | |
| Claimant Name | DARRELL RUSSELL | | |
| Customer: | CHART INDUSTRIES, INC. | City: | |
| SSN: | | State: | Zip: |
| DOB: | | | |
| Job Desc: | PRODUCTION SUPERVISOR | | |
| Email: | | | |
| Date of disability: | 11/8/2016 | | |
| Phone: | Type | | |
| Additional Phone: | Type | | |

Document Location

- [x] Document List
- [x] Correspondence
- [ ] Paper File

**Search Criteria:**

- [ ] Accurint/Lexis Nexis
- [ ] SSN Searches
- [ ] Change of Address
- [ ] Medical Provider
- [ ] Occupation and Professional Licensing.
- [ ] Death Index by individual.
- [x] Social Media Searches (Facebook, Twitter, etc.)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3555

February 25, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Lucilia Puttock has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Tiffany Massaro
Manager I, Long Term Disability
On Behalf Of: Lucie Puttock
Phone No.: (888) 440-6118 Ext. 10340
Secure Fax No.: (603) 334-3555

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

January 10, 2019

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On January 9, 2019, we requested medical records from any providers with whom you are currently treating. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2018 through the present from any providers with whom you are currently treating

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by February 22, 2019:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Authorization

__ Other

Chart Industries, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by February 7, 2019, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 22, 2019, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 22, 2019 as required under the terms of the Policy.

Please also be aware of the following clause located within the Chart Industries, Inc.'s Group Disability Policy:

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*

*....the date the Covered Person refuses to receive Appropriate Available Treatment*

***"Appropriate Available Treatment"*** *means care or services which are:*

*1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling ondition;*
*2. accessible within the Covered Person's geographical region;*
*3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;*
*4. in accordance with generally accepted medical standards of practice.*

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien



EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041 DATE OF BIRTH: ____________
EMPLOYER/SPONSOR: Chart Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________

Please describe what errands you most commonly run: ____________

____________

Liberty Mutual INSURANCE



How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

Liberty Mutual INSURANCE



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________

Date of Birth: ____________ Claim Number: 7259041 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

Lincoln/Russell 0703

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return to:** Quinn O'Brien

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell **CLAIM #:** 7259041
**EMPLOYER:** Chart Industries, Inc. **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship __________

Signature of claimant or legal representative ______________________________

Date of Birth: __________ Claim Number: 7259041 Date: ______________________

**A copy of this authorization will be considered as valid as the original**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

December 24, 2018

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On December 17 and December 24, 2018, we attempted to contact you at However, we were unable to reach you.

We need to speak with you about your disability claim. Please call us by January 7, 2019 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be discontinued.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

300 ALLSUP PLACE BELLEVILLE, IL 62223
800-854-1418 WWW.ALLSUPINC.COM

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO:<br>Quinn O'Brien<br>Liberty Mutual (LTD)- Fully Insured Only | FROM:<br>Account Management<br>DATE:<br>12/6/2018 |
| FAX NUMBER:<br>(603) 422-0117 | TOTAL NO. OF DOCS INCLUDING COVER:<br>2 |
| PHONE NUMBER:<br>(888) 440-6118 | SENDER'S PHONE NUMBER:<br>(866) 346-8872 |
| RE:<br>Electronic Status Report | SENDER'S FAX NUMBER:<br>(618) 236-5703 |

NOTES / COMMENTS:

This transmission is intended for the sole use of the individual and/or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended recipient or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify us by telephone and return the original transmission to us by return mail at the address above.

# Allsup

Status Update

Thursday, December 8, 201[illegible]

**Sent to:** Quinn O'Brien
FRS Team

**Claimant Name:** Darrell Russell

**Claimant Birth Date:**

**Policy Number:** Unknown

**Claim Number:** 7259041

**Phone Number:** 1-866-346-8872

---

**Level:** Awaiting Authorization

**Allsup Status:** No Response From Claimant

**Activity:** Case Closed - No Response From Claimant

**Next Action:** No Further Status

---

**Email Address:** status@allsupinc.com

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

TB23293197

Allsup
Life Reclaimed

300 ALLSUP PLACE BELLEVILLE, IL 62223
800-854-1418 WWW.ALLSUPINC.COM

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Quinn O'Brien<br>Liberty Mutual (LTD)- Fully Insured Only | FROM: Account Management<br>DATE: 11/25/2018 |
| FAX NUMBER: (603) 422-0117 | TOTAL NO. OF DOCS INCLUDING COVER: 2 |
| PHONE NUMBER: (888) 440-6118 | SENDER'S PHONE NUMBER: (866) 346-8872 |
| RE: Electronic Status Report | SENDER'S FAX NUMBER: (618) 236-5703 |

NOTES / COMMENTS:

This transmission is intended for the sole use of the individual and/or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended recipient or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify us by telephone and return the original transmission to us by return mail at the address above.

# Allsup

Status Update

Sunday, November 25, 2018

**Sent to:** Quinn O'Brien
FRS Team

**Claimant Name:** Darrell Russell

**Claimant Birth Date:**

**Policy Number:** Unknown

**Claim Number:** 7259041

**Phone Number:** 1-866-346-8872

---

**Level:** Awaiting Authorization

**Allsup Status:** Pending

**Activity:** Signed Representation forms have not been returned within 90 days. Allsup Introductory Packet to Claimant = 08/28/2018

**Next Action:** Allsup will continue to follow up.

---

**Email Address:** status@allsupinc.com
**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

TB23293197

Allsup
Life Reclaimed

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

November 9, 2018

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On November 1 and November 8, 2018, we attempted to contact you at However, we were unable to reach you.

We need to speak with you about your disability claim. Please call us by November 22, 2018 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be discontinued.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

October 19, 2018

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On October 9 and October 18, 2018, we attempted to contact you at However, we were unable to reach you.

We need to speak with you about your disability claim. Please call us by November 1, 2018 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be discontinued.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

# Billing Statement:

**Invoice Date: 09/07/2018** **Invoice #: 708628**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Aug 1 2018 and Aug 31 2018**

**LIBMTA** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4198836 | RUSSELL, DARRELL | Canceled | 08/13/18 | 4.00 | 0.00 | 0.00 | 0.00 | **4.00** |
| 7259041 | ALLIANCE SPINE AND PAIN CENTER | | Q O'BRIEN | | | | 0 | |
| 4198835 | RUSSELL, DARRELL | Complete | 07/10/18 | 8.00 | 35.04 | 0.00 | 0.00 | **43.04** |
| 7259041 | MEDICAL ASSOC. OF NORTH GEORGIA | | Q O'BRIEN | | | | 12 | |

**ReleasePoint**

**Total Amount Due:** **47.04**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

# Calculation Worksheet

**Claimant Name:** Darrell Russell **Customer:** Chart Industries Inc

**Claim Number (s):** 7259041

| | |
|---|---|
| Overpayment Amount: | $0.00 |
| Underpayment Amount: | -$1,554.00 |

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 7/9/2018 | From Date | 7/9/2018 |
| Thru Date | 8/8/2018 | Thru Date | 8/8/2018 |
| Total | $771.84 | Total | $2,325.84 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

**ORIGINALLY PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7259041 | 47776651 | 7/9/2018 | 8/8/2018 | 8/2/2018 | $2,413.84 | $1,554.00 | $859.84 | $88.00 | $771.84 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Totals: | $859.84 | $88.00 | $771.84 |

**SHOULD HAVE PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7259041 | 47776651 | 7/9/2018 | 8/8/2018 | 8/2/2018 | $2,413.84 | | | | $2,413.84 | $88.00 | $2,325.84 | -$1,554.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Totals: | $2,413.84 | $0.00 | $0.00 | $0.00 | $2,413.84 | $88.00 | $2,325.84 | -$1,554.00 |

* (-) indicates an underpayment

William C. McCurdy, Jr. • P. Andrew Lowman
William C McCurdy, Jr., LLC
Attorneys at Law
12 North Main Street
Jasper, Georgia 30143
Telephone: (706) 253-7701 Facsimile: (706) 253-7702

August 29, 2018

***Via Email Only: disabilitydocuments@libertymutual.com***

Liberty Mutual Insurance
Attn: Quinn

Re: *Darrell Russell*
*Reference No. 7259041*

Dear Liberty Mutual:

This letter is being written to advise you that this firm is currently representing Darrell Russell in his claim for social security disability benefits. Mr. Russell was previously represented by other counsel, and his last denial was not appealed. My firm is in the process of attempting to re-open his prior case and pursue the appeal of his denial. In the event is application for social security disability benefits cannot be re-opened, we will be filing a new application on his behalf. If you need any additional information from me, please let me know.

Yours Truly,

P. Andrew Lowman

cc: Darrell Russell (Via Email)

Dear Liberty Mutual Insurance and Quinn:

Please see the attached letter of representation regarding Darrell Russell. This firm is in the process of attempting to re-open Mr. Russell's prior application for social security disability benefits. In the event we cannot re-open said case, we will be filing a new application on his behalf.

It is my understanding that you will now reinstate Mr. Russell's benefits while his claim for social security disability is pending.

Please let me know if you have any questions.

***P. Andrew Lowman***

McCurdy & Lowman
Attorneys at Law
12 North Main Street
Jasper, GA 30143
706-253-7701- Telephone
706-253-7702-Facsimile
Andrew@mccurdylaw.com
www.mccurdylaw.com

This message originates from the law firm of William C. McCurdy, Jr., LLC. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of William C. McCurdy, Jr., LLC. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at lawoffice@mccurdylaw.com.

Liberty Mutual

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118 x10298
Fax No.: (603) 430-1513

## Social Security Assistance Program Vendor Referral

Vendor: Allsup Inc.

Claim #: 7259041

Employer Name: CHART INDUSTRIES, INC.

Claimant Name: DARRELL RUSSELL

Claimant SSN:

Claimant Address:

Claimant DOB:

Claimant DOD: 11/7/2016

Claimant Tel. #:

City:

Marital Status: M

State:

Diagnosis: Neuralgia and neuritis, unspecified

Spouse DOB:

Funding: FI: YES ASO: NO

Number of Children < 19:

SS Offset: Primary: NO Family: YES

Level Of Last SS Denial: None

Claim Status: AP

Date of Last Denial:

Documentation Submitted:

Job Description: NO

Voc/Rehab Review: NO

TE&E: NO

Copies of SS decisions: NO

Medical Evidence (hospital records, narratives, IME's, test results, etc.): NO

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Instructions/Comments for Vendor:

EE has applied, been denied, missed deadline to appeal, looking for help to get file open again and appeal

Services Requested By: Quinn O"Brien

Date: Monday, August 27, 2018

Social Security Online

# Benefit Calculators

Benefit Calculators

## Quick Calculator Benefit Estimates

July 20, 2018

### Retirement

At right is the information you provided. Below that are estimated benefit amounts for retirement at 3 different ages, including your normal (or full) retirement age (67). We assume you will work every year up to the year in which you begin receiving benefits.

As shown in the table, you can receive a monthly benefit starting at age 62 and 1 month that would be reduced for life due to early retirement. If you choose to delay the start of benefits to a higher age, you can then receive a larger monthly benefit for the rest of your life.

For example, if you start taking benefits at age 62 and 1 month, you will receive $1,211 per month for the rest of your life. But if you wait until age 67 to start receiving benefits, you will get $1,765 for the rest of your life. So by waiting until age 67, you can then receive $554 more per month than if you started lower monthly benefits at 62 and 1 month. Remember, these estimated figures are in today's dollars.

Social Security benefits are the foundation on which to build a financially secure retirement. Savings and pensions also are key components of your retirement plan.

**Information you submitted**

| |
|---|
| Date of birth: |
| Current earnings: **$48,277.00** |
| Benefit in **year-2018** dollars |

**Retirement Benefit Estimates**

| Retirement age | Monthly benefit amount [1] |
|---|---|
| 62 and 1 month in 2040 | $1,211.00 |
| 67 in 2045 | $1,765.00 |
| 70 in 2048 | $2,214.00 |

[1] Assumes no future increases in prices or earnings.

We have calculated your benefits by making certain assumptions about your past earnings. Please look at these earnings to see if they appear reasonable to you. You can change them and see the effect on your benefit estimates!

See the earnings we used

### Disability/Survivor

For disability and survivors estimates, we assumed that you became disabled or died **today**. We did not use future earnings in calculating those estimates.

| Disability | Monthly benefit amount |
|---|---|
| You | $1,554.00 |

Your spouse and children may also qualify for benefits.

| Survivors | Monthly benefit amount |
|---|---|
| Your child | $1,181.00 |
| Your spouse caring for your child | $1,181.00 |
| Your spouse at normal retirement age | $1,574.00 |
| Family maximum | $2,887.50 |

# Liberty Mutual Consulting Physician Referral
## Attendance Only

**Consulting Physician: Tilton, Margaret**

| | | | |
|---|---|---|---|
| Office: | 0163 | Claim #: | 7259041 |
| Claimant Name: | DARRELL W RUSSELL | | |
| Date of Birth: | | Claim Status: | AP |
| Date of Disability: | 11/8/2016 | Date Sent: | 7/19/2018 |
| Claimant SSN: | | Date Benefits Began: | 5/9/2017 |
| Product Type: | LTD | Paid Through: | 5/8/2020 |
| Disability Level: | | | |

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: CHART INDUSTRIES, INC.

Referred By: O'BRIEN, QUINN 163 8*028-6669

Assigned Nurse Case Manager:

Diagnosis: M79.2 Neuralgia and neuritis, unspecified, G90.511 Complex regional pain syndrome I

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

N/A

ReleasePoint

## Medical Record Overview

**Date:** **July 10, 2018**

**Patient Name:** RUSSELL, DARRELL

**Records From:** MEDICAL ASSOC. OF NORTH GEORGIA
320 HOSPITAL RD
CANTON, GA 30114
(770) 479-5535

**RP ID:** 4198835

**Client ID:** 7259041

**Source:** LIBMTA

**Req By:** Q O'BRIEN

**Request Scope:** From February 1, 2018 to Present

**Chart Range:** 02/02/2018 - 04/11/2018

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 2 2018 | Apr 11 2018 | 6 | 2 |
| Other Records | | | 2 | 8 |
| Request Corr. | | | 4 | 10 |

**Total Page Count:** 12

**Encounter #3**

**History & Physical Report**
**4/11/2018: Office Visit - Anxiety (F41.9), Insomnia, persistent (G47.00), Reflex sympathetic dystrophy of the arm (G90.519), Hypertension, benign (I10) (Anne B. Todd, MD)**
DARRELL W RUSSELL
4/11/2018 11:02 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Married / Language: English / Race: White
Male

History of Present Illness (Lisa McCall RN; 4/11/2018 11:29 AM)
Patient words: Chief Complaint: medication follow up for insomnia and anxiety.

The patient is a 39 year old male who presents with insomnia. By report there is good compliance with treatment, good tolerance of treatment and good symptom control. states gabapentin makes him tired-not sure if really helping him without taking the zolpidem

Additional reasons for visit:

Anxiety is described as the following:
By report there is good compliance with treatment, good tolerance of treatment and fair symptom control. still with anxiety.

Problem List/Past Medical (Anne B. Todd, MD; 4/11/2018 11:55 AM)
Problems Reconciled
GERD (gastroesophageal reflux disease) (K21.9)
Hypertension, benign (I10)
History of melanoma excision (Z98.890) right chest wall with axillary LN dissection
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
Insomnia, persistent (G47.00)
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor

Medication History (Anne B. Todd, MD; 4/11/2018 11:55 AM)
PARoxetine HCl (20MG Tablet, 1 (one) Oral at bedtime, Taken starting 03/02/2018) Active.
ClonazePAM (0.5MG Tablet, ½ (one half) Oral two times daily, Taken starting 03/02/2018) Active. (pt to taper down)
Zolpidem Tartrate (10MG Tablet, 1 (one) Oral at bedtime, Taken starting 03/02/2018) Active.
Gabapentin (300MG Capsule, 1 (one) Capsule Oral at bedtime, Taken starting 04/11/2018) Active.
HydrOXYzine Pamoate (50MG Capsule, 2 capsules Oral morning) Active. (1 capsule in the evening)
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 tablet Oral daily) Active.
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily) Active.
Omeprazole (20MG Capsule DR, 1 capsule Oral daily) Active.
Medications Reconciled

Allergies (Lisa McCall, RN; 4/11/2018 11:03 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers
Allergies Reconciled

Past Surgical History (Lisa McCall, RN; 4/11/2018 11:03 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Lisa McCall, RN; 4/11/2018 11:03 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Lisa McCall, RN; 4/11/2018 11:03 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Review of Systems (Lisa McCall RN; 4/11/2018 11:29 AM)
**General** Present- Feeling well. Not Present- Appetite Loss, Dietary Changes, Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache, Sore Throat and Vertigo.
**Neck** Not Present- Neck Swelling.
**Respiratory** Not Present- Chest Congestion, Cough and Difficulty Breathing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Fainting.
**Psychiatric** Present- Anxiety and Insomnia. Not Present- Change in Sleep Pattern.
**Endocrine** Not Present- Polyuria.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Lisa McCall RN; 4/11/2018 11:28 AM)
4/11/2018 11:28 AM
**Weight:** 216 lb **Height:** 76 in
**Body Surface Area:** 2.29 m² **Body Mass Index:** 26.29 kg/m²

**Temp.:** 98.4° F (Tympanic)
**BP:** 120/88 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 4/11/2018 11:55 AM)
**General**
**Mental Status** - Awake, alert, and oriented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm and dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - No Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is moist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd MD; 4/11/2018 11:55 AM)
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Changed PARoxetine HCl 40MG, 1 (one) Tablet at bedtime, #30, 30 days starting 04/11/2018, Ref. x2.
- Discontinued ClonazePAM 0.5MG (Completed course).
  Local Order: pt to taper down
- Follow up in 3 months or as needed

Insomnia, persistent (G47.00)
Impression: pt reporting on ambien for 10 years, see notes about polypharmacy
Current Plans

- Continued Zolpidem Tartrate 10MG, 1 (one) Tablet at bedtime, #30, 30 days starting 04/11/2018, Ref. x2.
- Continued Gabapentin 300MG, 1 (one) Capsule at bedtime, #30, 30 days starting 04/11/2018, Ref. x2.

Reflex sympathetic dystrophy of the arm (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord stimulator, trial delayed due to insurance changes
Hypertension, benign (I10)
Current Plans

- Started Lisinopril-Hydrochlorothiazide 10-12.5MG, 1 (one) Tablet daily, #30, 30 days starting 04/11/2018, Ref. x2.

Signed by Anne B Todd, MD (4/11/2018 11:56 AM)

**Encounter #2**

**History & Physical Report**
**3/2/2018: Office Visit - Insomnia, persistent (G47.00), Anxiety (F41.9), Reflex sympathetic dystrophy of the arm (G90.519) (Anne B. Todd, MD)**
DARRELL W RUSSELL
3/2/2018 10:14 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Marrieo / Language: English / Race: White
Male

History of Present Illness (Kimberly Lamoureux; 3/2/2018 10:30 AM)
Patient words: CC: says he doesnt see a difference with new meds, he is not sleeping well.

The patient is a 39 year old male for a one month follow up. Current problems include anxiety, and insomnia

Problem List/Past Medical (Kimberly Lamoureux; 3/2/2018 10:17 AM)
History of melanoma excision (Z98.890) right chest wall with axillary LN dissection
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor
Insomnia, persistent (G47.00)
Hypertension, benign (I10)
GERD (gastroesophageal reflux disease) (K21.9)
Problems Reconciled

Medication History (Anne B. Todd, MD; 3/5/2018 6:51 PM)
PARoxetine HCl (10MG Tablet, 1 (one) Oral at bedtime, Taken starting 02/02/2018) Active.
Zolpidem Tartrate (10MG Tablet, 1 tablet Oral at bedtime) Active.
HydrOXYzine Pamoate (50MG Capsule, 2 capsules Oral morning) Active. (1 capsule in the evening)
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 tablet Oral daily) Active.
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily) Active.
Omeprazole (20MG Capsule DR, 1 capsule Oral daily) Active.
Medications Reconciled

Allergies (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers
Allergies Reconciled

Past Surgical History (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kimberly Lamoureux; 3/2/2018 10:17 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Review of Systems (Kimberly Lamoureux; 3/2/2018 10:14 AM)
**General** Present- Feeling well. Not Present- Appetite Loss, Dietary Changes, Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache, Sore Throat and Vertigo.
**Neck** Not Present- Neck Swelling.
**Respiratory** Not Present- Chest Congestion, Cough and Difficulty Breathing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Fainting.
**Psychiatric** Not Present- Change in Sleep Pattern.
**Endocrine** Not Present- Polyuria.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Kimberly Lamoureux; 3/2/2018 10:31 AM)
<u>3/2/2018 10:31 AM</u>
**Weight:** 222.13 lb **Height:** 76 in
**Body Surface Area:** 2.32 m² **Body Mass Index:** 27.04 kg/m²
**Temp.:** 97.9° F (Tympanic) **Pulse:** 91 (Regular)
**BP:** 119/76 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 3/5/2018 6:51 PM)
<u>**General**</u>
**Mental Status** - Awake, alert, and oriented X 3.
**General Appearance** - Cooperative, Not in acute distress.

<u>**Integumentary**</u>
**Global Assessment** - Skin is warm and dry.

<u>***Head and Neck***</u>
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

<u>**Eye**</u>
**Sclera/Conjunctiva - Bilateral** - No Discharge, no injection.
**Pupil - Bilateral** - Equal.

<u>**ENMT**</u>
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is moist with no lesions..

<u>**Chest and Lung Exam**</u>
**Auscultation**
**Breath sounds** - Normal and Clear. **Adventitious sounds** - No Adventitious sounds.

<u>**Cardiovascular**</u>
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

<u>**Neuropsychiatric**</u>
**The patient's mood and affect are described as** - normal.

<u>**Musculoskeletal**</u>
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Kim Stover MA; 3/2/2018 11:14 AM)
Insomnia, persistent (G47.00)
Impression: pt reporting on ambien for 10 years, see notes about polypharmacy
<u>Current Plans</u>

- Started Zolpidem Tartrate 10MG, 1 (one) Tablet at bedtime, #30, 30 days starting 03/02/2018, Ref. x1.
- Started Gabapentin 300MG, 1 (one) Capsule at bedtime, #30, 30 days starting 03/02/2018, Ref. x1.
- Follow up in 6 weeks or as needed

Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
<u>Current Plans</u>

- Changed PARoxetine HCl 20MG, 1 (one) Tablet at bedtime, #30, 30 days starting 03/02/2018, Ref. x1.
- Restarted ClonazePAM 0.5MG, ½ (one half) Tablet two times daily, #75, 30 days starting 03/02/2018, No Refill.
  Local Order: pt to taper down

Reflex sympathetic dystrophy of the arm (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord stimulator
<u>Current Plans</u>

- Please sign release of information to obtain outside records

Signed by Anne B Todd, MD (3/5/2018 6:51 PM)

**Encounter #1**

**History & Physical Report**
**2/2/2018: Office Visit - Reflex sympathetic dystrophy of the arm (G90.519), Anxiety (F41.9), History of melanoma excision (Z98.890), Insomnia, persistent (G47.00), Hypertension, benign (I10), GERD (gastroesophageal reflux disease) (K21.9) (Anne B. Todd, MD)**
DARRELL W RUSSELL
2/2/2018 8:03 AM
Location: Medical Associates of North Georgia
Patient #: 297686
DOB:
Marrieo / Language: English / Race: White
Male

History of Present Illness (Anne B. Todd MD; 2/2/2018 11:04 AM)
Patient words: chief complaint , to est care, hx of insomnia , depression,.

The patient is a 39 year old male.

Note: reporting wanting to change PCP because presvious one stated he can't do anything else for him, seeing PCP for anxiety and deprssion, and cold

PCP was writing for all his rx medications, , on cymbalta at 60 mg BID, taking ambien for 10 years

also reporting has nerve disorder, RSD and seeing pain managment for that, to have trial of spinal stimulator, no meds from office

Problem List/Past Medical (Anne B. Todd, MD; 2/2/2018 8:13 PM)
Anxiety (F41.9) failed celexa, wellbutrin, zoloft, lexapro, effexor
Reflex sympathetic dystrophy of the arm (G90.519) follows with specialist care
History of melanoma excision (Z98.890) right chest wall with axillary LN dissection
GERD (gastroesophageal reflux disease) (K21.9)
Hypertension, benign (I10)
Insomnia, persistent (G47.00)

Medication History (Anne B. Todd, MD; 2/2/2018 8:13 PM)
ClonazePAM (1MG Tablet, 1 tablet Oral two times daily) Active.
Zolpidem Tartrate (10MG Tablet, 1 tablet Oral at bedtime) Active.
HydrOXYzine Pamoate (50MG Capsule, 2 capsules Oral morning) Active. (1 capsule in the evening)
Lisinopril-Hydrochlorothiazide (10-12.5MG Tablet, 1 tablet Oral daily) Active.
DULoxetine HCl (60MG Capsule DR Part, 1 capsule Oral two times daily) Active.
Omeprazole (20MG Capsule DR, 1 capsule Oral daily) Active.
PARoxetine HCl (10MG Tablet, 1 (one) Tablet Oral at bedtime, Taken starting 02/02/2018) Active.
Medications Reconciled

Allergies (Kim Stover, MA; 2/2/2018 10:46 AM)
Lyrica *ANTICONVULSANTS* mouth ulcers
Wellbutrin *ANTIDEPRESSANTS* mouth ulcers

Past Surgical History (Kim Stover, MA; 2/2/2018 10:47 AM)
Lymph Node Excision underarm
Melanoma Excision chest and head

Family History (Kim Stover, MA; 2/2/2018 10:48 AM)
Anxiety Mother.
Hypertension Mother.
Stroke Mother.

Social History (Kim Stover, MA; 2/2/2018 10:49 AM)
Tobacco use Never smoker, Recently quit tobacco use. 01/01/2018
Alcohol use
Marital status Married.
Current work status Disabled.

Review of Systems (Kim Stover MA; 2/2/2018 8:04 AM)
**General** Present- Feeling well. Not Present- Fatigue and Malaise.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache.
**Neck** Not Present- Neck Stiffness.
**Respiratory** Not Present- Cough, Difficulty Breathing and Wheezing.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Joint Pain and Muscle Pain.
**Neurological** Not Present- Dizziness.
**Psychiatric** Not Present- Mood changes.
**Hematology** Not Present- Abnormal Bleeding.

Vitals (Kim Stover MA; 2/2/2018 10:52 AM)
2/2/2018 10:49 AM
**Weight:** 227.19 lb **Height:** 76 in
**Body Surface Area:** 2.34 m² **Body Mass Index:** 27.65 kg/m²
**Temp.:** 98.6° F (Tympanic) **Pulse:** 80 (Regular)
**BP:** 122/82 (Sitting, Left Arm, Standard)

Physical Exam (Anne B. Todd MD; 2/2/2018 8:13 PM)
**General**
**Mental Status** - Awake, alert, and oriented X 3.
**General Appearance** - Cooperative, Not in acute distress.

**Integumentary**
**Global Assessment** - Skin is warm and dry.

**Head and Neck**
**Head** - normocephalic .
**Neck**
**Neck Exam** - Supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - No Discharge, no injection.
**Pupil - Bilateral** - Equal.

**ENMT**
**Mouth and Throat**
**Normal Exam** - Buccal mucosa is moist with no lesions..

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Normal and Clear. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular Rate & Rhythm. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal posture.

Assessment & Plan (Anne B. Todd MD; 2/2/2018 8:12 PM)
Reflex sympathetic dystrophy of the arm (G90.519)
Story: follows with specialist care
Impression: about to try spinal cord stimulator
Anxiety (F41.9)
Story: failed celexa, wellbutrin, zoloft, lexapro, effexor
Impression: long d/w pt regarding current medications and concernfor polypharmacy, will trial slow taper of clonazepam and try to get on some form of SSRI for baseline anxiety managemt, no previous trial of paxil or prozac, will try paxil as better agent for panic d/o
Current Plans

- Started PARoxetine HCl 10MG, 1 (one) Tablet at bedtime, #30, 30 days starting 02/02/2018, No Refill.
- Started ClonazePAM 1MG, ½ (one half) Tablet three times daily, #1, 1 day starting 02/02/2018, No Refill.
  Local Order: pt to taper down

History of melanoma excision (Z98.890)
Story: right chest wall with axillary LN dissection
Insomnia, persistent (G47.00)
Impression: pt reporting on ambien for 10 years, see notes about polypharmacy
Hypertension, benign (I10)
GERD (gastroesophageal reflux disease) (K21.9)
Note: over 45 minutes spent in room with patient of which greater than 50% spent in counselling

Signed by Anne B Todd, MD (2/2/2018 8:13 PM)

# Chart

## DARRELL W. RUSSELL

**DOB:**

From 02/01/2018 to 05/24/2018

## Encounters

**Encounter 3** Date 04/11/2018
**Diagnosis** Anxiety (F41.9), Insomnia, persistent (G47.00), Reflex sympathetic dystrophy of the arm (G90.519), Hypertension, benign (I10)

**Encounter 2** Date 03/02/2018
**Diagnosis** Insomnia, persistent (G47.00), Anxiety (F41.9), Reflex sympathetic dystrophy of the arm (G90.519)

**Encounter 1** Date 02/02/2018
**Diagnosis** Reflex sympathetic dystrophy of the arm (G90.519), Anxiety (F41.9), History of melanoma excision (Z98.890), Insomnia, persistent (G47.00), Hypertension, benign (I10), GERD (gastroesophageal reflux disease) (K21.9)

Request Corr.



Liberty Mutual.
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

6/5/18

Jun 4, 2018

MEDICAL ASSOC. OF NORTH GEORGIA
320 HOSPITAL RD
ATTN: MEDICAL RECORDS
CANTON, GA 30114

Re: Long Term Disability Benefits
Claim# 7259041 4198835
Claimant: RUSSELL, DARRELL #2976856
Claimant DOB:

FACILITY: MAN
MR#: 297686

Dear MR X256,

JUN 0 5 2018

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

REQ CODE: INC

To evaluate your patient's eligibility for disability benefits and help facilitate a return ~~to work~~ when appropriate, we are requesting the following information:

B NB CERT

**From February 1, 2018 to Present**

- Seen By: MEDICAL ASSOC. OF NORTH GEORGIA

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Angellie Calimlim
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

HIMQS
ROI REP: B PAGES: 8
JUN 0 5 2018
DOS: 2/1/18 – 5/24/18
ENT ABS PerReq

RECEIVED JUN 0 5 2018

Request Corr.



Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatment, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Darrell W. Russell

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 7259041 Date: 5-24-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | RUSSELL, DARRELL |
| RP ID: | 4198835 |
| Access Code: | MANG16 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

ReleasePoint

# Quality Assurance Report

**Request Information**

Report Date: July 10, 2018 **RP ID:** 4198835

Patient Name: RUSSELL, DARRELL

Provider Name: MEDICAL ASSOC. OF NORTH GEORGIA

**Quality Assurance Information**

Special Request: Please provide medical records - Seen By: MEDICAL ASSOC. OF NORTH GEORGIA

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By: ASANT

**From February 1, 2018 to Present**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

June 5, 2018

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On June 4, 2018, we requested medical records from Dr. Tark, Dr. Gale, and Dr. Todd This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 1, 2018 through the present from these doctors

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by July 18, 2018:

X Status on Social Security Disability

Chart Industries, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 3, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

July 18, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than July 18, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Darrell W. Russell

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______________ Claim Number: 7259041 Date: 5-24-18

**A copy of this authorization will be considered as valid as the original.**

# CoventBridge (USA) Inc.

*Florida Agency License A-1000233*

## Invoice

Quinn O'Brien
Liberty Group Disability- Rocky Hill
Group Benefits Disability Claims
PO Box 7211
London, KY 40742-7211

| | |
|---|---|
| Invoice No. | CBR553682 |
| Date | 31-May-2018 |
| Billing Type | Final |

| | |
|---|---|
| Your File No. | 7259041 |
| Our File No. | 201805-1626-1 |
| Insured | Chart Industries, Inc. |
| Claimant | Darrell Russell |
| Date of Loss | 4/27/2018 |

### Service Dates 5/11/2018 - 5/30/2018

| ***Description*** | ***Quantity*** | ***Rate*** | ***Total(s)*** |
|---|---|---|---|
| Interview (Hourly)<br>K. Sanders | 3.0000 | $60.00 | $180.00 |
| Subtotal | | | $180.00 |
| Total Amount Due | | | $180.00 |

***Please send remittance to (***NOTE THE CHANGE IN REMITTANCE ADDRESS***):***

**CoventBridge (USA) Inc.**

**Dept 2546**

**PO Box 122546**

**Dallas, TX 75312-2546**

Tax Number 27-2895028

*Telephone:Toll Free (888) 932-7364 or (904) 641-7300 Fax: (904) 641-9334*

*Terms: Net 30 days. Past Due Accounts are subject to a monthly service charge of 1.5% per month, including interest, which is an annual % rate of 18% applied to the outstanding balance.*

COVENTBRIDGE GROUP
THINK TRUTH

**CONFIDENTIAL INVESTIGATIVE REPORT**
**May 31, 2018**

| | | |
|---|---|---|
| **Quinn O'Brien**<br>**Liberty Mutual Group Disability**<br>**55 Capital Blvd.**<br>**Rocky Hill, CT 06067** | **YOUR FILE NO.** | 7259041 |
| | **OTHER FILE NO.** | Not Provided |
| | **OUR FILE NO.** | 201805-1626.1 |
| | **SUBJECT/CLAIMANT** | Darrell Russell |
| | **SSN** | |
| | **DATE OF BIRTH** | |
| **TYPE OF CLAIM** | Disability | |
| **TYPE OF INJURY** | Neuralgia and neuritis, unspecified | |
| **DATE OF INJURY/DEATH** | 04/27/2018 | |
| **INVESTIGATOR** | Karen Sanders | |
| **DATES OF INVESTIGATION** | May 11, 2018 through May 30, 2018 | |

| | |
|---|---|
| **STATUS OF REPORT** | Final |
| **DATE OF NEXT REPORT** | |

**INVESTIGATIVE SUMMARY**

| SOURCE | STATUS | REFERENCE |
|---|---|---|
| Darrell Russell | Complete | Enclosed |

**SOURCES**

**CLAIMANT CONTACT**

**DARRELL RUSSELL**

On May 18, 2018 an unannounced visit was conducted at the Claimant`s provided address of Upon arrival, contact was made with Claimant, Darrell Russell. He is described as a male with short reddish/brown hair and brown eyes. Mr. Russell was observed as having a slight limp. He was not using the assistance of any walking canes and was not wearing braces that were evident on the outside of his clothing. The Investigator could not determine anything from looking at his right arm. He just commented that he couldn`t write very well.

The reason for the visit was explained and Mr. Russell advised that his writing is not good and that he would like to wait until his wife can be home before he completes the forms. He stated that she is employed with the Post Office and is usually off on Wednesdays and Thursdays. When asked about his Social Security filing, he advised that he was denied for Social Security Disability and that his Attorney should have a copy of the denial letter. He will try to have the Attorney email him a copy. Arrangements were made to meet with Mr. Russell and his Wife, Jessica to complete the Activities Questionnaire and the medical authorizations during the week of May 21, 2018.

On May 23, 2018 follow up was made with Claimant regarding the interview. The Claimant advised that he needed to speak with his wife but that she is supposed to be off work on Thursday May 24, 2018. The Claimant`s Wife Jessica would call the Investigator to arrange a time to meet.

On Thursday May 24, 2018 from 5:15 p.m. to 6:30 p.m. the Claimant Interview was conducted. When the Investigator walked into the residence Mr. Russell was observed utilizing a walking cane.

During the interview, Mr. Russell`s Wife Jessica was present and assisted in completion of the Activities Questionnaire.

The residence is located in subdivision and can be describe as a single-story structure with enclosed double garage. The lot is fairly large and appeared to be well maintained. The interior was neat and did not have a lot of furnishings. The floors are all wood. The family has three dogs and only two were observed.

Mr. Russell is described as 6`4", 220 lbs., with reddish/gray mix hair and brown eyes. A photo was taken of his driver's license as requested. He is right handed and was able to write and complete a portion of the forms but then asked his wife to complete the remaining questions. He did sign the authorizations himself. During the interview he had a pillow supporting his right arm. He commented that Liberty Mutual should have all his medical information except for the denial letter from Social Security. He advised that his Attorney is supposed to fax the letter to Investigator.

His current diagnosis is Complex Regional Pain Syndrome (CRPD). The condition has resulted from the nerve damage which was caused from surgery in September 2015. He had melanoma cancer; Lymph Nodes were removed under his right arm and some of the nerves were cut.

The symptoms of the CRPD have progressed to most of his body. His feet swell and his toes get blisters. He described the feeling in his toes as like being on fire. He can walk short distances while in the house without the cane but definitely has to use it when outside such as walking to the mailbox. He has difficulty walking up and down steps and stated about 3 weeks ago he fell on his neighbor's front steps. He was not injured and no medical treatment was sought.

In February 2018, he had to have his teeth removed and he now has dentures. He rated the pain in his right arm as a 10 and he has not been prescribed medication that eases the pain. He previously was prescribed methadone but due to the side effects he had to stop taking it. At the present time, he is waiting on approval for a Spinal Cord Stimulator which would be used to reduce the pain; it would not be administered to have an effect on healing the damaged nerves.

Other symptoms that Mr. Russell experiences are that sounds and light bother him. He commented that this is due to the nerve condition. Extreme heat or cold also bothers him. Between he and his wife they have 4 teenagers and their children have had to adjust and be conscious of the noise they make while in the room with Mr. Russell.

The two physicians that he has seen since January 2018 are Dr. Ann Todd (PCP) in Ball Ground, Georgia and Dr. David Gale at Alliance Spine and Pain in Marietta, Georgia. These providers are listed on the form.

As of May 30, 2018, the denial letter from Claimant's Attorney Wesley Weaver has not been received. A message was sent to his phone that the letter is still needed. Once received it will be supplemented.



Karen Sanders
Claims Consultant

Liberty Mutual.
INSURANCE

*ACTIVITIES QUESTIONNAIRE*



How often do you get outdoors? 1-2 days a week

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ✓ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
____ Pay bills ____ Read news/articles ✓ Use search engines ____ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
✓ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ✓ Yes ____ No

If yes, please explain purpose and usage: personal

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | click list (Kroger) – Drive up. they bring out groceries |
| Carrying groceries into the house | children or wife | |
| Cooking meals | No | |
| Cleaning after meals | No | |
| Cleaning bathrooms | No | |
| Vacuuming | No | |
| Doing the laundry | No | |
| Opening and responding to mail | No | |
| Managing your finances | Wife | |
| Balancing your checkbook | Wife | |
| Bathing yourself | | Wife assist |
| Styling your own hair | No | |
| Getting dressed | | some times |
| Going up and down stairs | No | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual.
INSURANCE



How often do you travel or take vacation? very rarely - maybe once a year

Where do you go? How do you get there (transportation method)? mountains by car

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Use of right arm. Being able to walk, sit, move up or down stairs.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

morning - medications, dentures, getting dressed
evening - spend time with family
night - medications, dentures,

**Is there a daytime number where you can be reached in the event we have any questions regarding your responses?**

**In the event we cannot reach you, please provide an alternate contact's name and telephone number.**

Jessica Russell

****Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.**

**The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.**

Name: Dorrell W. Russell Date: 5-20-16

Signature: Darrell W. Russell

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

Return to: Quinn O'Brien

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell **CLAIM #:** 7259041
**EMPLOYER:** Chart Industries, Inc. **DATE OF BIRTH:** [redacted]

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Russell, Darrell W | [redacted] | [redacted] |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| [redacted] | [redacted] | married |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Jessica Danielle Russell | 2 + 2 stepchildren | [redacted] |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death):
Name Jessica Danielle Russell Relationship to you? spouse Tel [redacted]

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? no

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. no

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. no

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Darrell W. Russell

**DATE:** 5-24-18 **EMPLOYEE'S SIGNATURE:** Darrell W. Russell

DP 409

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
**Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2018 to the present.** ***If additional space is needed, please use a separate sheet of paper.***

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Ann Todd
Specialty: PCP
Address: 470 Valley St Ball Grand, GA 30107
Telephone No.: (770)479-5535 Fax No.: (770)479-8821

Name: Alliance Spine & Pain (David Gale
Specialty: re: spinal cord stimulator
Address: 400 Tower Rd. Marietta, GA
Telephone No.: (770)590-1078 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: United Healthcare
Specialty:
Address: Salt Lake City, Utah 84130
Telephone No.: (888) 496-6158 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Ball Grand Pharmacy
Specialty:
Address: 470 Valley St. Ball Grand, GA 30107
Telephone No.: (770) 735-6161 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.**

**SIGNATURE:** Darrell W. Russell **DATE:** 5-24-18

## ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien



EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Chart Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

**Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.**

**How long are you able to:**

sit 45-60 mins stand 5 min max walk 5 min max at a time

**How many hours a day do you:**

sit 4-5 hrs stand less than 1 HR walk less than 1 HR

**Do you take a nap during the day?**

Yes ______ **No** ✓

If Yes, for how long? ______ At what time of the day? ______

**How many hours a day do you spend in bed?** 8 hrs at night 3-4 hrs during day

**Do you require any assistive devices such as a:**

cane ✓ walker sometimes crutches ______ **wheelchair** ______ **other** ______

**How long are you able to sit in a car?** 1-2 hrs

**Do you hold a valid driver's license?**

Yes ✓ No ______

If No, please explain: ______

**If Yes, how long are you able to drive a car?** less than 1 HR

**Please provide a copy of your driver's license when returning this form.**

**How do you maintain contact with people or activities that matter most to you?**
Phone

**Do you have children?**

Yes ✓ No ______ **If Yes, what are their dates** of birth ______

**Do you need help caring for your children?**

Yes ✓ No ______

**Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?**

Yes ______ No ✓ If Yes, please explain ______

**How many times a day do you leave the house during the week?** 1-2 a week

On the weekends? rarely

How often do you run errands? ~~never~~ Rarely

Please describe what errands you most commonly run: click list for groceries

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Darrell W. Russell

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 7259041 Date: 5-24-18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

**Name** of claimant (print) Darrell W. Russell

**Name** of legal representative, if applicable (print) ____________ **Relationship** ____________

**Signature of claimant or legal representative** [signature]

**Date of Birth:** ____________ Claim Number: 7259041 **Date:** 5-24-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

May 8, 2018

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by June 21, 2018:

- Completion of the Enclosed Forms:

  X Activities Questionnaire Form
  X Authorization - Medical
  X Claimant Information Form
  X Claimant Supplementary Statement
  X Authorization
  __ Other

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: Activities Questionnaire Form

Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien



EMPLOYEE/CLAIMANT NAME: Darrell Russell

CLAIM NO: 7259041 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Chart Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends?______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

______________________________

______________________________

Liberty Mutual
INSURANCE



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________

Date of Birth: ____________ Claim Number: 7259041 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(  ) ______ Fax No. :(  ) ______ Telephone No. :(  ) ______ Fax No. :(  ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(  ) ______ Fax No. :(  ) ______ Telephone No. :(  ) ______ Fax No. :(  ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(  ) ______ Fax No. :(  ) ______ Telephone No. :(  ) ______ Fax No. :(  ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(  ) ______ Fax No. :(  ) ______ Telephone No. :(  ) ______ Fax No. :(  ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return to:** Quinn O'Brien

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell **CLAIM #:** 7259041
**EMPLOYER:** Chart Industries, Inc. **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 7259041 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

# Disability Claim Field Investigation Referral

| | | | |
|---|---|---|---|
| Referred By: | Quinn O"Brien | Phone # and Ext: | (888) 440-6118 x10298 |
| Address: | P.O. Box 7211<br>London, KY 40742-7211 | | |

| | | | |
|---|---|---|---|
| Claim Number: | 7259041 | Assignment Due Date: | 6/7/2018 |
| Claimant Name | DARRELL RUSSELL | Date of Disability: | 11/7/2016 |
| Customer: | CHART INDUSTRIES, INC. | Injury/Illness: | Neuralgia and neuritis, unspecified |
| SSN: | | | |
| DOB: | | | |
| Job Desc: | PRODUCTION SUPERVISOR | Funding Type: | CON |

**Type of service(s) requested:**

- [ ] Claimant Interview (Announced)
- [x] Claimant Interview (Unannounced)
- [ ] 3rd Party Interviews
- [ ] No Contact Activity Check

Document Location

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

| | |
|---|---|
| Vendor Chosen | CoventBridge |
| Claimant Attorney: | N/A |
| Attorney Name: | |
| Address: | |
| Telephone: | |

| | |
|---|---|
| Contact Name: | DARRELL RUSSELL |
| Address: | |
| Telephone: | |

Referral Objective/Questions:

1. Date and time of interview. Length of interview. All persons present.
2. Description of residence (housekeeping, maintenance, number of stories, etc.) The condition and maintenance of the exterior of the residence, noting any gardens, swimming pools, etc. Directions, if difficult to find.
3. Head to toe description of claimant (height, weight, hairstyle & color, glasses, etc.). Ask claimant if they are right or left hand dominant.
4. Physical signs of impairment (be specific, objective, and detailed).
5. What is the claimant's disability?
6. When did the claimant become disabled?
7. How did the claimant become disabled?
8. If from an injury please describe the incident in detail.
9. Ask claimant to describe condition/symptoms.
10. Does claimant expect symptoms to: lessen, stay the same, or worsen over time?
11. Please have claimant discuss their current treating sources, their treatment plans and last/next office visit dates.
12. How do these symptoms limit claimant's ability to perform past job or limit claimant in other ways?

1. Has the claimant applied for Social Security benefits?
2. If "Yes", what is the status? Accepted, rejected, or pending?
3. If the claimant has applied, attempt to obtain Proof of SSDI Application (copy of SSA documentation) or copy of award or denial letter to include with report.

Initial Findings:

Suspicious Claim: Yes

# Disability Claim Field Investigation Referral

Investigation Objective:

| |
|---|
| claimant is out of work with complex regional pain syndrome on right upper body (right arm), last medical note from Dr. Tark states he needs spinal stimulator procedure performed and have a trial done first with a Dr. Gale, the doctor's office has not heard back from claimant since that appointment, his lawyer (Wesley Weaver) that is helping him only with filing Social Security Disability (not LTD claim) was to fax over proof of application to case manager and now does not answer phone |

Obtain Claimant Photograph: Yes

COVENTBRIDGE GROUP
THINK TRUTH

## CONFIDENTIAL INVESTIGATIVE REPORT
**April 30, 2018**

| | | |
|---|---|---|
| **Attn: Quinn O'Brien<br>Liberty Mutual Group Disability<br>100 Liberty Way<br>Dover, NH 03820** | YOUR FILE NO. | 7259041 |
| | OTHER FILE NO. | F. Loto |
| | OUR FILE NO. | 201804-5468.1 |
| | INSURED/EMPLOYER | Chart Industries, Inc. |
| | ASSIGNMENT OPEN | 04/27/2018 |
| TYPE OF CLAIM | Disability | |
| REPORTED INJURY | 04/27/2018 | |
| DATE OF LOSS | 11/08/2016 | |
| INVESTIGATOR | Ashley Farmer | |
| DATES OF INVESTIGATION | 04/30/2018 | |

| CLAIMANT | |
|---|---|
| NAME: | **Darrell Russell** |
| ADDRESS: | |
| DOB: | |

| PHOTO IDENTIFICATION |
|---|

No possible photos of the claimant were found.

## SUMMARY

A search was completed using but not limited to database sources Google, Bing, Facebook, Pinterest, Instagram, LinkedIn, MySpace, Twitter, Google+, and YouTube. **Matches were located on the following sites:**

**Peek You.com**

The Claimant does not appear to have any social media presence. An online search revealed a listing for the claimant on peekyou.com.

Search criteria included variations of names, places of residence, telephone numbers and other information.

## ANALYSIS

**MAPPING**

- A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's residence

**DIRECTORY ASSISTANCE**

- Directory assistance lists the provided phone number for the claimant as a mobile New Cingular Wireless number in GA.

**SOCIAL NETWORKING**

- Positive matches were located on the claimant through peekyou.com

## SOURCES

**Mapping**

A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's listed address of




**Directory Assistance**

An online directory assistance search revealed the claimant's phone number of as a number in New Cingular Wireless number in GA.




**Social Networking**

**Facebook**
No profiles associated with the claimant were located.

**Twitter**
No profiles associated with the claimant were located.

**LinkedIn**
No profiles associated with the claimant were located.

**Google+**
No profiles associated with the claimant were located.

**YouTube**
No profiles associated with the claimant were located.

**Instagram**
No profiles associated with the claimant were located.

**Pinterest**
No profiles associated with the claimant were located.

**Flickr**
No profiles associated with the claimant were located.

**Tumblr**
No profiles associated with the claimant were located.

**Myspace**
No profiles associated with the claimant were located.

## Other Online Sources

A possible listing was found for the claimant on Peekyou.com.

URL: https://www.peekyou.com/darrell_russell/126043694

**Darrell W. Russell**

Opt Out

39 years old
**Canton, GA**
**Jasper, GA**

39-year-old Darrell W Russell lives in a. Darrell has also lived in . Online, Darrell goes by the alias 0.

PeekScore: 2.25 out of 10 (what is this?)

Usernames

Miscellaneous: Yahoo! Profile

Public Records: Darrell Russell - Get Full Report
Search unlimited reports including arrest records, driving records, online photos...
What will you find?

Darrell W Russell, age 39 View All Details
4

Darrell W Russell, age 39 See Instant Report

Darrell W Russell, age 39 See Instant Report

Find background information, prior addresses and more.

Darrell W Russell, age 39

Arrest Records: Darrell Russell
Search their Arrest Records, Driving Records, Contact Information, Photos and More...

VIEW ARRESTS

Possible Emails:
Search for Darrell's address at drussell352000@gmail.com
Search for Darrell's address at drussell352000@yahoo.com
Search for Darrell's address at drussell352000@hotmail.com
Search for Darrell's address at drussell352000@aol.com

**News Articles**

None Found

**Email**

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from publicly available sources. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

## Enclosures

1. None

**END OF REPORT**

# Database Services Referral Report

| | | | |
|---|---|---|---|
| Referred By: | Quinn O"Brien | Phone # and Ext: | (888) 440-6118 x10298 |

| | | | |
|---|---|---|---|
| Claim Number: | 7259041 | Claimant Address: | |
| Claimant Name | DARRELL RUSSELL | | |
| Customer: | CHART INDUSTRIES, INC. | City: | |
| SSN: | | State: | |
| DOB: | | | |
| Job Desc: | PRODUCTION SUPERVISOR | | |

Document Location

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Search Criteria:**

- [ ] ISO Claim Search
- [ ] Accurint/Lexis Nexis
- [ ] SSN Searches
- [ ] Reverse telephone number search
- [ ] Change of Address
- [ ] Medical Provider
- [ ] Occupation and Professional Licensing.
- [ ] Death Index by individual.
- [x] Social Media Searches (Facebook, Twitter, etc.)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

March 29, 2018

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On March 20 and March 28, 2018, we attempted to contact you at However, we were unable to reach you.

We need to speak with you about your disability claim. Please call us by April 11, 2018 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be discontinued.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

WESLEY WEAVER
406 OLD HARBIN ROAD
MARBLE HILL GA 30148

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

March 21, 2018

Wesley Weaver
406 OLD HARBIN ROAD
MARBLE HILL, GA 30148

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear Wesley Weaver:

Please see the enclosed letter from July 2017 for which we have not received a response.

We are hoping to confirm if your offices are representing Mr. Russell as he applies for Social Security Disability and, if so, what the current status of his applicaiton is.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 7259041-REQUEST-CLAIMANT OTHER-07.27.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

WESLEY WEAVER
406 OLD HARBIN ROAD
MARBLE HILL GA 30148

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

July 28, 2017

Wesley Weaver
406 OLD HARBIN ROAD
MARBLE HILL, GA 30148

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear Wesley Weaver:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to Darrell Russell's claim for LTD benefits under the Policy.

Mr. Russell notified us that Mr. Weaver is currently representing his interests as he files for Social Security Disability benefits.

.

Please provide a letter of representation to document this status.

If Mr. Weaver has any questions regarding this matter, please contact me.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | March 6, 2018 |
| To: | DAVID GALE<br>15 MEDICAL DR BLDG A<br>CARTERSVILLE GA 30121 |
| Attn: | Medical Records |
| Fax: | (770) 422-7306 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

March 6, 2018

David Gale
15 MEDICAL DR BLDG A
CARTERSVILLE, GA 30121

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear David Gale:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

We ask that you provide this information by March 13, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Mr. Russell allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2017

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ______

Date of Birth: ______ Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**

# Noble Resource Corporation

PO Box 3540
Alpharetta GA 30023
1.800.490.5007
678.513.0072
678.513.0073 FAX

## Facsimile Transmittal Sheet

| | |
|---|---|
| **Attn:** *Medical Records* | **From:** *Customer Service* |
| Company: Liberty Mutual | Date: 3.6.18 |
| Fax Number: 603 430-1513 | Total Pages (incl. Cover): 10 |

## ***Medical Records***

Confidentiality Notice: This fax is intended only for the person(s) to whom it is addressed and may contain information that is confidential, proprietary, privileged or otherwise protected from disclosure. If you are not an intended recipient, please (I) do not read, copy or use this communication, or disclose it to others. (II) Notify the sender immediately by replying to the message, and (III) delete from your system. Thank You.

**Noble Resource Corporation**
*P.O.BOX 3540*
*Alpharetta, GA 30023*
*800-490-5007*
*678-513-0073 (fax)*

**Invoice For Medical Records**

*From: 397*

| Bill To | Records Shipped To |
|---|---|
| Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 | Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 |

| Invoice Number | Invoice Date |
|---|---|
| 293278 | 3/6/2018 |

| Patient Name | Your File Number | Page count |
|---|---|---|
| Darrell Russell | 7259041 | 8 |

| Description | Quantity | Rate | Class | Amount |
|---|---|---|---|---|
| Base Fee | | 25.88 | 397 Alliance Spine & Pain | 25.88 |
| Copy Fee page 001-020 | 8 | 0.97 | 397 Alliance Spine & Pain | 7.76 |

| | |
|---|---|
| Total | $33.64 |
| Payments/Credits | $0.00 |
| Balance Due | $33.64 |

## *Pay Your Invoice:*

**ONLINE** *at www.nobleresourcecorp.com, click on "pay an invoice"*

**BY CHECK** *Payable to Noble Resource Corporation. Mail to PO Box 3540 Alpharetta, GA 30023 along with a copy of your invoice.*

**Our Federal Tax Identification:**
*Tax ID 81-0583779*

**BY PHONE** *Call 800-490-5007*

**We Accept Visa, Mastercard, Discover and American Express.**

*The enclosed information was reproduced by Noble Resource Corporation. Noble Resource Corporation is under an agreement with this facility to process authorized requests for copies of medical records.*

*Payment is due upon receipt of this invoice. A service charge of 1.5% per month (annual rate 18%) will be charged if not paid within 30 days from the date of this invoice.*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

February 16, 2018

Dr. Marvin Tark
Pain Solutions Treatment Center
15 MEDICAL DRIVE
SUITE 301
CARTERSVILLE, GA 30121

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Marvin Tark:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

We ask that you provide this information by February 23, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Russell allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ______

Date of Birth: ______ Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**

Alliance Spine

# RUSSELL, DARRELL W

39 Y old Male, DOB:
Account Number: 57926

Home:
Guarantor: RUSSELL, DARRELL W Insurance: UHC
Referring: Barry McCasland
Appointment Facility: Marietta Clinic

01/31/2018 Appointment Provider: Marvin Tark , MD

## Current Medications

**Taking**

- Cymbalta 60 mg delayed release capsule 1 cap(s) orally BID
- Ambien 10 mg tablet 1 tab(s) orally once a day (at bedtime)
- hydroxyzine hydrochloride 50 mg tablet 1 tab(s) orally 3 times a day
- omeprazole 40 mg delayed release capsule 1 cap(s) orally once a day
- multivitamin Multiple Vitamins capsule 1 cap(s) orally once a day
- hydrochlorothiazide-lisinopril 12.5 mg-10 mg tablet TAKE 1 TABLET BY MOUTH ONCE A DAY IN THE MORNING

**Discontinued**

- lisinopril 10 mg tablet 1 tab(s) orally once a day
- Butrans 20 mcg/hr film, extended release 1 PATCH applied topically once a week
- Trileptal 300 mg tablet 1 tab(s) orally BID x 1 week then increase to 2 tabs BID
- Dilaudid 4 mg tablet 1 tab(s) orally every 8 hours
- diclofenac sod 75 mg Take 1 twice daily with food , Notes: Mig-ps
- Lortab 10-500 mg Take 1 twice daily , Notes: Mig-ps
- Neurontin 300 mg Take 1 three times a day , Notes: Mig-ps
- Nucynta 50 mg tablet 1-3 tab(s) orally every 6 hours as needed for pain
- Trileptal 300 mg tablet 1 tab(s) orally 1 BID x 1 week then 2 tabs BID
- Medication List reviewed and reconciled with the patient

## Past Medical History

Melanoma.
Right upper arm CRPS.
HTN.
Anxiety.
Depression.
Insomnia.
GERD.
Opioid Tolerance .
Lumbar disc displacement.

## Surgical History

## Reason for Appointment

1. Follow Up Visit
2. Pt presents for follow up after 8 month absence - due to lack of insurance coverage

## Assessments

1. Complex regional pain syndrome I of right upper limb - G90.511 (Primary)
2. Generalized anxiety disorder - F41.1

## Treatment

**1. Complex regional pain syndrome I of right upper limb**

PROCEDURE: Spinal Cord Stimulator Trial

Notes: The patient comes in for reevaluation of his right upper limb complex regional pain syndrome. He had a lapse of insurance coverage and was unable to continue his program here at our center. Patient returns to initiate an spinal cord stimulator trial. The patient's right arm does still appear swollen and hypersensitive. He has been no change in his CRPS status.

**2. Others**

Clinical Notes: Pt to follow up after Medtronic Cerv SCS trial with Dr Gale.
Perm implant pending results.
Assess at next visit.
Order placed . Pt will be called to schedule once approved.
Scribed by KStancil, RN.

## Immunization

Immunization record has been reviewed and updated.

## Preventive Medicine

Counseling:
Depression Follow Up Plan:
Follow-Up for Depression *Evaluation pyschosocial impact on plan of care pt and PCP working on psych eval and follow up. pt taking cymbalta*
BMI Counseling:
BMI management provided *BMI is within normal limits*

Drug Monitoring Risk Assessment:

lymph nodes removed right under arm 2015
melanoma removed from forehead 02/2016

## Family History

Father: alive, diagnosed with Hypertension
Mother: deceased, diagnosed with Hypertension
Siblings: alive, , family history unknown Unknown
Children: alive, , family history unknown Unknown

## Social History

General:
Alcohol Control
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have a drink containing alcohol in the past year? *Monthly or less (1 point)*
How many drinks did you have on a a typical day when you were drinking in the past year? *1 or 2 (0 points)*
How often did you have six or more drinks on one occasion in the past year? *Never (0 points)*
Points *1*
Interpretation *Negative*
Tobacco Control
Are you a: *Never a smoker*
Additional Findings: Tobacco Non-User
*Ex-user of moist powdered tobacco*
Recreational Drug Use: Elkon,Andrea G 4/28/2017 2:10:06 PM > Mr. Russell admitted that he recently smoked marjuana "because my friends had been bugging me to try it for my pain." The patient was advised against using "street" marijuana for medicinal purposes, as well as the fact that ongoing marijuana use would constitute a violation of his Opioid Agreement with this practice..
Marital Status: Married.
Children: 2 biological children, 2 stepchildren.
Education: high school.
Occupation: not currently working.
Exercise: limited due to pain. Previously played golf or softball daily.

## Allergies

Lyrica: swelling: Allergy
Wellbutrin: oral rash ans swelling: Allergy

## Hospitalization/Major Diagnostic Procedure

see surgical hx

## Review of Systems

- Review of Systems:
Constitutional Symptoms: Patient denies:, fever, unexplained weight change. Eyes: Patient denies:, changes in vision, eye pain. Ears, Nose, Mouth, Throat: Patient denies:,

UDS Decision Tool
Opioid Risk Tool score: *0-3 Low Risk*
Signed Opioid Agreement: *Yes*
Opioid Agreement date: *01/31/2018*
PDMP reviewed: *Yes*
PDMP review date: *01/31/2018*
PDMP results: *The PDMP was reviewed and shows a history of non-compliance*
Patient is compliant with treatment plan: *Yes*
Patient request/history high doses of benzo/hypnotics: *No*
Assigned Risk Profile: *Low Risk Panel*
Fall Risk Assessment and Follow Up::
Plan of Care:
Plan of Care: *Documented*
Fall Risk Plan of Care *Evaluate Medications- Discussed risk of falls related to potential side effects of their medication: Dizziness, sedation, Evaluate Home- Counselled on home risk dangers: area rugs, stairs, dimly lit rooms, etc...*
Pain Assessment and Follow Up::
Pain Follow Up
Follow-up Plan documented: *Yes*

## Follow Up

ASAP (Reason: Medtronic Cerv SCS trial with Dr Gale)

## History of Present Illness

- Pain Management::
Pt presents for follow up after 8 month absence - due to lack of insurance coverage. He c/o existing and continued RUE pain due to RSD as well as bialteral foot pain. He has no new c/o pain. Pt is stable on current meds - no narcotics at this time. He is here today to pursue previous SCS implant. Pt with clear psych eval from 4/2017.
Location of Pain: RUE, bilateral feet.
Pain Pathway: focal.
Pain is described as: burning sharp.
Severity of Pain: Average VAS 7/10 Maximum VAS 10/10.
Onset of Pain: 2+ years ago.
Precipitating Event: CA (melanoma) excision and axillary lymph node removal in 2015 causing nerve damage.
Timing of Pain: continuous worse at nighttime.
Associated Signs and Symptoms: weakness tingling numbness.
Alleviating Factors: resting arm on a pillow.
Aggravating Factors: use of arm.
Baseline Functional Activities: walking standing.
Functional Disabilities: unable to sit for long periods unable to stand for long periods unable to walk for long distances unable to do heavy lifting unable to perform light yardwork unable to work.
Triaged By: KStancil, RN.
Conservative Measures::
Physical Therapy:
Physical Therapy Attempted: *Yes*
Time Attempted: *Over a year ago*
Length of Treatment: *4-6 weeks*
Effectiveness of Physical Therapy: *Ineffective, Aggravated pain*

difficulty swallowing, dry mouth. Cardiovascular: Patient denies:, palpitations, **Patient admits:**, swelling in legs/feet. Respiratory: Patient denies:, shortness of breath, wheezing. Gastrointestinal: Patient denies:, constipation, incontinence of bowel, nausea/vomiting. Genitourinary: Patient denies:, difficulty urinating, incontinence of urine. Musculoskeletal: **Patient admits:**, back pain. Integumentary: Patient denies:, hives, rash. Neurological: Patient denies:, daytime sedation, **Patient admits:**, numbness/tingling, weakness. Psychiatric: **Patient admits:**, feeling anxious, depressed mood. Endocrine: Patient denies:, easy bruising, excessive thirst. Hematologic, Lymphatic: Patient denies:, bleeding disorder, varicose veins. Allergic, Immunologic: Patient denies:, itching, rash.

Documentation Date: *01/31/2018*
Chiropractics:
Chiropractics Attempted: *Yes*
Time Attempted: *Over a year ago*
Number of Visits: *6 mo+*
Effectiveness of Treatment: *Ineffective*
Documentation Date: *01/31/2018*
Home Exercise:
Attempted Home Exercise: *No*
Documentation Date: *01/31/2018*
Massage Therapy:
Attempted Massage Therapy: *No*
Documentation Date: *01/31/2018*
Medical Equipment:
Other Medical Equipment Tried: *No*
Documentation Date: *01/31/2018*
Complimentary or Alternative Therapy:
Complimentary/Alternative Therapy Tried: *No*
Documentation Date: *01/31/2018*

Medication History::
Patient Reports:
Documentation Date: *01/31/2018*
Have NSAIDS been attempted? *Yes*
Effectiveness: *Effective mild help 6 mo+*
NSAIDS Attempted: *ibuprofen (Motrin, Advil), meloxicam (Mobic), naproxen (Aleve, Naprosyn)*
Have Opioid medications been attempted? *Yes*
methadone (Dolophine, Methadose) *Ineffective*
oxycodone (Roxicodone, Oxecta, Oxaydo) *Ineffective*
tapentadol (Nucynta) *Ineffective*
Other Medications Tried: *Yes*
gabapentin (Neurontin) *Ineffective*
topiramate (Topamax) *Ineffective*
duloxetine (Cymbalta) *Effective*
Other: *Ineffective Lyrica*

Outside Diagnostic Studies::
Imaging Performed:
Documentation Date: *01/31/2018*
Type of Imaging Study: *Bone Scan-Nuclear Medicine*
Date Performed: *11/22/2016*
Result: *Results are available and are scanned into the chart*

Quality Measures::

Fall Risk Analysis:
Falls Within the Last 12 Months: *Patient reports two or more falls without injury*
Assessment: *Performed*

Transition of Care::
Patient Reported:
Documentation Date: *01/31/2018*
Recent Hospitalizations:
Recent Hospitalizations: *No*

Pain Related ER Visits:
Number of pain related visits since last visit: *1 pain and syncope*
Medical Consultations:
Documentation Date: *01/31/2018*
Date of Consultation: *Within the last year*
Physician Specialty/Name: *Neurology*
Pain Management Consultation:
Since last visit: *No*

- Medication Follow Up::

Adverse Reactions or Side Effects: none.
Opioid Morphine Equivalent:
Total Daily Dose Opioid Morphine Equivalent: *0*
Date Documented: *01/31/2018*

- Depression Screening:

PHQ-2
Little interest or pleasure in doing things *Yes*
Feeling down,depressed or hopeless *Yes*
PHQ-9
Little interest or pleasure in doing things *More than half the days*
Feeling down,depressed or hopeless *Nearly every day*
Trouble falling or staying asleep, or sleeping too much *More than half the days*
Feeling tired or having little energy *Nearly every day*
Poor appetite or overeating *More than half the days*
Feeling bad about yourself or that you are a failure or have let yourself or your family down *Nearly every day*
Trouble concentrating on things, such as reading the newspaper or watching television *Nearly every day*
Moving or speaking so slowly that other people could have notice. Or the opposite of being so fidgety or restless that you have been moving around a lost more that usual *Several days*
Thoughts that you would be better off dead, or of hurting yourself in some way *Nearly every day(Consider Suicide Assessment Risk)*
Total Score *22*
Intepretation *Severe Depression*
Intervention
Depression Screening Findings *Positive*

**Vital Signs**

Pain Scale 5, Ht 76, Wt 230, BMI 27.99, BP 133/78, HR 89, RR 16, ORT Score 2, DepresScore 22.

**Examination**

- General Examination:

Cardiovascular: regular rate and rhythm, without murmur.
Respiratory: respirations are even and unlabored; clear to auscultation bilaterally.
Psychiatric: alert with appropriate affect, cooperative with examination.

Elbow/Arm:

Inspection: redness and edema noted to RUE.

Sensory Exam: hypersensitivity to RUE diffusely.
- Scribe:
Name: KStancil, RN.
Documentation: I am scribing for and in the presence of Dr. M Tark, components of this exam and other portions of this encounter .

**Procedure Codes**
1036F TOBACCO NON-USER
G8420 BMI<30 AND >=22 CALC & DOCU
G8427 DOC MEDS VERIFIED W/PT OR RE
3288F FALL RISK ASSESSMENT DOCD
G8730 PAIN ASSESS POS TOOL F/U PLAN DOC
1100F PT FALLS ASSESS DOCD_2 falls or any fall w inj/yr
G8431 CLIN DEPRESSION SCREEN DOC

**Appointment Provider: Marvin Tark , MD**

**Electronically signed by Marvin Tark , MD on 01/31/2018 at 02:54 PM EST**

**Sign off status: Completed**

**Marietta Clinic**
**400 Tower Rd**
**Marietta, GA 30060-9415**
**Tel: 770-929-9033**
**Fax: 770-929-9092**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | March 5, 2018 |
| To: | DR. MARVIN TARK<br>PAIN SOLUTIONS TREATMENT CENTER<br>15 MEDICAL DRIVE<br>SUITE 301<br>CARTERSVILLE GA 30121 |
| Attn: | Medical Records |
| Fax: | (770) 422-7306 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

March 5, 2018

Dr. Marvin Tark
Pain Solutions Treatment Center
15 MEDICAL DRIVE
SUITE 301
CARTERSVILLE, GA 30121

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Marvin Tark:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to Darrell Russell's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Dr. Tark. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 12, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 7259041-REQUEST-PROVIDER-02.16.2018

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | February 16, 2018 |
| To: | DR. MARVIN TARK<br>PAIN SOLUTIONS TREATMENT CENTER<br>15 MEDICAL DRIVE<br>SUITE 301<br>CARTERSVILLE GA 30121 |
| Attn: | Medical Records |
| Fax: | (770) 422-7306 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

February 16, 2018

Dr. Marvin Tark
Pain Solutions Treatment Center
15 MEDICAL DRIVE
SUITE 301
CARTERSVILLE, GA 30121

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Marvin Tark:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

We ask that you provide this information by February 23, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Russell allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2017

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ______

Date of Birth: ______ Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

March 2, 2018

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

In response to our request for medical records, Dr. Todd has asked for a newly signed authori ation.

Please sign and date the authori ation form and return to me.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: Authori ation - Medical

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organi ations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authori ed representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organi ations providing claims management services.
**Description of the information that may be used or disclosed**: This Authori ation specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authori ation could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authori ation in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authori ation, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authori ation will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authori ing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authori ation. If I choose not to sign this authori ation, insurance coverage or claim payments may be denied or delayed.
This authori ation shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authori ation will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authori ation.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________________ Relationship ________________

Signature of claimant or legal representative ________________________________

Date of Birth: ________ Claim Number: 7259041 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

**MEDICAL ASSOCIATES OF NORTH GA**
**February 27, 2018**

LIBERTY LIFE ASSURANCE CO
PO BOX 7211

LONDON KY 40742

RE: MAN 297686 RUSSELL, DARRELL

Your request for medical information on the above named patient has been received. However, we are unable to provide this information for the following reason:

Please provide a HIPAA compliant authorization signed by the patient along with a new request and we will comply with your request for medical information.

Other: ____________________________________
____________________________________
____________________________________

Sincerely,

Elijah West
Phone Number (678) 482-5571
Release of Information
Elijah.West@himqualitysolutions.com

XRL Your authorization only authorizes records to be released only to 2/22/17. Please update your authorization

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

FACILITY: MAN
MR#: 2976886

FEB 20 2018

REQ CODE: INC
B NB CERT
HIMQS
ROI REP: B PAGES: 2

FEB 20 2018
DOS: 1/1/18 – 2/22/17
ENT ABS PerReq

February 16, 2018

Anne Todd
Medical Associates of North Georgia
320 HOSPITAL ROAD
CANTON, GA 30114

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc
Claim #: 7259041
Claimant: Darrell Russell #2976886
Claimant D.O.B.:

Dear Anne Todd:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

We ask that you provide this information by February 23, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Russell allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell's signature.



RECEIVED FEB 16 2018

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2017



RECEIVED FEB 1 6 2018

1R156170004

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ______

Date of Birth: Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**



RECEIVED FEB 1 6 2018

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | February 16, 2018 |
| To: | ANNE TODD<br>MEDICAL ASSOCIATES OF NORTH GEORGIA<br>320 HOSPITAL ROAD<br>CANTON GA 30114 |
| Attn: | Medical Records |
| Fax: | (770) 479-8821 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | February 16, 2018 |
| To: | DR. MARVIN TARK<br>PAIN SOLUTIONS TREATMENT CENTER<br>15 MEDICAL DRIVE<br>SUITE 301<br>CARTERSVILLE GA 30121 |
| Attn: | Medical Records |
| Fax: | (770) 422-7306 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

February 16, 2018

Dr. Marvin Tark
Pain Solutions Treatment Center
15 MEDICAL DRIVE
SUITE 301
CARTERSVILLE, GA 30121

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Marvin Tark:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

We ask that you provide this information by February 23, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Mr. Russell allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2017

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ______

Date of Birth: ______ Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | February 16, 2018 |
| To: | ANNE TODD<br>MEDICAL ASSOCIATES OF NORTH GEORGIA<br>320 HOSPITAL ROAD<br>CANTON GA 30114 |
| Attn: | Medical Records |
| Fax: | (770) 479-8821 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

February 16, 2018

Anne Todd
Medical Associates of North Georgia
320 HOSPITAL ROAD
CANTON, GA 30114

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Anne Todd:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

We ask that you provide this information by February 23, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Mr. Russell allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ____________________

Date of Birth: ____ ______ Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | January 25, 2018 |
| To: | DR. MARVIN TARK<br>PAIN SOLUTIONS TREATMENT CENTER<br>15 MEDICAL DRIVE<br>SUITE 301<br>CARTERSVILLE GA 30121 |
| Attn: | Medical Records |
| Fax: | (770) 422-7306 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

January 25, 2018

Dr. Marvin Tark
Pain Solutions Treatment Center
15 MEDICAL DRIVE
SUITE 301
CARTERSVILLE, GA 30121

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Marvin Tark:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

We ask that you provide this information by February 1, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Mr. Russell allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2017

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ______

Date of Birth: ______ Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

January 26, 2018

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On January 18 and January 25, 2018, we attempted to contact you at However, we were unable to reach you.

We need to speak with you about your disability claim. Please call us by February 8, 2018 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be discontinued.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

**From:** LibertyMutualGBDisabilityClaims@LibertyMutual.com
**To:**
**Subject:** Hurricane Irma Message from Liberty Mutual

## This is a special message for claimants about Hurricane Irma.

Liberty Mutual is actively preparing to respond to your needs in the event you are impacted by Hurricane Irma. We recognize that you may be facing significant challenges and don't want you to be worried about your disability, leave or life claim during this difficult time. We are extending claim timeframes and other requirements during the recovery period and will work with you to arrange an address change, direct deposit or other accommodations necessary to serve your needs.

If you are impacted by or expect to be impacted by Hurricane Irma, please contact your assigned case manager or call (800) 210-0268 to discuss your options.

## Este es un mensaje especial para los reclamantes sobre el huracán Irma.

Liberty Mutual está preparándose activamente para responder a sus necesidades en caso de que son impactadas por el huracán Irma. Reconocemos que usted puede estar enfrentando retos importantes y no queremos que se sientan preocupados por su reclamación de incapacidad, ausencia, o reclamación de vida durante este difícil momento. Estamos ampliando los plazos de su reclamación y los demás requisitos durante el período de recuperación y trabajará con usted para arreglar un cambio de dirección, el depósito directo u otras adaptaciones necesarias para satisfacer sus necesidades.

Si se ven afectados por o esperar a ser impactada por el huracán Irma, póngase en contacto con su administrador de caso asignado o llame al (800) 210-0268 para hablar de sus opciones.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

July 28, 2017

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On July 20 and July 27, 2017, we attempted to contact you at           However, we were unable to reach you..

We need to speak with you about your disability claim. Please call us by August 10, 2017 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be discontinued.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513



Lincoln/Russell 0823

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

WESLEY WEAVER
406 OLD HARBIN ROAD
MARBLE HILL GA 30148

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

July 28, 2017

Wesley Weaver
406 OLD HARBIN ROAD
MARBLE HILL, GA 30148

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear Wesley Weaver:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to Darrell Russell's claim for LTD benefits under the Policy.

Mr. Russell notified us that Mr. Weaver is currently representing his interests as he files for Social Security Disability benefits.

.

Please provide a letter of representation to document this status.

If Mr. Weaver has any questions regarding this matter, please contact me.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

WESLEY WEAVER
406 OLD HARBIN ROAD
MARBLE HILL GA 30148

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

July 21, 2017

Wesley Weaver
406 OLD HARBIN ROAD
MARBLE HILL, GA 30148

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear Wesley Weaver:

Please see the enclosed letter that was previously mailed to your offices on June 22, 2017.

We are hoping to get a response to confirm whether or not your offices are representing Darrell Russell as he files for Social Security Disability.

If your offices are representing him, we would also like an update on his application status.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 7259041-REQUEST-CLAIMANT OTHER-06.21.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

WESLEY WEAVER
406 OLD HARBIN ROAD
MARBLE HILL GA 30148

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

June 22, 2017

Wesley Weaver
406 OLD HARBIN ROAD
MARBLE HILL, GA 30148

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear Wesley Weaver:

Liberty Mutual manage's your client's Long-Term Disability claim while he is out of work.

Mr. Russell has informed us that you will be representing him as he files an appeal for Social Security Disability benefits. It is our understanding that his initial application was denied.

I was hoping you could provide confirmation that you will be representing him and that his application was denied and is currently being appealed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

WESLEY WEAVER
406 OLD HARBIN ROAD
MARBLE HILL GA 30148

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

June 22, 2017

Wesley Weaver
406 OLD HARBIN ROAD
MARBLE HILL, GA 30148

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell

Dear Wesley Weaver:

Liberty Mutual manage's your client's Long-Term Disability claim while he is out of work.

Mr. Russell has informed us that you will be representing him as he files an appeal for Social Security Disability benefits. It is our understanding that his initial application was denied.

I was hoping you could provide confirmation that you will be representing him and that his application was denied and is currently being appealed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

1R156170044

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell
**CLAIM NO:** 7259041
**EMPLOYER/SPONSOR:** Chart Industries, Inc. **DATE OF BIRTH:** ____

**CHECK ONE:** ☑ New ☐ Change
**YOUR TELEPHONE NUMBER:** ____
**ADDRESS:** ____ **CITY:** ____ **STATE:** ____ **ZIP:** ____

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ Checking ☐ Savings **BANK NAME:** United Community Bank

**9 DIGIT ABA ROUTING NUMBER:** ____ **BANK ADDRESS:** ____

**YOUR ACCOUNT NUMBER:** ____ **CITY:** Jasper **STATE:** GA **ZIP:** 30143

**BANK PHONE:** (706 253-9393

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: [signature] Date: ____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

1R156170044

Form **W-4S**

Department of the Treasury
Internal Revenue Service

## Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074

**2017**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| Darrell Wayne | Russell | [redacted] |

Home address (number and street or rural route)

[redacted]

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . $ 88.00

Employee's signature [signature] Date

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2017 . . . . . . . . . . . | 1 | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2017, you may have to reduce your itemized deductions if your income is over $313,800 and you're married filing jointly or you're a qualifying widow(er); $287,650 if you're head of household; $261,500 if you're single, not head of household and not a qualifying widow(er); or $156,900 if you're married filing separately. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | 2 | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | |
| **4** | Exemptions. Multiply $4,050 by the number of personal exemptions . . . . . . . | 4 | |
| **5** | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . | 5 | |
| **6** | Tax. Figure your tax on line 5 by using the 2017 Tax Rate Schedule X, Y, or Z on page 2. Don't use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2016 Form 1040, 1040A, or 1040EZ instructions . . . . . . | 6 | |
| **7** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | 7 | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . | 8 | |
| **9** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2017 or paid or to be paid with 2017 estimated tax payments . . . . . . . . | 9 | |
| **10** | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . | 10 | |
| **11** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | 11 | |
| **12** | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . | 12 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note**: If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2017, you may have to reduce your itemized deductions if your income is over $313,800 and you're married filing jointly or you're a qualifying widow(er); $287,650 if you're head of household; $261,500 if you're single, not head of household and not a qualifying widow(er); or $156,900 if you're married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2017, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $12,700* |
| Head of household | $9,350* |
| Single or Married filing separately | $6,350* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents*, later.

***Additional amount for the elderly or blind.*** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older and blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older and blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older and blind.

***Limited standard deduction for dependents.*** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2017 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2017 Tax Rate Schedules

### Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,325 | $0 + 10% | $0 |
| 9,325 | 37,950 | 932.50 + 15% | 9,325 |
| 37,950 | 91,900 | 5,226.25 + 25% | 37,950 |
| 91,900 | 191,650 | 18,713.75 + 28% | 91,900 |
| 191,650 | 416,700 | 46,643.75 + 33% | 191,650 |
| 416,700 | 418,400 | 120,910.25 + 35% | 416,700 |
| 418,400 | and greater | 121,505.25 + 39.6% | 418,400 |

### Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,350 | $0 + 10% | $0 |
| 13,350 | 50,800 | 1,335 + 15% | 13,350 |
| 50,800 | 131,200 | 6,952.50 + 25% | 50,800 |
| 131,200 | 212,500 | 27,052.50 + 28% | 131,200 |
| 212,500 | 416,700 | 49,816.50 + 33% | 212,500 |
| 416,700 | 444,550 | 117,202.50 + 35% | 416,700 |
| 444,550 | and greater | 126,950 + 39.6% | 444,550 |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,650 | $0 + 10% | $0 |
| 18,650 | 75,900 | 1,865 + 15% | 18,650 |
| 75,900 | 153,100 | 10,452.50 + 25% | 75,900 |
| 153,100 | 233,350 | 29,752.50 + 28% | 153,100 |
| 233,350 | 416,700 | 52,222.50 + 33% | 233,350 |
| 416,700 | 470,700 | 112,728 + 35% | 416,700 |
| 470,700 | and greater | 131,628 + 39.6% | 470,700 |

### Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,325 | $0 + 10% | $0 |
| 9,325 | 37,950 | 932.50 + 15% | 9,325 |
| 37,950 | 76,550 | 5,226.25 + 25% | 37,950 |
| 76,550 | 116,675 | 14,876.25 + 28% | 76,550 |
| 116,675 | 208,350 | 26,111.25 + 33% | 116,675 |
| 208,350 | 235,350 | 56,364 + 35% | 208,350 |
| 235,350 | and greater | 65,814 + 39.6% | 235,350 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

1R156170044

# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Liberty Mutual. INSURANCE

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Darrell Russell Date of Birth:

Employer: Chart Industries, Inc. Policy/Plan Sponsor No. 08 - 034785

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) [signature]

(Address) [illegible]

(Date) 2/22/17

***Please retain a copy for your records or one can be provided upon request.***

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136



**Return To:** Karlyn Gilmore-Diaz

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell
**CLAIM NO:** 3719712 **DATE OF BIRTH:** ______
**EMPLOYER/SPONSOR:** Chart Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit Any amount stand less than 30 min walk less than 15 min

How many hours a day do you:
sit 12 stand 1-2 walk 1

Do you take a nap during the day?
Yes sometimes No ______

If Yes, for how long? hour At what time of the day? any

How many hours a day do you spend in bed? 8-9

Do you require any assistive devices such as a:
cane yes walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 2-3 hours

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? less than 30 mins.

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
phone

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 0
On the weekends? 1

How often do you run errands? rarely

Please describe what errands you most commonly run: go to bank

Liberty Mutual. INSURANCE

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 3*

How often do you get outdoors? ______

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: ______

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ______

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ______

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | spouse | |
| Carrying groceries into the house | spouse. | |
| Cooking meals | self + spouse | |
| Cleaning after meals | spouse | |
| Cleaning bathrooms | spouse | |
| Vacuuming | spouse. | |
| Doing the laundry | self + spouse. | |
| Opening and responding to mail | spouse | |
| Managing your finances | spouse | |
| Balancing your checkbook | spouse | |
| Bathing yourself | self | no, but require supervision at times (falling) |
| Styling your own hair | self | |
| Getting dressed | self | |
| Going up and down stairs | up self, down w/help | need help going down |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ______

1R156170040

Liberty Mutual. INSURANCE

***ACTIVITIES QUESTIONNAIRE***



How often do you travel or take vacation? never

Where do you go? How do you get there (transportation method)? ______

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ______

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ______

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Unable to get up and down by myself, lack of use of my right arm, pain in my head + arm, legs are unstable and shakey, sounds + vibrations cause pain in my right arm + head, unable to stand or walk for very long or w/o assistance or cain

**Please describe your daily routine: (If more space is needed, please use the back of this form)**

wake up, have small breakfast, sit in recliner/power lift chair, see kids off to buses, may do laundry, eat lunch, sit in chair, get kids off buses, cook dinner (occasionally), eat dinner, watch tv, go to bed

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

[illegible]

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Jessica D. Russell (Spouse)

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Darrell Wayne Russell Date: 2/22/2017

Signature: [signature]

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

Return To: Karlyn Gilmore-Diaz

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 3719712
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 11/01/2015 to the present. *If additional space is needed, please use a separate sheet of paper.* More on Back

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Mayo Clinic
Specialty: Neurologist (Dr. Dimberg)
Address: 4500 San Pablo Road. Jacksonville, FL 32224
Telephone No.: (904) 953-2000 Fax No.: (904) 953-2242

Name: Barry McCasland
Specialty: Neurologist
Address: 5669 Peachtree-Dunwoody Rd. Suite 275, Atlanta, GA 30342
Telephone No.: (404) 531-0334 Fax No.: (404) 531-0494

Name: David Gale
Specialty: pain management
Address: 400 Tower Road Marietta GA 30060
Telephone No.: (770) 590-1078 Fax No.: (678) 337-3167

Name: Northside Hospital Cherokee
Specialty: ER
Address: 201 Hospitality Rd. Canton, GA 30114
Telephone No.: (770) 720-5100 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Meritain
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Ball Ground Pharmacy
Specialty:
Address: 470 Valley St. Suite 100 Ball Ground, GA 30107
Telephone No.: (770) 735-6166 Fax No.: ( )

Name: CVS Caremark
Specialty:
Address: PO Box 6590 Lee's Summit, MO 64064
Telephone No.: 877) 460-7766 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Darrell W. Russell DATE: 2/22/2017

EnVision Pharmacy
2181 E. Aurora Rd. Suite 201
Twinsburg, OH 44087

Northside Melanoma + Sarcoma Specialists
980 Johnson Ferry Rd. St ~~200~~ 940
Atlanta, GA 30342
ph (404)851-6000 Fx(404)252-2736

Skin Cancer Specialists
835 Cogburn Ave
Marietta, GA 30060
ph (770)422-5557 fax (770)422-5456

GA Mtn. Dermatology
150 Interstate S. Drive
Jasper, GA 30143
ph (706)253-3376 fax (706)253-3223

Sanjay Serrao
(PCP)

220 JL White Dr. Suite 150
Jasper, GA 30143
ph (706)299-2200

Northside Spine + Pain
120 Oakside Ct.
Canton, GA 30114
ph (404)459-1838 fax (404)459-1840

EnVision Pharmacy
2181 E. Aurora Rd. Suite 201
Twinsburg, OH 44087

Northside Melanoma + Sarcoma Specialists
980 Johnson Ferry Rd. St ~~290~~ 940
Atlanta, GA 30342
ph (404)851-6000 Fx(404)252-2736

Skin Cancer Specialists
835 Cogburn Ave
Marietta, GA 30060
ph (770)422-5557 fax (770)422-5456

GA Mtn. Dermatology
150 Interstate S. Drive
Jasper, GA 30143
ph (706)253-3376 fax (706)253-3223

Sanjay Serrao
(pcp)

220 JL White Dr. Suite 150
Jasper, GA 30143
ph (706)299-2200

Northside Spine + Pain
120 Oakside Ct.
Canton, GA 30114
ph (404)459-1838 fax (404)459-1840

# CLAIMANT SUPPLEMENTARY STATEMENT

R156170040

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

Return to: Karlyn Gilmore-Diaz

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell **CLAIM #:** 3719712

**EMPLOYER:** Chart Industries, Inc. **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.) Russell, Darrell, W | Social Security # | Email Address

Street Address | City | State | Zip Code

Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married

Spouse's Full Name and Date of Birth Jessica Daniell Russell | Number of Children 4 (2 are step) | Dates of Birth of Children

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name Jessica D. Russell Relationship to you? spouse Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe)____________ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Darrell Wayne Russell

**DATE:** 2/22/2017 **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

Return to: Karlyn Gilmore-Diaz

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 3719712
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Jessica Danielle Russell DOB:

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| A R | | custodial | yes | no |
| B R | | custodial | no | no |
| T H | | stepchild resides w/ me | no | no |
| B H | | stepchild resides w/ me | no | no |

Is your spouse and/or children receiving Social Security benefits? Yes: ____ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Darrell Wayne Russell Date: 2/22/07

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 3719712
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☑ GED ☐ HS Diploma

Vocational Training: n/a Certificate Program completed: n/a

Associates Degree: n/a College: number of years: n/a

Bachelor's Degree: BA /BS Major: n/a Graduate School: MA MS CAGS PHD Degree: n/a

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: n/a

Additional Skills, Hobbies & Volunteer Work n/a

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Chart Ind. Department: Manufacturing From: 2/2010 To: present
   Job Title(s): Supervisor
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties (please be specific): manage employees' daily tasks, reviews, welding, troubleshooting, use air wratchet, grinding, sanding,

2. Company: Lummus Supply Co Department: Sales / Mgmt From: 1997 To: 01/2010
   Job Title(s): Manager
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties (please be specific): manage employees' daily tasks, reviews, troubleshooting, ordering materials, installations, use drill, cutting mirrors + glass

A Liberty Mutual Company

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| Name: Jessica Danielle Russell | Name: |
| Address: | Address: |
| | |
| | |
| Telephone | Telephone Number: |

**CHILDREN:** List ALL children. Use reverse side if necessary.

| | | |
|---|---|---|
| Name: Avery Russell | Date of Birth: | |
| Address | | |
| | | |
| Telephone Number: | | |
| Name: Br R | Date of Birth: | |
| Address | | |
| | | |
| Telephone Number | | → See reverse |
| Name: T T | Date of Birth: | |
| Address | | |
| | | |
| Telephone Number: | | |

**GUARDIANSHIP:** For all children under age 18 listed above:

| | |
|---|---|
| Name: ~~[illegible]~~ Jessica Danielle Russell | |
| ~~Address~~ | |
| | |
| Telephone Number: | |

**DO YOU HAVE A WILL?** YES___ NO ✓ **DO YOU HAVE A TRUST?** YES___ NO ✓

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 2/22/17 EMPLOYEE'S PRINTED NAME: Darrell Wayne Russell

EMPLOYEE'S SIGNATURE: Darrell W. Russell

3. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ' ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.comto determine WPM)

Please provide your email address: Persona... ________ Work: ____________

**SIGNATURE:** Donald A. Russell **PHONE NO:** ________

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 19, 2017 |
| To: | MR. DARRELL RUSSELL<br>5-26-17<br>~~04-19-17~~ |
| Attn: | Authorization Forms → TO: Quinn |
| Fax: | (706) 253-5251 From: Darrell Russell |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>* Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | ~~4~~ ~~8~~ 17 |
| RE: | |
| Claim #: | 7259041 |
| | Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Mayoclinic.org
↓
Menu → patient online services

Log in to your patient account

Username →

password →

Resurgens
5671 Peachtree Dunwoody Rd NE
Suite 900 Atlanta 30342

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell Wayne Russell

Name of Claimant/Personal Representative (Signature) [signature]

Description (Title) of Personal Representative ____________

Date of Birth: _ ______ Claim Number: 3719712 Date: 2/22/2017

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 19, 2017 |
| To: | MR. DARRELL RUSSELL<br>5-26-17<br>~~04-19-17~~ |
| Attn: | Authorization Forms → TO: Quinn |
| Fax: | (706) 253-5251 From: Darrell Russell |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>* Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | ~~4~~ ~~8~~ 17 |
| RE: | |
| Claim #: | 7259041 |
| Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH:

**CHECK ONE:** ☑ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:**
**ADDRESS:** **CITY:** **STATE:** **ZIP:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ **Checking** ☐ **Savings** **BANK NAME:** United Community Bank

**9 DIGIT ABA ROUTING NUMBER:** **BANK ADDRESS:**

**YOUR ACCOUNT NUMBER:** **CITY:** Jasper **STATE:** GA **ZIP:** 30143

**BANK PHONE:** (706 253-9393

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☑ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☑ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: [signature] Date:

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074

**2017**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| Darrell Wayne | Russell | |

Home address (number and street or rural route)

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . $ 88.00

Employee's signature Date

......Separate here and give the top part of this form to the payer. Keep the lower part for your records. ......

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2017 . . . . . . . . . . . . . . . . | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2017, you may have to reduce your itemized deductions if your income is over $313,800 and you're married filing jointly or you're a qualifying widow(er); $287,650 if you're head of household; $261,500 if you're single, not head of household and not a qualifying widow(er); or $156,900 if you're married filing separately. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Exemptions. Multiply $4,050 by the number of personal exemptions . . . . . . . . . . . . . | 4 | |
| 5 | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Tax. Figure your tax on line 5 by using the 2017 Tax Rate Schedule X, Y, or Z on page 2. Don't use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2016 Form 1040, 1040A, or 1040EZ instructions . . . . . . | 6 | |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | 7 | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2017 or paid or to be paid with 2017 estimated tax payments . . . . . . . | 9 | |
| 10 | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | 11 | |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . . | 12 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note**: If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2017, you may have to reduce your itemized deductions if your income is over $313,800 and you're married filing jointly or you're a qualifying widow(er); $287,650 if you're head of household; $261,500 if you're single, not head of household and not a qualifying widow(er); or $156,900 if you're married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2017, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $12,700* |
| Head of household | $9,350* |
| Single or Married filing separately | $6,350* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional amount for the elderly or blind.*** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

***Limited standard deduction for dependents.*** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2017 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions

## 2017 Tax Rate Schedules

### Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,325 | **$0 + 10%** | **$0** |
| 9,325 | 37,950 | **932.50 + 15%** | **9,325** |
| 37,950 | 91,900 | **5,226.25 + 25%** | **37,950** |
| 91,900 | 191,650 | **18,713.75 + 28%** | **91,900** |
| 191,650 | 416,700 | **46,643.75 + 33%** | **191,650** |
| 416,700 | 418,400 | **120,910.25 + 35%** | **416,700** |
| 418,400 | and greater | **121,505.25 + 39.6%** | **418,400** |

### Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,350 | **$0 + 10%** | **$0** |
| 13,350 | 50,800 | **1,335 + 15%** | **13,350** |
| 50,800 | 131,200 | **6,952.50 + 25%** | **50,800** |
| 131,200 | 212,500 | **27,052.50 + 28%** | **131,200** |
| 212,500 | 416,700 | **49,816.50 + 33%** | **212,500** |
| 416,700 | 444,550 | **117,202.50 + 35%** | **416,700** |
| 444,550 | and greater | **126,950 + 39.6%** | **444,550** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,650 | **$0 + 10%** | **$0** |
| 18,650 | 75,900 | **1,865 + 15%** | **18,650** |
| 75,900 | 153,100 | **10,452.50 + 25%** | **75,900** |
| 153,100 | 233,350 | **29,752.50 + 28%** | **153,100** |
| 233,350 | 416,700 | **52,222.50 + 33%** | **233,350** |
| 416,700 | 470,700 | **112,728 + 35%** | **416,700** |
| 470,700 | and greater | **131,628 + 39.6%** | **470,700** |

### Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,325 | **$0 + 10%** | **$0** |
| 9,325 | 37,950 | **932.50 + 15%** | **9,325** |
| 37,950 | 76,550 | **5,226.25 + 25%** | **37,950** |
| 76,550 | 116,675 | **14,876.25 + 28%** | **76,550** |
| 116,675 | 208,350 | **26,111.25 + 33%** | **116,675** |
| 208,350 | 235,350 | **56,364 + 35%** | **208,350** |
| 235,350 | and greater | **65,814 + 39.6%** | **235,350** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136



**Return To:** Karlyn Gilmore-Diaz

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 3719712 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Chart Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit Any amount stand less than 30 min walk less than 15 Min

How many hours a day do you:
sit 12 stand 1-2 walk 1

Do you take a nap during the day?
Yes sometimes No ______

If Yes, for how long? hour At what time of the day? any

How many hours a day do you spend in bed? 8-9

Do you require any assistive devices such as a:
cane yes walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car? 2-3 hours

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? less than 30 mins.
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
phone

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 0
On the weekends? 1

How often do you run errands? rarely

Please describe what errands you most commonly run: go to bank

Liberty Mutual. INSURANCE



How often do you get outdoors? ______

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: ______

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ______

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ______

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | spouse | |
| Carrying groceries into the house | spouse | |
| Cooking meals | self + spouse | |
| Cleaning after meals | spouse | |
| Cleaning bathrooms | spouse | |
| Vacuuming | spouse | |
| Doing the laundry | self + spouse | |
| Opening and responding to mail | spouse | |
| Managing your finances | spouse | |
| Balancing your checkbook | spouse | |
| Bathing yourself | self | no, but require supervision at times (falling) |
| Styling your own hair | self | |
| Getting dressed | self | |
| Going up and down stairs | up self, down w/help | need help going down |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ______

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? never

Where do you go? How do you get there (transportation method)?

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day?

how many hours per week?

for whom?

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Unable to get up and down by myself, lack of use of my right arm, pain in my head + arm, legs are unstable and shakey, sounds + vibrations cause pain in my right arm + head, unable to stand or walk for very long or w/o assistance or cain

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake up, have small breakfast, sit in recliner/power lift chair, see kids off to buses, may do laundry, eat lunch, sit in chair, get kids off buses, cook dinner (occasionally), eat dinner, watch tv, go to bed

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Jessica D. Russell (Spouse)

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Darrell Wayne Russell Date: 2/22/2017

Signature: [signature]

[redacted]

St. Josephs Resurgens Orthopaedics
5671 Peachtree-Dunwoody Road, Suite 700
Atlanta,GA 30342
(404) 847-9999

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

**Date:** 5/2/2017
**Pages:** 7

**To:** Liberty Mutual
**Fax Number:** (603)430-1513

**From:** Amos, Allison (St. Josephs Resurgens Orthopaedics)
**Phone:** (404) 847-9999

**Comment:**

**CONFIDENTIALITY NOTE**

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail. Thank you.

**St. Josephs Resurgens Orthopaedics**
**5671 Peachtree-Dunwoody RoadSuite 700**
**Atlanta, GA 30342**
(404) 847-9999

Patient: Darrell W. Russell EMRN:64341
DOB: Age: 38

Encounter Date: Apr 20 2017 11:00AM
Provider:Paul R. Jeffords M.D.

**REF SOURCE:** Barry McCasland, M.D.

**PCP:** Sanjay Serrao, M.D.

**PERSONAL INFORMATION:** Mr. Russell is from Jasper, Georgia. He is a supervisor at Chart Industries, but is currently out of work on short-term disability and has been out of work since October of 2016. He is married to his wife, Jessica.

**PRIOR SPINE SURGERIES:** None.

**CC:** Right arm pain.

**HPI:** Mr. Russell is a 38 y/o male who had a melanoma resection from the right chest with axillary lymph node resection in September of 2015. He also had Mohs surgery for a melanoma of the left forehead performed in February of 2016. Six months after the right axillary lymph node resection, he developed a deep pressure type of pain in the right axilla which was localized and nonradiating. He was evaluated by his surgeon who felt it was not due to the lymph node resection given the late onset of symptoms, and he was referred to a pain clinic. The pain gradually progressed to a burning type of hypersensitivity that involved the right shoulder and chest and radiates down the right arm and into the hand. He is having some pain now on both sides of the upper chest and across the trapezial areas of the back of his neck. His predominant symptom is in the right arm. He states that the pain is constant and rates it between 5-10/10. He denies having any weakness of the right arm but does complain of intermittent weakness in the leg.

His surgeon referred him to the Northside Pain Clinic where he was treated by Dr. Ramasubbu. A cervical epidural steroid injection was performed that provided no significant relief. He was then referred to Dr. Barry McCasland. Dr. McCasland diagnosed him with a reflex sympathetic dystrophy. The patient underwent a bone scan and stellate ganglion block. The bone scan was negative, and the stellate ganglion block did not provide significant relief. The stellate ganglion block was performed by Dr. David Gale in January of 2017.

Of note: Mr. Russell has been treated by Dr. James Ellner at Georgia Pain Management for over ten years. Mr. Russell has a history of chronic low back pain that has been present since high school. This did not start with any specific injury or event.

Patient: Darrell W. Russell
Encounter: Apr 20 2017 11:00AM EMRN: 64341
Provider: Paul R. Jeffords M.D.

Mr. Russell has other symptoms that are associated with his right arm pain. He notes that he has issues where his legs do not seem to work properly. He has noted difficulty going up and down stairs and rising from a chair to walk at times. These symptoms seem to be intermittent. He also has symptoms of what he calls "brain zaps." He states that intermittently throughout the day he will have severe sensitivity to bright lights or loud sounds. He and his wife noted today that while waiting for me in the examination room there was some popping sounds coming from the window and every time this occurred he had severe sensitivity with jumping. He denies having any loss of bowel and bladder control or other neurologic symptoms.

Mr. Russell was eventually referred to the Mayo Clinic by Dr. McCasland for further workup of his symptoms. Dr. Elliot Dimberg evaluated the patient, and the patient underwent a series of studies. Dr. Dimberg felt that there was evidence of an active and chronic right C8 radiculopathy as well as a mild distal peripheral neuropathy and an old inactive right L5 radiculopathy. His opinion was that the right arm symptoms were consistent with a cervical radiculopathy and that a cervical decompression and fusion would be a treatment option. He opined that he had a hard time explaining the chest wall pain. He felt that he had examination findings consistent with mild myelopathy, but there was not significant cord compression that required surgical decompression at this time. For his headaches, he recommended a trial of indomethacin 75 mg a day for one week and if no response, twice a day for a week with a proton pump inhibitor.

**PREV TX:**
1. Previous but discontinued medications: Lyrica, gabapentin, topiramate, oxcarbazepine.
2. Current Meds: Oxycodone which was prescribed by Dr. David Gale.
3. A stellate ganglion block performed by Dr. David Gale in January of 2017. This provided no significant relief.
4. Multiple lumbar injections performed over the years by Dr. James Ellner.
5. A cervical epidural steroid injection performed by Dr. Ramasubbu in March of 2016.

**PMH/PSH:** Reviewed from the patient's history form dated 04/20/17, verified and updated with the patient. Pertinent positives that may affect medical decision making and surgical risk include depression, hypertension, history of melanoma status post surgical resection x2 with right axillary lymph node dissection.

**MEDS:** Reviewed from the patient's history form dated 04/20/17, verified and updated with the patient. Pertinent positives include clonazepam, **zatudam, hydroxyzine, duloxetine, oxycodone, lisinopril/hydrochlorothiazide, omeprazole.

**ALLERGIES:** Include Lyrica which causes facial swelling.

**ROS:** Reviewed from the patient's history form dated 04/20/17, verified and updated with the

patient. Pertinent positives include anxiety, arm pain, depression.

**FMH/SOCHX:** Reviewed from the patient's history form dated 04/20/17, verified and updated with the patient. He is a nonsmoker.

**PE:**
**General Exam:** Mr. Russell is a well-developed male in no acute distress. Respirations are normal and unlabored with no evidence of wheezing or stridor.

He is 6 feet 4 inches tall, weighs 225 pounds. He has a mildly overweight build and normal appearance and is oriented x 3. Affect is appropriate and there are no Waddell signs. Mr. Russell displays some anxiety during the examination.

**Posture and Gait:** Mr. Russell ambulates with a mildly wide-based gait with somewhat of a tentative stride. He displays some tremulousness with standing and walking.

**Cardiovascular and Lymphatic Exam:** Pulses in the extremities are normal. Lymph nodes are not enlarged.

**Spinal Exam:**
Deformity: There is no deformity of the cervical, thoracic or lumbar spine by inspection or palpation. The shoulders and pelvis are balanced.
Skin: Skin over the spine is normal.
Palpation: There is diffuse tenderness throughout the cervical, thoracic and lumbar spine with slight hypersensitivity to light touch.
ROM: Cervical range of motion is full in all directions. Lumbar flexion is to 70°. He can extend to 10°.

**Extremity Exam:**
Deformity: There is no deformity of the upper or lower extremities.
Skin: Skin over the extremities is normal.
Palpation: There is no tenderness throughout the upper or lower extremities.
ROM: There is full active and passive range of motion of the upper and lower extremities. There is no evidence of dislocation, subluxation or laxity.

**Neurologic Exam:**
Motor:

| Right | Left |
|---|---|
| 5/5 Deltoid | 5/5 Deltoid |
| 5/5 Bicep | 5/5 Bicep |
| 5/5 Tricep | 5/5 Tricep |
| 5/5 Wrist Ext. | 5/5 Wrist Ext. |

Patient: Darrell W. Russell
Encounter: Apr 20 2017 11:00AM EMRN: 64341
Provider: Paul R. Jeffords M.D.

| | |
|---|---|
| 5/5 Wrist Flex. | 5/5 Wrist Flex. |
| 5/5 Grip | 5/5 Grip |
| 5/5 IO | 5/5 IO |

| Right | Left |
|---|---|
| 5/5 IS | 5/5 IS |
| 5/5 HS | 5/5 HS |
| 5/5 Quad | 5/5 Quad |
| 5/5 GS | 5/5 GS |
| 5/5 TA | 5/5 TA |
| 5/5 EHL | 5/5 EHL |

Sensory: Sensation is normal throughout the extremities.
Coordination: Coordination and balance are normal.

Reflexes:

| Right | Left |
|---|---|
| Bicep 2+ | Bicep 2+ |
| Tricep 2+ | Tricep 2+ |
| Brach. 2+ | Brach. 2+ |
| Knee 1+ | Knee 1+ |
| Ankle 1+ | Ankle 1+ |
| Inv. Rad. - | Inv. Rad. - |
| Hoffmans - | Hoffmans - |
| Clonus - | Clonus - |

Spurling:
Right - Negative    Left - Negative

SLR:
Right -    Left -

**IMAGING:**
**Lumbar Spine X-rays: Standing AP/Lateral/Flexion-Extension 05/15/09:** Normal alignment in the AP and lateral planes without evidence of instability. No significant degenerative changes or other abnormalities. The images were personally reviewed with the patient.

**Cervical Spine X-rays: AP/Lateral 04/20/17:** Films ordered, performed, and interpreted by me on the listed date show the following: There is degenerative disk disease that is moderate to severe at C5-6 and C6-7. The images were personally reviewed with the patient.

**MRI Scan Cervical Spine 03/11/17:** I have the radiology report only; I do not have the actual

images. According to the report, there is degeneration and spondylosis at C5-6 and C6-7. There is moderate-to-severe left-sided foraminal stenosis at C5-6 and severe right-sided foraminal stenosis at C6-7.

**MRI Scan Thoracic Spine 03/11/17:** I have the radiology report only; I do not have the actual images. According to the report, there is disk bulging at T9-10 with mildly hypertrophic facet joints causing moderate central stenosis but visible spinal fluid anterior and posterior to the cord. There is also severe right-sided foraminal stenosis at T9-10 according to the report. There is also facet spondylosis at T10-11 causing mild stenosis.

**MRI Scan Lumbar Spine 03/11/17:** I have the radiology report only; I do not have the actual images. According to the report, there is mild congenital stenosis. There is disk degeneration at L4-5 with disk bulging and a posterior annular tear. There is mild central and right foraminal stenosis.

**Total Body Bone Scan 11/22/16:** I have reviewed medical records which note that the result of this test were normal. I do not have the actual radiology report.

**DIAGNOSTIC STUDIES:**
**EMG/NCS 02/16/17:** Performed at the Mayo Clinic.
1. There is evidence of a mild probable distal axonal peripheral neuropathy.
2. Chronic possibly active right C8 radiculopathy.
3. A chronic probably inactive right L5-S1 radiculopathy.

**TREMOR STUDIES 02/19/17:** Performed at the Mayo Clinic. There is evidence of functional hyperkinesias but no evidence of organic orthostatic hyperkinesias.

**DX:**
1. Right arm cervical radiculopathy with EMG and nerve conduction studies showing an active and chronic right C8 radiculopathy. He has had an MRI scan which shows severe right C6-7 foraminal stenosis. M54.12.
2. Moderate-to-severe left and severe right C6-7 foraminal stenosis. M48.02.
3. C5-6 and C6-7 disk degeneration. M50.322, M50.323.
4. Congenital lumbar stenosis. M48.06.
5. L4-5 degenerative disk disease with annular tear and disk bulging. M51.36.
6. Mild right L4-5 foraminal stenosis. M48.06.
7. T9-10 spondylosis with moderate central stenosis with very mild myelopathy. M47.14, M48.04.
8. Mild distal peripheral neuropathy.
9. Functional hyperkinesias causing lower extremity tremors.
10. Depression and anxiety disorder. F32.9.

Patient: Darrell W. Russell
Encounter: Apr 20 2017 11:00AM EMRN: 64341
Provider: Paul R. Jeffords M.D.

**REC/PLAN:** I have reviewed all examination findings, imaging and diagnostic studies with Mr. Russell, and we have discussed his diagnoses in detail including the natural history and all treatment options. Educational handouts covering the diagnoses and all recommended treatment options have been given.

Mr. Russell obviously has a very complicated case. He is having right arm symptoms that are most likely due to a cervical radiculopathy with an MRI scan showing severe right-sided C6-7 foraminal stenosis. However, he has a multitude of other symptoms that are not explained by the cervical radiculopathy including burning sensations across the chest, tremulousness, headaches and symptoms that he defines as "brain zaps" which seems to be hypersensitivity to light and loud sounds. He has a history of depression and anxiety and has been treated by Dr. James Ellner since a young age for chronic low back pain. I feel that Mr. Russell is a candidate for a two-level anterior cervical diskectomy and fusion at C5-6 and C6-7 for his right arm symptoms. I explained to Mr. Russell that because of his complexity I cannot give a very high confidence level that his symptoms will be relieved with surgery. In a typical patient, there is a 90-95% success rate for relieving cervical radiculopathy if there is significant neurologic compression and this is decompressed surgically. However, I have explained to Mr. Russell and his wife that I would give him maybe a 70-75% chance of getting relief of his arm symptoms given his history. I suspect that after surgery he will have ongoing pain issues and this will need to be managed by either Dr. Ellner or Dr. Gale. His oxycodone was recently prescribed by Dr. Gale; however, he has a long history of treatment with Dr. Ellner. Obviously, Dr. Ellner is closer in proximity to Mr. Russell, and it is likely that he will continue to follow with Dr. Ellner for pain management.

At this point, I have asked Mr. Russell to obtain the MRI images that were done at the Mayo Clinic so that I can see the imaging studies for myself. Once I have had an opportunity to review these images, I will call him to further discuss the cervical fusion option.

cc: Barry McCasland, M.D.
Fax # 404-531-0494

Sanjay Serrao, M.D.
Piedmont Physicians of Mountainside Internal Medicine
Jasper, Georgia

James D. Ellner, M.D.
Georgia Pain Management
Fax # 770-544-0006

Patient: Darrell W. Russell
Encounter: Apr 20 2017 11:00AM EMRN: 64341
Provider: Paul R. Jeffords M.D.

David W. Gale, M.D.
Pain Solutions Treatment Centers
Fax # 770-422-7306

DD: 4/22/2017 10:06:00 AM / DT: 4/24/2017 8:56 AM wz933vf Job#: 7381-4195398 / WS#: 4313734

Electronically signed by:Paul R. Jeffords M.D. Apr 25 2017 9:36AM EST Author

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 2 May 2017 20:13:47 +0000
**To:**
carolyn.mcgarty@chartindustries.com;Kathy.lambert@chartindustries.com;Star.Garguilo@chartindustries.com
**Subject:** Claim #7259041, DARRELL RUSSELL

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 11/8/2016. The claim has been approved through 5/8/2020. The case manager for this claim is Quinn O'Brien. The claim number is 7259041.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 2 May 2017 20:13:47 +0000
**To:**
carolyn.mcgarty@chartindustries.com;Kathy.lambert@chartindustries.com;Star.Garguilo@chartindustries.com
**Subject:** Claim #7259041, DARRELL RUSSELL

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 11/8/2016. The claim has been approved through 5/8/2020. The case manager for this claim is Quinn O'Brien. The claim number is 7259041.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 2 May 2017 20:13:47 +0000
**To:**
carolyn.mcgarty@chartindustries.com;Kathy.lambert@chartindustries.com;Star.Garguilo@chartindustries.com
**Subject:** Claim #7259041, DARRELL RUSSELL

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 11/8/2016. The claim has been approved through 5/8/2020. The case manager for this claim is Quinn O'Brien. The claim number is 7259041.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

May 1, 2017

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Chart Industries, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

***"Disability" or "Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   i. ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 36 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is November 8, 2016 and your benefits begin on May 9, 2017. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by June 14, 2017.

- X LTD Forms
- X Direct Deposit Application
- X W-4S - For use with FI and ASO with 501c9 Trust
- __ Other

Please be aware that the condition for which you are approved disability benefits is subject to the following limitation:

***Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms Limitation***

*The benefit for Disability due to Mental Illness, Substance Abuse and/or Non-Verifiable*

*Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.*

*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

*"**Mental Illness**" means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.*

We have determined that you are disabled from neuropathic pain in the right chest wall and right upper extremity of uncertain etiology. Our review of the medical records received also indicates that you have also been diagnosed with a positive depression screening. We have requested additional information to assess your restrictions and limitations related to this diagnosis.

Please be advised that if your a positive depression screening is determined to be disabling, you will also be subject to the above limitation.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: LTD Forms
Direct Deposit Application
W-4S - For use with FI and ASO with 501c9 Trust

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074

**2017**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature                                                    Date

..................................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ..................................................

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2017 . . . . . . . . . . . . . . . . | 1 | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2017, you may have to reduce your itemized deductions if your income is over $313,800 and you're married filing jointly or you're a qualifying widow(er); $287,650 if you're head of household; $261,500 if you're single, not head of household and not a qualifying widow(er); or $156,900 if you're married filing separately. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | 2 | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| **4** | Exemptions. Multiply $4,050 by the number of personal exemptions . . . . . . . . . . . . . . | 4 | |
| **5** | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| **6** | Tax. Figure your tax on line 5 by using the 2017 Tax Rate Schedule X, Y, or Z on page 2. Don't use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2016 Form 1040, 1040A, or 1040EZ instructions . . . . . . | 6 | |
| **7** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | 7 | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| **9** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2017 or paid or to be paid with 2017 estimated tax payments . . . . . . . . | 9 | |
| **10** | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| **11** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | 11 | |
| **12** | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . | 12 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note**: If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*



Lincoln/Russell 0875

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2017, you may have to reduce your itemized deductions if your income is over $313,800 and you're married filing jointly or you're a qualifying widow(er); $287,650 if you're head of household; $261,500 if you're single, not head of household and not a qualifying widow(er); or $156,900 if you're married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2017, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $12,700* |
| Head of household | $9,350* |
| Single or Married filing separately | $6,350* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional amount for the elderly or blind.*** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

***Limited standard deduction for dependents.*** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2017 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2017 Tax Rate Schedules

### Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,325 | **$0 + 10%** | **$0** |
| 9,325 | 37,950 | **932.50 + 15%** | **9,325** |
| 37,950 | 91,900 | **5,226.25 + 25%** | **37,950** |
| 91,900 | 191,650 | **18,713.75 + 28%** | **91,900** |
| 191,650 | 416,700 | **46,643.75 + 33%** | **191,650** |
| 416,700 | 418,400 | **120,910.25 + 35%** | **416,700** |
| 418,400 | and greater | **121,505.25 + 39.6%** | **418,400** |

### Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,350 | **$0 + 10%** | **$0** |
| 13,350 | 50,800 | **1,335 + 15%** | **13,350** |
| 50,800 | 131,200 | **6,952.50 + 25%** | **50,800** |
| 131,200 | 212,500 | **27,052.50 + 28%** | **131,200** |
| 212,500 | 416,700 | **49,816.50 + 33%** | **212,500** |
| 416,700 | 444,550 | **117,202.50 + 35%** | **416,700** |
| 444,550 | and greater | **126,950 + 39.6%** | **444,550** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,650 | **$0 + 10%** | **$0** |
| 18,650 | 75,900 | **1,865 + 15%** | **18,650** |
| 75,900 | 153,100 | **10,452.50 + 25%** | **75,900** |
| 153,100 | 233,350 | **29,752.50 + 28%** | **153,100** |
| 233,350 | 416,700 | **52,222.50 + 33%** | **233,350** |
| 416,700 | 470,700 | **112,728 + 35%** | **416,700** |
| 470,700 | and greater | **131,628 + 39.6%** | **470,700** |

### Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,325 | **$0 + 10%** | **$0** |
| 9,325 | 37,950 | **932.50 + 15%** | **9,325** |
| 37,950 | 76,550 | **5,226.25 + 25%** | **37,950** |
| 76,550 | 116,675 | **14,876.25 + 28%** | **76,550** |
| 116,675 | 208,350 | **26,111.25 + 33%** | **116,675** |
| 208,350 | 235,350 | **56,364 + 35%** | **208,350** |
| 235,350 | and greater | **65,814 + 39.6%** | **235,350** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien



EMPLOYEE/CLAIMANT NAME: Darrell Russell

CLAIM NO: 7259041 DATE OF BIRTH: ____

EMPLOYER/SPONSOR: Chart Industries, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____ stand ____ walk ____

How many hours a day do you:

sit ____ stand ____ walk ____

Do you take a nap during the day?

Yes____ No ____

If Yes, for how long? ____ At what time of the day?____

How many hours a day do you spend in bed?____

Do you require any assistive devices such as a:

cane ____ walker____ crutches ____ wheelchair ____ other____

How long are you able to sit in a car?____

Do you hold a valid driver's license?

Yes____ No ____

If No, please explain: ____

If Yes, how long are you able to drive a car?____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____

Do you have children?

Yes____ No ____ If Yes, what are their dates of birth ____

Do you need help caring for your children?

Yes ____ No ____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes____ No ____ If Yes, please explain ____

How many times a day do you leave the house during the week? ____

On the weekends?____

How often do you run errands? ____

Please describe what errands you most commonly run: ____

____

Liberty Mutual INSURANCE



How often do you get outdoors? ________________________________________________

Are you left or right hand dominant? Left _________ Right _________

Are you able to work in your garden? Yes _________ No _________

Are you able to work on your house? Yes _________ No _________

Are you able to wash your car? Yes _________ No _________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails
_______ Visit chat rooms _______ Photos Other: ______________________________

What computer software applications do you utilize. Please check all that apply:
______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics
______ Photo software (Photoshop) ______ Programming Other: ___________________________

Do you have a working home copy machine/fax machine? _________ Yes _________ No

If yes, please explain purpose and usage: ____________________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities.
If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | ____________________ | ____________________ |
| Carrying groceries into the house | ____________________ | ____________________ |
| Cooking meals | ____________________ | ____________________ |
| Cleaning after meals | ____________________ | ____________________ |
| Cleaning bathrooms | ____________________ | ____________________ |
| Vacuuming | ____________________ | ____________________ |
| Doing the laundry | ____________________ | ____________________ |
| Opening and responding to mail | ____________________ | ____________________ |
| Managing your finances | ____________________ | ____________________ |
| Balancing your checkbook | ____________________ | ____________________ |
| Bathing yourself | ____________________ | ____________________ |
| Styling your own hair | ____________________ | ____________________ |
| Getting dressed | ____________________ | ____________________ |
| Going up and down stairs | ____________________ | ____________________ |

Have you been confined to a hospital within the last 12 months? Yes _________ No _________

If Yes, please provide reason and hospital contact Information: ________________________________
______________________________________________________________________________
______________________________________________________________________________

Liberty Mutual INSURANCE

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Darrell Russell Claim No 7259041

Employer/Sponsor/Customer Name Chart Industries, Inc.

Return to: Quinn O'Brien

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Darrell Russell
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

7259041
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

# Authorization to Obtain and Release Psychotherapy Notes

Employee Name Darrell Russell Claim No 7259041

Employer/Sponsor/Customer Name Chart Industries, Inc.

Return to: Quinn O'Brien

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Darrell Russell
Claimant Name (Print)

Date of Birth

Claimant Signature

Date

7259041
Claim Number

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from January 1, 2017 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

Liberty Mutual INSURANCE

**Return to:** Quinn O'Brien

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell **CLAIM #:** 7259041
**EMPLOYER:** Chart Industries, Inc. **DATE OF BIRTH:** ______

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide website address(es).

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Week/Month | Amount per Receiving | Date Began Receiving | Date Ceased Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages or Salary | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance / Separation Benefit Agreement | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other (please describe) ______ | $ ______ | ______ | ______ | ______ |

Date Income

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

## REIMBURSEMENT AGREEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

**Return To:** Quinn O'Brien

Please complete, sign, and return a copy to Liberty Mutual.

***TO BE COMPLETED BY LIBERTY MUTUAL***

Claimant Name: Darrell Russell

Address: ______________________

Name of Employer: Chart Industries, Inc.

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( Darrell Russell ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

______________________ (Date)

______________________ (Signature of injured individual or legal representative)

***Please retain a copy for your records or one can be provided upon request.***

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Darrell Russell **Date of Birth:** ____________

**Employer:** Chart Industries, Inc. **Policy/Plan Sponsor No.** 08 - 034785

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

**B) Social Security benefits will be estimated if:**

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) ____________________ (Witness signature) ____________________

(Address) ____________________ (Address) ____________________

(Date) ____________________ (Date) ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO. 7259041
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA MS CAGS PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________

   ________________________________________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________

   ________________________________________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________

   ________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: Yes☐ No☐ If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________ Work: ______________________

**SIGNATURE:** ______________________ **PHONE NO: (      )** ______________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 28, 2017 |
| To: | PAUL JEFFORDS<br>5671 PEACHTREE DNWDY RD # 900<br>ATLANTA GA 30342-5022 |
| Attn: | Medical Records |
| Fax: | (404) 531-8632 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 7259041<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 28, 2017

Paul Jeffords
5671 PEACHTREE DNWDY RD # 900
ATLANTA, GA 30342-5022

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Paul Jeffords:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2017 through the present

We ask that you provide this information by May 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Mr. Russell allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Mr. Russell s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 7259041-EMPLOYEE/CLAIMANT-FORMS-04.19.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 19, 2017 |
| To: | MR. DARRELL RUSSELL<br><br>04-19-17 |
| Attn: | Authorization Forms → To: Quinn |
| Fax: | (706) 253-5251 From: Darrell Russell |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | ~~4~~ 3 |
| RE: | Claim #: 7259041<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

Liberty Mutual. INSURANCE

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) DArrell W. Russell

Name of Claimant/Personal Representative (Signature) Darrell D. Russell

Description (Title) of Personal Representative self

Date of Birth: ______ Claim Number: 7259041 Date: 04-19-2017

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) DArrell W. Russell

Name of Claimant/Personal Representative (Signature) Darrell W. Russell

Description (Title) of Personal Representative self

Date of Birth: ___ 1___ Claim Number: 7259041 Date: 4-19-17

**A copy of this authorization will be considered as valid as the original.**

952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

R3 CONTINUUM

# CONFIDENTIAL FAX

| | | | |
|---|---|---|---|
| **Date:** | April 26, 2017 | **Claim #:** 7259041 | |
| **To:** | Elliot Dimberg, MD. | **Fax:** | **904-953-2898** |
| **Document:** | Confirmatory Letter | **Phone:** | **(904) 953-2000** |
| **From:** | Molly Wepler at 866-927-0184 x 2622 | | |

**Number of Pages (including cover sheet): 3**

**FAX COVER SHEET WARNING**

The information contained in this letter is intended only for the personal and confidential use of the recipient(s) named above. This message may be a communication of which and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by phone and return the original to us by mail. Thank you.

952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

R3 CONTINUUM

April 26, 2017

****CONFIDENTIAL****

Elliot Dimberg, MD
Fax: (904) 953-2898

Re: Darrell Russell
Claim No: 7259041
DOB:

Dear Dr. Dimberg:

Thank you for taking the time to discuss your patient, Darrell Russell, with me. The following is a summary of our conversation on 4/21/17 at 2:10 pm for 5 minutes. Please review it, make any comments or corrections you might have, and sign and fax this letter back to me. **A response is respectfully requested within *five* business days from the date of this letter. If you do not respond, I will conclude that this letter is an accurate representation of our conversation.**

I stated the reason for my call and briefly reviewed the claimant's history. We noted that the claimant was last seen on 3/23/17 at which point he was returning to his providers closer to home rather than at Mayo. Dr. Dimberg noted that he does not do functional assessments and so they typically do not get involved with these issues. If necessary, he noted that they would rely on a Functional Capacity Evaluation.

Again, I appreciate the opportunity to discuss Darrell Russell with you.

Sincerely,

Lucia McPhee, MD
Board Certified Physical Medicine & Rehabilitation
Diplomate, American Academy of Pain Management
Arizona License #24752

***Please Complete and Fax to Confidential Fax: 952-927-7147***

I have read the above and agree that it is an accurate representation of our conversation and my assessment of my patient, Darrell Russell.

Additional comments:

Elliot Dimberg, MD

04/27/17
Date

**R3 CONTINUUM**
d/b/a Crisis Care Network, Behavioral Medical Interventions, Crisis Management Int'l
4115 Ayrshire Dr SW
Wyoming, MI 49418

# INVOICE

| | |
|---|---|
| **Invoice Date:** | 04/28/2017 |
| **Invoice #:** | 604010-1 |
| **Invoice Due Date:** | 05/28/2017 |
| **Payment Terms:** | Net 30 days |

| Bill To: |
|---|
| London, KY<br>PO Box 7207<br>London, KY 40742 |

| Referred By | Claim # | Claimant Name |
|---|---|---|
| Quinn O'Brien | 7259041 | Darrell Russell |

| Delivery Method | Invoice Currency | Customer Reference # |
|---|---|---|
| Other | USD | n/a |

| Qty/Hrs | Service Provided | Description | Specialty | Rate | Amount |
|---|---|---|---|---|---|
| 3.80 | File Review | Report by Lucia McPhee | Physical Medicine and Rehabilitation - Pain Medicine | $255.00 | $969.00 |
| 1.00 | | Admin Fees - Flat | | $50.00 | $50.00 |

| | |
|---|---|
| *Subtotal* | *$1,019.00* |
| *Sales Tax* | *$0.00* |
| *Total Invoice Amount* | *$1,019.00* |
| *Payment/Credit Applied* | *$0.00* |
| ***TOTAL*** | ***$1,019.00*** |

**Thank you for your business.**

**Please remit to:**

**R3 Continuum**

**4115 Ayrshire DR SW**

**Wyoming, MI 49418**

If you have any questions, please contact Accounting at:

Phone: **(616) 965-2411**

Email: **accounting@r3continuum.com**

Federal ID #: **46-4003573**

CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3Continuum.com and destroy all copies of the original message.

952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

R3 CONTINUUM

April 27, 2017

****CONFIDENTIAL****

Quinn O'Brien
Liberty Mutual
London, KY

Re: Darrell Russell
Claim No: 7259041
Web ID: 604010

Dear Quinn O'Brien:

We have received and processed the referral of the file on Darrell Russell for the purpose of file review and provider contact. All records provided by Liberty Mutual, London, KY were reviewed. Services have been completed on this file, and below is a summary of findings and conclusions.

### CONCLUSION

Based on a review of the provided data as summarized and analyzed below, it is the reviewer's opinion within a reasonable degree of clinical probability that as of 11/8/16, the claimant's reported symptoms and findings on exam, which initially appeared consistent with complex regional pain syndrome (CRPS) and possible movement disorder, were of such severity so as to support physical functional limitations while undergoing medical investigations and treatment trials. Additional testing indicated that his abnormal lower extremity movements were functional rather than organic, and he may have right upper extremity symptoms from severe right foraminal stenosis at C6-7 with findings on EMG which could indicate right C8 radiculopathy. Neurosurgical evaluation is pending. Thus, the medical information available at this time does support physical functional limitations as of 11/8/16 through beyond 5/7/17 as discussed in the Analysis and Question 1 below. Prior to determining duration and prognosis, it would be helpful to review the neurosurgical consultation from within the past week, with it anticipated that duration will be through 6/7/17 to allow further treatment as recommended by the neurosurgeon, which may include surgery.

### REFERRAL INFORMATION

Age (DOB):
Gender: MALE
DOD: 11/08/2016
Listed attending physician(s): Barry McCasland, MD, Neurology and Elliot Dimberg, MD, Neurology
Diagnoses listed on referral: complex regional pain syndrome I of right upper

### MEDICAL ISSUE

The primary medical issue in question in this review is noted as whether the medical information provided at this time supports physical functional limitations as of 11/8/16 and if so, to what degree. The claimant's neurologist, Dr. McCasland has indicated that the claimant is unable to work at all and cannot use the right arm to any degree due to severe hypersensitivity according the form he completed dated 11/23/16.

*RECORDS LIST*

**What follows is an outline of the records reviewed to prepare for this report:**

1. **Attending Physician Statements completed by Barry McCasland, MD, Neurology, dated 11/23/16**
2. **Medical Records, Correspondence and/or Consultations completed by:**
    a. **Dr. McCasland, dated 11/4/16 and 2/8/17**
    b. **Pain Solutions Treatment Centers, dated 12/14/16 through 1/5/17**
    c. **Mayo Clinic, dated 2/16/17 through 3/23/17, and undated**
3. **Diagnostics**
4. **Labs**
5. **Employee Statements**
6. **Client Documents**
7. **Miscellaneous Documents**

*SUMMARY OF RECORDS*

On 11/23/16, Dr. McCasland completed a disability form and stated the claimant "can't work at all," since he had "no use of (R) arm due to severe hypersensitivity." He described that the claimant had extreme pain, swelling, and purplish discoloration of his right arm following surgery for cancer. His office visit note from 11/4/16 reviewed that the claimant underwent excision of right chest wall melanoma as well as axillary node dissection in September 2015, and in the Spring of 2016 he developed pain along the right axillary incision. He was now under the care of a pain specialist, but the symptoms progressed to involve the entire right upper chest wall, shoulder, and entire right upper limb with periodic swelling, purple discoloration, rash, tremor, and constant piloerection. Symptoms were aggravated by movement, so he was minimizing use of his right arm. Numbness was predominantly in the 4th and 5th digits. The affected area felt sunburned all the time. He had reaction to Lyrica and gabapentin, so medication was limited to Percocet 2 to 3 per day. Dr. McCasland documented intact strength, reflexes, and coordination, but there was intermittent tremor, allodynia, and hyperesthesia of the entire right upper limb. Clinically it appeared he had RSD/Complex regional pain syndrome (CRPS), and further investigations were obtained for this.

His pain management records from David Gale, MD included the second opinion visit on 12/14/16, and this noted that his depression screening score was 22, in the Severe Depression range. His history included depression and anxiety as well as hypertension. At this visit, medications included Cymbalta, Ambien, hydroxyzine, Lisinopril, Percocet 5/325 every eight hours as needed, and omeprazole. Dr. Gale provided stellate ganglion blocks on 12/22/16 and 1/5/17 without pain reduction.

Testing which included triple phase bone scan and stellate ganglion blocks did not support CRPS, but it was noted by Dr. McCasland at his follow-up visit on 2/8/17 that the claimant had significant benefit from a C7 nerve root block, although it was reported that no nerve root problems were noted on the brachial plexus MRI (although not optimal study for this), and EMG/NCS was normal.

The claimant was then evaluated at Mayo Clinic Jacksonville under the care of neurologist Dr. Dimberg who noted that the C7 injection helped for only 1-2 days, and he ordered further investigations. The EMG/NCS on 2/16/17 was reported to show a mild probable distal axonal peripheral neuropathy as well as chronic possibly active right C8 radiculopathy and chronic probably inactive right L5/S1 radiculopathy. Dr. Dimberg met with the claimant and his wife to review testing, and he noted that the MRIs (which included the entire spine) showed moderate to severe foraminal stenosis on the left at C5-6 and right at C6-7 and T9-10, with mild cervical and moderate thoracic central canal stenosis. It was

noted the claimant was not able to stay for a Spine Center or Pain Clinic consult but was going to address this locally regarding intervention.

It was noted at his follow-up visit with Dr. McCasland on 2/8/17 that he was walking with a cane at this visit, and various abnormal movements and increased tone were noted. This was evaluated at Mayo Clinic on 2/19/17 with surface EMG and Dr. Gerpen concluding that findings were most consistent with functional hyperkinesias, and no organic orthostatic hyperkinesia. Dr. Gerpen also provided additional surface EMG testing on 3/23/17 for the lower extremities, and he confirmed that the tremor in the right lower extremity at rest was consistent with a functional tremor, and activity with standing was most consistent with voluntary motor activity.

***Provider Interview with Barry McCasland, MD, Neurology***
Please refer to attached appendix

***Provider Interview with Elliot Dimberg, MD, Neurology***
Please refer to attached appendix

***Analysis***
Based on the information available for review, as described above, it is the reviewer’s opinion within a reasonable degree of clinical probability that as of 11/8/16 the claimant’s reported symptoms and findings on exam, which initially appeared clinically consistent with complex regional pain syndrome (CRPS) and possible movement disorder, were of such severity so as to support physical functional limitations while undergoing medical investigations and treatment trials. Additional testing indicated that his abnormal lower extremity movements were functional rather than organic, and he may have right upper extremity symptoms from severe right foraminal stenosis at C6-7 with findings on EMG which could indicate right C8 radiculopathy. Neurosurgical evaluation is pending. Thus, the medical information available at this time does support physical functional limitations as of 11/8/16 through beyond 5/7/17. Prior to determining duration and prognosis, it would be helpful to review the neurosurgical consultation from within the past week, with it anticipated that duration will be through 6/7/17 to allow further treatment as recommended by the neurosurgeon, which may include surgery.

Further testing did not support the diagnosis of CRPS or organic tremor or movement disorder. It was noted that the claimant scored very high on the depression screening, and he had been started on Cymbalta, but this evaluation does not assess his psychiatric status. There was no indication in the file that he saw a psychiatric health care provider. Regarding his physical conditions, it appears that most recently the concern has been with the cervical spine based on the MRI showing severe foraminal stenosis on the right at C6-7 and EMG/NCS on 2/16/17 consistent with a chronic possibly active right C8 radiculopathy as well as a mild probable distal axonal peripheral neuropathy. Based on my discussion with Dr. McCasland, he was waiting to hear from the claimant’s most recent neurosurgical consultation regarding the cervical findings. It should be noted that the EMG/NCS and cervical MRI findings would not be expected to result in the diffuse right upper extremity complaints into the chest wall reported by the claimant, but thus far his providers have not been able to determine other significant physical contributors for his symptoms and exam findings.

Regarding physical function, as of the 11/8/16 date in question, it would be reasonable to restrict reaching and the use of the right hand to an occasional basis at most. Given the right upper extremity symptoms which were being evaluated, it would be reasonable to restrict lifting/carrying to 10 pounds total, relying more on the left upper extremity. Regarding standing/walking, although the claimant was reportedly using a cane at times, I did not see support in the file for this, with it noted that his abnormal

movement was evaluated at Mayo Clinic and found to be functional (voluntary) rather than organic in nature. Although Dr. McCasland recalled that the claimant was on large doses of Percocet, the records indicated he was on the 5 mg strength, taking 2 to 3 per day. His evaluations did not mention concerns with this medication. Temporary off work was supported for the days the claimant was required to attend his various medical appointments which included injections, with the visits to Mayo Clinic Jacksonville requiring additional time for travel.

### QUESTIONS

Please refer to the Analysis section above for additional details and rationale supporting this reviewer's opinions.

1. **Please note all diagnoses supported by the medical evidence (including co-morbids).**

    - Neuropathic pain right chest wall and right upper extremity of uncertain etiology.
    - Severe right foraminal stenosis on MRI at C6-7 and EMG/NCS on 2/16/17 consistent with chronic possibly active right C8 radiculopathy (neurosurgical evaluation pending).
    - Movement disorder found to be functional rather than organic based on electrodiagnostic studies in February 2017.
    - EMG/NCS on 2/16/17 consistent with a mild probable distal axonal peripheral neuropathy.
    - Positive depression screening.
    - History of melanoma status post resection.

2. **Please confirm which diagnosis(es) is/are causing impairment and clarify if the impairment and associated restrictions/limitations are supported throughout the entire elimination period, from 11/8/16 and through 5/7/17.**

    The main issues resulting in impairment include the neuropathic pain in the right chest wall and right upper extremity of uncertain etiology, the severe right foraminal stenosis at C6-7, and EMG/NCS findings on 2/16/17 consistent with chronic possibly active right C8 radiculopathy, with associated restrictions/limitations supported through the entire elimination period of 11/8/16 through 5/7/17.

3. **For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported CURRENT restrictions and limitations, <u>including duration and prognosis.</u>**
    a. **Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.).**
    b. **When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full-time activities throughout an 8 hour day and reliable sustainable capacity.**

        Based on the combination of the conditions noted in Question 2 above, it would be reasonable to restrict reaching and the use of the right hand (for fingering and handling combined) to an occasional basis. It would also be reasonable to restrict lifting/carrying up to 10 pounds on an occasional basis. There were no findings on which to restrict use of the left upper extremity/hand for reaching, gross handling, or fingering. Regarding standing/walking, although the claimant was reportedly using a cane at times, I did not see support in the file for this, with it noted that his abnormal movement was evaluated

at Mayo Clinic and found to be functional (voluntary) rather than organic in nature. Thus, the file does not support restrictions/limitations for standing, walking, sitting, bending/ stooping, or crouching. He should avoid crawling due to the right upper extremity. This would be on a full-time basis through an eight hour day, 5 days a week on a reliable, sustained basis, although off work would be supported for the days he had injections or had to travel out of town for medical visits such as to the Mayo Clinic. Prior to determining duration and prognosis, it would be helpful to review the neurosurgical consultation from within the past week. It is anticipated that duration will be through 6/7/17 to allow further treatment as recommended by the neurosurgeon, which may include surgery.

4. **Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

   The medical evidence does not support any side effects from the prescribed medications.

5. **Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence-based rationale to support if it is or is not consistent with the current standard of care.**

   There are no concerns with the claimant's treatment plan not being consistent with the current standard of care. The claimant has had a very thorough evaluation from the physical perspective from multiple specialists and very appropriate treatment trials based on his symptoms.

6. **Please outline any medical information not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions/limitations. Please indicate the provider/s name, etc., and the time frame for such information if known.**

   It would be helpful to review the records from the claimant's ongoing medical care and evaluations since his visit to Mayo Clinic in late March 2017, such as his neurosurgical consultation with Dr. Paul Jeffers.

7. **When contacting the treating provider(s), please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability.**
   a. **During the conversation, the employee's functional abilities should be discussed for RTW plan/goals.**
   b. **Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes.**
   c. **Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.**

   Dr. Dimberg declined commenting on functional abilities, and Dr. McCasland preferred to wait for the neurosurgical consultation report prior to commenting on abilities. If I receive

additional information from Dr. McCasland, I will notify the referring source.

Sincerely,



Lucia McPhee, MD
Board Certified Physical Medicine & Rehabilitation
Diplomate, American Academy of Pain Management
Arizona License #24752

*All opinions in this report are solely the opinions of the author. There is no conflict of interest. There is no doctor/provider-patient treatment relationship, and the author did not personally examine the claimant. All opinions are advisory only, independent, and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering all the data available at the time of preparation of this report. This report is not intended as a recommendation regarding any decisions on a claim or administrative functions to be made or enforced. R3 does not make claim decisions.*

952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

R3 CONTINUUM

# CONFIDENTIAL FAX

| | | | |
|---|---|---|---|
| **Date:** | April 26, 2017 | **Claim #:** | 7259041 |
| **To:** | Elliot Dimberg, MD. | **Fax:** | **904-953-2898** |
| **Document:** | Confirmatory Letter | **Phone:** | **(904) 953-2000** |
| **From:** | Molly Wepler at 866-927-0184 x 2622 | | |

**Number of Pages (including cover sheet): 3**

**FAX COVER SHEET WARNING**

The information contained in this letter is intended only for the personal and confidential use of the recipient(s) named above. This message may be a communication of which and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by phone and return the original to us by mail. Thank you.

952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

R3 CONTINUUM

April 26, 2017

****CONFIDENTIAL****

Elliot Dimberg, MD
Fax: (904) 953-2898

Re: Darrell Russell
Claim No: 7259041
DOB:

Dear Dr. Dimberg:

Thank you for taking the time to discuss your patient, Darrell Russell, with me. The following is a summary of our conversation on 4/21/17 at 2:10 pm for 5 minutes. Please review it, make any comments or corrections you might have, and sign and fax this letter back to me. **A response is respectfully requested within *five* business days from the date of this letter. If you do not respond, I will conclude that this letter is an accurate representation of our conversation.**

I stated the reason for my call and briefly reviewed the claimant's history. We noted that the claimant was last seen on 3/23/17 at which point he was returning to his providers closer to home rather than at Mayo. Dr. Dimberg noted that he does not do functional assessments and so they typically do not get involved with these issues. If necessary, he noted that they would rely on a Functional Capacity Evaluation.

Again, I appreciate the opportunity to discuss Darrell Russell with you.

Sincerely,

Lucia McPhee, MD
Board Certified Physical Medicine & Rehabilitation
Diplomate, American Academy of Pain Management
Arizona License #24752

***Please Complete and Fax to Confidential Fax: 952-927-7147***

I have read the above and agree that it is an accurate representation of our conversation and my assessment of my patient, Darrell Russell.

Additional comments:

Elliot Dimberg, MD

Date

952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

R3 CONTINUUM

# CONFIDENTIAL FAX

| | | | |
|---|---|---|---|
| **Date:** | April 26, 2017 | **Claim #:** 7259041 | |
| **To:** | Barry McCasland, MD. | **Fax:** | **404-531-0494** |
| **Document:** | Confirmatory Letter | **Phone:** | **(404) 531-0334** |
| **From:** | Molly Wepler at 866-927-0184 x 2622 | | |

**Number of Pages (including cover sheet): 3**

**FAX COVER SHEET WARNING**

The information contained in this letter is intended only for the personal and confidential use of the recipient(s) named above. This message may be a communication of which and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by phone and return the original to us by mail. Thank you.

952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

R3 CONTINUUM

April 26, 2017

****CONFIDENTIAL****

Barry McCasland, MD
Fax: (404) 531-0494

Re: Darrell Russell
Claim No: 7259041
DOB:

Dear Dr. McCasland:

Thank you for taking the time to discuss your patient, Darrell Russell, with me. The following is a summary of our conversation on 4/20/17 at 3:42 pm ET for 9 minutes. Please review it, make any comments or corrections you might have, and sign and fax this letter back to me. **A response is respectfully requested within *five* business days from the date of this letter. If you do not respond, I will conclude that this letter is an accurate representation of our conversation.**

Dr. McCasland noted the issues with the case and stated that the most recent understanding was that the main issue was cervical spondylosis with nerve root compression. The claimant had selective nerve root injections with resolution of almost all of his pain, including on his chest. The next step is a neurosurgical evaluation with Dr. Paul Jeffers regarding cervical decompression. Dr. McCasland offered to provide this additional information if I call back in a couple of days. I brought up the issue of function as of his initial visit in early November 2016, and stated that given the ongoing issues with the right upper extremity and chest, with findings on exam including discoloration, swelling, pain and piloerection, and no indication of significant improvement since he stopped working, it would be reasonable to restrict use of the right hand to an occasional basis. Regarding standing/walking, I stated that although the claimant was using a cane at times, I did not see support in the file for this, with it noted that he appeared to have a functional component to his movement disorder. Dr. McCasland was not aware of the claimant using a gait aid, and he did not provide additional comments on this level of activity. I asked about concerns with side effects from his medications. He stated the claimant was on large doses of Percocet, related to not being able to travel two hours to see the appropriate pain specialist, and when he comes in, he looks like a “junkie.” Dr. McCasland did not describe any specific adverse effects from his medications. I started to ask if he was also on medications for neuropathic pain but then recalled that he had a reaction to Lyrica and possibly other issues with these medications for neuropathic pain. Dr. McCasland again offered to provide additional information if I call back. If I receive additional information from Dr. McCasland, I will reach out to the referral source.

I called Dr. McCasland’s office back on 4/25/17 at 11:33 am EST, and I was informed by Terrill that the claimant had an evaluation on 4/20/17, but they still did not have any information from this visit. I noted that I would complete my report with the information currently available.

Again, I appreciate the opportunity to discuss Darrell Russell with you.

Sincerely,

Lucia McPhee, MD
Board Certified Physical Medicine & Rehabilitation
Diplomate, American Academy of Pain Management
Arizona License #24752

***Please Complete and Fax to Confidential Fax: 952-927-7147***

I have read the above and agree that it is an accurate representation of our conversation and my assessment of my patient, Darrell Russell.

Additional comments:

| | |
|---|---|
| Barry McCasland, MD | Date |

# CURRICULUM VITAE
# LUCIA NICOLA ANGELA (MILIA) MCPHEE, MD

## PROFESSIONAL ASSOCIATIONS

Diplomate of the American Board of Physical Medicine and Rehabilitation
(Board Certified July 1, 1998, & Recertified July 1, 2008)
Fellow of the American Academy of Physical Medicine and Rehabilitation
Diplomate of the American Academy of Pain Management

## PRACTICE INTERESTS

Inpatient rehabilitation, Outpatient neuromusculoskeletal medicine and rehabilitation, Disability evaluations, Insurance case reviews, Independent medical examinations, Electromyography and nerve conduction studies

## PHYSIATRY POSITIONS

**CURRENT** Physiatrist in private practice, McPhee Musculoskeletal & Rehabilitation Specialists, P.C., Scottsdale, Arizona — Sep 97 to present

**PRIOR** Associate Consultant, Mayo Clinic, Rochester, MN — Jul 97 - Aug 97

**LICENSURE** Arizona Medical License # 24752; USMLE # 4-016-511-0 (1994)

## EDUCATION

**RESIDENCY** Physical Medicine & Rehabilitation, Mayo Clinic, Rochester, MN — Jun 94-Jun 97

**RESEARCH** Sacral Insufficiency Fractures and other Pelvic Fractures in the Hip Fracture Population - A chart review. — 1996-1997
Role of cyclic GMP in ...rat portal vein. (Medical Research Council of Canada Summer Scholarship) — 1988

**INTERNSHIP** Transitional Year Internship, MeritCare, Fargo, ND — Jun 93-Jun 94

**MEDICAL SCHOOL**
University of Alberta, Edmonton, Alberta, Canada — Aug 89-Jun 93
Degree: Doctor of Medicine
Honors: Callahan Foundation Scholarship — 1993
Nat Christie Foundation Scholarship — 1990 & 1991

**UNIVERSITY** University of British Columbia, Vancouver, B.C. Canada — Sep 84-May 89
Degree: Bachelor of Pharmaceutical Sciences
Honors: Deans Honor List

| | |
|---|---|
| Cunningham Outstanding Student Scholarship | 1988 |
| Turnbull Outstanding Student Scholarship | 1987 |
| Southwestern Drug Highest Standing Scholarship | 1986 |

**HIGH SCHOOL**

| | |
|---|---|
| Howe Sound Secondary School Graduate | 1984 |
| Squamish, British Columbia, Canada | |
| Honors: Provincial Government Scholarship | |
| Science Council of B.C. Award | |
| University of British Columbia Scholarship | |

## EXTRACURRICULAR EXPERIENCES

**PM&R RELATED**

| | |
|---|---|
| Guest oral examiner for American Board of PM&R | 2004-current |
| Secretary of Association of Academic Physiatrists Residents' Council | 1995-1997 |
| Contributing editor for Rehab in Review | 1994-1997 |
| Preceptor for Mayo Medical School Students | Nov 96-Dec 96 |

**PRIOR PROFESSIONAL EMPLOYMENT**

| | |
|---|---|
| Pharmacist at Pharmasave, Squamish, and Whistler, B.C. | May 90-Aug 90 |
| Pharmacist at Fred's Pharmacy, Vancouver, B.C. | Jun 89-Aug 89 |

## PRESENTATIONS

**COMPLEX REGIONAL PAIN SYMDROME & FIBROMYALGIA**

| | |
|---|---|
| For the State Bar of Arizona Advanced Issues in Worker's Compensation Conference in Flagstaff, Arizona | Oct 02 |

**CLINICAL CONFERENCES**

| | |
|---|---|
| Avascular Necrosis of the Hip | Sep 96 |
| Lumbar Spinal Canal Stenosis | Apr 96 |
| Vertebral Osteomyelitis | Oct 94 |
| Sports Injuries in Gymnastics | Sep 94 |

**LITERATURE SEARCH PRESENTATION**

| | |
|---|---|
| Drug Induced Parkinsonism | Nov 95 |

**DISCUSSSION GROUP PRESENTATIONS** Jul 94-Jun97

Fibromyalgia
Exercise in Neuromuscular Disease
Spinal Traction
Gait Analysis
Complex Regional Pain Syndrome
Multiple discussion groups on various aspects of
Spinal Cord Injury & Brain Injury Rehabilitation

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 19, 2017 |
| To: | MR. DARRELL RUSSELL |
| Attn: | Authori ation Forms |
| Fax: | (706) 253-5251 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7259041<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 19, 2017

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Attached to this fax are the 2 authori ation forms we are asking that you sign and date.

Please complete the forms and fax back to me at the fax number listed below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: Authori ation
Authori ation - Medical

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organi ations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authori ed representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organi ations providing claims management services.

**Description of the information that may be used or disclosed**: This Authori ation specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authori ation could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authori ation in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authori ation, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authori ation will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authori ing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authori ation. If I choose not to sign this authori ation, insurance coverage or claim payments may be denied or delayed.

This authori ation shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authori ation will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authori ation.

Name of Claimant/Personal Representative (Print) ______________________________________

Name of Claimant/Personal Representative (Signature) ___________________________________

Description (Title) of Personal Representative ________________________________________

Date of Birth: ________________ Claim Number: 7259041 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organi ations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authori ed representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organi ations providing claims management services.

**Description of the information that may be used or disclosed**: This Authori ation specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analy ing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authori ation could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authori ation in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authori ation, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authori ation will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authori ing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authori ation. If I choose not to sign this authori ation, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authori ation will be retained in accordance with the Company s standard retention policy and applicable law. I understand that I may request a copy of this authori ation.

Name of Claimant/Personal Representative (Print) ______________________________

Name of Claimant/Personal Representative (Signature) ______________________________

Description (Title) of Personal Representative ______________________________

Date of Birth: ____________ Claim Number: 7259041 Date: ______________________________

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 19, 2017 |
| To: | MR. DARRELL RUSSELL<br>04-19-17 |
| Attn: | Authorization Forms → To: Quinn |
| Fax: | (706) 253-5251 From: Darrell Russell |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | ~~4~~ 3 |
| RE: | Claim #: 7259041<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) DArrell W. Russell

Name of Claimant/Personal Representative (Signature) Darrell W. Russell

Description (Title) of Personal Representative self

Date of Birth: ______ Claim Number: 7259041 Date: 04-19-2017

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Darrell W. Russell

Name of Claimant/Personal Representative (Signature) Darrell W. Russell

Description (Title) of Personal Representative self

Date of Birth: ________ Claim Number: 7259041 Date: 4-19-17

**A copy of this authorization will be considered as valid as the original.**

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Friday, April 14, 2017 2:15:10 PM |
| **To:** | |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Chart Industries, Inc. Claim No. 7259041 Darrell Russell |
| **Attachments:** | 9b6d06e61d4e114acce3051353c9eab83e8eaeb4e7d9d9e1_3602062.pdf; |

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 14, 2017

Mr. Darrell W. Russell

RE: Long Term Disability (LTD) Benefits
Chart Industries, Inc.
Claim #: 7259041

Dear Mr. Darrell Russell:

Attached to this email is an authori ation form for medical records/information.

If you could please sign and date the form and fax back (or mail back) to me at number listed below, that would be appreciated.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: Authori ation - Medical

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organi ations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authori ed representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organi ations providing claims management services.

**Description of the information that may be used or disclosed**: This Authori ation specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authori ation could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authori ation in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authori ation, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authori ation will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authori ing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authori ation. If I choose not to sign this authori ation, insurance coverage or claim payments may be denied or delayed.

This authori ation shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authori ation will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authori ation.

Name of Claimant/Personal Representative (Print) ______________________________________

Name of Claimant/Personal Representative (Signature) ______________________________________

Description (Title) of Personal Representative ______________________________________

Date of Birth: ____________________ Claim Number: 7259041 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

## Initial Payment Set up Worksheet

**Claimant's Name** Darrell Russell **DOB**

**Customer** CHART INDUSTRIES, INC.

**LTD Claim #** 7259041

**Associated Claims** 3719712 Type STD Type

**Benefit End date of associated claims** 5/8/2017

**Contractual EP** CL 2 - >End of STD or 180 days

**Does policy include COLA provision** No Task Set Date n/a

**LTD Benefit begin date** 5/9/2017 **DOD** 11/8/2016 **AGE** 38

**Max Benefit date** /2043 To age 65

**BME Amount** $4,023.07

**Sources used to verify BME amount**

Eligibility - Annual salary $48,276.80 / 12 = $4,023.07 monthly

**Benefit percentage** 60.00 % **Gross modal benefit** $2,413.84

**Benefit Begin date** 5/9/2017

**Approved thru date** 5/8/2020 36 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| n/a | |

**Resident / Work State:** **GA**

**Deductions entered**

| Type | Amount | Type | Amount |
|---|---|---|---|
| n/a | | | |

**Tax Withholding** **Federal** N/A **State** N/A

**Completed by** **Stefanie Claus** **Approved by**

**n0286669**

| | |
|---|---|
| **From:** | Molly Wepler |
| **Sent:** | Friday, April 14, 2017 2:07:20 PM |
| **To:** | O'Brien, Quinn |
| **Subject:** | Claim #7259041 |
| **Attachments:** | image001.png |

Hi Quinn,

Thank you for the referral! I show that Attending Physician contact is requested however there is not an Authorization to Release Information included with the medical records. R3's Best Practice Guidelines includes a copy of authorizations to be sent with medical records at the time of referral. This is then forwarded to the Attending Physician(s) prior to any call.

We will attempt contact with the Attending Physicians but the lack of an Authorization may impact their willingness to speak with our reviewer. If you have an authorization on file, please send it to us at this time. If you have any questions don't hesitate to let me know.

Thank you so much.

**Molly Wepler**

Client Services Coordinator II

phone: 952-641-0622

email: molly.wepler@r3continuum.com

CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including

any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3Continuum.com and destroy all copies of the original message.

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Quinn O"Brien
Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118 x10298
Fax: (603) 430-1513

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | CHART INDUSTRIES, INC. | Date Sent: | 4/13/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | DARRELL W RUSSELL | Claim #: | 7259041 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 11/8/2016 |
| Zip: | | Primary Diagnosis: | Complex regional pain syndrome I of right upper li |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Dr. Elliot Dimberg, P: 904-953-2000, F: 904-953-7368 |

Referral Questions:

Vendor Chosen: Behavioral Management, Inc.

Claimant Name: DARRELL W RUSSELL

# Liberty Mutual - Independent Evaluation

## Peer Review

1. Please note all diagnoses supported by the medical evidence (including co-morbids).

2. Please confirm which diagnosis(es) is/are causing impairment and clarify if the impairment and associated restrictions/limitations are supported throughout the entire elimination period, from 11/8/16 and through 5/7/17.

3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported CURRENT restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day and reliable sustainable capacity.

4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.

5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.

6. Please outline any medical information not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions/limitations. Please indicate the provider/s name, etc., and the time frame for such information if known.

7. Please contact tx provider(s): Dr. Dimberg (Mayo Clinic): Phone: 904-953-2000 , FAX: 904-953-7368, and Address: 4500 San Pablo Road, South Jacksonville, FL 32224. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

Instructions For Vendor:

Claimant Name: DARRELL W RUSSELL

# Liberty Mutual - Independent Evaluation

## Peer Review

Physician with pain speciality

Attorney Information (if applicable):

Claimant Name: DARRELL W RUSSELL

# Noble Resource Corporation

PO Box 3540
Alpharetta GA 30023
1-800-490-5007
678-513-0072
678-513-0073 FAX


**Facsimile Transmittal Sheet**

| | |
|---|---|
| **Attn: Medical Records** | **From: Customer Service** |
| Company: Liberty Mutual | Date: 4/12/17 |
| Fax Number: 603-430-1513 | Total Pages (incl. Cover): 14 |

## Medical Records
RE: Darrell Russell


Confidentiality Notice: This fax is intended only for the person(s) to whom it is addressed and may contain information that is confidential, proprietary, privileged or otherwise protected from disclosure. If you are not an intended recipient, please (I) do not read, copy or use this communication, or disclose it to others. (II) Notify the sender immediately by replying to the message, and (III) delete from your system. Thank You.

## Noble Resource Corporation

*Invoice For Medical Records*

*From: 322*

*P.O.BOX 3540*
*Alpharetta, GA 30023*
*800-490-5007*
*678-513-0073 (fax)*

| Bill To | Records Shipped To |
|---|---|
| Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 | Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 |

| Invoice Number | Invoice Date |
|---|---|
| 278568 | 4/12/2017 |

| Patient Name | Your File Number | Page count |
|---|---|---|
| Darrell Russell | 3719712 | 12 |

| Description | Quantity | Rate | Class | Amount |
|---|---|---|---|---|
| Base Fee | | 25.88 | 322 Bernstein & McCasland | 25.88 |
| Copy Fee page 001-020 | 12 | 0.97 | 322 Bernstein & McCasland | 11.64 |

| | |
|---|---|
| Total | $37.52 |
| Payments/Credits | $0.00 |
| Balance Due | $37.52 |

## Pay Your Invoice:

**ONLINE** *at www.nobleresourcecorp.com, click on "pay an invoice"*

**BY CHECK** *Payable to Noble Resource Corporation. Mail to PO Box 3540 Alpharetta, GA 30023 along with a copy of your invoice.*

***Our Federal Tax Identification:***

***Tax ID 81-0583779***

**BY PHONE** *Call 800-490-5007*

***We Accept Visa, Mastercard, Discover and American Express.***

*The enclosed information was reproduced by Noble Resource Corporation. Noble Resource Corporation is under an agreement with this facility to process authorized requests for copies of medical records.*

*Payment is due upon receipt of this invoice. A service charge of 1.5% per month (annual rate 18%) will be charged if not paid within 30 days from the date of this invoice.*

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 5, 2017 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | Medical Records |
| Fax: | (678) 513-0073 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Nobis Resource Corporation
Date: 4-12-17
Initials: SH
Page Count: 12

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 5, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2017 through the present

We ask that you provide this information by April 12, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

MAYO CLINIC

4500 San Pablo Road
Jacksonville, Florida 32224
904-953-2000

March 12, 2017

Barry J. McCasland, M.D.
5671 Peachtree Dunwoody Road NE
Atlanta, GA 30342

RE: Russell, Darrell
MC#: 107702995
DOB:

Dear Dr. McCasland:

Thank you for your referral of Mr. Darrell W. Russell to Mayo Clinic in Florida. We are providing an update to our last communication. Enclosed is additional clinical documentation available at this time.

To enhance your interactions with Mayo Clinic, we offer Online Services for Referring Physicians. This is a secure web portal which not only enables you to refer patients, it also allows you to view your patient's clinical notes, radiology reports and test results while they are at Mayo Clinic.

If you would like to enroll in this service, visit the web site at http://medprof.mayoclinic.org or contact the Referring Physician Enrollment Coordinator at 904-953-6867. The web portal requires secure login credentials and validation prior to use.

Sincerely,

*Elliot L. Dimberg, M.D.*

Elliot L. Dimberg, M.D.
Department of Neurology

Enc: Standard 03/11 - 03/12

| | |
|---|---|
| Result Type: | MR C-Spine w/o |
| Result Date: | 11-Mar-2017 08:57 EST |
| Result Status: | Auth (Verified) |
| Performed By: | Vibhute MD, Prasanna G on 11-Mar-2017 08:57 EST |
| Verified By: | Vibhute MD, Prasanna G on 11-Mar-2017 12:49 EST |
| Encounter info: | 217922046, Mayo Clinic in Florida, MCJ Patient, 08-Feb-2017 - |

# * Final Report *

Name : Darrell Wayne Russell
MRN : 10-770-299-5

Ordering Physician : 370 DIMBERG, ELLIOT L, M.D.
Creation Date : 03/11/2017
Performed At : Mayo Building Jacksonville
Indications : Pain in right arm;Disease of spinal cord, unspecified;Paresthesia of skin;R arm pain, ?myelopathy

11-Mar-2017 12:49 *** Final ***

Exam: MR Cervical Spine WO/CST , MR Lumbar Spine WO/CST , MR Thoracic Spine WO/CST

Comparisons: No comparisons available

Impression:
1. Cervical spondylosis with advanced C5-C6 and C6-C7 discovertebral degeneration. C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis. C6-C7 right-sided mild spinal canal and severe neural foramina stenosis.

2. Mild thoracic spondylosis with T9-T10 moderate spinal canal and severe right neural foramina stenosis.

3. L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis.

Findings:

CERVICAL SPINE: There is mild kyphotic deformity centered at C5-C6 level. The vertebrae otherwise demonstrate grossly preserved alignment, with normal vertebral body height and marrow signal. There is multilevel cervical disc desiccation. Anterior osteophytes and disc height loss at C5-C6 and C6-C7 levels. C4-C5 shallow broad-based disc protrusion and minimal uncovertebral spurring, asymmetric towards right cause minimal right-sided spinal canal

narrowing. C5-C6 disc osteophyte complex, asymmetrically prominent towards left causes mild to moderate left-sided spinal cord compression and moderate to severe left neural foramina stenosis. The C6-C7 right posterolateral broad-based disc osteophyte complex, causes mild right-sided spinal cord compression with the protrusion causing severe right neural foramina narrowing. The remainder of the spinal canal and neural foramina are widely patent. The spinal cord demonstrates no intrinsic abnormality. No abnormality noted of the facet joints or visualized soft tissues of the neck.

THORACIC SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. T9-T10 disc bulge and mildly hypertrophic facet joints cause moderate circumferential spinal canal stenosis with mild cord compression and severe right neural foramina stenosis. Mild T3-T4 and T4-T5 disc bulges also noted. T10-T11 facet osteophytes cause mild narrowing the spinal canal. The remainder of the spinal canal and neural foramina widely patent. The thoracic spinal cord demonstrates no intrinsic abnormality. Paraspinal soft tissues appear normal.

LUMBAR SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. There is mild developmental narrowing of the lumbar spinal canal. There is L4-L5 disc desiccation with bulging and posterior midline annulus fissure, causing mild spinal canal and right neural foramina stenosis. The facet joints and paraspinal soft tissues appear unremarkable. The conus medullaris terminates at T12-L1 level and along with cauda equina demonstrates no intrinsic abnormality.

Electronically signed by:
P. Vibhute, M.D. 11-Mar-2017 12:49

**Completed Action List:**
* Order by Dimberg MD, Elliot L. on 11-Mar-2017 08:57 EST
* Perform by Vibhute MD, Prasanna G on 11-Mar-2017 08:57 EST
* Verify by Vibhute MD, Prasanna G on 11-Mar-2017 12:49 EST
* Endorse by Dimberg MD, Elliot L. on 13-Mar-2017 08:13 EDT

MAYO CLINIC

4500 San Pablo Road
Jacksonville FL 32224

**Important Messages from**
**Mayo Clinic, Jacksonville, FL and Mayo Clinic Hospital, Jacksonville, FL**

**Transcribed Documents:** Any documents reflecting "Transcribed" in the header were not authenticated (i.e. confirmed to be the final version of the document by the author) at the time the information was prepared for disclosure. Please call Mayo Clinic Health Information Management Services (HIMS) to request the authenticated document.

**Clinic "Continued Care" Laboratory Reports:** For requests for clinic records, Laboratory results performed in the clinic have been provided for the past twelve (12) months. Please call Mayo Clinic HIMS if additional laboratory results are required.

**Anesthesia Records:** Due to a technical formatting issue with our computer software, some of the blood pressure values that were recorded in less than five minute increments are not displayed on the printed anesthesia records. The affected records range from anesthesia services that were rendered from April 11, 2011 to June 13, 2011. Absent these values, you have been provided a complete copy of the records that you have requested.

**Page Sequencing:** Due to a technical formatting issue with our computer software, it may appear that pages are missing or sequenced inappropriately in the attached documents. The sequence issue/missing page numbers does not indicate the record is incomplete. You have been provided a complete copy of all records that you have requested.

**Clinic Orders:** Effective June 4, 2012, clinic orders are retained as part of the clinic medical record and are available for disclosure for clinic record requests. Due to the increased financial impact to our requesters, the clinic orders have not been provided at this time. If you would like to request a copy of the clinic orders (June 4, 2012 to present), please call Mayo Clinic HIMS to obtain a quote on the estimated cost and/or to request these orders. Note: Historical orders prior to June 4, 2012 are not available for disclosure.

Please contact HIMS with questions regarding this message or our processes.

Thank you,

Health Information Management Services
Phone: (904) 953-2676

***PATIENTS:** You can access parts of your medical record free of charge and electronically via Mayo Clinic Patient Online Services. If you do not have a Patient Online Services account or to log into your account, go to: www.mayoclinic.org/onlineservices.*

narrowing. C5-C6 disc osteophyte complex, asymmetrically prominent towards left causes mild to moderate left-sided spinal cord compression and moderate to severe left neural foramina stenosis. The C6-C7 right posterolateral broad-based disc osteophyte complex, causes mild right-sided spinal cord compression with the protrusion causing severe right neural foramina narrowing. The remainder of the spinal canal and neural foramina are widely patent. The spinal cord demonstrates no intrinsic abnormality. No abnormality noted of the facet joints or visualized soft tissues of the neck.

THORACIC SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. T9-T10 disc bulge and mildly hypertrophic facet joints cause moderate circumferential spinal canal stenosis with mild cord compression and severe right neural foramina stenosis. Mild T3-T4 and T4-T5 disc bulges also noted. T10-T11 facet osteophytes cause mild narrowing the spinal canal. The remainder of the spinal canal and neural foramina widely patent. The thoracic spinal cord demonstrates no intrinsic abnormality. Paraspinal soft tissues appear normal.

LUMBAR SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. There is mild developmental narrowing of the lumbar spinal canal. There is L4-L5 disc desiccation with bulging and posterior midline annulus fissure, causing mild spinal canal and right neural foramina stenosis. The facet joints and paraspinal soft tissues appear unremarkable. The conus medullaris terminates at T12-L1 level and along with cauda equina demonstrates no intrinsic abnormality.

Electronically signed by:
P. Vibhute, M.D. 11-Mar-2017 12:49

**Completed Action List:**
* Order by Dimberg MD, Elliot L. on 11-Mar-2017 08:57 EST
* Perform by Vibhute MD, Prasanna G on 11-Mar-2017 08:57 EST
* Verify by Vibhute MD, Prasanna G on 11-Mar-2017 12:49 EST
* Endorse by Dimberg MD, Elliot L. on 13-Mar-2017 08:13 EDT

| | |
|---|---|
| Result Type: | MR T-Spine w/o |
| Result Date: | 11-Mar-2017 08:55 EST |
| Result Status: | Auth (Verified) |
| Performed By: | Vibhute MD, Prasanna G on 11-Mar-2017 08:55 EST |
| Verified By: | Vibhute MD, Prasanna G on 11-Mar-2017 12:49 EST |
| Encounter info: | 217922046, Mayo Clinic in Florida, MCJ Patient, 08-Feb-2017 - |

# * Final Report *

Name : Darrell Wayne Russell
MRN : 10-770-299-5

Ordering Physician : 370 DIMBERG, ELLIOT L, M.D.
Creation Date : 03/11/2017
Performed At : Mayo Building Jacksonville
Indications : Paresthesia of skin;Disease of spinal cord, unspecified;? myelopathy

11-Mar-2017 12:49 *** Final ***

Exam: MR Cervical Spine WO/CST , MR Lumbar Spine WO/CST , MR Thoracic Spine WO/CST

Comparisons: No comparisons available

Impression:
1. Cervical spondylosis with advanced C5-C6 and C6-C7 discovertebral degeneration. C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis. C6-C7 right-sided mild spinal canal and severe neural foramina stenosis.

2. Mild thoracic spondylosis with T9-T10 moderate spinal canal and severe right neural foramina stenosis.

3. L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis.

Findings:

CERVICAL SPINE: There is mild kyphotic deformity centered at C5-C6 level. The vertebrae otherwise demonstrate grossly preserved alignment, with normal vertebral body height and marrow signal. There is multilevel cervical disc desiccation. Anterior osteophytes and disc height loss at C5-C6 and C6-C7 levels. C4-C5 shallow broad-based disc protrusion and minimal uncovertebral spurring, asymmetric towards right cause minimal right-sided spinal canal

narrowing. C5-C6 disc osteophyte complex, asymmetrically prominent towards left causes mild to moderate left-sided spinal cord compression and moderate to severe left neural foramina stenosis. The C6-C7 right posterolateral broad-based disc osteophyte complex, causes mild right-sided spinal cord compression with the protrusion causing severe right neural foramina narrowing. The remainder of the spinal canal and neural foramina are widely patent. The spinal cord demonstrates no intrinsic abnormality. No abnormality noted of the facet joints or visualized soft tissues of the neck.

THORACIC SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. T9-T10 disc bulge and mildly hypertrophic facet joints cause moderate circumferential spinal canal stenosis with mild cord compression and severe right neural foramina stenosis. Mild T3-T4 and T4-T5 disc bulges also noted. T10-T11 facet osteophytes cause mild narrowing the spinal canal. The remainder of the spinal canal and neural foramina widely patent. The thoracic spinal cord demonstrates no intrinsic abnormality. Paraspinal soft tissues appear normal.

LUMBAR SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. There is mild developmental narrowing of the lumbar spinal canal. There is L4-L5 disc desiccation with bulging and posterior midline annulus fissure, causing mild spinal canal and right neural foramina stenosis. The facet joints and paraspinal soft tissues appear unremarkable. The conus medullaris terminates at T12-L1 level and along with cauda equina demonstrates no intrinsic abnormality.

Electronically signed by:
P. Vibhute, M.D. 11-Mar-2017 12:49

**Completed Action List:**
* Order by Dimberg MD, Elliot L. on 11-Mar-2017 08:55 EST
* Perform by Vibhute MD, Prasanna G on 11-Mar-2017 08:55 EST
* Verify by Vibhute MD, Prasanna G on 11-Mar-2017 12:49 EST
* Endorse by Dimberg MD, Elliot L. on 13-Mar-2017 08:13 EDT

| | |
|---|---|
| Result Type: | MR L-Spine w/o |
| Result Date: | 11-Mar-2017 08:55 EST |
| Result Status: | Auth (Verified) |
| Performed By: | Vibhute MD, Prasanna G on 11-Mar-2017 08:55 EST |
| Verified By: | Vibhute MD, Prasanna G on 11-Mar-2017 12:49 EST |
| Encounter info: | 217922046, Mayo Clinic in Florida, MCJ Patient, 08-Feb-2017 - |

# * Final Report *

Name : Darrell Wayne Russell
MRN : 10-770-299-5

Ordering Physician : 370 DIMBERG, ELLIOT L, M.D.
Creation Date : 03/11/2017
Performed At : Mayo Building Jacksonville
Indications : Radiculopathy, lumbosacral region;radiculopathy

11-Mar-2017 12:49 *** Final ***

Exam: MR Cervical Spine WO/CST , MR Lumbar Spine WO/CST , MR Thoracic Spine WO/CST

Comparisons: No comparisons available

Impression:
1. Cervical spondylosis with advanced C5-C6 and C6-C7 discovertebral degeneration. C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis. C6-C7 right-sided mild spinal canal and severe neural foramina stenosis.

2. Mild thoracic spondylosis with T9-T10 moderate spinal canal and severe right neural foramina stenosis.

3. L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis.

Findings:

CERVICAL SPINE: There is mild kyphotic deformity centered at C5-C6 level. The vertebrae otherwise demonstrate grossly preserved alignment, with normal vertebral body height and marrow signal. There is multilevel cervical disc desiccation. Anterior osteophytes and disc height loss at C5-C6 and C6-C7 levels. C4-C5 shallow broad-based disc protrusion and minimal uncovertebral spurring, asymmetric towards right cause minimal right-sided spinal canal narrowing. C5-C6 disc osteophyte complex, asymmetrically prominent towards

left causes mild to moderate left-sided spinal cord compression and moderate to severe left neural foramina stenosis. The C6-C7 right posterolateral broad-based disc osteophyte complex, causes mild right-sided spinal cord compression with the protrusion causing severe right neural foramina narrowing. The remainder of the spinal canal and neural foramina are widely patent. The spinal cord demonstrates no intrinsic abnormality. No abnormality noted of the facet joints or visualized soft tissues of the neck.

THORACIC SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. T9-T10 disc bulge and mildly hypertrophic facet joints cause moderate circumferential spinal canal stenosis with mild cord compression and severe right neural foramina stenosis. Mild T3-T4 and T4-T5 disc bulges also noted. T10-T11 facet osteophytes cause mild narrowing the spinal canal. The remainder of the spinal canal and neural foramina widely patent. The thoracic spinal cord demonstrates no intrinsic abnormality. Paraspinal soft tissues appear normal.

LUMBAR SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. There is mild developmental narrowing of the lumbar spinal canal. There is L4-L5 disc desiccation with bulging and posterior midline annulus fissure, causing mild spinal canal and right neural foramina stenosis. The facet joints and paraspinal soft tissues appear unremarkable. The conus medullaris terminates at T12-L1 level and along with cauda equina demonstrates no intrinsic abnormality.

Electronically signed by:
P. Vibhute, M.D. 11-Mar-2017 12:49

**Completed Action List:**
* Order by Dimberg MD, Elliot L. on 11-Mar-2017 08:55 EST
* Perform by Vibhute MD, Prasanna G on 11-Mar-2017 08:55 EST
* Verify by Vibhute MD, Prasanna G on 11-Mar-2017 12:49 EST
* Endorse by Dimberg MD, Elliot L. on 13-Mar-2017 08:13 EDT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

March 27, 2017

Dr. Elliot Dimberg
4500 SAN PABLO RD
SOUTH JACKSONVILLE, FL 32224

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Elliot Dimberg:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 24, 2017 through the present

We ask that you provide this information by April 3, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

1L103170067

# Authorization To Disclose Protected Health Information

MAYO CLINIC

Health Information Management Services
Campus Support Center
4500 San Pablo Road
Jacksonville, Florida 32224
(904) 953-2022
Return Fax (904) 953-2242

**PLEASE PRINT**

| RELEASE INFORMATION FROM | DISCLOSE INFORMATION TO |
|---|---|
| ☐ Mayo Clinic in Florida (MCF) ☐ Other Mayo Site (Please Specify)<br>☐ Pharmacy ☐ Other (Specify Facility/Address)<br>__________<br>__________ | ☐ MCF Health Information Management Services<br>☐ Other (Specify Facility/Individual/Address/Relationship, as applicable)<br>__________<br>__________ |

**PURPOSE OF DISCLOSURE**
☐ Continued Care (abstract* will be provided, unless otherwise specified)
☐ Personal - **I understand that** I may be charged for copies of this information in accordance with applicable state law.
☐ Other __________

**INFORMATION TO BE DISCLOSED** (Specify service dates __________)
☐ HOSPITAL Abstract (*includes, as applicable, Discharge Summary, Discharge Medication List, History & Physical, Operative/Procedure Report(s), ED Report(s), Consultation Report(s), and test result(s)*)
☐ CLINIC Abstract (*includes, as applicable, most recent Return Visit, History & Physical, Consultation Report(s), Summary Lists, and test result(s)*)
☐ Other __________

**IDENTIFYING INFORMATION AT THE TIME OF SERVICE**

__________ *Patient's Full Name*
__________ *Medical Record Number/Last 4 digits of Patient's Social Security Number*
__________ *Address*
__________ *Patient's Date of Birth*
__________ *City/State/Zip*
__________ *Patient's Phone Number*

**I understand that** disclosure of the information in this medical record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information relating to behavioral or mental health services or treatment, treatment for substance abuse, or genetic test results.

**I understand that** this authorization will expire in one year from the date signed unless otherwise specified: __________

**I understand that** once the information is disclosed, the information is subject to redisclosure and may no longer be protected by the federal privacy regulations. This form may be revoked at any time providing the information has not already been disclosed. I may revoke this authorization by notifying, in writing, the Health Information Management Supervisor, 4500 San Pablo Road, Campus Support Center, Jacksonville, FL 32224.

**I understand that** Mayo will not condition treatment, payment, enrollment or eligibility for benefits on my signing this authorization.

**I understand the** matters discussed on this form. I release the provider, its employees, officers and directors, medical staff members, and business associates from any legal responsibility or liability for the disclosure of the above information to the extent indicated and authorized herein.

_____ My initials on this line indicate I am authorizing the person(s) listed in the "Disclose Information To" box above to also have access to my Patient Portal upon request by that person. I understand that my authorization grants this person access to my past, present and future protected health information. Access to my Patient Portal will not expire until such time that I revoke access in writing.

X __________ *Signature of Patient or Patient's Representative** __________ *Relationship (if not patient)* __________ *Date*

*If a personal representative of the patient signs the authorization, please indicate his or her authority to act.

**Official Use Only**

| | | | | |
|---|---|---|---|---|
| Provided ______<br>Processed by ______<br>Log # ______ | # of Pages ____<br>☐ Mail<br>☐ Pick-up<br>☐ Other<br>☐ Entire MR<br>☐ Abstract<br>☐ Other ____ | Date Loan Completed | Loan Initial | ROIAD<br>Unique |

MCJ0255rev0814

Lincoln/Russell 0944

1L103170067

MAYO CLINIC

# Release of Information Processing Form

**Patient Identification**

Date 4/7/17 Patient Darrell Russell

**The status of your request for information is as follows:**

1. Please submit the following documentation so that your request can be processed:
   - [x] Signed authorization by the patient or patient's legal representative (see attached)
   - [x] Authorization to release Superconfidential Information (see attached)
   - [ ] Death Certificate
   - [ ] Health Care Surrogate or Health Care Power of Attomey
   - [ ] Letter of Administration
   - [ ] Letter of Representation
   - [ ] Next of Kin Affidavit form (attached)
   - [ ] Other ____

2. Your request needs to be forwarded to: ____

3. Additional information is needed in order to process your request:
   - [ ] Date of birth ____
   - [ ] Social Security Number ____

4. We were unable to process your request due to the following reason(s)
   - [ ] No patient found by name, Social Security Number or date of birth provided.
   - [ ] Records for the date(s) you have requested have been destroyed and are no longer available.
   - [ ] Patient not treated for dates you are requesting.
   - [ ] Updated authorization form is required to release information after the patient's signature date on the authorization.
   - [ ] Electronic signatures are not accepted.

5. In order to process your request:
   - [ ] Subpoena must be hand served via a Florida Process Server to Health Information Management Services, Campus Support Center, 4500 San Pablo Road, Jacksonville FL 32224 or sent via certified mail.
   - [ ] Your subpoena was issued Out-Of State: It must be processed or certified through a Florida court and served by a Florida process server or sent via certified mail.
   - [ ] The patient's authorization is not HIPAA-compliant. Attached for your use/information is the Mayo Authorization for Disclosure of Protected Health Information which includes all HIPAA required elements.
   - [ ] Subpoena is not HIPAA-compliant and must include the certificate of compliance with HIPAA statement.
   - [ ] The subpoena is not dated and/or not signed. We hereby object to the subpoena based on the fact that it is incomplete, pursuant to Florida Rule of Civil Procedure 1.351 subsection (c).

6. Other
   - [ ] ____

Thank you,

Shelby

Release of Information

- [x] Clinic
- [ ] Hospital

**Mailing Address**
Mayo Clinic in Florida
Health Information Management Services
ATTN: Release of Information
4500 San Pablo Road
Jacksonville, FL 32224
Phone (904) 953-2676
Fax (904) 953-2242

| Official Use Only | |
|---|---|
| Unique | LEGAL |

MCJ0255-07rev0813

1L103170067

*000900958K08*

******AUTO**MIXED AADC 300
958 2 MB 0.423 000958

Liberty Mutual Insurance
PO BOX 7211
LONDON, KY 40742-7211

9pgs

# ATTENTION

## Confidential Information enclosed.
## To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may or may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

1L103170067

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
|---|
| **4/7/2017** |
| Request ID # |
| **0214170143** |

**Requested By:** LIBERTY MUTUAL INSURANCE
**Patient Name:** RUSSELL DARRELL
**DOB:**

Ship to:

Liberty Mutual Insurance
Liberty Mutual Insurance
PO BOX 7211
LONDON, KY 40742-7211

Records from:

MAYO CLINIC FLORIDA
4500 SAN PABLO ROAD
JACKSONVILLE, FL 32224

Ciox Health is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 18,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.CioxHealth.com

Get future medical records as soon as they are processed, by signing up for secure electronic delivery. Register at: edelivery.cioxhealth.com

Liberty Mutual. INSURANCE

RECEIVED APR - 5 2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 3, 2017 |
| To: | DR ELLIOT DIMBERG<br>4500 SAN PABLO RD<br>SOUTH JACKSONVILLE FL 32224<br>CLINIC records request processed |
| Attn: | Medical Records |
| Fax: | (904) 953-7368 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell PT<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

1563994 56

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 3, 2017

Dr. Elliot Dimberg
4500 SAN PABLO RD
SOUTH JACKSONVILLE, FL 32224

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Elliot Dimberg:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Dimberg. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 10, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-REQUEST-PROVIDER-03.27.2017

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | March 27, 2017 |
| To: | DR ELLIOT DIMBERG<br>4500 SAN PABLO RD<br>SOUTH JACKSONVILLE FL 32224 |
| Attn: | Medical Records |
| Fax: | (904) 953-7368 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 12, 2017 |
| To: | DR ELLIOT DIMBERG<br>4500 SAN PABLO RD<br>SOUTH JACKSONVILLE FL 32224 |
| Attn: | Medical Records |
| Fax: | (904) 953-7368 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 12, 2017

Dr. Elliot Dimberg
4500 SAN PABLO RD
SOUTH JACKSONVILLE, FL 32224

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Elliot Dimberg:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Dimberg. This is the fourth request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 19, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-REQUEST-PROVIDER-03.27.2017

Liberty Mutual®
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | March 27, 2017 |
| To: | DR ELLIOT DIMBERG<br>4500 SAN PABLO RD<br>SOUTH JACKSONVILLE FL 32224 |
| Attn: | Medical Records |
| Fax: | (904) 953-7368 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

March 27, 2017

Dr. Elliot Dimberg
4500 SAN PABLO RD
SOUTH JACKSONVILLE, FL 32224

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Elliot Dimberg:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 24, 2017 through the present

We ask that you provide this information by April 3, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 12, 2017 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | Medical Records |
| Fax: | (678) 513-0073 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 12, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. McCasland. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 19, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-REQUEST-PROVIDER-04.05.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 5, 2017 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | Medical Records |
| Fax: | (678) 513-0073 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 5, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2017 through the present

We ask that you provide this information by April 12, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

From: Darrell Wayne Russell
dob:
fax#

To: Quinn (case manager)
Liberty Mutual Insurance
Fax: 603-430-1513

30 pages (including cover sheet)

Medical History information.

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 1::24



Patient: **RUSSELL, DARRELL WAYNEMRN: 10-770-299-5FIN: 217922046**
Age: **38 years** Sex: **Male** DOB:
Author: **Dimberg MD, Elliot L.**

I met with Mr. and Mrs. Russell to results of his testing for right arm pain, tremulousness, headaches, and possible myelopathy.

His MRI cervical, thoracic, lumbosacral spines showed moderate to severe foraminal stenosis on the left at C5-6 and on the right at C6-7 and T9-10 with mild cervical central canal stenosis and moderate thoracic central canal stenosis. EMG showed a mild distal peripheral neuropathy, an active and chronic right C8 and old inactive right L5 radiculopathy. His blood work showed a low vitamin D level was otherwise normal. His tremor studies showed a functional hyperkinesia but no organic movement disorder.

Ultimately I think that in the setting of the EMG finding is right-sided cervical or mL stenosis may be pertinent. I think that this could be further addressed interventionally and they will discuss this with Dr.McCasland. Otherwise, I have a hard time explaining his chest wall pain. While he does have some examination findings consistent with myelopathy, his cervical central canal stenosis is very mild, and he still has fluid around the cord at the T9-10 level and I would not have him undergo decompression at this point unless he develops more definitive clinical features of myelopathy. For his headache I think that a trial of indomethacin, 75 mg per day for one week and if no response twice a day for a week with a proton pump inhibitor, would be good as a therapeutic trial. There are not features on his imaging consistent with cervicogenic headache and it is a rather unusual symptom.

They will not be able to stay for a Spine Center for Pain Clinic consultation and will address this locally.

Total time 10 minutes with greater than 50% of the time spent in face-to-face counseling, coordination of care, or education.

Th s printout was generated through Patient Online Services and was the most current version as of the date and time generated.

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 1':21 Page: 1

**Addendum by Dimberg MD, Elliot L. on 17-Feb-2017 12:56 EST**
I have added an MRI of the lumbar spine given the EMG findings.

Patient: **RUSSELL, DARRELL WAYNEMRN: 10-770-299-5FIN: 217922046**
Age: **38 years** Sex: **Male** DOB:
Author: **Dimberg MD, Elliot L.**

**REFERRING PHYSICIAN**
Barry J. McCasland, M.D.
5671 Peachtree Dunwoody Road Northeast
Atlanta, GA 30342

**REASON FOR REFERRAL**
Right arm pain and leg weakness

**HISTORY OF PRESENT ILLNESS**
Mr. Russell is a 38-year-old right-handed white man referred for further evaluation of right arm pain and leg weakness. He was accompanied by his wife Jessica.

In September 2015 he had a melanoma resected from the right chest with an axillary lymph node resection. He did well following that and had a Mohs surgery for melanoma on the left forehead in February 2016. In March 2016 he developed a deep pressure type of pain in the right axilla which was localized and nonradiating. His surgeon said it was not related to the lymph node resection and he was sent to a pain clinic. He was given prescription medication there and eventually saw Dr. McCasland who felt that he had reflex sympathetic dystrophy. A bone scan and stellate ganglion block, however, were normal and unhelpful.

The pain has progressed now to a "sunburn" hypersensitivity from the lateral chest down to the hand and the pressure pain in the axilla and on the medial elbow. There is no associated loss of sensation or weakness. The arm can get hot and red at times.

He also has problems where his legs "won't work sometimes". He has difficulty going down inclines or stairs and getting up to walk.

Around April of last year he also developed what he calls "brain zaps". Consistently throughout the day he has severe sensitivity to bright lights or any sounds. He also has head pain behind the occiput or in

the right frontal region that throbs every night.

He has no family history of similar problems, no loss of sensation, and no bowel or bladder difficulty. There are no other associated symptoms. He has tried pregabalin, gabapentin, topiramate, and oxcarbazepine which were either unhelpful or not tolerated. He had a C7 injection that did help for 1-2 days but then his pain returned. Imaging has been unremarkable although I do not see that he has had an MRI of the cervical spine.

**OUTSIDE OR PREVIOUS STUDIES REVIEWED**

He has had a CT of the head, chest x-ray, MRI of the brain, bone scan, and MRI of the brachial plexus. These were all nondiagnostic, only showing a small falcine meningioma.

An EMG has been normal.

**ROS, PAST MEDICAL AND SURGICAL HISTORY, SOCIAL HISTORY, FAMILY HISTORY**

Review of systems, past medical history, past surgical history, social history, and family history are documented on the Patient Family History and Current Visit Information Forms scanned into the electronic medical record.

**MEDICATIONS AND ALLERGIES**

Medications and allergies are as documented in the electronic medical record. Medications have been reviewed and reconciled.

**NEUROLOGICAL EXAMINATION**

Neurological examination is documented on MCJ Form 336 dated today, including mental status, cranial nerves, strength, sensation, reflexes, coordination, and gait. In summary:

MENTAL STATUS: Awake, alert, and oriented x4 with intact speech, language, and memory functions.

CRANIAL NERVES: Pupils are equally round and reactive to light and accommodation. Extraocular movements intact without nystagmus, ophthalmoplegia, or ptosis. Facial activation and sensation are normal and symmetric. Tongue and palate move in the midline. Neck flexion and extension are normal strength. Hearing is grossly symmetric.

STRENGTH: Normal and symmetric throughout the bilateral upper and lower extremities. **He has slightly increased tone in the legs.**

SENSATION: Normal and symmetric to light touch, pin, vibration, throughout. **Reduced cold sensation**

**to about the knees.**

MUSCLE STRETCH REFLEXES: Normal in the arms **with +1 knee jerks and ankle jerks but no clonus or crossed adduction,** with downgoing toes to plantar stimulation.

COORDINATION: Finger to nose with eyes opened and closed, AMRs of the fingers, hands, and feet are normal. **Heel to shin is tremulous.**

GAIT: **He has a mildly wide-based gait and tentative stride,** with normal tandem gait with no Romberg. Normal heel walk and toe walk. Normal arm swing. **He is tremulous on standing.**

FURTHER OBSERVATIONS: **He has high arches which his father also has.**

The remainder of the examination is as detailed on the examination sheet.

**DIAGNOSIS**

1. Right arm pain
2. Exam features consistent with a cervical or thoracic myelopathy
3. Lower limb tremulousness and tremulousness on standing
4. Headaches

**PLAN**

This is a difficult scenario as the combined symptoms and findings on examination are difficult to localize to a single area or cause. I agree that clinically it sounds like complex regional pain syndrome or RSD, but the normal bone scan and lack of responsiveness to a stellate ganglion block makes this less likely. Furthermore, the amount of time between his surgery to his symptom onset is unusual. He has no features on examination or EMG to suggest a peripheral etiology. I do think he needs an MRI of the cervical and thoracic spines as we have seen some intramedullary lesions present simply as pain and could also cause some of the myelopathic features on his examination. I will also obtain some blood work to evaluate for other causes of pain or myelopathy. His high arches and reduced temperature sensation to the knees could either be myelopathic or correlate to a peripheral neuropathy that may be masked by potential myelopathy. I would like him to get an EMG of the right upper and lower limbs to better assess all of this. He also needs a tremor study for his leg tremor on standing that has been partially responsive to clonazepam.

I will have to see him back once this has all been completed to review the results and make further recommendations.

The plan as outlined above has been discussed with the patient, reasoning behind it explained, and the patient has agreed to proceed as described.

LEVEL 5 CONSULT

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 11:22



**16-Feb-2017 Electromyography Final Report**
**Study Number: 1**

EMG Consultant: Van Gerpen, Jay A. 127 or (78)3-7980
Referred by: Dimberg, Elliot ()
Referred for: neuropathy
Referral Code: 200
200 315 335

SUMMARY: Prior to starting the procedure, the patient's identity was verified, pertinent available records were reviewed, the nature of the procedure was explained, the appropriate sites of the exam were confirmed directly with the patient, and a pre-procedure pause was performed for final verification of all of the above. Nerve conduction studies (NCS) reveal a reduced right peroneal motor amplitude and mildly reduced bilateral medial plantar sensory amplitudes. The right superficial peroneal sensory response is absent (which may not necessarily be abnormal). Other NCS are unremarkable. A concentric needle examination of selected muscles of the right upper and lower limbs and paraspinals reveals high amplitude, long duration motor units in low cervical and lumbosacral paraspinals; C8-innervated muscles; and L5/S1-innervated muscles. Some chronic, neurogenic motor units are also present in the left posterior tibialis. Fibrillation potentials are present in the aforementioned paraspinals and distal muscles of the abnormal, right myotomes. The patient tolerated neither the NCS nor needle examination well.

CLINICAL INTERPRETATION: Abnormal study, most consistent with: 1) A mild, probable, distal, axonal peripheral neuropathy; 2) A chronic, possibly active, right C8 radiculopathy; 3) A chronic, probably inactive, right L5/S1 radiculopathy.

J. Van Gerpen (127 or (78)3-7980)

**NERVE CONDUCTIONS** Temperature: upper: 35.8, lower: 29.9 ?C

Record Rep Normal Normal Distal Normal F-Wave F-Wave

This printout was generated through Patient Online Services and was the most current version as of the date and time generated.

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 11:22



| Nerve | Type | Site | Stim Side | Amp | Amp | CV | CV | Lat | Lat | Lat | Est |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Peroneal | motor | extensor digitorum brevis (pedis) | L | 5.9 | (> 2.0) | 42 | (> 41) | 4.4 | (< 6.6) | | |
| Remark: moved g1 | | | | | | | | | | | |
| Peroneal | motor | extensor digitorum brevis (pedis) | R | 1.1 | (> 2.0) | 39 | (> 41) | 5.1 | (< 6.6) | 66.8 | 65.3 |
| Remark: moved g1 | | | | | | | | | | | |
| Tibial | motor | abductor hallucis | R | 15.5 | (> 4.0) | 42 | (> 40) | 3.5 | (< 6.1) | 58.9 | 62.3 |
| Medial plantar | sensory | ankle | L | 4 | (> 7.0) | | (> 46) | 3.8 | (< 4.0) | | |
| Medial plantar | sensory | ankle | R | 3 | (> 7.0) | | (> 46) | 3.2 | (< 4.0) | | |
| Peroneal | sensory | ankle | L | 6 | (> 0.0) | | | 4.2 | (< 4.1) | | |
| Peroneal | sensory | ankle | R | | (> 0.0) | | | NR | (< 4.1) | | |
| Remark: moved g1 | | | | | | | | | | | |
| Sural | sensory | ankle | R | 13 | (> 6.0) | 49 | (> 40) | 3.8 | (< 4.5) | | |
| Median | motor | abductor pollicis brevis | R | 15.0 | (> 4.0) | 56 | (> 48) | 3.3 | (< 4.5) | 26.9 | 26.5 |
| Ulnar | motor | abductor digiti minimi | R | 15.0 | (> 6.0) | 72 | (> 51) | 2.7 | (< 3.6) | 26.4 | 21.5 |
| Median | sensory | wrist | R | 112 | (> 50.0) | 64 | (> 55) | 1.8 | (< 2.3) | | |
| Ulnar | sensory | wrist | R | 21 | (> 15.0) | 66 | (> 54) | 1.6 | (< 2.3) | | |

**NEEDLE EMG**

This printout was generated through Patient Online Services and was the most current version as of the date and time generated.

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 11:22



| Muscle | Side | Ins Act | Spont Fib | Spont Fasc | MUP Normal | Recruitment Activ | Recruitment Reduced | Recruitment Rapid | Duration Long | Duration Short | Amplitude High | Amplitude Low | Phases % | Turns |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Extensor digitorum communis | R | NL | 0 | 0 | NL | | | | | | | | | |
| Extensor indicis proprius | R | Inc | +/- | 0 | | | | | 1+ | | 1+ | | 15% | 1+ |
| Pronator teres | R | NL | 0 | 0 | NL | | | | | | | | | |
| First Dorsal Interosseous | R | Inc | 1+ | 0 | | | | | 1+ | | 1+ | | 15% | 1+ |
| C8 paraspinal | R | Inc | +/- | 0 | | | | | 1+ | | 1+ | | 25% | 2+ |
| Biceps brachii | R | NL | 0 | 0 | NL | | | | | | | | | |
| Tibialis posterior | R | Inc | 0 | 0 | | | | | 1+ | | 1+ | | 15% | 1+ |
| Medial Gastroc | R | Inc | +/- | 2+ | | | | | 1+ | | 1+ | | | |
| Gluteus medius | R | NL | 0 | 0 | | | | | 1+ | | 1+ | | 15% | 1+ |
| Tibialis Anterior | R | NL | 0 | 0 | | | | | +/- | | 1+ | | 25% | 2+ |
| Tibialis posterior | L | NL | 0 | 0 | | | | | +/- | | 1+ | | | |
| Vastus medialis | R | NL | 0 | 0 | NL | | | | | | | | | |
| L5 paraspinal | R | Inc | 1+ | 0 | | | | | 1+ | | 2+ | | 15% | 1+ |

This printout was generated through Patient Online Services and was the most current version as of the date and time generated.

** This interpretation has been electronically signed: Van Gerpen, Jay A., MD at 2/16/2017 10:54:24 AM EST **

MAYO CLINIC 10770299
Russell, Darrell Russell
Patient Copy


### 25-Hydroxy D2

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| 25-Hydroxy D2 | 16-Feb-17 07:51 | | <4.0 ng/mL ng/mL | |

### 25-Hydroxy D3

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| 25-Hydroxy D3 | 16-Feb-17 07:51 | | 13 ng/mL | |

### 25-Hydroxyvitamin D Total

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| 25-Hydroxyvitamin D Total | 16-Feb-17 07:51 | | 13 ng/mL * | Interpretation: 10-19 ng/mL (mild to moderate deficiency)<br><br>-----------REFERENCE VALUE-----------<br>25-HYDROXY D TOTAL (D2+D3) Optimum levels in the healthy population are 20-50, patients with bone disease may benefit from higher levels within this range.<br><br>-----------ADDITIONAL INFORMATION-----------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. |

### Acetylcholine Receptor Muscle Binding Antibody

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Acetylcholine Receptor Muscle Binding Antibody | 16-Feb-17 07:50 | <=0.02 | 0 nmol/L | -----------ADDITIONAL INFORMATION-----------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.<br><br>Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### AChR Ganglionic Neuronal Antibody, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| AChR Ganglionic Neuronal Antibody, Serum | 16-Feb-17 07:50 | <=0.02 | 0 nmol/L | -----------ADDITIONAL INFORMATION-----------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.<br><br>Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Albumin Electrophoresis

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Albumin Electrophoresis | 16-Feb-17 07:50 | 3.4 - 4.7 g/dL | 3.9 g/dL | |

### Albumin/Globulin Ratio

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Albumin/Globulin Ratio | 16-Feb-17 07:50 | | 1.1 | |

### Alpha 1 Globulin

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Alpha 1 Globulin | 16-Feb-17 07:50 | 0.1 - 0.3 g/dL | 0.2 g/dL | |

### Alpha 2 Globulin

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Alpha 2 Globulin | 16-Feb-17 07:50 | 0.6 - 1.0 g/dL | 1 g/dL | |

### Alpha Galactosidase Interpretation

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Alpha Galactosidase Interpretation | 16-Feb-17 07:50 | | See Comment | In this specimen, the activity of alpha-galactosidase is normal. These results indicate that this individual is NOT affected with Fabry disease (OMIM 301500).<br><br>-----------ADDITIONAL INFORMATION-----------<br>Fluorometric Enzyme Assay<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.<br><br>Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Alpha Galactosidase Reason for Referral

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Alpha Galactosidase Reason for Referral | 16-Feb-17 07:50 | | Not provided | Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

## Alpha Galactosidase Reviewed By

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Alpha Galactosidase Reviewed By | 16-Feb-17 07:50 | | See Comment | Piero Rinaldo, M.D., Ph.D. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

## Alpha Galactosidase Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Alpha Galactosidase Serum | 16-Feb-17 07:50 | 0.074 - 0.457 U/L | 0.246 U/L | Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

## Alpha-Tocopherol

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Alpha-Tocopherol | 16-Feb-17 07:50 | 5.5 - 17.0 mg/L | 9.8 mg/L | ----------------ADDITIONAL INFORMATION---------------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Superior Drive 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

## Amphiphysin Antibody, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Amphiphysin Antibody, Serum | 16-Feb-17 07:50 | <1:240 | Negative titer titer | ----------------ADDITIONAL INFORMATION---------------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

## ANNA-1, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| ANNA-1, Serum | 16-Feb-17 07:50 | <1:240 | Negative titer titer | Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

## ANNA-2, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| ANNA-2, Serum | 16-Feb-17 07:50 | <1:240 | Negative titer titer | ----------------ADDITIONAL INFORMATION---------------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

## ANNA-3, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| ANNA-3, Serum | 16-Feb-17 07:50 | <1:240 | Negative titer titer | ----------------ADDITIONAL INFORMATION---------------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

## Anti-Glial Nuclear Antibody Type-1, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Anti-Glial Nuclear Antibody Type-1, Serum | 16-Feb-17 07:50 | <1:240 | Negative titer titer | ----------------ADDITIONAL INFORMATION---------------- |

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| | | | | This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.<br><br>Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Antinuclear Antibodies

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Antinuclear Antibodies | 16-Feb-17 07:51 | <=1.0 (Negative) | 0.5 U | |

### Autoantibodies to Proteinase 3

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Autoantibodies to Proteinase 3 | 16-Feb-17 07:51 | <0.4 (Negative) | <0.2 U U | Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Basophils Absolute

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Basophils Absolute | 16-Feb-17 07:51 | 0.0 - 0.3 x10(9)/L | 0.1 x10(9)/L | |

### Basophils Percent

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Basophils Percent | 16-Feb-17 07:51 | 0.0 - 2.2 % | 1.4 % | |

### Beta-Globulin

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Beta-Globulin | 16-Feb-17 07:50 | 0.7 - 1.2 g/dL | 1.1 g/dL | |

### Calcium Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Calcium Serum | 16-Feb-17 07:50 | 8.9 - 10.1 mg/dL | 9.8 mg/dL | |

### Copper Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Copper Serum | 16-Feb-17 07:50 | 0.75 - 1.45 mcg/mL | 0.99 mcg/mL | ----------ADDITIONAL INFORMATION----------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.<br><br>Test Performed by:<br>Mayo Clinic Laboratories - Rochester Superior Drive<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### C-Reactive Protein Quantative

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| C-Reactive Protein Quantative | 16-Feb-17 07:50 | <=8.0 | <3.0 mg/L mg/L | |

### Creatinine Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Creatinine Serum | 16-Feb-17 07:50 | 0.8 - 1.3 mg/dL | 1.1 mg/dL | |

### CRMP-5-IgG, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| CRMP-5-IgG, Serum | 16-Feb-17 07:50 | <1:240 | Negative titer titer | ----------ADDITIONAL INFORMATION----------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.<br><br>Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Cryofibrinogen Plasma

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Cryofibrinogen Plasma | 16-Feb-17 07:50 | Negative | Negative | Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Cryoglobulin Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Cryoglobulin Serum | 16-Feb-17 07:50 | Negative | Negative %ppt %ppt | This test is negative at 24 hours. All samples are held and reviewed again |

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| | | | | at<br>7 days. If delayed precipitation occurs after 7 days, Immunofixation will be performed and an additional report will follow.<br><br>Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Endomysial Ab Screen

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Endomysial Ab Screen | 16-Feb-17 07:51 | Negative | Negative | Negative in normal individuals. May be negative in dermatitis herpatiformis or celiac disease patients adhering to a gluten free diet.<br><br>----------ADDITIONAL INFORMATION----------<br>Laboratory developed test.<br><br>Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Eosinophils Absolute

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Eosinophils Absolute | 16-Feb-17 07:51 | 0.05 - 0.50 x10(9)/L | 0.22 x10(9)/L | |

### Eosinophils Percent

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Eosinophils Percent | 16-Feb-17 07:51 | 0.8 - 7.2 % | 4.3 % | |

### Estimated Average Glucose

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Estimated Average Glucose | 16-Feb-17 07:51 | | 94 mg/dL | ----------REFERENCE VALUE----------<br>Adult reference intervals<br>(>=18 yrs) for HbA1c Estimated Average Glucose are:<br>Normal: 68-114 mg/dL<br>Increased risk for diabetes<br>(prediabetes): 115-139 mg/dL<br>Diabetes: >=140 mg/dL |

### Estimated Glomerular Filtrate African American, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Estimated Glomerular Filtrate African American, Serum | 16-Feb-17 07:50 | >60 | >60 mL/min/BSA mL/min/BSA | |

### Estimated Glomerular Filtrate Non African American, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Estimated Glomerular Filtrate Non African American, Serum | 16-Feb-17 07:50 | >60 | >60 mL/min/BSA mL/min/BSA | |

### Ferritin

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Ferritin | 16-Feb-17 07:50 | 24 - 336 mcg/L | 110 mcg/L | |

### Folate

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Folate | 16-Feb-17 07:50 | >=4.0 | 3.9 mcg/L * | Result suggests folate deficiency |

### Gamma-Globulin

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Gamma-Globulin | 16-Feb-17 07:50 | 0.6 - 1.6 g/dL | 1.3 g/dL | |

### Gliadin IgA Antibody

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Gliadin IgA Antibody | 16-Feb-17 07:51 | <20.0 (Negative) | <10.0 U U | Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Gliadin IgG Antibody

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Gliadin IgG Antibody | 16-Feb-17 07:51 | <20.0 (Negative) | <10.0 U U | Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Glycosylated Hemoglobin A1C

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Glycosylated Hemoglobin A1C | 16-Feb-17 07:51 | 4.0 - 5.6 % | 4.9 % | |

### Hematocrit

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Hematocrit | 16-Feb-17 07:51 | 38.8 - 50.0 % | 44.4 % | |

### Hemoglobin

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Hemoglobin | 16-Feb-17 07:51 | 13.5 - 17.5 g/dL | 15 g/dL | |

### Immature Granulocytes Percent

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Immature Granulocytes Percent | 16-Feb-17 07:51 | 0.0 - 3.0 % | 0.2 % | |

### Immunofixation, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Immunofixation, Serum | 16-Feb-17 07:50 | | See Comment | No monoclonal protein detected.<br>Interpreted by: Jonathan B. Hoyne, Ph.D.<br>Reviewed by: Kirk Bourgeois, M.D. |

### Immunoglobulin A (IgA)

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Immunoglobulin A (IgA) | 16-Feb-17 07:51 | 61 - 356 mg/dL | 307 mg/dL | |

### Jo 1 Antibody IgG Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Jo 1 Antibody IgG Serum | 16-Feb-17 07:50 | <1.0 (Negative) | <0.2 U U | |

### Lymphocytes Percent

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Lymphocytes Percent | 16-Feb-17 07:51 | 17.8 - 41.5 % | 33.1 % | |

### Lymphs Absolute

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Lymphs Absolute | 16-Feb-17 07:51 | 0.90 - 2.90 x10(9)/L | 1.68 x10(9)/L | |

### Mean Corpuscular Hemoglobin

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Mean Corpuscular Hemoglobin | 16-Feb-17 07:51 | 27.4 - 33.0 pg | 28.2 pg | |

### Mean Corpuscular Hemoglobin Concentration

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Mean Corpuscular Hemoglobin Concentration | 16-Feb-17 07:51 | 33.3 - 35.2 g/dL | 33.8 g/dL | |

### Mean Corpuscular Volume

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Mean Corpuscular Volume | 16-Feb-17 07:51 | 81.2 - 95.1 fL | 83.5 fL | |

### Mean Platelet Volume

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Mean Platelet Volume | 16-Feb-17 07:51 | 7.6 - 10.8 fL | 8.7 fL | |

### Methylmalonic Acid,Quant,Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Methylmalonic Acid,Quant,Serum | 16-Feb-17 07:50 | <=0.40 | 0.22 nmol/mL | ----------ADDITIONAL INFORMATION----------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not<br>been cleared or approved by the U.S. Food and Drug Administration.<br><br>Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Monocytes Absolute

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Monocytes Absolute | 16-Feb-17 07:51 | 0.30 - 0.90 x10(9)/L | 0.46 x10(9)/L | |

### Monocytes Percent

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Monocytes Percent | 16-Feb-17 07:51 | 4.7 - 14.8 % | 9.1 % | |

### Myeloperoxidase Antibodies

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Myeloperoxidase Antibodies | 16-Feb-17 07:51 | <0.4 (Negative) | <0.2 U U | Test Performed by: |

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| | | | | Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Neutrophilic Segs

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Neutrophilic Segs | 16-Feb-17 07:51 | 44.4 - 70.9 % | 51.9 % | |

### Neutrophils Absolute

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Neutrophils Absolute | 16-Feb-17 07:51 | 1.70 - 7.00 x10(9)/L | 2.63 x10(9)/L | |

### N-Type Calcium Channel Ab Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| N-Type Calcium Channel Ab Serum | 16-Feb-17 07:50 | <=0.03 | 0 nmol/L | ----------ADDITIONAL INFORMATION---------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### P/Q-Type Calcium Channel Ab Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| P/Q-Type Calcium Channel Ab Serum | 16-Feb-17 07:50 | <=0.02 | 0 nmol/L | ----------ADDITIONAL INFORMATION---------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Paraneoplastic Interpretation

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Paraneoplastic Interpretation | 16-Feb-17 07:50 | | See Comment | No informative autoantibodies were detected in the Paraneoplastic Evaluation. However, a negative result does not exclude neurological autoimmunity with or without associated neoplasia. Sensitivity and specificity of antibody testing are enhanced by testing both serum and CSF. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### PAVAL Report

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| PAVAL Report | 16-Feb-17 07:50 | | PAVAL Report | |

### Platelet Count

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Platelet Count | 16-Feb-17 07:51 | 150 - 450 x10(9)/L | 343 x10(9)/L | |

### Protein Electrophoresis Comment

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Protein Electrophoresis Comment | 16-Feb-17 07:50 | | See Comment | No apparent monoclonal protein on serum electrophoresis. Interpreted by: Jonathan B. Hoyne, Ph.D. Reviewed by: Kirk Bourgeois, M.D. |

### Purkinje Cell Ab, Type-2, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Purkinje Cell Ab, Type-2, Serum | 16-Feb-17 07:50 | <1:240 | Negative titer titer | ----------ADDITIONAL INFORMATION---------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Purkinje Cell Antibody Type-1, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Purkinje Cell Antibody Type-1, Serum | 16-Feb-17 07:50 | <1:240 | Negative titer titer | ----------ADDITIONAL INFORMATION---------- This test was developed and its performance characteristics determined by |

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| | | | | Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Purkinje Cell Antibody,Type-Tr, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| Purkinje Cell Antibody,Type-Tr, Serum | 16-Feb-17 07:50 | <1:240 | Negative titer titer | ----------------ADDITIONAL INFORMATION---------------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Red Blood Cell Count

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| Red Blood Cell Count | 16-Feb-17 07:51 | 4.32 - 5.72 x10(12)/L | 5.32 x10(12)/L | |

### Red Cell Distribtion Width CV

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| Red Cell Distribtion Width CV | 16-Feb-17 07:51 | 11.8 - 15.6 % | 14.8 % | |

### Red Cell Distribtion Width SD

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| Red Cell Distribtion Width SD | 16-Feb-17 07:51 | 35.1 - 43.9 fL | 44.7 fL * | |

### Reflex Added

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| Reflex Added | 16-Feb-17 07:50 | | None. | ----------------ADDITIONAL INFORMATION---------------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

### Rheumatoid Factor Quantitative

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| Rheumatoid Factor Quantitative | 16-Feb-17 07:50 | <15 | <15 IU/mL IU/mL | |

### RNP Antibody IgG Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| RNP Antibody IgG Serum | 16-Feb-17 07:50 | <1.0 (Negative) | <0.2 U U | |

### Scl 70 Antibody IgG Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| Scl 70 Antibody IgG Serum | 16-Feb-17 07:50 | <1.0 (Negative) | <0.2 U U | |

### Sedimentation Rate

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| Sedimentation Rate | 16-Feb-17 07:51 | 0 - 22 mm/1 h | <1 mm/1 h mm/1 h | ----------------ADDITIONAL INFORMATION---------------- Under certain conditions, such as very low hematocrit, high fibrinogen, elevated monoclonal protein or other hematological abnormalities, the erythrocyte sedimentation rate testing performed by the automated photometric rheoscopic methodology may be affected differently when compared to the manual Westergren methodology. Consider testing these patients by C-reactive protein as an alternative. Reference values have not been established for patients who are less than 16 years of age. |

### Sm Antibody IgG Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| Sm Antibody IgG Serum | 16-Feb-17 07:50 | <1.0 (Negative) | <0.2 U U | |

### SS-A/Ro Antibody IgG Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
| --- | --- | --- | --- | --- |
| SS-A/Ro Antibody IgG Serum | 16-Feb-17 07:50 | <1.0 (Negative) | <0.2 U U | |

## SS-B/La Antibody IgG Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| SS-B/La Antibody IgG Serum | 16-Feb-17 07:50 | <1.0 (Negative) | <0.2 U U | |

## Striated Muscle Antibodies

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Striated Muscle Antibodies | 16-Feb-17 07:50 | <1:120 | Negative titer titer | ----------ADDITIONAL INFORMATION---------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

## Thyroid Stim Hormone Sensitive

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Thyroid Stim Hormone Sensitive | 16-Feb-17 07:51 | 0.3 - 4.2 mIU/L | 1.4 mIU/L | Patients consuming high dose biotin supplements can have analytical interference in this assay. If such interference is present it will yield falsely Low results. If results are inconsistent with patient presentation please rule out biotin consumption by the patient. |

## Tissue Transglutaminase IgA Antibody

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Tissue Transglutaminase IgA Antibody | 16-Feb-17 07:51 | <4.0 (Negative) | <1.2 U/mL U/mL | |

## Tissue Transglutaminase IgG Antibody

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Tissue Transglutaminase IgG Antibody | 16-Feb-17 07:51 | <6.0 (Negative) | 1.8 U/mL | |

## Total Protein

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Total Protein | 16-Feb-17 07:50 | 6.3 - 7.9 g/dL | 7.5 g/dL | |

## VGKC-Antibody, Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| VGKC-Antibody, Serum | 16-Feb-17 07:50 | <=0.02 | 0 nmol/L | ----------ADDITIONAL INFORMATION---------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Main Campus 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

## Vitamin B12

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Vitamin B12 | 16-Feb-17 07:50 | 180 - 914 ng/L | 347 ng/L | |

## Vitamin D 1, 25 Dihydroxy Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Vitamin D 1, 25 Dihydroxy Serum | 16-Feb-17 07:51 | 18 - 64 pg/mL | 50 pg/mL | ----------ADDITIONAL INFORMATION---------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Superior Drive 200 First Street SW, Rochester, MN 55905 Laboratory Director: William G. Morice, II, M.D., Ph.D. |

## White Blood Cell Count

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| White Blood Cell Count | 16-Feb-17 07:51 | 3.5 - 10.5 x10(9)/L | 5.1 x10(9)/L | |

## Zinc Serum

| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| Zinc Serum | 16-Feb-17 07:50 | 0.66 - 1.10 mcg/mL | 0.82 mcg/mL | ----------ADDITIONAL INFORMATION---------- This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. Test Performed by: Mayo Clinic Laboratories - Rochester Superior Drive |

10770299
Russell, Darrell Russell

Patient Copy

Printed On 4/12/2017 11:18 AM for reporting period 1/1/2000 - 4/12/2018



| Lab Name | Lab Date | Normal Range | Result | Comment |
|---|---|---|---|---|
| | | | | 200 First Street SW, Rochester, MN 55905<br>Laboratory Director: William G. Morice, II, M.D., Ph.D. |

PERFORMING LEGENDS

FL - Gretchen Johns, M.D., Laboratory Director, 4500 San Pablo Road, Jacksonville, FL 32224

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 11:23



RUSSELL, DARRELL WAYNE MR.
107702995

02/19/2017 Jay A. van Gerpen, M.D.
1371

REFERRING PHYSICIAN: Elliot L. Dimberg, M.D.

REASON FOR REFERRAL
Question orthostatic tremor.

SUMMARY
Surface EMG electrodes were attached to the patient's right triceps, wrist extensors, abductor digiti mini, quadriceps, as well as the bilateral tibialis anteriors (TAs) and medial gastrocnemii (MGs).

With the patient sitting on the edge of the examination table, with his hands in his lap and his legs dangling off the floor, a right foot tremor was evident clinically and electromyographically. This consisted of alternating bursts between the right TA and MG. The bursts in the TA, in particular, were of variable duration and of much higher amplitude than the MG. The tremor in the right TA reproducible extinguished by having the patient perform left foot tapping. Whether the 5 to 6 Hz tremor on the right MG persisted is not entirely clear, upon further analysis of the tracings (see below).

With the patient holding his arms outstretched and his legs extended, high amplitude, tonic motor activity was present diffusely. Some semi-rhythmical bursts were evident in the right MG, though definite tremor was not. Tapping on the patient's outstretched phalanges did not elicit abnormal bursts of motor activity. Right finger-to-nose testing revealed semi-rhythmical motor activity.

Upon standing, low amplitude shaking in his lower extremities was evident. The patient explained, "my knees are shaking," on the right greater than the left. The activity electromyographically was associated

This printout was generated through Patient Online Services and was the most current version as of the date and time generated.

with high amplitude, tonic motor activity in the right quadriceps and TAs, with some semi-rhythmical activity in the MGs. Having the patient stand for a couple of minutes, the amplitude of the shaking in his lower extremities clinically increased somewhat, and the patient explained that his legs felt "really weak." The longer that he stood, he explained "I'm leaning backwards on my heels" to maintain his balance. Again, predominantly tonic motor activity was present, and some semi-rhythmical bursts were evident, though these lasted hundreds of milliseconds. After the patient had been standing for about 7 minutes, a 7 Hz tremor appeared in his left foot, with synchronous firing between the TA and MG. This extinguished reproducibly by having him tap his right foot to different frequencies. Having the patient lean onto a chair while standing, initially, the motor activity in his lower extremities attenuated and high amplitude, tonic motor activity was present in his right upper extremity. After he had been leaning onto the chair for a minute or so, semi-rhythmical bursts re-emerged, predominantly in the right lower extremity.

With the patient standing in his preferred position with his eyes closed, Romberg's sign was absent. More semi-rhythmical bursts were evident, in the TAs and MGs. The bursts typically lasted greater than 100 milliseconds. This was also the case when the patient stood with his feet together, as well as with his legs slightly flexed at the knees.

IMPRESSION

Overall, the findings above are most consistent with functional hyperkinesias. Unequivocally, the patient does not have an organic orthostatic hyperkinesia. As alluded to above, further analyses of tracings obtained while the patient was sitting indicate that there is a remote chance he could have an organic tremor in his right medial gastrocnemius. Certainly, he does not in the tibialis anterior, which makes it very unlikely that the activity in the MG is clearly an organic tremor. Nonetheless, additional recordings of the right lower extremity, in particular at rest, would be valuable. I will discuss this with the referring physician.

JAV:jad
D:02/19/2017 16:44
T:02/19/2017 17:38
REVISED DATE: TRANS:1613

This printout was generated through Patient Online Services and was the most current version as of the date and time generated.

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 1:23



This printout was generated through Patient Online Services and was the most current version as of the date and time generated.

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 1':23



RUSSELL, DARRELL WAYNE MR.
107702995

03/23/2017 Jay A. van Gerpen, M.D.
1371

REFERRING PHYSICIAN: Elliot L. Dimberg, M.D.

PROCEDURE
Surface electromyogram.

REASON FOR REFERRAL
Tremor.

SUMMARY
Surface EMG electrodes were attached to the patient's bilateral quadriceps, hamstrings, tibialis anteriors (TAs), and medial gastrocnemii (MGs).

With the patient sitting on the edge of the examination table, with his legs suspended from the floor, clinically, frequently there was evidence of tremor in his right foot with plantar flexion alternating with dorsiflexion. Electromyographically, this was predominantly in his right MG at about 5.5 Hz. Having the patient tap his left foot at different rates, the tremor in the right MG largely extinguished. This was evident on repeated testing. The patient became somewhat distraught, because of feeling incoordination in his left foot while trying to tap it. With the patient sitting and performing tasks of mental acuity, the 5.5 Hz tremor re-emerged in his right foot, in an alternating fashion between the right TA and MG. The patient was then asked to extend his left knee repetitively, and the tremor in the right TA and MG utterly extinguished. The patient was then asked to lie supine. Upon doing so, a 7.5 Hz tremor emerged in his quadriceps. Tonic electromyographical activity was evident in the hamstrings, and the right TA and MG were essentially quiescent. Clinically, shaking was evident in his quadriceps. Having him again perform extension of his

left knee, the activity in the right lower extremity electromyographically became tonic in character diffusely.

The patient was then asked to stand. Clinically, low amplitude tremulousness was present in his lower extremities, and he tended to stand on his right heel. He explained that, "if I don't put pressure on the heel, I'll fall back." He maintained station without assistance. He explained that his legs felt "tight." Electromyographically, virtually constant electromyographical activity was present diffusely. This was often semi-rhythmical in the TAs and MGs. However, actual tremor bursts were not present. The electromyographical activity typically lasted several hundred milliseconds.

IMPRESSION

The tremor evident in the patient's right lower extremity at rest is associated with electrophysiological findings diagnostic of a functional tremor. In addition, the electromyographical activity observed while the patient is standing is most consistent with voluntary motor activity.

JAV:jad
D:03/23/2017 18:17
T:03/23/2017 21:45
REVISED DATE: TRANS:1613

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 11:25 Page: 1

Name : Darrell Wayne Russell
MRN : 10-770-299-5

Ordering Physician : 370 DIMBERG, ELLIOT L, M.D.
Creation Date : 03/11/2017
Performed At : Mayo Building Jacksonville
Indications : Pain in right arm;Disease of spinal cord, unspecified;Paresthesia of skin;R arm pain, ?myelopathy

11-Mar-2017 12:49 *** Final ***

Exam: MR Cervical Spine WO/CST , MR Lumbar Spine WO/CST , MR Thoracic Spine WO/CST

Comparisons: No comparisons available

Impression:
1. Cervical spondylosis with advanced C5-C6 and C6-C7 discovertebral degeneration. C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis. C6-C7 right-sided mild spinal canal and severe neural foramina stenosis.

2. Mild thoracic spondylosis with T9-T10 moderate spinal canal and severe right neural foramina stenosis.

3. L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis.

Findings:

CERVICAL SPINE: There is mild kyphotic deformity centered at C5-C6 level. The vertebrae otherwise demonstrate grossly preserved alignment, with normal

This printout was generated through Patient Online Services and was the most current version as of the date and time generated.

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 11:25



vertebral body height and marrow signal. There is multilevel cervical disc desiccation. Anterior osteophytes and disc height loss at C5-C6 and C6-C7 levels. C4-C5 shallow broad-based disc protrusion and minimal uncovertebral spurring, asymmetric towards right cause minimal right-sided spinal canal narrowing. C5-C6 disc osteophyte complex, asymmetrically prominent towards left causes mild to moderate left-sided spinal cord compression and moderate to severe left neural foramina stenosis. The C6-C7 right posterolateral broad-based disc osteophyte complex, causes mild right-sided spinal cord compression with the protrusion causing severe right neural foramina narrowing. The remainder of the spinal canal and neural foramina are widely patent. The spinal cord demonstrates no intrinsic abnormality. No abnormality noted of the facet joints or visualized soft tissues of the neck.

THORACIC SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. T9-T10 disc bulge and mildly hypertrophic facet joints cause moderate circumferential spinal canal stenosis with mild cord compression and severe right neural foramina stenosis. Mild T3-T4 and T4-T5 disc bulges also noted. T10-T11 facet osteophytes cause mild narrowing the spinal canal. The remainder of the spinal canal and neural foramina widely patent. The thoracic spinal cord demonstrates no intrinsic abnormality. Paraspinal soft tissues appear normal.

LUMBAR SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. There is mild developmental narrowing of the lumbar spinal canal. There is L4-L5 disc desiccation with bulging and posterior midline annulus fissure, causing mild spinal canal and right neural foramina stenosis. The facet joints and paraspinal soft tissues appear unremarkable. The conus medullaris terminates at T12-L1 level and along with cauda equina demonstrates no intrinsic abnormality.

Electronically signed by:
P. Vibhute, M.D. 11-Mar-2017 12:49

This printout was generated through Patient Online Services and was the most current version as of the date and time generated.

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 11:25



Name : Darrell Wayne Russell
MRN : 10-770-299-5

Ordering Physician : 370 DIMBERG, ELLIOT L, M.D.
Creation Date : 03/11/2017
Performed At : Mayo Building Jacksonville
Indications : Radiculopathy, lumbosacral region;radiculopathy

11-Mar-2017 12:49 *** Final ***

Exam: MR Cervical Spine WO/CST , MR Lumbar Spine WO/CST , MR Thoracic Spine WO/CST

Comparisons: No comparisons available

Impression:
1. Cervical spondylosis with advanced C5-C6 and C6-C7 discovertebral degeneration. C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis. C6-C7 right-sided mild spinal canal and severe neural foramina stenosis.

2. Mild thoracic spondylosis with T9-T10 moderate spinal canal and severe right neural foramina stenosis.

3. L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis.

Findings:

CERVICAL SPINE: There is mild kyphotic deformity centered at C5-C6 level. The vertebrae otherwise demonstrate grossly preserved alignment, with normal vertebral body height and marrow signal. There is multilevel cervical disc

This printout was generated through Patient Online Services and was the most current version as of the date and time generated.

desiccation. Anterior osteophytes and disc height loss at C5-C6 and C6-C7 levels. C4-C5 shallow broad-based disc protrusion and minimal uncovertebral spurring, asymmetric towards right cause minimal right-sided spinal canal narrowing. C5-C6 disc osteophyte complex, asymmetrically prominent towards left causes mild to moderate left-sided spinal cord compression and moderate to severe left neural foramina stenosis. The C6-C7 right posterolateral broad-based disc osteophyte complex, causes mild right-sided spinal cord compression with the protrusion causing severe right neural foramina narrowing. The remainder of the spinal canal and neural foramina are widely patent. The spinal cord demonstrates no intrinsic abnormality. No abnormality noted of the facet joints or visualized soft tissues of the neck.

THORACIC SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. T9-T10 disc bulge and mildly hypertrophic facet joints cause moderate circumferential spinal canal stenosis with mild cord compression and severe right neural foramina stenosis. Mild T3-T4 and T4-T5 disc bulges also noted. T10-T11 facet osteophytes cause mild narrowing the spinal canal. The remainder of the spinal canal and neural foramina widely patent. The thoracic spinal cord demonstrates no intrinsic abnormality. Paraspinal soft tissues appear normal.

LUMBAR SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. There is mild developmental narrowing of the lumbar spinal canal. There is L4-L5 disc desiccation with bulging and posterior midline annulus fissure, causing mild spinal canal and right neural foramina stenosis. The facet joints and paraspinal soft tissues appear unremarkable. The conus medullaris terminates at T12-L1 level and along with cauda equina demonstrates no intrinsic abnormality.

Electronically signed by:
P. Vibhute, M.D. 11-Mar-2017 12:49

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 11:26



Name : Darrell Wayne Russell
MRN : 10-770-299-5

Ordering Physician : 370 DIMBERG, ELLIOT L, M.D.
Creation Date : 03/11/2017
Performed At : Mayo Building Jacksonville
Indications : Paresthesia of skin;Disease of spinal cord, unspecified;? myelopathy

11-Mar-2017 12:49 *** Final ***

Exam: MR Cervical Spine WO/CST , MR Lumbar Spine WO/CST , MR Thoracic Spine WO/CST

Comparisons: No comparisons available

Impression:
1. Cervical spondylosis with advanced C5-C6 and C6-C7 discovertebral degeneration. C5-C6 left-sided mild spinal canal and moderate to severe neural foramina stenosis. C6-C7 right-sided mild spinal canal and severe neural foramina stenosis.

2. Mild thoracic spondylosis with T9-T10 moderate spinal canal and severe right neural foramina stenosis.

3. L4-L5 disc degeneration without significant spinal canal or neural foramina stenosis.

Findings:

CERVICAL SPINE: There is mild kyphotic deformity centered at C5-C6 level. The vertebrae otherwise demonstrate grossly preserved alignment, with normal

MAYO CLINIC

Patient Copy

10-770-299
Russell, Darrell Wayne
Generated on: 12-Apr-2017 11:26



vertebral body height and marrow signal. There is multilevel cervical disc desiccation. Anterior osteophytes and disc height loss at C5-C6 and C6-C7 levels. C4-C5 shallow broad-based disc protrusion and minimal uncovertebral spurring, asymmetric towards right cause minimal right-sided spinal canal narrowing. C5-C6 disc osteophyte complex, asymmetrically prominent towards left causes mild to moderate left-sided spinal cord compression and moderate to severe left neural foramina stenosis. The C6-C7 right posterolateral broad-based disc osteophyte complex, causes mild right-sided spinal cord compression with the protrusion causing severe right neural foramina narrowing. The remainder of the spinal canal and neural foramina are widely patent. The spinal cord demonstrates no intrinsic abnormality. No abnormality noted of the facet joints or visualized soft tissues of the neck.

THORACIC SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. T9-T10 disc bulge and mildly hypertrophic facet joints cause moderate circumferential spinal canal stenosis with mild cord compression and severe right neural foramina stenosis. Mild T3-T4 and T4-T5 disc bulges also noted. T10-T11 facet osteophytes cause mild narrowing the spinal canal. The remainder of the spinal canal and neural foramina widely patent. The thoracic spinal cord demonstrates no intrinsic abnormality. Paraspinal soft tissues appear normal.

LUMBAR SPINE: The vertebrae demonstrate normal alignment, curvature, vertebral body stature and marrow signal. There is mild developmental narrowing of the lumbar spinal canal. There is L4-L5 disc desiccation with bulging and posterior midline annulus fissure, causing mild spinal canal and right neural foramina stenosis. The facet joints and paraspinal soft tissues appear unremarkable. The conus medullaris terminates at T12-L1 level and along with cauda equina demonstrates no intrinsic abnormality.

Electronically signed by:
P. Vibhute, M.D. 11-Mar-2017 12:49

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 5, 2017 |
| To: | DR ELLIOT DIMBERG<br>4500 SAN PABLO RD<br>SOUTH JACKSONVILLE FL 32224 |
| Attn: | Medical Records |
| Fax: | (904) 953-7368 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 7 |
| RE:<br><br>Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 5, 2017

Dr. Elliot Dimberg
4500 SAN PABLO RD
SOUTH JACKSONVILLE, FL 32224

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Elliot Dimberg:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Dimberg. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 12, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-REQUEST-PROVIDER-04.03.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: April 3, 2017 | |
| To: | DR ELLIOT DIMBERG<br>4500 SAN PABLO RD<br>SOUTH JACKSONVILLE FL 32224 |
| Attn: | Medical Records |
| Fax: | (904) 953-7368 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages<br>(Including Cover): 5 | |
| RE:<br><br>Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 3, 2017

Dr. Elliot Dimberg
4500 SAN PABLO RD
SOUTH JACKSONVILLE, FL 32224

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Elliot Dimberg:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Dimberg. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 10, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-REQUEST-PROVIDER-03.27.2017

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | March 27, 2017 |
| To: | DR ELLIOT DIMBERG<br>4500 SAN PABLO RD<br>SOUTH JACKSONVILLE FL 32224 |
| Attn: | Medical Records |
| Fax: | (904) 953-7368 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

March 27, 2017

Dr. Elliot Dimberg
4500 SAN PABLO RD
SOUTH JACKSONVILLE, FL 32224

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Elliot Dimberg:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 24, 2017 through the present

We ask that you provide this information by April 3, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 5, 2017 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | Medical Records |
| Fax: | (678) 513-0073 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 5, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2017 through the present

We ask that you provide this information by April 12, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 6, 2017

Mr. Darrell W. Russell

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On April 5, 2017, we requested medical records from Dr. Dimberg and Dr. McCasland. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from March 1, 2017 through the present from Dr. McCasland and March 24, 2017 from Dr. Dimberg

Chart Industries, Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than May 19, 2017 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | April 3, 2017 |
| To: | DR ELLIOT DIMBERG<br>4500 SAN PABLO RD<br>SOUTH JACKSONVILLE FL 32224 |
| Attn: | Medical Records |
| Fax: | (904) 953-7368 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

April 3, 2017

Dr. Elliot Dimberg
4500 SAN PABLO RD
SOUTH JACKSONVILLE, FL 32224

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Elliot Dimberg:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Dimberg. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 10, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

Attachments: 3719712-REQUEST-PROVIDER-03.27.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | March 27, 2017 |
| To: | DR ELLIOT DIMBERG<br>4500 SAN PABLO RD<br>SOUTH JACKSONVILLE FL 32224 |
| Attn: | Medical Records |
| Fax: | (904) 953-7368 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

March 27, 2017

Dr. Elliot Dimberg
4500 SAN PABLO RD
SOUTH JACKSONVILLE, FL 32224

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Elliot Dimberg:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 24, 2017 through the present

We ask that you provide this information by April 3, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

# Noble Resource Corporation

PO Box 3540
Alpharetta GA 30023
1.800.490.5007
678.513.0072
678.513.0073 FAX

**Facsimile Transmittal Sheet**

**Attn:** Medical Records **From:** Customer Service

Company: Liberty Mutual Date: 4.3.17

Fax Number: 603.334.5136 Total Pages (incl. Cover): 27

***Medical Records***

Claim # 3719712

Confidentiality Notice: This fax is intended only for the person(s) to whom it is addressed and may contain information that is confidential, proprietary, privileged or otherwise protected from disclosure. If you are not an intended recipient, please (I) do not read, copy or use this communication, or disclose it to others. (II) Notify the sender immediately by replying to the message, and (III) delete from your system. Thank You.

**Noble Resource Corporation**
P.O.BOX 3540
Alpharetta, GA 30023
800-490-5007
678-513-0073 (fax)

**Invoice For Medical Records**

From: 397

| Bill To | Records Shipped To | Invoice Number |
|---|---|---|
| Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 | Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 | 278063 |

| Invoice Date |
|---|
| 4/3/2017 |

| Patient Name | Your File Number | Page count |
|---|---|---|
| Darrell Russell | 3719712 | 25 |

| Description | Quantity | Rate | Class | Amount |
|---|---|---|---|---|
| Base Fee | | 25.88 | 397 Alliance Spine & Pain | 25.88 |
| Copy Fee first 20 pages | 20 | 0.97 | 397 Alliance Spine & Pain | 19.40 |
| Copy Fee pages 021-100 | 5 | 0.83 | 397 Alliance Spine & Pain | 4.15 |

| | |
|---|---|
| Total | $49.43 |
| Payments/Credits | $0.00 |
| Balance Due | $49.43 |

## Pay Your Invoice:

**ONLINE** at www.nobleresourcecorp.com, click on "pay an invoice"

**BY CHECK** Payable to Noble Resource Corporation. Mail to PO Box 3540 Alpharetta, GA 30023 along with a copy of your invoice.

**Our Federal Tax Identification:**
Tax ID 81-0583779

**BY PHONE** Call 800-490-5007

**We Accept Visa, Mastercard, Discover and American Express.**

The enclosed information was reproduced by Noble Resource Corporation. Noble Resource Corporation is under an agreement with this facility to process authorized requests for copies of medical records.

Payment is due upon receipt of this invoice. A service charge of 1.5% per month (annual rate 18%) will be charged if not paid within 30 days from the date of this invoice.

**Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: [illegible]
Secure Fax No.: [illegible]

February 27, 2017

David Gale
15 MEDICAL DR. BLDG A
CARTERSVILLE, GA 30121

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear David Gale:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2016 through the present
- Your treatment plan.

We ask that you provide this information by March 6, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5136 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

"Genetic Information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karlyn Gilmore-Diaz
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

**Ganglion Impar Block**

**Patient:** RUSSELL, DARRELL W
**Account Number:** 57926
**DOB:** **Age:** 38 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Gale, MD
**Date:** 01/05/2017

---

**Subjective:**

**Chief Complaints:**

1. 2 OF 2 RIGHT STELLATE GANGLION BLOCK. 2. Right arm pain. 3. seen by Dr. Gale.

**HPI:**

Pain Mgmt Procedure Follow Up:

Status Post: right stellate ganglion block.

Percentage of Relief: 0% relief.

Medication Changes: Controls pain, no changes requested.

Medical Necessity:

Location: pain under right arm and entire right arm intermittently
frontal head pain.

Pain described as: "jerky", weakness, , stabbing, tingling, burning.

Pain pathway: down RUE
weakness both lower extremities.

Severity: VAS 8/10 average, VAS 10/10 max.

Context: pain started under arm after having lymph nodes removed from right under arm.

Timing: continuous under arm
, intermittent right arm and head.

Associated signs/symptoms numbness, weakness, poor sleep, no bowel or bladder dysfunction, fatigue, anxiety, headache.

Improving factors: rest, lying down.

Aggravating factors: loud noises, bright lights, , lifting, walking, standing, activity.

Duration February 2016.

Other therapies: vistaril, Cymbalta, percocet 5-slightly improves pain
Unable to exercise due to leg weakness
member of Northside pain clinic- no help. Only gave meds
Nerve block under right axilla with US by Northside pain clinic-no help
allergic to lyrica-facial swelling
gabapentin causes vomiting
.

Pain clinic treatments: narcotics, sympathetic blocks.

Imaging studies Three phase bone scan 11/22/16
No evidence for three-phase bone uptake or finding concerning for complex regional pain syndrome. Focal delayed upatake within the posterior left calvarium which correlates to 1cm ovoid nonaggressive intradiploic lesion on CT head dated 6/24/16 probably reflecting a small hemangioma or small fibro-osseous lesion such as fibrous dysplasia

MRI lumbar spine 4/18/08
Degenerative changes of the lumbar spine most notabley at L4-5 with degenerative disc disease, spondylosis and facet hypertrophy. Lumbar disc displacement greatest at L4-5 with mild central disc herniation as well as generalized disc bulging eccentric to the right. Central and neural foraminal stenosis appears most prominent and mild-moderate or moderate at L4-5. .

Litigation pending no.

Baseline Activities Walking, Standing.

Functional Disabilities Unable to stand for long periods, Unable to sit for long periods, Unable to sleep, Unable to

perform light housework. Unable to do any heavy lifting. Unable to walk long distances.
Onset started fafter having lymph nodes removed for CA under right arm.

Pre-Op Nursing Record:

Patient Admission Time Admit to Preop Time 1018.
How arrived: Ambulatory.
Accompanied By Family Member: Dad, John Russell.
Consent for Right Stellate Ganglion Block.
Does Patient have an Advanced Directive? : No.
Patient Bill of Rights : Patient admits receiving a copy of patient bill of rights and needs no further counseling.
Patient questions/concerns were addressed.
Patient teaching performed with Patient.
Fall Assessment : Uses assistive device cane.
Barriers to Learning : None.
NPO Status : Before Midnight 7pm 1/4/17.
Contrast Dye Allergy : No.
Latex Allergy : No.
Medications taken today : None taken.
Herbal Medications Currently Taking? : Patient is not taking any herbal supplements..
IV started by: :Cathy Gangl, CRNA.
IV Placement Gauge/Site : 24 g left hand.
Anticoagulants History: Patient Currently Takes : **None**.
Last dose of Anticoagulant taken: N/A.
Patient has been cleared for surgery H&P reviewed for surgeries and medication; H&P to be considered for pre-anethesia assessment.
Pre-op meds given : No.
Pre-operative tests performed? : No.
Special Considerations: None.
Pre-op Nurse :LSanders RN.
Last MSO4 taken at 10:30pm 1/4/17 and Aleve taken at 0530 1/5/17 - sfs.

**ROS:**

Constitutional:

weight gain no, no. loss of appetite no, no. fever no, no. weakness no, no. weight loss no, no. insomnia no, no.

Urology:

Pain on Urination No, No. Difficulty Urinating No, No. Urinary Incontinence No, No.

Musculoskeletal:

muscle stiffness no, no. joint pain no, no. joint swelling no, no. joint stiffness no, no. muscle cramps no, no.

Neurology:

Negative for headache, tingling, numbness, headache, tingling, numbness. headache yes.

Opiod management:

nausea/vomiting no, no. itching, rash no, no. constipation no, no. dry mouth no, no.

Allergy:

Hives No, No. Rash No, No. Itching No, No.

Cardiology:

chest pain (angina) no, no. irregular heartbeats (palpitations) no, no.

Gastroenterology:

difficulty swallowing no, no. abdominal pain no, no. diarrhea no, no.

HEENT:

loss of vision no, no. loss of hearing no, no. loss of smell no, no.

Psychology:

Negative for anxiety, depression, suicidal ideation, anxiety, depression, suicidal ideation. depression yes. high stress level yes.

Respiratory:

shortness of breath no, no. wheezing no, no.

**Medical History:** HTN, Anxiety, Depression, Insomnia, GERD, Opioid Tolerance , Lumbar disc displacement, Right upper arm CRPS.

**Surgical History:** lymph nodes removed right under arm .

**Hospitalization/Major Diagnostic Procedure:** see surgical hx .

**Family History:** Father: alive, diagnosed with HypertensionMother: alive, , family history unknown UnknownSiblings: alive, , family history unknown UnknownChildren: alive, , family history unknown Unknown

**Social History:**

General:

Smoking: yes. Type: PPD: Years:.

Tobacco Control Are you a:: Current smoker , How often do you smoke cigarettes?: every day, How many cigarettes a day to you smoke?: 11-20, How soon after you wake up do you smoke your first cigarette?: 6-30 minutes, Are you interested in quitting?: Thinking about quitting.

Alcohol Control Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a a typical day when you were drinking in the past year?: 1 or 2 (0 points), How often did you have six or more drinks on one occasion in the past year?: Never (0 points), Points: 1, Interpretation: Negative.

Alcohol: yes. Day: Week: Month:.

Married: yes.

Children: yes.

Occupation: yes, supervisor.

**Medications:** Taking Cymbalta 60 mg delayed release capsule 1 cap(s) BID, Taking Ambien 5 mg tablet 1 tab(s) once a day (at bedtime), Taking hydroxyzine hydrochloride 50 mg tablet 1 tab(s) 3 times a day, Taking lisinopril 10 mg tablet 1 tab(s) once a day, Taking omeprazole 40 mg delayed release capsule 1 cap(s) once a day, Taking Percocet-5/325 325 mg-5 mg tablet 1 tab(s) TID, Taking Trileptal 300 mg tablet 1 tab(s) 1 BID x 1 week then 2 tabs BID, Discontinued topiramate 25 mg tablet 1 tab(s) 2 times a day for one week, then increase to 2 tablest BID, Notes: D/c by Dr. Gale 1/5/17 post procedure, Medication List reviewed and reconciled with the patient

**Allergies:** Lyrica: swelling: Allergy.

**Objective:**

**Vitals:** Pain Scale 7, Ht 76, Wt 230, BMI 27.99, BP 104/70, HR 99, RR 16, O2 100, Temp 98.1.

**Examination:**

General examination:

General appearance: AxOX3, NAD, well built and nourished, interacting appropriately.

Heart: RSR/RRR, normal S1, S2, no new findings, regular resting rate. .

Lungs: clear to ausculation and percussion.

**Assessment:**

**Assessment:**

1. Complex regional pain syndrome I of right upper limb - G90.511 (Primary)
2. Degeneration of lumbar intervertebral disc - 722.52, (Mig)

3. Complex regional pain syndrome I of left upper limb - G90.512

**Plan:**

**1. Complex regional pain syndrome I of right upper limb**
Notes: Patient Educated with: postSGB.pdf (postSGB.pdf).

**2. Others**
Start Trileptal tablet, 300 mg, 1 tab(s), orally, BID x 1 week then increase to 2 tabs BID, 30 day(s), 120, Refills 2 .
Notes: No significant changes for the H&P were found from the previous visit.
Patient has been cleared for surgery.
H & P to be considered for pre-anesthesia assessment.

**Procedures:**
Surgical Safety Checklist:
1) Sign In **Before Anesthesia**.
Patient has confirmed: Identity: **Y** Site: **Y** Procedure: **Y** Consent: **Y**.
Site Marked **YES**
Pulse-oximetry on patient and functioning **YES**
Does patient have a known allergy? Yes.
Difficult airway/aspiration risk? **Yes, equipment/airway assistance is readily available.**.
Risk of >500 ml blood loss? na.
2) Time- out **Before Injection**.
Confirmed all team members have introduced themselves by name and role. **YES**.
MD, anesthesia and nurse vebally confirm Patient **Y** Site **Y** Procedure **Y**.
Anticipated critical events **Surgeon review**: Critical or unexpected steps, operative duration, anticipated blood loss. **Anesthesia review**: Patient spefific concerns **Nurse/MA review**: Sterility/indicator confirmed, equipment concerns..
Has antibiotic prophylaxis been given within the last 60 minutes? N/A.
Is essential imaging displayed? YES.
3) Sign Out **Before patient leaves OR**.
Nurse verbally confirms: **Name of procedure recorded:** YES **Sponge and needle count correct:** N/A **Are there any equipment problems to be addressed?**: NO; **MD, Anesthesia and Nurse review any concerns for recovery and management of patient.**.
*Stellate Ganglion Block:
Side Right.
Preop Diagnosis Complex Regional Pain Syndrome I- Upper Extremity..
Supplies Dexamethasone 10mg, bupivacaine 0.5%, Omnipaque 240.
Details of Procedure Patient was advised to expect some hoarseness, as well as the possibility of shortness of breath, as well as a drooping of the eyelid. The risk and symptoms of a pneumothorax were explained to the patient preoperatively. The patient was advised that if they experienced significant shortness of breath, the patient would go to the emergency room. Risks, benefits and options were explained to the patient, consent was obtained, and peripheral IV was placed. Patient was then taken to the procedure area and placed in a supine position. After sterile prep and drape, fluoroscopy was used to identify the cervical spine. After identification of vertebra was made, a 25-gauge, 3-1/2 inch spinal needle was advanced to the anteromedial aspect of the transverse process on the affected side of the **C7/C6** vertebral body. After T-process was contacted, **contrast**, 0.5 mL, was slowly injected after negative aspiration for CSF, heme or paresthesia. Good spread of **Isovue M-300**, both cephalad and caudally, identified the sympathetic chain. Needle further advanced for prox epi coverage as well in hpoes of getting better results. Total 2cc 0.5cc marcaine and 10mg dex injected. The patient tolerated the procedure well. The needle was removed. Patient was taken to the post-procedure care area where patient was observed to ensure no complications evolved. .
Post Op Diagnosis Complex Regional Pain Syndrome I- Upper Extremity.
Complications None.
Intra-Op Nursing Record:
Surgeon David Gale, M.D..
Anesthesia Provider Kathy Gangl CRNA.

OR Nurse Dianne Winters, RN.
Scrub Tech Paula Stockton, RTR.
Call to Order Performed at 1042, with everyone in the room in verbal agreement, surgical safety checklist completed.
Surgery Start 1043.
Surgery Stop :-----.
Start Count N/A.
End Count N/A.
Cautery Settings N/A.
Insturment Sterility Verified Yes.
RFA Probe Color/Identifier :, N/A.
Positioning Aids Pillow, Safety Belt.
Case Delay None.
Flouroscopy Time -----.
Notes Procedure performed in OR #1.

Post-Op Nursing Record:

Arrived in PACU at 1102.
Patient Tolerated Procedure Well? Yes.
Patient's Condition Upon Arrival in PACU Stable.
Vitals at preprocedure baseline? Yes.
Post-Op Pain Score? 8/10.
Aldrete Score
Activity IN 2
Respiration IN 2
Circulation IN 2
Conciousness IN 2
Color IN 2
Total IN 10
Aldrete Score of: *10 met vitals stable. No futher vitals needed*
Prognosis is satisfactory.
Patient tolerated liquids/solids? Yes.
Denies nausea,shortness of breath and chest pain? Yes.
Fluids Infused? N/A.
IV Medications Given: N/A.
Stand/Walks with assistance or at preop baseline Yes.
Met discharge criteria at: Patient assessed by physician and meets discharge criteria at: 1200.
Patient meets discharge criteria for anesthesia and physician discharge? Yes.
IV discontinued IV discontinued at: 1205, with catheter intact. No infiltration noted., By: Sheila Stone RN.
Post-Operative written instructions given to patient and/or responsible party.
Discharged from facility at: 1211.
Escorted to private vehicle per wheelchair to family/significant other.
PostOp Nurse Sheila Stone RN.
Notes 1107 post procedure hand temperatures L = 94 and R=95 1200 post procedure hand temps prior to discharge L=94 and R=96Dr. Gale at bedside to re-evaluate prior to discharge. Orders received to discontinue Topamax and start Trileptal. Prescription given to patient for Trileptal and instructions given regarding directions for taking it. Letter given to patient to take to Dr. McCosland as directed by Dr. Gale. Discharge instructions given and verbalized understanding.
Post-Op Vitals Time: 1102 BP 97/64 HR 120 R 18 SpO2 96% Time: 1107 BP 129/78 HR 106 R 18 SpO2 98%.

**Procedure Codes:** G8907 Patient documented not to have experienced any of the following events: a burn prior to discharge, a fall within the facility, wrong site/side/patient/procedure/implant event, or a hospital transfer or hospital admission upon discharge from the facility., G8918 Patient without preoperative order for IV antibiotic surgical site infection (SSI) prophylaxis

**Follow Up:** 3 Weeks (Reason: post procedure)

**Provider:** David Gale, MD
**Patient:** RUSSELL, DARRELL W **DOB:** **Date:** 01/05/2017

**Electronically signed by David Gale , MD on 01/05/2017 at 05:25 PM EST**
**Sign off status: Completed**

**Patient:** RUSSELL, DARRELL W
**Account Number:** 57926
**DOB:** **Age:** 38 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** Kathleen Gangl, CRNA
**Date:** 01/05/2017

---

**Subjective:**

**Chief Complaints:**

1. 2 OF 2 RIGHT STELLATE GANGLION BLOCK.

**ROS:**

Constitutional:

Negative for weight gain,weight loss,loss of appetite,fever,fatigue,insomnia. weight gain no. no loss of appetite. no fever. no weakness. no weight loss. no fatigue. no insomnia.

Urology:

Pain on Urination No. Difficulty Urinating No. Unable to Urinate No. Blood in Urine No. Urinary Incontinence No.

Musculoskeletal:

no muscle stiffness. Neck Pain yes. Low Back Pain Yes. no leg cramps. no joint pain. no joint swelling. no joint stiffness. no muscle cramps. no joint Surgery.

Neurology:

no headache. no tingling numbness. no seizures. no insomnia. no memory loss. no tremors. no vertigo. no weakness in arms. no weakness in legs. no loss of feeling in one side. no loss of feeling in legs. no loss of smell.

Opiod management:

Negative for myoclonus,nausea/vomiting,itching/rash,constipation,sedation,diaphoresis,edema,dry mouth,blurred vision,hallucinations,headache,respiratory difficulty. no myoclonus. no nausea/vomiting. no itching, rash. no constipation. no sedation. no diaphoresis. no edema. no dry mouth. no blurred vision. no hallucinations, weird dreams. no headaches. no tobacco. no alcohol. no recreational drugs. pain relief none. no respiratory difficulty.

General:

no easily fatigued. no trouble sleeping. no coldness (feel cold when others are comfortable). no cold limbs (feet, hands). no lymph nodes, swollen glands. no skin rash. no easy bruising.

Allergy:

Hives No. Rash No. Itching No. no runny nose. no itchy eyes. no ear fullness. no sinus congestion. no stuffy nose.

Cardiology:

Palpitations No. no dizziness. no chest pain (angina). no irregular heartbeats (palpitations). no Swelling in legs. no shortness of breath. no orthopnea. no cold extremities.

Dermatology:

no Sore or lesion. no rash. no mole. no lumps. no dry or sensitive skin. no hives.

Endocrinology:

no fatigue. no excessive sweating. no excessive thirst. no excessive urination. no weight loss. no sleep disturbance. no cold intolerance. no heat intolerance.

ENT:

Loss of Smell No. no Excessive Sputum. no cough. no nose bleed. no hearing loss. no Excessive Secretions. no sore throat. no ringing in ears. no ear pain.

Gastroenterology:

Bloating No. no vomiting. no difficulty swallowing. no abdominal pain. no diarrhea.

no constipation. no change in bowel habits. no blood in stool. no nausea. no heartburn.
HEENT:
no change in vision. no loss of vision. no double vision. no loss of hearing. no loss of smell. no trouble swallowing. no drooping eyelids.
Hematology/Lymph:
Bleeding Gums No. no Bruising easily. no abnormal bleeding. no varicose veins. no enlarged lymph nodes.
Male reproductive:
no difficulty with erection. no diminished sexual drive. no impotence. no difficulty urinating.
Opthamology:
no diminished vision. no eye irritation. no drainage from eyes. no blurring of vision. no seasonal eye sx. no dander related eye sx. no burning. no eye pain. no photophobia.
Psychology:
no depression. no high stress level. no sleep disturbances. no suicidal ideation. no eating disorder. no psychiatric hospitalization. no Are you receiving counseling?.
Respiratory:
no shortness of breath. no chest pain. no excessive sputum. no wheezing. no cough.
hb.

**Medical History:** HTN, Anxiety, Depression, Insomnia, GERD, Opioid Tolerance , Lumbar disc displacement, Right upper arm CRPS.

**Surgical History:** lymph nodes removed right under arm .

**Hospitalization/Major Diagnostic Procedure:** see surgical hx.

**Family History:** Father: alive, diagnosed with HypertensionMother: alive, , family history unknown UnknownSiblings: alive, , family history unknown UnknownChildren: alive, , family history unknown Unknown

**Social History:**
General: Smoking: yes. Type: PPD: Years:. Tobacco Control. Are you a:: Current smoker , How often do you smoke cigarettes?: every day, How many cigarettes a day to you smoke?: 11-20, How soon after you wake up do you smoke your first cigarette?: 6-30 minutes, Are you interested in quitting?: Thinking about quitting. Alcohol Control Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a a typical day when you were drinking in the past year?: 1 or 2 (0 points), How often did you have six or more drinks on one occasion in the past year?: Never (0 points), Points: 1, Interpretation: Negative. Alcohol: yes. Day: Week: Month:. Married: yes. Children: yes. Occupation: yes, supervisor.

**Medications:** Taking Cymbalta 60 mg delayed release capsule 1 cap(s) BID, Taking Ambien 5 mg tablet 1 tab(s) once a day (at bedtime), Taking hydroxyzine hydrochloride 50 mg tablet 1 tab(s) 3 times a day, Taking lisinopril 10 mg tablet 1 tab(s) once a day, Taking omeprazole 40 mg delayed release capsule 1 cap(s) once a day, Taking topiramate 25 mg tablet 1 tab(s) 2 times a day for one week, then increase to 2 tablest BID, Taking Percocet-5/325 325 mg-5 mg tablet 1 tab(s) TID, Taking multivitamin Multiple Vitamins capsule 1 cap(s) once a day, Medication List reviewed and reconciled with the patient

**Allergies:** Lyrica: swelling: Allergy.

**Objective:**

**Examination:**
Pre-Procedure Anesthesia Assessment:
Anesthesia Safety Check: :All anesthesia equipment is checked and functioning. Gangl,Kathleen 1/5/2017

10:42:56 AM >. Pulmonary Exam Clear to Auscultation Gangl,Kathleen 1/5/2017 10:43:02 AM >, Airway **Teeth: poor, denies loose Mouth Opening:, Gangl,Kathleen 1/5/2017 10:43:11 AM >** , >3 FB, **Mallampati Class,** 2, Gangl,Kathleen 1/5/2017 10:43:22 AM >. Cardiac Exam RRR, No Murmur Gangl,Kathleen 1/5/2017 11:00:07 AM >. Rational for Mac **Monitor airway during sedation-history of reflux-prone to aspiration.** Due to history of hypertension-bp could be labile, and require treatment., May require extra sedation-history of opioid tolerance-monitor 02 sat-avoid respiratory depression and hypoxia., Gangl,Kathleen 1/5/2017 11:00:27 AM >. ASA Classification **3, Gangl,Kathleen 1/5/2017 11:00:32 AM >**. Pre-Anesthetic Assessment NPO@>MN Patient Identified, Chart Reviewed, Chart Reviewed, Gangl,Kathleen 1/5/2017 11:00:38 AM >. Intra-Operative Medications **Midazolam: 6mg Fentanyl:100 mcg Gangl,Kathleen 1/5/2017 11:02:18 AM >**. Assessed and Stable for Discharge to PACU awake stable Gangl,Kathleen 1/5/2017 11:02:24 AM >.

**Assessment:**

**Assessment:**

1. Complex regional pain syndrome I of right upper limb - G90.511

**Plan:**

**Provider:** Kathleen Gangl, CRNA
**Patient:** RUSSELL, DARRELL W **DOB:** **Date:** 01/05/2017

**Electronically signed by Kathleen Gangl , CRNA on 01/05/2017 at 11:02 AM EST**
**Sign off status: Completed**

**Patient:** RUSSELL, DARRELL W
**Account Number:** 57926
**DOB:** **Age:** 38 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Gale, MD
**Date:** 12/22/2016

**Subjective:**

**Chief Complaints:**

1. 1 of 2 right Stellate Ganglion Block .

**HPI:**

Medical Necessity:

**Location:** pain under right arm and entire right arm intermittently
frontal head pain.
**Pain described as:** "jerky", , weakness, , stabbing, tingling, burning.
**Pain pathway:** down RUE
weakness both lower extremities.
**Severity:** VAS 8/10 average, VAS 10/10 max.
**Context** pain started under arm after having lymph nodes removed from right under arm.
**Timing:** continuous under arm
, intermittent right arm and head.
**Associated signs/symptoms** numbness, weakness, poor sleep, no bowel or bladder dysfunction, fatigue, anxiety, headache.
**Improving factors:** rest, lying down.
**Aggravating factors:** loud noises, bright lights, , lifting, walking, standing, activity.
**Duration** February 2016.
**Other therapies:** vistaril, Cymbalta, percocet 5-slightly improves pain
Unable to exercise due to leg weakness
member of Northside pain clinic- no help. Only gave meds
Nerve block under right axilla with US by Northside pain clinic-no help.
allergic to lyrica-facial swelling
gabapentin causes vomiting
.
**Pain clinic treatments:** narcotics, sympathetic blocks.
**Imaging studies** Three phase bone scan 11/22/16
No evidence for three-phase bone uptake or finding concerning for complex regional pain syndrome. Focal delayed upatake within the posterior left calvarium which correlates to 1cm ovoid nonaggressive intradiploic lesion on CT head dated 6/24/16 probably reflecting a small hemangioma or small fibro-osseous lesion such as fibrous dysplasia

MRI lumbar spine 4/18/08
Degenerative changes of the lumbar spine most notabley at L4-5 with degenerative disc disease, spondylosis and facet hypertrophy. Lumbar disc displacement greatest at L4-5 with mild central disc herniation as well as generalized disc bulging eccentric to the right. Central and neural foraminal stenosis appears most prominent and mild-moderate or moderate at L4-5. .
**Litigation pending** no.
**Baseline Activities** Walking, Standing.
**Functional Disabilities** Unable to stand for long periods, Unable to sit for long periods, Unable to sleep, Unable to perform light housework, Unable to do any heavy lifting, Unable to walk long distances.
**Onset** started fafter having lymph nodes removed for CA under right arm.

Pre-Op Nursing Record:

**Patient Admission Time** Admit to Preop Time 0821.
**How arrived:** Ambulatory .

Accompanied By Spouse - Jessica.
Consent for Right Stellate Ganglion Block.
Does Patient have an Advanced Directive? No.
Patient Bill of Rights Patient admits receiving a copy of patient bill of rights and needs no further counseling.
Patient questions/concerns were addressed.
Patient teaching performed with Patient.
Learning Assessment: Patient Preferred Style of Learning Auditory/Hearing.
Fall Assessment No Risk Identified.
Barriers to Learning None.
NPO Status Before Midnight.
Contrast Dye Allergy No.
Latex Allergy No..
Medications taken today None taken .
Herbal Medications Currently Taking? Patient is not taking any herbal supplements..
IV started by: Nicole Daniel CRNA at 0842 .
IV Placement Gauge/Site 22 g, left AC.
IV Fluids N/A.
Anticoagulants History: Patient Currently Takes None.
Last dose of Anticoagulant taken: N/A.
Patient has been cleared for surgery H&P reviewed for surgeries and medication; H&P to be considered for pre-anethesia assessment.
Pre-op meds given No.
Pre-operative tests performed? No.
hCG Waiver (If Applicable) No pregnancy test was performed.
Special Considerations None.
Pre-Op Medical Assistant N/A.
Pre-op Nurse Sheila Stone RN.

Constitutional:

Patient presents to obtain surgical clearance. Patient presents to obtain surgical clearance.
Patient has tried conservative treatment (physical therapy, chiropractic treatment, NSAIDS, oral medications, home exercises, etc.) tried/failed.
Patient has tried conservative treatment (physical therapy, chiropractic treatment, NSAIDS, oral medications, home exercises, etc.) tried/failed.

**ROS:**

Constitutional:

weight gain no. no loss of appetite. no fever. no weakness. no weight loss. no insomnia.

Urology:

Pain on Urination No. Difficulty Urinating No. Urinary Incontinence No.

Musculoskeletal:

no muscle stiffness. no joint pain. no joint swelling. no joint stiffness. no muscle cramps.

Neurology:

Negative for headache, tingling, numbness. headache yes.

Opiod management:

no nausea/vomiting. no itching, rash. no constipation. no dry mouth.

Allergy:

Hives No. Rash No. Itching No.

Cardiology:

no chest pain (angina). no irregular heartbeats (palpitations).

Gastroenterology:

no difficulty swallowing. no abdominal pain. no diarrhea.

HEENT:

no loss of vision. no loss of hearing. no loss of smell.
Psychology:
Negative for anxiety, depression, suicidal ideation. depression yes. high stress level yes.
Respiratory:
no shortness of breath. no wheezing.

**Medical History:** HTN, Anxiety, Depression, Insomnia, GERD, Opioid Tolerance .

**Surgical History:** lymph nodes removed right under arm .

**Hospitalization/Major Diagnostic Procedure:** see surgical hx .

**Family History:** Father: alive, diagnosed with HypertensionMother: alive, , family history unknown UnknownSiblings: alive, , family history unknown UnknownChildren: alive, , family history unknown Unknown

**Social History:**
General:
Smoking: yes. Type: PPD: Years:.
Tobacco Control Are you a:: Current smoker , How often do you smoke cigarettes?: every day, How many cigarettes a day to you smoke?: 11-20, How soon after you wake up do you smoke your first cigarette?: 6-30 minutes, Are you interested in quitting?: Thinking about quitting.
Alcohol Control Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a a typical day when you were drinking in the past year?: 1 or 2 (0 points), How often did you have six or more drinks on one occasion in the past year?: Never (0 points), Points: 1, Interpretation: Negative.
Alcohol: yes, Day: Week: Month:.
Married: yes.
Children: yes.
Occupation: yes, supervisor.

**Medications:** Taking Cymbalta 60 mg delayed release capsule 1 cap(s) BID, Taking Ambien 5 mg tablet 1 tab(s) once a day (at bedtime), Taking hydroxyzine hydrochloride 50 mg tablet 1 tab(s) 3 times a day, Taking lisinopril 10 mg tablet 1 tab(s) once a day, Taking omeprazole 40 mg delayed release capsule 1 cap(s) once a day, Taking topiramate 25 mg tablet 1 tab(s) 2 times a day for one week, then increase to 2 tablest BID, Taking Percocet-5/325 325 mg-5 mg tablet 1 tab(s) TID, Medication List reviewed and reconciled with the patient

**Allergies:** Lyrica: swelling: Allergy.

**Objective:**

**Vitals:** Pain Scale 8, Ht 76, Wt 230, BMI 27.99, BP 111/77, HR 110, RR 18, O2 100, Temp 98.5.

**Examination:**
General examination:
General appearance: AxOX3, NAD, well built and nourished, interacting appropriately.
Heart: RSR/RRR, normal S1, S2, no new findings, regular resting rate. .
Lungs: clear to auscultation and percussion.

**Assessment:**

**Assessment:**
1. Complex regional pain syndrome I of right upper limb - G90.511 (Primary).
2. Complex regional pain syndrome I of left upper limb - G90.512

**Plan:**

**1. Complex regional pain syndrome I of right upper limb**
Notes: Patient Educated with: postSGB.pdf (postSGB.pdf).

**2. Others**
Notes: No significant changes for the H&P were found from the previous visit.
Patient has been cleared for surgery.
H & P to be considered for pre-anesthesia assessment. No significant changes for the H&P were found from the previous visit.
Patient has been cleared for surgery.
H & P to be considered for pre-anesthesia assessment.

**Procedures:**
*Stellate Ganglion Block.
Side (Right.
Preop Diagnosis Complex Regional Pain Syndrome I--Upper Extremity..
Anesthesia MAC--**see anesthesia record**.
Supplies bupivacaine 0.25%, Omnipaque 240, Surgical Tray, 25-gauge X 3.5" spinal needle..
Details of Procedure : Patient was advised to expect some hoarseness, as well as the possibility of shortness of breath, as well as a drooping of the eyelid. The risk and symptoms of a pneumothorax were explained to the patient preoperatively. The patient was advised that if they experienced significant shortness of breath, the patient would go to the emergency room Risks, benefits and options were explained to the patient, consent was obtained, and peripheral IV was placed. Patient was then taken to the procedure area and placed in a supine position. After sterile prep and drape with betabine, fluoroscopy was used to identify the cervical spine. After identification of vertebra was made, a 25-gauge, 3-1/2 inch spinal needle was advanced to the anteromedial aspect of the transverse process on the right side of the **C6** vertebral body. After bone was contacted, **needle withdrwn 3mm. IsOmnipque 240**, 1 mL, was slowly injected after negative aspiration for heme or paresthesia. Good spread of **contrast**, both cephalad and caudally, identified the sympathetic chain. At that time, bupivacaine, 0.25%, a total of **10** mL, was incrementally injected. The patient tolerated the procedure well. The needle was removed. Patient was taken to the post-procedure care area where patient was observed to ensure no complications evolved..
Post Op Diagnosis Complex Regional Pain Syndrome I- Upper Extremity.
Complications None.
Post-Op Nursing Record:
Arrived in PACU at 0940.
Patient's Condition Upon Arrival in PACU Stable.
Vitals at preprocedure baseline? Yes
Post-Op Pain Score? 5/10.
Aldrete Score
Activity IN *2*
Respiration IN *2*
Circulation IN *2*
Conciousness IN *2*
Color IN *2*
Total IN *10*
Aldrete Score of:: *10 met vitals stable. No futher vitals needed*
Prognosis is satisfactory.
Patient tolerated liquids/solids? Yes.
Fluids Infused? N/A.
IV Medications Given: N/A.
Stand/Walks with assistance or at preop baseline Yes.
Met discharge criteria at: Patient assessed by physician and meets discharge criteria at: 1015.
Patient meets discharge criteria for anesthesia and physician discharge? Yes.
IV discontinued IV discontinued at: 1015, with catheter intact. No infiltration noted., By: Sheila Stone RN.
Post-Operative written instructions given to patient and/or responsible party.

Discharged from facility at: 1020
Escorted to private vehicle via wheelchair to family/significant other.
PostOp Nurse Sheila Stone RN.
Notes **1002 Dr. Gale in to assess patient. Still c/o R arm pain primarily on the underside of forearm and upper arm. States unchanged from pre-procedure. Patient sweaty, and red faced. Advised by Dr. Gale to think of something relaxing and he would be back to check on him.1015 Dr. Gale in to assess patient again. Patient tates no change in pre-procedure complaints. Given permission to discharge, but is to schedule another appointment with Dr. Gale to re-examine and make another plan for treatment. Patient verbalized understanding. Pre-procedure hand temps- R 88, L 92Initial post hand temps- R 94, L 90post hand temp at discharge- R94, L90.**
Post-Op Vitals Time: 0940 BP 108/67 HR 125 R 18 SpO2 96% Time: 0945 BP 113/83 HR 111 R 18 SpO2 95%.

**Procedure Codes:** G8907 A burn prior to discharge a fall within the facility wrong site side patient procedure implant event or a hospital transfer or hospital admission upon discharge from the facility, G8907 A burn prior to discharge a fall within the facility wrong site side patient procedure implant event or a hospital transfer or hospital admission upon discharge from the facility, G8907 A burn prior to discharge a fall within the facility wrong site side patient procedure implant event or a hospital transfer or hospital admission upon discharge from the facility, G8918 Patient without preoperative order for IV antibiotic surgical site infection (SSI) prophylaxis, G8918 Patient without preoperative order for IV antibiotic surgical site infection (SSI) prophylaxis, G8918 Patient without preoperative order for IV antibiotic surgical site infection (SSI) prophylaxis

**Follow Up:** 1 Week. 3 Weeks. 3 Weeks (Reason: Schedule 2of 2 if necesary).

**Provider:** David Gale, MD
**Patient:** RUSSELL, DARRELL W **DOB:** **Date:** 12/22/2016

**Electronically signed by David Gale , MD on 12/22/2016 at 03:24 PM EST**
**Sign off status: Completed**

**Patient:** RUSSELL, DARRELL W
**Account Number:** 57926
**DOB:** 3 **Age:** 38 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** Nichole Daniels, CRNA
**Date:** 12/22/2016

**Subjective:**

**Chief Complaints:**

1. 1 of 2 right Stellate Ganglion Block .

**ROS:**

Constitutional:

Negative for weight gain,weight loss,loss of appetite,fever,fatigue,insomnia. weight gain no. no loss of appetite. no fever. no weakness. no weight loss. no fatigue. no insomnia.

Urology:

Pain on Urination No. Difficulty Urinating No. Unable to Urinate No. Blood in Urine No. Urinary Incontinence No.

Musculoskeletal:

no muscle stiffness. Neck Pain yes. Low Back Pain Yes. no leg cramps. no joint pain. no joint swelling. no joint stiffness. no muscle cramps. no joint Surgery.

Neurology:

no headache. no tingling numbness. no seizures. no insomnia. no memory loss. no tremors. no vertigo. no weakness in arms. no weakness in legs. no loss of feeling in one side. no loss of feeling in legs. no loss of smell.

Opiod management:

Negative for myoclonus,nausea/vomiting,itching/rash,constipation,sedation,diaphoresis,edema,dry mouth,blurred vision,hallucinations,headache,respiratory difficulty. no myoclonus. no nausea/vomiting. no itching, rash. no constipation. no sedation. no diaphoresis. no edema. no dry mouth. no blurred vision. no hallucinations, weird dreams. no headaches. no tobacco. no alcohol. no recreational drugs. pain relief none. no respiratory difficulty.

General:

no easily fatigued. no trouble sleeping. no coldness (feel cold when others are comfortable). no cold limbs (feet, hands). no lymph nodes, swollen glands. no skin rash. no easy bruising.

Allergy:

Hives No. Rash No. Itching No. no runny nose. no itchy eyes. no ear fullness. no sinus congestion. no stuffy nose.

Cardiology:

Palpitations No. no dizziness. no chest pain (angina). no irregular heartbeats (palpitations). no Swelling in legs. no shortness of breath. no orthopnea. no cold extremities.

Dermatology:

no Sore or lesion. no rash. no mole. no lumps. no dry or sensitive skin. no hives.

Endocrinology:

no fatigue. no excessive sweating. no excessive thirst. no excessive urination. no weight loss. no sleep disturbance. no cold intolerance. no heat intolerance.

ENT:

Loss of Smell No. no Excessive Sputum. no cough. no nose bleed. no hearing loss. no Excessive Secretions. no sore throat. no ringing in ears. no ear pain.

Gastroenterology:

Bloating No. no vomiting. no difficulty swallowing. no abdominal pain. no diarrhea.

no constipation. no change in bowel habits. no blood in stool. no nausea. no heartburn.
HEENT:
no change in vision. no loss of vision. no double vision. no loss of hearing. no loss of smell. no trouble swallowing. no drooping eyelids.
Hematology/Lymph:
Bleeding Gums No. no Bruising easily. no abnormal bleeding. no varicose veins. no enlarged lymph nodes.
Male reproductive:
no difficulty with erection. no diminished sexual drive. no impotence. no difficulty urinating.
Opthamology:
no diminished vision. no eye irritation. no drainage from eyes. no blurring of vision. no seasonal eye sx. no dander related eye sx. no burning. no eye pain. no photophobia.
Psychology:
no depression. no high stress level. no sleep disturbances. no suicidal ideation. no eating disorder. no psychiatric hospitalization. no Are you receiving counseling?.
Respiratory:
no shortness of breath. no chest pain. no excessive sputum. no wheezing. no cough.
hb.

**Medical History:** HTN, Anxiety, Depression, Insomnia, GERD, Opioid Tolerance .

**Surgical History:** lymph nodes removed right under arm .

**Hospitalization/Major Diagnostic Procedure:** see surgical hx .

**Family History:** Father: alive, diagnosed with HypertensionMother: alive, , family history unknown UnknownSiblings: alive, , family history unknown UnknownChildren: alive, , family history unknown Unknown

**Social History:**
General: Smoking: yes. Type: PPD: Years:. Tobacco Control Are you a: Current smoker , How often do you smoke cigarettes?: every day, How many cigarettes a day to you smoke?: 11-20, How soon after you wake up do you smoke your first cigarette?: 6-30 minutes, Are you interested in quitting?: Thinking about quitting. Alcohol Control Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a a typical day when you were drinking in the past year?: 1 or 2 (0 points), How often did you have six or more drinks on one occasion in the past year?: Never (0 points), Points: 1, Interpretation: Negative. Alcohol: yes, Day: Week: Month:. Married: yes. Children: yes. Occupation: yes, supervisor.

**Medications:** Taking Percocet-5/325 325 mg-5 mg tablet 1 tab(s) TID, Taking topiramate 25 mg tablet 1 tab(s) 2 times a day for one week, then increase to 2 tablest BID, Taking Cymbalta 60 mg delayed release capsule 1 cap(s) BID, Taking Ambien 5 mg tablet 1 tab(s) once a day (at bedtime), Taking hydroxyzine hydrochloride 50 mg tablet 1 tab(s) 3 times a day, Taking lisinopril 10 mg tablet 1 tab(s) once a day, Taking omeprazole 40 mg delayed release capsule 1 cap(s) once a day, Medication List reviewed and reconciled with the patient

**Allergies:** Lyrica: swelling: Allergy.

**Objective:**

**Examination:**
Pre-Procedure Anesthesia Assessment:
Anesthesia Safety Check: : **All anesthesia equipment is checked and functioning.** Pulmonary Exam :Clear to Auscultation, No resp distress noted. Airway **Teeth:**, Chipped, dental carries, , **Mouth Opening:**, <3 FB, **Mallampati Class**, 3. Cardiac Exam RRR, No Murmur, denies CP. Rational for Mac _______, Monitor airway during sedation-history of reflux-prone to aspiration., May require extra sedation-history of opioid tolerance-monitor 02 sat-avoid

respiratory depression and hypoxia., Due to history of hypertension-bp could be labile, and require treatment., Due to history of chronic insomnia. ASA Classification ________ 3. Pre-Anesthetic Assessment NPO@ 2200 Patient Identified, Chart Reviewed, Chart Reviewed. Intra-Operative Medications **Midazolam:4 mg Fentanyl:100 mcg.** Assessed and Stable for Discharge to PACU, vss, no s/s of distress noted, nicole daniels crna., .

**Assessment:**

**Assessment:**

1. Complex regional pain syndrome I of right upper limb - G90.511

**Plan:**

**Provider:** Nichole Daniels, CRNA
**Patient:** RUSSELL, DARRELL W **DOB:** **Date:** 12/22/2016

**Electronically signed by Nichole Daniels , CRNA on 01/03/2017 at 04:28 PM EST**
**Sign off status: Completed**

**Patient:** RUSSELL, DARRELL W
**Account Number:** 57926
**DOB:** **Age:** 38 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** David Gale, MD
**Date:** 12/14/2016

**Subjective:**

**Chief Complaints:**

1. REF BY DR MCCASLAND SECOND OPINION RSD RT ARM*NP.

**HPI:**

Medical Necessity:

38 year old male referred by DR MacCasland for second opinion on RSD of his right arm. He had lymph nodes removed from under his arm last year but his pain started in February of this year. He also now c/o bilateral lower extremity weakness and headaches. He states that the neurologist new he had RSD but wanted to know if there was anything else we could do for him.

Location: pain under right arm and entire right arm intermittently
frontal head pain.
Pain described as: "jerky", weakness, , stabbing, tingling, burning.
Pain pathway: down RUE
weakness both lower extremities.
Severity: VAS 8/10 average, VAS 10/10 max.
Context pain started under arm after having lymph nodes removed from right under arm.
Timing: continuous under arm
, intermittent right arm and head.
Associated signs/symptoms numbness, weakness, poor sleep, no bowel or bladder dysfunction, fatigue, anxiety, headache.
Improving factors: rest, lying down.
Aggravating factors: loud noises, bright lights, , lifting, walking, standing, activity.
Duration February 2016.
Other therapies: vistaril, Cymbalta, percocet 5-slightly improves pain
Unable to exercise due to leg weakness
member of Northside pain clinic- no help. Only gave meds
Nerve block under right axilla with US by Northside pain clinic-no help
allergic to lyrica-facial swelling
gabapentin causes vomiting

Pain clinic treatments: narcotics, sympathetic blocks.
Imaging studies Three phase bone scan 11/22/16
No evidence for three-phase bone uptake or finding concerning for complex-regional pain syndrome. Focal delayed upatake within the posterior left calvarium which correlates to 1cm ovoid nonaggressive intradiploic lesion on CT head dated 6/24/16 probably reflecting a small hemangioma or small fibro-osseous lesion such as fibrous dysplasia

MRI lumbar spine 4/18/08
Degenerative changes of the lumbar spine most notabley at L4-5 with degenerative disc disease, spondylosis and facet hypertrophy. Lumbar disc displacement greatest at L4-5 with mild central disc herniation as well as generalized disc bulging eccentric to the right. Central and neural foraminal stenosis appears most prominent and mild-moderate or moderate at L4-5. .
Litigation pending no.
Baseline Activities Walking, Standing.
Functional Disabilities Unable to stand for long periods, Unable to sit for long periods, Unable to sleep, Unable to perform light housework, Unable to do any heavy lifting, Unable to walk long distances.

Onset started fafter having lymph nodes removed for CA under right arm.
Triaged By: JUptonRN.

Depression Screening:

PHQ-2

Little interest or pleasure in doing things *Yes*

Feeling down,depressed or hopeless *Yes*

PHQ-9

Little interest or pleasure in doing things *Nearly every day*

Feeling down,depressed or hopeless *More than half the days*

Trouble falling or staying asleep, or sleeping too much *Nearly every day*

Feeling tired or having little energy *More than half the days*

Poor appetite or overeating *Nearly every day*

Feeling bad about yourself or that you are a failure or have let yourself or your family down *Nearly every day*

Trouble concentrating on things, such as reading the newspaper or watching television *Several days*

Moving or speaking so slowly that other people could have notice. Or the opposite of being so fidgety or restless that you have been moving around a lost more that usual *Nearly every day*

Thoughts that you would be better off dead, or of hurting yourself in some way *More than half the days(Consider Suicide Assessment Risk)*

Total Score *22*

Intepretation *Severe Depression*

**ROS:**

Constitutional:

Negative for weight gain,weight loss,loss of appetite,fever,fatigue,insomnia, weight gain, weight loss, loss of appetite, fever, fatigue, insomnia, weight gain, weight loss, loss of appetite, fever, fatigue, insomnia, weight gain, weight loss, loss of appetite, fever, fatigue, insomnia, weight gain, weight loss, loss of appetite, fever, fatigue, insomnia, weight gain, weight loss, loss of appetite, fever, fatigue, insomnia, weight gain, weight loss, loss of appetite, fever, fatigue, insomnia, weight gain, weight loss, loss of appetite, fever, fatigue, insomnia. weight gain no. no loss of appetite. no fever. no weakness. no weight loss. no fatigue. no insomnia.

Urology:

Pain on Urination No. Difficulty Urinating No. Unable to Urinate No. Blood in Urine No. Urinary Incontinence No.

Musculoskeletal:

Negative for joint pain, joint swelling, joint stiffness, joint pain, joint swelling, joint stiffness, joint pain, joint swelling, joint stiffness, joint pain, joint swelling, joint stiffness, joint pain, joint swelling, joint stiffness, joint pain, joint swelling, joint stiffness, joint pain, joint swelling, joint stiffness, joint pain, joint swelling, joint stiffness. no muscle stiffness. no leg cramps. no joint pain. no joint swelling. no joint stiffness. no muscle cramps. no joint Surgery.

Neurology:

Negative for tingling, numbness, , tingling, numbness, , tingling, numbness, , tingling, numbness, , tingling, numbness, , tingling, numbness, , tingling, numbness, , tingling, numbness, . headache yes. tingling numbness yes. no seizures. no insomnia. no memory loss. tremors yes. no vertigo. no weakness in arms. no weakness in legs. no loss of feeling in one side. no loss of feeling in legs. no loss of smell.

Opiod management:

Negative for myoclonus,nausea/vomiting,itching/rash,constipation,sedation,diaphoresis,edema,dry mouth,blurred vision,hallucinations,headache,respiratory difficulty, myoclonus, nausea/vomiting, itching/rash, constipation, sedation, diaphoresis, edema, dry mouth, blurred vision, hallucinations, headache, respiratory difficulty, myoclonus, nausea/vomiting, itching/rash, constipation, sedation, diaphoresis, edema, dry mouth, blurred vision, hallucinations, headache, respiratory difficulty, myoclonus, nausea/vomiting, itching/rash, constipation, sedation, diaphoresis, edema, dry mouth, blurred vision, hallucinations, headache, respiratory difficulty, myoclonus, nausea/vomiting, itching/rash,

constipation, sedation, diaphoresis, edema, dry mouth, blurred vision, hallucinations, headache, respiratory difficulty, myoclonus, nausea/vomiting, itching/rash, constipation, sedation, diaphoresis, edema, dry mouth, blurred vision, hallucinations, headache, respiratory difficulty, myoclonus, nausea/vomiting, itching/rash, constipation, sedation, diaphoresis, edema, dry mouth, blurred vision, hallucinations, headache, respiratory difficulty, myoclonus, nausea/vomiting, itching/rash, constipation, sedation, diaphoresis, edema, dry mouth, blurred vision, hallucinations, headache, respiratory difficulty, myoclonus, nausea/vomiting, itching/rash, constipation, sedation, diaphoresis, edema, dry mouth, blurred vision, hallucinations, headache, respiratory difficulty. no myoclonus. no nausea/vomiting. no itching, rash. no constipation. no sedation. no diaphoresis. no edema. no dry mouth. no blurred vision. no hallucinations, weird dreams. no headaches. no tobacco. no alcohol. no recreational drugs. pain relief none. no respiratory difficulty.

General:

no easily fatigued. no trouble sleeping. no coldness (feel cold when others are comfortable). no cold limbs (feet, hands). no lymph nodes, swollen glands. no skin rash. no easy bruising.

Allergy:

Hives No. Rash No. Itching No. no runny nose. no itchy eyes. no ear fullness. no sinus congestion. no stuffy nose.

Cardiology:

Negative for , palpitations, shortness of breath, dizziness, palpitations, shortness of breath, dizziness, palpitations, shortness of breath, dizziness, palpitations, shortness of breath, dizziness, palpitations, shortness of breath, dizziness, palpitations, shortness of breath, dizziness, palpitations, shortness of breath, dizziness, palpitations, shortness of breath, dizziness. Palpitations No. no dizziness. no chest pain (angina). no irregular heartbeats (palpitations). no Swelling in legs. no shortness of breath. no orthopnea. no cold extremities.

Dermatology:

Negative for , rash, hives, rash, hives, rash, hives, rash, hives, rash, hives, rash, hives, rash, hives, rash, hives. no Sore or lesion. no rash. no mole. no lumps. no dry or sensitive skin. no hives.

Endocrinology:

no fatigue. no excessive sweating. no excessive thirst. no excessive urination. no weight loss. no sleep disturbance. no cold intolerance. no heat intolerance.

ENT:

Loss of Smell No. no Excessive Sputum. no cough. no nose bleed. no hearing loss. no Excessive Secretions. no sore throat. no ringing in ears. no ear pain.

Gastroenterology:

Negative for , vomiting, diarrhea, constipation, nausea, vomiting, diarrhea, constipation, nausea, vomiting, diarrhea, constipation, nausea, vomiting, diarrhea, constipation, nausea, vomiting, diarrhea, constipation, nausea, vomiting, diarrhea, constipation, nausea, vomiting, diarrhea, constipation, nausea. Bloating No. no vomiting. no difficulty swallowing. no abdominal pain. no diarrhea. no constipation. no change in bowel habits. no blood in stool. no nausea. no heartburn.

HEENT:

Negative for change in vision, loss of hearing, trouble swallowing, change in vision, loss of hearing, trouble swallowing, change in vision, loss of hearing, trouble swallowing, change in vision, loss of hearing, trouble swallowing, change in vision, loss of hearing, trouble swallowing, change in vision, loss of hearing, trouble swallowing, change in vision, loss of hearing, trouble swallowing.

Hematology/Lymph:

Bleeding Gums No. no Bruising easily. no abnormal bleeding. no varicose veins. no enlarged lymph nodes.

Opthamology:

no diminished vision. no eye irritation. no drainage from eyes. no blurring of vision. no seasonal eye sx. no dander related eye sx. no burning. no eye pain. no photophobia.

Psychology:

Negative for depression, anxiety, suicidal ideation, depression, anxiety, suicidal ideation, depression, anxiety, suicidal ideation, depression, anxiety, suicidal ideation, depression, anxiety, suicidal ideation, depression, anxiety, suicidal ideation, depression, anxiety, suicidal ideation, depression, anxiety, suicidal ideation. depression yes. high stress level yes. no sleep disturbances. no suicidal ideation. no eating disorder. no psychiatric hospitalization.

no Are you receiving counseling?.

Respiratory:

Negative for , wheezing, shortness of breath, wheezing, cough, wheezing, shortness of breath, wheezing, cough, wheezing, shortness of breath, wheezing, cough, wheezing, shortness of breath, wheezing, cough, wheezing, shortness of breath, wheezing, cough, wheezing, shortness of breath, wheezing, cough, wheezing, shortness of breath, wheezing, cough, wheezing, shortness of breath, wheezing, cough. no shortness of breath. no chest pain. no excessive sputum. no wheezing. no cough.

**Medical History:** HTN, Anxiety, Depression.

**Surgical History:** lymph nodes removed right under arm .

**Hospitalization/Major Diagnostic Procedure:** see surgical hx..

**Family History:** Father: alive, diagnosed with HypertensionMother: alive, , family history unknown UnknownSiblings: alive, , family history unknown UnknownChildren: alive, , family history unknown Unknown

**Social History:**

General:

Smoking: yes. Type: PPD: Years:.
Alcohol: yes, Day: Week: Month:.
Tobacco Control
Are you a: *Current smoker*
How often do you smoke cigarettes? *every day*
How many cigarettes a day to you smoke? *11-20*
How soon after you wake up do you smoke your first cigarette? *6-30 minutes*
Are you interested in quitting? *Thinking about quitting*
Alcohol Control
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have a drink containing alcohol in the past year? *Monthly or less (1 point)*
How many drinks did you have on a a typical day when you were drinking in the past year? *1 or 2 (0 points)*
How often did you have six or more drinks on one occasion in the past year? *Never (0 points)*
Points *1*
Interpretation *Negative*
Married: yes.
Children: yes.
Occupation: yes, supervisor.

**Medications:** Taking Cymbalta 60 mg delayed release capsule 1 cap(s) BID, Taking Ambien 5 mg tablet 1 tab(s) once a day (at bedtime), Taking hydroxyzine hydrochloride 50 mg tablet 1 tab(s) 3 times a day, Taking lisinopril 10 mg tablet 1 tab(s) once a day, Taking Percocet-5/325 325 mg-5 mg tablet 1 tab(s) every 8 hours PRN, Taking omeprazole 40 mg delayed release capsule 1 cap(s) once a day, Medication List reviewed and reconciled with the patient

**Allergies:** Lyrica: swelling: Allergy.

**Objective:**

**Vitals:** Pain Scale 6, Ht 76, Wt 230, BMI 27.99, BP 154/82, HR 78, RR 16, ORT Score 1.

**Examination:**

PS GENERAL EXAMINATION:

General Appearance NAD, well built and nourished, interacting appropriately.
Cardiovascular RRR. No carotid bruits.Pedal pulsed present bilaterally.

Lungs Respirations unlabored.
HEENT Normocephalic.
Abdomen soft, non-tender, non-distended.
Skin well healed 6 inch right pectoral scar and 4inch axillary scar.
Neurological Normal level of conciousness.
Psychiatric Awake, alert and oriented. Affect and mood are appropriate.
Endocrine No thyromegaly.
Genitalia Deferred.

Cervical Spine Focused Exam:
Verterbral Spine Tenderness Absent.
Range of Motion of Cervical Spine Normal in all directions.
Motor Strength normal except for:, Right, Biceps, 4/5, Left, Biceps, 5/5, Right, Triceps, 4 5/5, Left, Triceps, 5/5.

Neurology:
Sensory exam: diffuse allodynia involving entire right upper extremity, however seems more pronounced along ulnar distribution. Diffuse rubor along entire right upper extremity. Hair and nail changes not noted.

**Assessment:**

**Assessment:**
1. Complex regional pain syndrome I of right upper limb - G90.511 (Primary).

**Plan:**

**1. Others**
Start topiramate tablet, 25 mg, 1 tab(s), orally, 2 times a day for one week, then increase to 2 tablest BID, 30 day(s), 120 , Refill Percocet-5/325 tablet, 325 mg-5 mg, 1 tab(s), orally, TID, 75 .
Notes: pt is to have two right Stellate ganglion nerve blocks and keep pain logs afterwards to see how much relief he gets afterwards. Will start him on topamax as he is unable to take gabapentin and lyrica. He is to increase topamax to 2 25mg tabs BID. Also given Rx for percocet 5mg #75. He may need EMG/NCS down the road and Dr McCasland can assist us with that : I, Dr.__Gale____________ personally performed the services described in this documentation, as scribed by___JUptonRN______________in my presence and it is both accurate and complete.

**Procedure Codes:** G8482 FLU IMMUNIZE ORDER/ADMIN, G8427 DOC MEDS VERIFIED W/PT OR RE, 4004F PT TOBACCO SCREEN RCVD TLK

**Preventive:**
Screening / Special Tests:
Fall risk screening
Fall Risk Assessment: *No falls in the past year*
Assessment: *Performed*
Screening: *No falls in the past year*
Plan of Care: *Documented*

**Follow Up:** after procedure (Reason: right Stellate Ganglion Block x 2)

**Provider:** David Gale, MD
**Patient:** RUSSELL, DARRELL W **DOB:** **Date:** 12/14/2016

**Electronically signed by David Gale , MD on 01/03/2017 at 09:12 PM EST**
**Sign off status: Completed**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 430-1513

| | |
|---|---|
| Date: | March 27, 2017 |
| To: | DR ELLIOT DIMBERG<br>4500 SAN PABLO RD<br>SOUTH JACKSONVILLE FL 32224 |
| Attn: | Medical Records |
| Fax: | (904) 953-7368 |
| From: | Quinn O'Brien<br>Disability Claims Case Mgr I<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1513 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1513

March 27, 2017

Dr. Elliot Dimberg
4500 SAN PABLO RD
SOUTH JACKSONVILLE, FL 32224

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Elliot Dimberg:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from March 24, 2017 through the present

We ask that you provide this information by April 3, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1513 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Quinn O'Brien
Disability Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10298
Secure Fax No.: (603) 430-1513

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Tuesday, March 14, 2017 6:39 PM
**To:** 'carolyn.mcgarty@chartindustries.com'; 'Kathy.lambert@chartindustries.com'; 'Star.Garguilo@chartindustries.com'
**Subject:** Claim #7259041, DARRELL RUSSELL

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 7259041.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Tuesday, March 14, 2017 6:39 PM
**To:** 'carolyn.mcgarty@chartindustries.com'; 'Kathy.lambert@chartindustries.com'; 'Star.Garguilo@chartindustries.com'
**Subject:** Claim #7259041, DARRELL RUSSELL

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 7259041.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Tuesday, March 14, 2017 6:39 PM
**To:** 'carolyn.mcgarty@chartindustries.com'; 'Kathy.lambert@chartindustries.com'; 'Star.Garguilo@chartindustries.com'
**Subject:** Claim #7259041, DARRELL RUSSELL

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 7259041.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

# Noble Resource Corporation

PO Box 3540
Alpharetta GA 30023
1-800-490-5007
678-513-0072
678-513-0073 FAX

**Facsimile Transmittal Sheet**

**Attn: Medical Records** **From: Customer Service**

Company: Liberty Mutual Date: 3-3-17

Fax Number: 603-334-5136 Total Pages (incl. Cover): 7

## Medical Records

Confidentiality Notice: This fax is intended only for the person(s) to whom it is addressed and may contain information that is confidential, proprietary, privileged or otherwise protected from disclosure. If you are not an intended recipient, please (I) do not read, copy or use this communication, or disclose it to others. (II) Notify the sender immediately by replying to the message, and (III) delete from your system. Thank You.

## Noble Resource Corporation

P.O.BOX 3540
Alpharetta, GA 30023
800-490-5007
678-513-0073 (fax)

**Invoice For Medical Records**

From: 322

| Bill To | Records Shipped To | Invoice Number |
|---|---|---|
| Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 | Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 | 276762<br>**Invoice Date**<br>3/3/2017 |

| Patient Name | Your File Number | Page count |
|---|---|---|
| Darrell Russell | | 5 |

| Description | Quantity | Rate | Class | Amount |
|---|---|---|---|---|
| Base Fee | | 25.88 | 322 Bernstein & McCasland | 25.88 |
| Copy Fee first 20 pages | 5 | 0.97 | 322 Bernstein & McCasland | 4.85 |

| | |
|---|---|
| Total | $30.73 |
| Payments/Credits | $0.00 |
| Balance Due | $30.73 |

## Pay Your Invoice:

**ONLINE** at www.nobleresourcecorp.com, click on "pay an invoice"

**BY CHECK** Payable to Noble Resource Corporation. Mail to PO Box 3540 Alpharetta, GA 30023 along with a copy of your invoice.

**Our Federal Tax Identification:**
Tax ID 81-0583779

**BY PHONE** Call 800-490-5007

**We Accept Visa, Mastercard, Discover and American Express.**

*The enclosed information was reproduced by Noble Resource Corporation. Noble Resource Corporation is under an agreement with this facility to process authorized requests for copies of medical records.*

*Payment is due upon receipt of this invoice. A service charge of 1.5% per month (annual rate 18%) will be charged if not paid within 30 days from the date of this invoice.*

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

February 27, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from February 9, 2017 through the present

We ask that you provide this information by March 6, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5136 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Noble Resource Corporation
Date: 3-1-17
Initials: SH
Page Count:

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karlyn Gilmore-Diaz
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

| | |
|---|---|
| Result Type: | Neurology Consult |
| Result Date: | 15-Feb-2017 14:00 EST |
| Result Status: | Modified |
| Result Title: | External Consult |
| Performed By: | Dimberg MD, Elliot L. on 15-Feb-2017 14:02 EST |
| Verified By: | Dimberg MD, Elliot L. on 15-Feb-2017 14:02 EST |
| Encounter info: | 217922046, Mayo Clinic in Florida, MCJ Patient, 08-Feb-2017 - |

# * Final Report *

# Document Contains Addenda

**External Consult**

Patient: **RUSSELL, DARRELL WAYNE** **MRN: 10-770-299-5** **FIN: 217922046**
Age: **38 years** Sex: **Male** DOB:
Author: **Dimberg MD, Elliot L.**

**REFERRING PHYSICIAN**
Barry J. McCasland, M.D.
5671 Peachtree Dunwoody Road Northeast
Atlanta, GA 30342

**REASON FOR REFERRAL**
Right arm pain and leg weakness

**HISTORY OF PRESENT ILLNESS**
Mr. Russell is a 38-year-old right-handed white man referred for further evaluation of right arm pain and leg weakness. He was accompanied by his wife Jessica.

In September 2015 he had a melanoma resected from the right chest with an axillary lymph node resection. He did well following that and had a Mohs surgery for melanoma on the left forehead in February 2016. In March 2016 he developed a deep pressure type of pain in the right axilla which was localized and nonradiating. His surgeon said it was not related to the lymph node resection and he was sent to a pain clinic. He was given prescription medication there and eventually saw Dr. McCasland who felt that he had reflex sympathetic dystrophy. A bone scan and stellate ganglion block, however, were normal and unhelpful.

The pain has progressed now to a "sunburn" hypersensitivity from the lateral chest down to the hand and the pressure pain in the axilla and on the medial elbow. There is no associated loss of sensation or weakness. The arm can get hot and red at times.

He also has problems where his legs "won't work sometimes". He has difficulty going down inclines or stairs and getting up to walk.

Around April of last year he also developed what he calls "brain zaps". Consistently throughout the day he has severe sensitivity to bright lights or any sounds. He also has head pain behind the occiput or in the right frontal region that throbs every night.

He has no family history of similar problems, no loss of sensation, and no bowel or bladder difficulty. There are no other associated symptoms. He has tried pregabalin, gabapentin, topiramate, and oxcarbazepine which were either unhelpful or not tolerated. He had a C7 injection that did help for 1-2 days but then his pain returned. Imaging has been unremarkable although I do not see that he has had an MRI of the cervical spine.

**OUTSIDE OR PREVIOUS STUDIES REVIEWED**
He has had a CT of the head, chest x-ray, MRI of the brain, bone scan, and MRI of the brachial plexus. These were all nondiagnostic, only showing a small falcine meningioma.

An EMG has been normal.

**ROS, PAST MEDICAL AND SURGICAL HISTORY, SOCIAL HISTORY, FAMILY HISTORY**
Review of systems, past medical history, past surgical history, social history, and family history are documented on the Patient Family History and Current Visit Information Forms scanned into the electronic medical record.

**MEDICATIONS AND ALLERGIES**
Medications and allergies are as documented in the electronic medical record. Medications have been reviewed and reconciled.

**NEUROLOGICAL EXAMINATION**
Neurological examination is documented on MCJ Form 336 dated today, including mental status, cranial nerves, strength, sensation, reflexes, coordination, and gait. In summary:

MENTAL STATUS: Awake, alert, and oriented x4 with intact speech, language, and memory functions.

CRANIAL NERVES: Pupils are equally round and reactive to light and accommodation. Extraocular movements intact without nystagmus, ophthalmoplegia, or ptosis. Facial activation and sensation are normal and symmetric. Tongue and palate move in the midline. Neck flexion and extension are normal strength. Hearing is grossly symmetric.

STRENGTH: Normal and symmetric throughout the bilateral upper and lower extremities. **He has slightly increased tone in the legs.**

SENSATION: Normal and symmetric to light touch, pin, vibration, throughout. **Reduced cold sensation to about the knees.**

MUSCLE STRETCH REFLEXES: Normal in the arms **with +1 knee jerks and ankle jerks but no clonus or crossed adduction,** with downgoing toes to plantar stimulation.

COORDINATION: Finger to nose with eyes opened and closed, AMRs of the fingers, hands, and feet are normal. **Heel to shin is tremulous.**

GAIT: **He has a mildly wide-based gait and tentative stride,** with normal tandem gait with no Romberg. Normal heel walk and toe walk. Normal arm swing. **He is tremulous on standing.**

FURTHER OBSERVATIONS: **He has high arches which his father also has.**

The remainder of the examination is as detailed on the examination sheet.

**DIAGNOSIS**
1. Right arm pain

2. Exam features consistent with a cervical or thoracic myelopathy
3. Lower limb tremulousness and tremulousness on standing
4. Headaches

**PLAN**
This is a difficult scenario as the combined symptoms and findings on examination are difficult to localize to a single area or cause. I agree that clinically it sounds like complex regional pain syndrome or RSD, but the normal bone scan and lack of responsiveness to a stellate ganglion block makes this less likely. Furthermore, the amount of time between his surgery to his symptom onset is unusual. He has no features on examination or EMG to suggest a peripheral etiology. I do think he needs an MRI of the cervical and thoracic spines as we have seen some intramedullary lesions present simply as pain and could also cause some of the myelopathic features on his examination. I will also obtain some blood work to evaluate for other causes of pain or myelopathy. His high arches and reduced temperature sensation to the knees could either be myelopathic or correlate to a peripheral neuropathy that may be masked by potential myelopathy. I would like him to get an EMG of the right upper and lower limbs to better assess all of this. He also needs a tremor study for his leg tremor on standing that has been partially responsive to clonazepam.

I will have to see him back once this has all been completed to review the results and make further recommendations.

The plan as outlined above has been discussed with the patient, reasoning behind it explained, and the patient has agreed to proceed as described.

LEVEL 5 CONSULT

–

**Addendum by Dimberg MD, Elliot L. on 17-Feb-2017 12:56 EST (Verified)**
I have added an MRI of the lumbar spine given the EMG findings.

**Completed Action List:**
* Perform by Dimberg MD, Elliot L. on 15-Feb-2017 14:02 EST
* Sign by Dimberg MD, Elliot L. on 15-Feb-2017 14:02 EST
* Verify by Dimberg MD, Elliot L. on 15-Feb-2017 14:02 EST
* Sign by Dimberg MD, Elliot L. on 17-Feb-2017 12:56 EST
* Modify by Dimberg MD, Elliot L. on 17-Feb-2017 12:56 EST

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-5136

| | |
|---|---|
| Date: | February 27, 2017 |
| To: | DAVID GALE<br>15 MEDICAL DR BLDG A<br>CARTERSVILLE GA 30121 |
| Attn: | |
| Fax: | (770) 422-7306 |
| From: | Karlyn Gilmore-Dia<br>Disability Claims Case Manager<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-5136 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

February 27, 2017

David Gale
15 MEDICAL DR BLDG A
CARTERSVILLE, GA 30121

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear David Gale:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2016 through the present
Your treatment plan

We ask that you provide this information by March 6, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5136 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karlyn Gilmore-Dia
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-5136

Date: February 27, 2017

To: DR BARRY MCCASLAND
5669 PEACHTREE DUNWOODY RD
ATLANTA GA 30342

Attn:

Fax: (678) 513-0073

From: Karlyn Gilmore-Dia
Disability Claims Case Manager
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

Total Pages
(Including Cover): 3

RE:

Claim #: 3719712
Claimant: Darrell Russell

Chart Industries, Inc.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

February 27, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from February 9, 2017 through the present

We ask that you provide this information by March 6, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5136 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karlyn Gilmore-Dia
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

Liberty Mutual INSURANCE

February 27, 2017

Mr. Darrell W. Russell

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On February 27, 2017, we requested all office visit notes, test results, and treatment plans from Dr. Gale and Dr. McCasland, and any other providers . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from November 1, 2016 through the present from all treating providers

Chart Industries, Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than April 12, 2017 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Karlyn Gilmore-Dia
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Monday, February 27, 2017 3:44:32 PM
**To:** Star.Garguilo@chartindustries.com;
**CC:**
**BCC:**
**Subject:** Chart Industries, Inc. Claim No. 3719712 Darrell Russell
**Attachments:** 512f5162076ef459153ca2cbfba021aff64006db207dab90_3428739.pdf;

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

February 27, 2017

Star Garguilo
Chart Industries
1300 Airport Drive
Ball Ground, GA 30107

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell

Dear Star Garguilo:

Please be advised, the below referenced claim has been extended as indicated

**Name:** Darrell Russell
**Claim #:** 3719712
**Date of Disability:** November 8, 2016
**Benefit Begin Date:** November 15, 2016
**Approved Thru:** February 15, 2017
**Return To Work Date:** Unknown
**Max. Benefit Date*:** May 8, 2017

Additional information will be needed for further extension beyond the approved thru date.

*This represents the maximum date that benefits may be payable under the employer's plan. Extension of disability up to this date is contingent on medical information to support disability.

We have requested updated medical information to evaluate benefits beyond 2/15/17. This information is due bye 4/12/17.

If you have any questions, please feel free to contact our office.

Sincerely,

Karlyn Gilmore-Dia
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

CC: Kathy Lambert
Carolyn McGarty

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Monday, February 27, 2017 3:44:37 PM |
| **To:** | Kathy.lambert@chartindustries.com; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Chart Industries, Inc. Claim No. 3719712 Darrell Russell |
| **Attachments:** | cc_512f5162076ef459153ca2cbfba021aff64006db207dab90_3428739_3545859.pdf; |

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

February 27, 2017

Star Garguilo
Chart Industries
1300 Airport Drive
Ball Ground, GA 30107

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell

Dear Star Garguilo:

Please be advised, the below referenced claim has been extended as indicated

**Name:** Darrell Russell
**Claim #:** 3719712
**Date of Disability:** November 8, 2016
**Benefit Begin Date:** November 15, 2016
**Approved Thru:** February 15, 2017
**Return To Work Date:** Unknown
**Max. Benefit Date*:** May 8, 2017

Additional information will be needed for further extension beyond the approved thru date.

*This represents the maximum date that benefits may be payable under the employer's plan. Extension of disability up to this date is contingent on medical information to support disability.

We have requested updated medical information to evaluate benefits beyond 2/15/17. This information is due bye 4/12/17.

If you have any questions, please feel free to contact our office.

Sincerely,

Karlyn Gilmore-Dia
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

CC: Kathy Lambert
Carolyn McGarty

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Monday, February 27, 2017 3:44:42 PM
**To:** carolyn.mcgarty@chartindustries.com;
**CC:**
**BCC:**
**Subject:** Chart Industries, Inc. Claim No. 3719712 Darrell Russell
**Attachments:** cc_512f5162076ef459153ca2cbfba021aff64006db207dab90_3428739_3545860.pdf;

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

February 27, 2017

Star Garguilo
Chart Industries
1300 Airport Drive
Ball Ground, GA 30107

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell

Dear Star Garguilo:

Please be advised, the below referenced claim has been extended as indicated

**Name:** Darrell Russell
**Claim #:** 3719712
**Date of Disability:** November 8, 2016
**Benefit Begin Date:** November 15, 2016
**Approved Thru:** February 15, 2017
**Return To Work Date:** Unknown
**Max. Benefit Date*:** May 8, 2017

Additional information will be needed for further extension beyond the approved thru date.

*This represents the maximum date that benefits may be payable under the employer's plan. Extension of disability up to this date is contingent on medical information to support disability.

We have requested updated medical information to evaluate benefits beyond 2/15/17. This information is due bye 4/12/17.

If you have any questions, please feel free to contact our office.

Sincerely,

Karlyn Gilmore-Dia
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

CC: Kathy Lambert
Carolyn McGarty

# Noble Resource Corporation

PO Box 3540
Alpharetta GA 30023
1-800-490-5007
678-513-0072
678-513-0073 FAX


**Facsimile Transmittal Sheet**

**Attn: Medical Records** **From: Customer Service**

Company: Liberty Mutual Date: 2-22-17

Fax Number: 603-334-5136 Total Pages (incl. Cover): 10

## Medical Records


Confidentiality Notice: This fax is intended only for the person(s) to whom it is addressed and may contain information that is confidential, proprietary, privileged or otherwise protected from disclosure. If you are not an intended recipient, please (I) do not read, copy or use this communication, or disclose it to others. (II) Notify the sender immediately by replying to the message, and (III) delete from your system. Thank You.

**Noble Resource Corporation**
P.O.BOX 3540
Alpharetta, GA 30023
800-490-5007
678-513-0073 (fax)

**Invoice For Medical Records**

From: 322

| Bill To | Records Shipped To | Invoice Number |
|---|---|---|
| Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 | Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 | 276250 |
| | | **Invoice Date** |
| | | 2/22/2017 |

| Patient Name | Your File Number | Page count |
|---|---|---|
| Darrell Russell | | 8 |

| Description | Quantity | Rate | Class | Amount |
|---|---|---|---|---|
| Base Fee | | 25.88 | 322 Bernstein & McCasland | 25.88 |
| Copy Fee first 20 pages | 8 | 0.97 | 322 Bernstein & McCasland | 7.76 |

| | |
|---|---|
| Total | $33.64 |
| Payments/Credits | $0.00 |
| Balance Due | $33.64 |

## Pay Your Invoice:

**ONLINE** at www.nobleresourcecorp.com, click on "pay an invoice"

**BY CHECK** Payable to Noble Resource Corporation. Mail to PO Box 3540 Alpharetta, GA 30023 along with a copy of your invoice.

**Our Federal Tax Identification:**
Tax ID 81-0583779

**BY PHONE** Call 800-490-5007

**We Accept Visa, Mastercard, Discover and American Express.**

The enclosed information was reproduced by Noble Resource Corporation. Noble Resource Corporation is under an agreement with this facility to process authorized requests for copies of medical records.

Payment is due upon receipt of this invoice. A service charge of 1.5% per month (annual rate 18%) will be charged if not paid within 30 days from the date of this invoice.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

February 14, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to DR BARRY MCCASLAND. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 20, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Maya Marion
Contractor
On Behalf Of: Karlyn Gilmore-Diaz
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

Attachments: 3719712-REQUEST-PROVIDER-01.26.2017



Noble Resource Corporation
Date: 2.15.17
Initials: KH
Page Count:

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-5136

| | |
|---|---|
| Date: | January 26, 2017 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | Medical Records |
| Fax: | (404) 531-0494 |
| From: | Brian Ouellette<br>Disability Case Manager<br>On Behalf Of: Karlyn Gilmore-Diaz<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-5136 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

January 26, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2016 through the present. ✓

We ask that you provide this information by February 1, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5136 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Ouellette
Disability Case Manager
On Behalf Of: Karlyn Gilmore-Diaz
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

Barry J. McCasland, M.D.
Diplomate of the American Board of Psychiatry & Neurology

General Adult Neurology
Electrodiagnosis (EMG/NCV)

**Patient Name:** **RUSSELL, Darrell**
**Date of Birth:**
**Date of Service:** **2/8/17**

BP (mm Hg): 158/101
Pulse (bpm): 116
Weight (lbs): 225

**Problem List:**
1. RIGHT UPPER LIMB REGIONAL PAIN SYNDROME WITH TREMORS.
2. STATUS POST EXCISION OF MELANOMA ×2 WITH LYMPH NODE DISSECTION.
3. Hypertension.

**Pertinent Meds:**
1. CLONAZEPAM 1 MG, #1 TABLET TWICE DAILY.
2. Lisinopril/HCTZ, duloxetine, omeprazole.
3. Hydroxyzine, zolpidem.
4. Oxycodone/APAP.

The patient returns for a follow-up visit today. At the conclusion of his initial appointment on 11/4/16, I was completely convinced he had complex regional pain syndrome. However, his triple phase bone scan was negative and he received no benefit whatsoever from a stellate ganglion block. Very strangely, he received significant benefit, perhaps 80% relief temporarily, from a second procedure that Dr. Gale describes as a C7 nerve root block. This led Dr. Gale to suspect that the patient may have some type of radiculopathy. However, his pain spreads far beyond the limits of the C7 dermatome, he has "sunburn" allodynia, and he has no neck pain. No nerve root problems were seen on his brachial plexus MRI, though that is not the optimal study to see the nerve roots. EMG and nerve conduction studies today of the right upper limb are completely normal. Even more mysteriously, he has gone on to develop worsening of some other symptoms as well. He has a fairly continuous tremor in both of his legs that does not go away even when he is distracted. Additionally, when he sits on the edge of the bed, he very slowly goes into knee extension; this, in combination with resistance to passive movement, suggests spasticity. He comes in today walking with a cane. He tells me that his balance is poor, but because of the tremor in his legs, he is liable to just collapse straight downward.

I admitted to this young man that I do not know what is wrong with him. I initially thought this would be a relatively clean case of reflex sympathetic dystrophy, but this turned out not to be correct. Whether this is related to his melanoma is a very reasonable question, though it does not match the phenomenology of any type of paraneoplastic syndrome with which I am familiar. Today he was given some clonazepam to hopefully relax away some of the tremor, but he needs an academic consultation at the Mayo Clinic.

Barry J. McCasland, MD

*The total time spent in face-to-face contact with the patient was 45 minutes.*

5669 Peachtree-Dunwoody Road Suite 275 Atlanta, GA 30342 Phone: 404-531-0334 Fax: 404-531-0494

# Barry J. McCasland, M.D., P.C.

5669 Peachtree-Dunwoody Rd, Suite 275
Atlanta, GA 30342
Office#: (404) 531-0334 Fax#: (404) 531-0494


| | | | |
|---|---|---|---|
| Name: | RUSSELL, Darrell | Patient ID: | 21010014 |
| DOB: | | Age: | 38 |
| Gender: | Male | Diabetes: | n |
| Height: | 6'4" | Anticoagulation: | n |
| Weight: | 225 lbs | Exam Date: | 2/7/2017 |

Examining Physician: Barry J. McCasland, M.D.
Referring Physician: David Gale, M.D.

Clinical History: Extreme right arm pain with allodynia, relieved by C7 nerve block.

## MOTOR NERVE CONDUCTION STUDIES:

| Nerve and Stimulation Site | Latency (msec) | Amplitude (mV) | Latency Difference (msec) | Distance (mm) | Conduction Velocity (m/s) |
|---|---|---|---|---|---|
| **Ulnar.R** | | | | | |
| Wrist | 2.2 | 11.1 | 2.2 | | |
| Below elbow | 6.3 | 9.6 | 4.1 | 255 | 62 |
| Above elbow | 7.7 | 10.1 | 1.4 | 90 | 64 |
| **Median.R** | | | | | |
| Wrist | 3.4 | 9.2 | 3.4 | | |
| Elbow | 8.2 | 8.8 | 4.8 | 260 | 54 |

## F-WAVES:

| Nerve | M-Latency (msec) | F-Latency (msec) |
|---|---|---|
| Ulnar.R | 2.6 | 29.2 |
| Median.R | 3.9 | 27.8 |

## SENSORY NERVE CONDUCTION STUDIES:

| Nerve and Recording Site | Peak Latency (msec) | Amplitude (uV) |
|---|---|---|
| **Ulnar.R** | | |
| Wrist | 2.4 | 21 |
| **Median.R** | | |
| Wrist | 3.0 | 24 |
| **Radial.R** | | |
| Forearm | 2.2 | 18 |

## NEEDLE EMG EXAMINATION:

| Muscle | Insertional | Fibs | +Wave | Fasc | Amplitude | Duration | Poly | Recruitment | Pattern | Effort |
|---|---|---|---|---|---|---|---|---|---|---|
| 1st dorsal interosseous.R | Normal | None | None | None | Normal | Normal | None | Normal | Full | Max. |
| Extensor digitorum communis.R | Normal | None | None | None | Normal | Normal | None | Normal | Full | Max. |
| Biceps brachii.R | Normal | None | None | None | Normal | Normal | None | Normal | Full | Max. |
| Triceps brachii.R | Normal | None | None | None | Normal | Normal | None | Normal | Full | Max. |
| Deltoid.R | Normal | None | None | None | Normal | Normal | None | Normal | Full | Max. |
| Cervical paraspinals.R | Normal | None | None | None | | | | | | |

**INTERPRETATION:** **Normal right upper extremity EMG/NCV study.**

Barry J. McCasland, M.D.

American Health Imaging

200 Oakside Lane, Suite A
Canton, GA 30114
Phone #: (770)479-1945
Fax #: (770)479-1948
www.americanhealthimaging.com

**Name:** Darrell Russell
**DOB:**
**Gender:** Male

**Exam Date:** 12/6/2016 04:04 PM
**Patient ID:** AHI-721595
**Accession #:** 1446012

**Ordering Physician:** Barry J Mccasland, MD
**Exam Name:** MRI Brachial Plexus With And Without Contrast Right | 71552

MRI RIGHT BRACHIAL PLEXUS WITH AND WITHOUT CONTRAST

RECEIVED DEC 07 2016 BY: (D)

HISTORY: 38-year-old male with pain. Patient has a history of melanoma with prior surgery.

CONTRAST: 20 cc MultiHance

FINDINGS:

On today's examination, there is no evidence of a focal mass lesion of the right neck. No adenopathy is noted. No inflammatory changes noted. Scalene musculature is grossly normal. The expected course of the brachial plexus demonstrate no focal abnormality. No abnormal enhancement is appreciated. The right lung apex demonstrates no focal mass. Right axillary region is grossly normal as well. No adenopathy or mass lesion is noted. No abnormal enhancement is appreciated.

Sagittal images of the neurovascular bundle demonstrate no focal abnormality. Note is made on the sagittal T2-weighted sequences of degenerative disc space disease of C5-C6 and C6-C7 with encroachment of the central canal.

IMPRESSION:

1. No evidence of focal mass lesion or adenopathy. Brachial plexus is grossly normal.

2. Degenerative disc space disease of the lower cervical spine. There appears to be at least some encroachment of the central canal and the sagittal T2-weighted sequences.

Report Electronically Signed by: David Owens, M.D.
Report Electronically Signed on: 12/7/2016 06:32 AM

(DR)

***Radiology Report from an ACR Accredited Facility***

12.7.16 # 678-773-2908

Tell pt -
- brachial plexus MRI is visibly ne.
- confirm date 7 appt c̄ Dr. Gale. 12.14.16 appt w/ DR. Gale and pt advised [signature]

DR-M Advised

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-5136

| | |
|---|---|
| Date: | February 14, 2017 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | Kim<br>Medical Records |
| Fax: | (678) 513-0073 |
| From: | Maya Marion<br>Contractor<br>On Behalf Of: Karlyn Gilmore-Dia<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-5136 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

February 14, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to DR BARRY MCCASLAND. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 20, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Maya Marion
Contractor
On Behalf Of: Karlyn Gilmore-Dia
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

Attachments: 3719712-REQUEST-PROVIDER-01.26.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-5136

| | |
|---|---|
| Date: January 26, 2017 | |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | Medical Records |
| Fax: | (404) 531-0494 |
| From: | Brian Ouellette<br>Disability Case Manager<br>On Behalf Of: Karlyn Gilmore-Diaz<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-5136 |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

January 26, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2016 through the present.

We ask that you provide this information by February 1, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5136 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Ouellette
Disability Case Manager
On Behalf Of: Karlyn Gilmore-Diaz
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

February 15, 2017

Mr. Darrell W. Russell

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On January 26, 2017, we requested Medical Records from Dr. Barry McCasland . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2016 through present from Dr. Barry McCasland

Chart Industries, Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than March 12, 2017 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maya Marion
Contractor
On Behalf Of: Karlyn Gilmore-Dia
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

February 13, 2017

Mr. Darrell W. Russell

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by March 12, 2017:

- Completion of the Enclosed Forms:

  X Authorization - Medical
  X Survivor / Estate Information Form
  X Training Education Experience
  X Activities Questionnaire Form
  X Claimant Information Form
  X Claimant Supplementary Statement
  X Family Information Questionnaire
  X SS Reimbursement Agreement
  __ Other

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Karlyn Gilmore-Diaz
Disability Claims Case Manager

Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

Attachments: Authorization - Medical
Survivor / Estate Information Form
Training Education Experience
Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
SS Reimbursement Agreement

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136



**Return To:** Karlyn Gilmore-Diaz ______________________________

EMPLOYEE/CLAIMANT NAME: Darrell Russell ______________________________

CLAIM NO: 3719712 ____________________ DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Chart Industries, Inc. ______________________________

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long?____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ______________________________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ______________________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ______________________________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ______________________________

Please describe what errands you most commonly run: ______________________________

______________________________

Liberty Mutual INSURANCE



How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ____ No ____

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ____ No ____

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ____ No ____

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ____________________

Are you working for wages? Yes ____ No ____

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) ____________________

Name of Claimant/Personal Representative (Signature) ____________________

Description (Title) of Personal Representative ____________________

Date of Birth: ____________ Claim Number: 3719712 Date: ____________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

**Return To:** Karlyn Gilmore-Diaz

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 3719712
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 11/01/2015 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________________ **DATE:** ____________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

**Return to:** Karlyn Gilmore-Diaz

**EMPLOYEE/CLAIMANT NAME:** Darrell Russell **CLAIM #:** 3719712
**EMPLOYER:** Chart Industries, Inc. **DATE OF BIRTH:** ______

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

**Return to:** Karlyn Gilmore-Diaz

EMPLOYEE/CLAIMANT NAME: Darrell Russell
CLAIM NO: 3719712
EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ____________________ Date: ____________

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Darrell Russell ______ Date of Birth: ______

Employer: Chart Industries, Inc. ______ Policy/Plan Sponsor No. 08 - 034785

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) ______

(Address) ______

(Date) ______

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

EMPLOYEE/CLAIMANT NAME: Darrell Russell

CLAIM NO: 3719712

EMPLOYER/SPONSOR: Chart Industries, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA MS CAGS PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ______
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________

4. Company: ______________ Department: ______________ From: ________ To: ______
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________

5. Company: ______________ Department: ______________ From: ________ To: ______
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (   )** ______________

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-5136

| | |
|---|---|
| Date: | January 31, 2017 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | Medical Records |
| Fax: | (404) 531-0494 |
| From: | Kathleen Landry<br>Sr Customer Info Rep<br>On Behalf Of: Karlyn Gilmore-Dia<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-5136 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

January 31, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. McCasland. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 7, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Kathleen Landry
Sr Customer Info Rep
On Behalf Of: Karlyn Gilmore-Dia
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

Attachments: 3719712-REQUEST-PROVIDER-01.26.2017

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-5136

| | |
|---|---|
| Date: | January 26, 2017 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | Medical Records |
| Fax: | (404) 531-0494 |
| From: | Brian Ouellette<br>Disability Case Manager<br>On Behalf Of: Karlyn Gilmore-Diaz<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-5136 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

January 26, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2016 through the present.

We ask that you provide this information by February 1, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5136 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Ouellette
Disability Case Manager
On Behalf Of: Karlyn Gilmore-Diaz
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-5136

| | |
|---|---|
| Date: | January 26, 2017 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | Medical Records |
| Fax: | (404) 531-0494 |
| From: | Brian Ouellette<br>Disability Case Manager<br>On Behalf Of: Karlyn Gilmore-Dia<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-5136 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

January 26, 2017

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2016 through the present.

We ask that you provide this information by February 1, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5136 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Ouellette
Disability Case Manager
On Behalf Of: Karlyn Gilmore-Dia
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

January 26, 2017

Mr. Darrell W. Russell

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On January 26, 2017, we requested medical records from Dr. McCassland. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2016 through the present from Dr. McCassland.

Chart Industries, Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than March 11, 2017 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Ouellette
Disability Case Manager
On Behalf Of: Karlyn Gilmore-Dia
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

**n0269333**

---

**From:** Ouellette, Brian 0163
**Sent:** Thursday, January 26, 2017 2:51:17 PM
**To:** 'carolyn.mcgarty@chartindustries.com'
**Cc:** Gilmore-Diaz, Karlyn
**Subject:** Notice and Proof: Darrell Russell

Location Code: 00000000

Claimant Name: Darrell Russell

Claimant Number: 3719712

Date of Birth:

Date of Disability: 11/08/2016

The above named employee's STD claim is approved through 01/23. On 01/26, we provided Mr. Russell a notification to request updated information to evaluate extension of disability benefits. If we do not receive the necessary information by 03/11, we may deny continued disability benefits. If you have any questions or if the claimant has returned to work, please contact Karlyn.Gilmore-Diaz@LibertyMutual.com.

**Brian Ouellette**

Short Term Disability Case Manager

Liberty Mutual Benefits | Group Disability Claims | Rocky Hill, CT

Liberty Mutual Insurance

Direct Dial: 800-985-3810 x10277

Fax: 603-334-8789

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Monday, January 16, 2017 7:49:47 PM
**To:** Star.Garguilo@chartindustries.com;
**CC:**
**BCC:**
**Subject:** Chart Industries, Inc. Claim No. 3719712 Darrell Russell
**Attachments:** 152ec8ce9ff17fe5aeb3f09273ef85b3121eaed7a5e8a05a_3272923.pdf;

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

January 16, 2017

Star Garguilo
Chart Industries
1300 Airport Drive
Ball Ground, GA 30107

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell

Dear Star Garguilo:

Please be advised, the below referenced claim has been approved as indicated

**Name:** Darrell Russell
**Claim #:** 3719712
**Date of Disability:** November 8, 2016
**Benefit Begin Date:** November 15, 2016
**Approved Thru:** January 23, 2017
**Return To Work Date:** Unknown
**Max. Benefit Date*:** May 8, 2017

Additional information will be needed for further extension beyond the approved thru date.

*This represents the maximum date that benefits may be payable under the employer's plan. Extension of disability up to this date is contingent on medical information to support disability.

If you have any questions, please feel free to contact our office.

Sincerely,

Karlyn Gilmore-Dia
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

CC: Kathy Lambert

Carolyn McGarty

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Monday, January 16, 2017 7:49:52 PM
**To:** Kathy.lambert@chartindustries.com;
**CC:**
**BCC:**
**Subject:** Chart Industries, Inc. Claim No. 3719712 Darrell Russell
**Attachments:** cc_152ec8ce9ff17fe5aeb3f09273ef85b3121eaed7a5e8a05a_3272923_3384728.pdf;

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

January 16, 2017

Star Garguilo
Chart Industries
1300 Airport Drive
Ball Ground, GA 30107

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell

Dear Star Garguilo:

Please be advised, the below referenced claim has been approved as indicated

**Name:** Darrell Russell
**Claim #:** 3719712
**Date of Disability:** November 8, 2016
**Benefit Begin Date:** November 15, 2016
**Approved Thru:** January 23, 2017
**Return To Work Date:** Unknown
**Max. Benefit Date*:** May 8, 2017

Additional information will be needed for further extension beyond the approved thru date.

*This represents the maximum date that benefits may be payable under the employer's plan. Extension of disability up to this date is contingent on medical information to support disability.

If you have any questions, please feel free to contact our office.

Sincerely,

Karlyn Gilmore-Dia
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

CC: Kathy Lambert

Carolyn McGarty

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Monday, January 16, 2017 7:49:57 PM
**To:** carolyn.mcgarty@chartindustries.com;
**CC:**
**BCC:**
**Subject:** Chart Industries, Inc. Claim No. 3719712 Darrell Russell
**Attachments:** cc_152ec8ce9ff17fe5aeb3f09273ef85b3121eaed7a5e8a05a_3272923_3384730.pdf;

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

January 16, 2017

Star Garguilo
Chart Industries
1300 Airport Drive
Ball Ground, GA 30107

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell

Dear Star Garguilo:

Please be advised, the below referenced claim has been approved as indicated

**Name:** Darrell Russell
**Claim #:** 3719712
**Date of Disability:** November 8, 2016
**Benefit Begin Date:** November 15, 2016
**Approved Thru:** January 23, 2017
**Return To Work Date:** Unknown
**Max. Benefit Date*:** May 8, 2017

Additional information will be needed for further extension beyond the approved thru date.

*This represents the maximum date that benefits may be payable under the employer's plan. Extension of disability up to this date is contingent on medical information to support disability.

If you have any questions, please feel free to contact our office.

Sincerely,

Karlyn Gilmore-Dia
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

CC: Kathy Lambert

Carolyn McGarty

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-5136

January 16, 2017

Mr. Darrell W. Russell

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> ***"Disability"*** *or* ***"Disabled"*** *means the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Job.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your job.

We have determined that your date of disability is November 8, 2016 and your benefits begin on November 15, 2016. Benefit payment will be sent under separate cover by your employer.

We have approved your claim through January 23, 2017. If your condition requires an extension beyond this date, you must submit additional medical information from your treatment providers to substantiate continued disability. This information must include office treatment notes, test results, prescription histories, specific restrictions/limitations and treatment plans from all treating physicians.

While on short term disability, you continue to be eligible for Chart benefits. However, if you transition to long term disability, you will no longer be a Chart employee and health insurance coverage will end (COBRA continuation coverage will be offered at that time).

If your benefit is overpaid Chart Industries, Inc. has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

If you have any questions regarding this matter, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your moble device, including viewing the status of your claim or leave. Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Karlyn Gilmore-Diaz
Disability Claims Case Manager
Phone No.: (888) 440-6118 Ext. 10289
Secure Fax No.: (603) 334-5136

# Canton Plant
# Job Description

**Job Title**: **Inner Area Supervisor 1st shift** **Dept**.: D&S Main Line Inner

**Reports To**: Product Line Supervisor **Date**: 4/25/11

---

**JOB PURPOSE**:

Direct and coordinate departmental activities to achieve safe and timely production of quality products which meet or exceed customer expectations 100% of the time.

**MAJOR AREAS OF ACCOUNTABILITY**:

1. Develop and implement daily and weekly work week plans and schedules for the department.
2. Utilize employee resources and equipment to achieve production plans and schedules within a specified time frame.
3. Train, inform and orient employees to specific procedures, processes and objectives of department, stressing and promoting quality, safety, and empowering them in problem solving techniques.
4. Maintain production, required personnel attendance, right-to-know and training records and other records pertaining to the department.
5. Interface with other departments in coordinating raw materials, parts, assemblies, completed units and personnel.
6. Direct employee problems to the appropriate authorities for assistance, resolution and response.
7. Continually evaluate work flow and processes, and further recommend more efficient and effective procedures in an effort to minimize costs.
8. Complete objective performance appraisals on a timely basis and review outcomes with employees.
9. Participate in weekly supervisory meetings in an effort to increase and maintain up-to-date communications and relay pertinent information to departmental employees.
10. Update manufacturing manager on progress of production plans and schedules.
11. Coordinate x-ray & mechanical testing.
12. Administer work rules, regulations and disciplinary action when necessary.
13. Appraise employee performance and recommend change of status.
14. Observe and practice safety procedures and policies.
15. Perform fabrication and welding duties.
16. Inspect products to verify conformance to specifications, if defects are found immediately notify QA to initiate a NCR.
17. Responsible for promoting, gathering, and implementing ideas from the Green Card Idea Program.
18. Follow and utilize the Supervisor Handbook.
19. Must be able to perform all processes, and be knowledgeable in ASME, DOT, PED, and TPED regulatory codes in area.
20. Other duties and responsibilities as assigned by management.

**QUALIFICATIONS**:

Education:

1. High school diploma, GED or equivalent.

Experience:

1. Minimum of five years manufacturing experience in related area.

Knowledge, Skills and Abilities:

1. Understand and use basic blueprints.
2. Understand and use basic math.
3. Knowledge and understanding of Company safety procedures and policies.
4. Awareness and understanding of Company quality standards.

Physical Requirements:

1. Frequent standing, sitting, walking, bending, stooping, twisting and occasional crawling.
2. Frequent lifting up to 50 lbs., occasional heavier lifting.
3. Frequent pushing, pulling and handling of materials.
4. Frequent carrying up to 50 lbs.

**WORK ENVIRONMENT**:

Working Conditions:

1. Exposure to metal cutting and welding odors.
2. May involve exposure to temperature extremes.
3. Exposure to occasional flying debris.
4. Required use of safety glasses with side shields.
5. Exposure to chemical cleaning solutions and their odors.

Work Hazards:

1. Possible handling of materials with rough edges.
2. Possible exposure to temperature extremes.
3. Possible exposure to occasional flying debris.
4. Possible exposure to chemical cleaning solutions and their odors.

**APPROVAL**: ______________________________ ____________
Human Resources Manager Date

# Noble Resource Corporation

PO Box 3540
Alpharetta GA 30023
Phone 1.800.490.5007
Fax 678.513.0073

**Facsimile Transmittal Sheet**

**Attn:** Medical Records **From:** Customer Service

**Company:** Liberty Mutual **Date:** 12.21.16

**Fax Number:** 603.334.8642 **Total Pages (incl. Cover):** 10

*Medical Records*

3719712

Confidentiality Notice: This fax is intended only for the person(s) to whom it is addressed and may contain information that is confidential, proprietary, privileged or otherwise protected from disclosure. If you are not an intended recipient, please (I) do not read, copy or use this communication, or disclose it to others. (II) notify the sender immediately by replying to the message, and (III) delete from your system. Thank You.

**Noble Resource Corporation**
*P.O.BOX 3540*
*Alpharetta, GA 30023*
*800-490-5007*
*678-513-0073 (fax)*

**Invoice For Medical Records**

**From: 322**

| Bill To | Records Shipped To | Invoice Number |
|---|---|---|
| Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 | Liberty Mutual<br>Group Benefits Disability Claims<br>P.O. Box 7211<br>London, KY 40742-7211 | 273640 |
| | | **Invoice Date** |
| | | 12/21/2016 |

| Patient Name | Your File Number | Page count |
|---|---|---|
| Darrell Russell | 3719712 | 8 |

| Description | Quantity | Rate | Class | Amount |
|---|---|---|---|---|
| Base Fee | | 25.88 | 322 Bernstein & McCasland | 25.88 |
| Copy Fee page 001-020 | 8 | 0.97 | 322 Bernstein & McCasland | 7.76 |

| | |
|---|---|
| Total | $33.64 |
| Payments/Credits | $0.00 |
| Balance Due | $33.64 |

## Pay Your Invoice:

**ONLINE** at www.nobleresourcecorp.com, click on "pay an invoice"

**BY CHECK** Payable to Noble Resource Corporation. Mail to PO Box 3540 Alpharetta, GA 30023 along with a copy of your invoice.

**Our Federal Tax Identification:**
Tax ID 81-0583779

**BY PHONE** Call 800-490-5007

**We Accept Visa, Mastercard, Discover and American Express.**

*The enclosed information was reproduced by Noble Resource Corporation. Noble Resource Corporation is under an agreement with this facility to process authorized requests for copies of medical records.*

*Payment is due upon receipt of this invoice. A service charge of 1.5% per month (annual rate 18%) will be charged if not paid within 30 days from the date of this invoice.*

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-8642

November 30, 2016

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

Noble Resource Corporation
Date: 12-21-16
Initials: EM
Page Count:

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2016 through the present
- Estimated Return to Work Plans

We ask that you provide this information by December 6, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8642 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Fletcher
Disability Claims Case Mgr Assoc
Phone No.: (888) 440-6118 Ext. 10436
Secure Fax No.: (603) 334-8642

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-8642

December 9, 2016

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Dare Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by December 14, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Christine Fletcher
Disability Claims Case Mgr Assoc
Phone No.: (888) 440-6118 Ext. 10436
Secure Fax No.: (603) 334-8642

Attachments: 3719712-REQUEST-PROVIDER-11.30.2016

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-8642

| | |
|---|---|
| Date: | November 30, 2016 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | |
| Fax: | (404) 531-0494 |
| From: | Christine Fletcher<br>Disability Claims Case Mgr Assoc<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-8642 |
| Total Pages<br>(Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

BARRY J. McCASLAND, M.D. P.C.

Barry J. McCasland, M.D.
Diplomate of the American Board of Psychiatry & Neurology

General Adult Neurology
Electrodiagnosis (EMG/NCV)

| | | | |
|---|---|---|---|
| **Patient Name:** | **RUSSELL, Darrell** | BP (mm Hg): | 138/99 |
| **Date of Birth:** | | Pulse (bpm): | 100 |
| **Date of Service:** | **11/4/16** | Weight (lbs): | 225 |

**REFERRAL SOURCE:** Suzanne Tambasco, RN

**CHIEF COMPLAINT:** Right arm pain.

**HISTORY OF PRESENT ILLNESS:** This is a 38-year-old right-handed Caucasian male who underwent excision of a right chest wall melanoma in September 2015 associated with axillary node dissection. Margins were clear and all of the nodes were negative. In February 2016 he underwent excision of a left forehead melanoma, again associated with clear surgical margins. In the spring of 2016 he developed pain along the right axillary incision. He consulted with his melanoma surgeon, but there was no diagnosis. He was then referred to a pain clinic and has been under the care of pain management specialist ever since. As time went on, symptoms progressed to involve the entire right upper chest wall, shoulder, and the entire right upper limb. He experiences periodic swelling, purple discoloration, rash, tremor, and constant piloerection. Symptoms are aggravated by movement, and so he minimizes use of his right arm. He has numbness that involves predominantly the fourth and fifth digits of the right hand. He describes his arm and chest wall as feeling sunburned all of the time area his treatment so far has consisted of an axillary ultrasound that was negative and various trials of pain medication. He had an allergic reaction to Lyrica characterized by lip swelling, and gabapentin caused him encephalopathy. He has been taking low strength Percocet, #2-3 tablets daily and nothing else. On several occasions he and his wife have suggested the possibility of reflex sympathetic dystrophy to his pain specialist, and she vehemently denied that he could possibly have it. In fact, she told him that coming to see a neurologist would be a huge mistake.

**PAST MEDICAL HISTORY:** Hypertension.

**MEDICATIONS:** Lisinopril/HCTZ, hydroxyzine, duloxetine, omeprazole, oxycodone/APAP, zolpidem.

**ALLERGIES:** Lyrica.

**SOCIAL HISTORY:** The patient smokes. He drinks alcoholic beverages socially. He works as a supervisor for a manufacturing company.

**REVIEW OF SYSTEMS:** A complete review of systems has been obtained from and discussed with the patient, and is part of the permanent chart.

5669 Peachtree-Dunwoody Road Suite 275 Atlanta, GA 30342 Phone: 404-531-0334 Fax: 404-531-0494

**PHYSICAL EXAMINATION:**
This is a well-developed, pleasant, somewhat dysthymic-appearing gentleman in no distress. The general physical examination was remarkable for obvious swelling of the right upper extremity that was best demonstrated in the dorsum of the hand as well as swelling along the right anterior axillary fold. A very large right pectoral scar was noted. A very subtle left forehead scar was noted.

**NEUROLOGIC EXAMINATION:**

| | |
|---|---|
| **Mental Status:** | The patient was alert and fully oriented with no defects of speech or cognition, and gave a coherent history. |
| **Cranial Nerves:** | Normal. No Horner syndrome. |
| **Motor:** | The tone was normal in all four extremities. Intermittent tremor of the right upper limb was noted that appear to be arising from the shoulder joint. Muscle atrophy was not appreciated. No fasciculations were seen. Muscle strength and coordination were normal proximally and distally in all four extremities. The deep tendon reflexes were active and symmetrical. The toes were down-going bilaterally to plantar stimulation. |
| **Sensory:** | The patient demonstrated hyperesthesia to rubbing over the entire right upper limb. Prominent pinprick allodynia was noted over multiple locations of the right upper limb. Sensory examination was otherwise unremarkable. |
| **Coordination/Gait:** | Finger-nose-finger testing was performed well bilaterally. Normal casual and tandem gait. |

**FINAL CLINICAL IMPRESSION:**
1. REFLEX SYMPATHETIC DYSTROPHY, RIGHT UPPER LIMB.
2. Hypertension.
3. Status post excision of melanoma ×2.

**PLAN:**
1. MRI of the right brachial plexus to exclude the possibility of recurrent cancer (highly unlikely) or neuroma.
2. Upper extremity triple phase bone scan.
3. Telephone follow-up. In all likelihood, his care will need to be assumed by another pain specialist.

**Barry J. McCasland, MD**

CC: Suzanne Tambasco, RN

**Emory Healthcare-Confidential Document**
This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.



| | |
|---|---|
| Document Type: | NM Bone Scan 3-Phase |
| Document Date: | 22 November 2016 14:53 |
| Document Status: | Auth (Verified) |
| Document Title: | NM Bone Scan 3-Phase |
| Performed By: | Harkey, Paul P on 23 November 2016 09:23 |
| Verified By: | Harkey, Paul P on 23 November 2016 09:23 |
| Encounter info: | 52973236312, SJH, Single Visit OP, 11/22/2016 - 11/22/2016 |

## * Final Report *

RECEIVED NOV 28 2016 BY: ..........

**Reason For Exam**
Complex regional pain syndrome I of right upper limb

**REPORT**
BONE SCAN THREE PHASE

Three Phase Bone Scan

CLINICAL INDICATION: Complex regional pain syndrome of right upper extremity.

TECHNIQUE: 20 mCi of technetium-99m MDP were administered intravenously. Flow and blood pool images were obtained of the chest and upper extremities. Approximately 2-4 hours later whole body delayed images were also acquired.

PRIOR STUDIES: None
CORRELATIVE STUDIES: Head CT dated June 24, 2016

FINDINGS:
Flow and blood pool images are normal. Delayed images demonstrate focal round uptake within the left posterior calvarium, otherwise unremarkable.

IMPRESSION:
1. No evidence for three-phase bone uptake or findings concerning for complex regional pain syndrome.
2. Focal delayed uptake within the posterior left calvarium which correlates to 1 cm ovoid nonaggressive intradiploic lesion on CT head dated June 24, 2016 probably reflecting a small hemangioma or small fibro-osseous lesion such as fibrous dysplasia.

**Signature Line**
*** Final ***

Electronically Signed By: Harkey, Paul P

**Emory Healthcare-Confidential Document**
This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.



on 11/23/2016 09:23

Dictated by: Harkey, Paul P

**Report**
This document has an image

**Completed Action List:**
* Order by McCasland, Barry J on 07 November 2016 08:24
* Perform by King, Rodney D on 22 November 2016 14:53
* Assist by Harkey, Paul P on 23 November 2016 09:10
* VERIFY by Harkey, Paul P on 23 November 2016 09:23

# Noble Resource Corporation

PO Box 3540
Alpharetta GA 30023
Phone 1.800.490.5007
Fax 678.513.0073

**Facsimile Transmittal Sheet**

**Attn:** *Medical Records* **From:** *Customer Service*

**Company:** Liberty Mutual **Date:** 12.21.16

**Fax Number:** 603.334.8212 **Total Pages (incl. Cover):** 10

*Medical Records*
3719712

Confidentiality Notice: This fax is intended only for the person(s) to whom it is addressed and may contain information that is confidential, proprietary, privileged or otherwise protected from disclosure. If you are not an intended recipient, please (I) do not read, copy or use this communication, or disclose it to others, (II) notify the sender immediately by replying to the message, and (III) delete from your system. Thank You.

*Payment is due upon receipt of this invoice. A service charge of 1.5% per month (annual rate 18%) will be charged if not paid within 30 days from the date of this invoice.*

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-8642

November 30, 2016

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

Noble Resource Corporation
Date: 12-21-16
Initials: EM
Page Count:

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2016 through the present
- Estimated Return to Work Plans

We ask that you provide this information by December 6, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8642 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Fletcher
Disability Claims Case Mgr Assoc
Phone No.: (888) 440-6118 Ext. 10436
Secure Fax No.: (603) 334-8642

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-8642

December 9, 2016

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Dare Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by December 14, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Christine Fletcher
Disability Claims Case Mgr Assoc
Phone No.: (888) 440-6118 Ext. 10436
Secure Fax No.: (603) 334-8642

Attachments: 3719712-REQUEST-PROVIDER-11.30.2016

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-8642

| | |
|---|---|
| Date: | November 30, 2016 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | |
| Fax: | (404) 531-0494 |
| From: | Christine Fletcher<br>Disability Claims Case Mgr Assoc<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-8642 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

BARRY J. McCASLAND, M.D. P.C.

Barry J. McCasland, M.D.
Diplomate of the American Board of Psychiatry & Neurology

General Adult Neurology
Electrodiagnosis (EMG/NCV)

| | | | |
|---|---|---|---|
| **Patient Name:** | **RUSSELL, Darrell** | BP (mm Hg): | 138/99 |
| **Date of Birth:** | | Pulse (bpm): | 100 |
| **Date of Service:** | **11/4/16** | Weight (lbs): | 225 |

**REFERRAL SOURCE:** Suzanne Tambasco, RN

**CHIEF COMPLAINT:** Right arm pain.

**HISTORY OF PRESENT ILLNESS:** This is a 38-year-old right-handed Caucasian male who underwent excision of a right chest wall melanoma in September 2015 associated with axillary node dissection. Margins were clear and all of the nodes were negative. In February 2016 he underwent excision of a left forehead melanoma, again associated with clear surgical margins. In the spring of 2016 he developed pain along the right axillary incision. He consulted with his melanoma surgeon, but there was no diagnosis. He was then referred to a pain clinic and has been under the care of pain management specialist ever since. As time went on, symptoms progressed to involve the entire right upper chest wall, shoulder, and the entire right upper limb. He experiences periodic swelling, purple discoloration, rash, tremor, and constant piloerection. Symptoms are aggravated by movement, and so he minimizes use of his right arm. He has numbness that involves predominantly the fourth and fifth digits of the right hand. He describes his arm and chest wall as feeling sunburned all of the time area his treatment so far has consisted of an axillary ultrasound that was negative and various trials of pain medication. He had an allergic reaction to Lyrica characterized by lip swelling, and gabapentin caused him encephalopathy. He has been taking low strength Percocet, #2-3 tablets daily and nothing else. On several occasions he and his wife have suggested the possibility of reflex sympathetic dystrophy to his pain specialist, and she vehemently denied that he could possibly have it. In fact, she told him that coming to see a neurologist would be a huge mistake.

**PAST MEDICAL HISTORY:** Hypertension.

**MEDICATIONS:** Lisinopril/HCTZ, hydroxyzine, duloxetine, omeprazole, oxycodone/APAP, zolpidem.

**ALLERGIES:** Lyrica.

**SOCIAL HISTORY:** The patient smokes. He drinks alcoholic beverages socially. He works as a supervisor for a manufacturing company.

**REVIEW OF SYSTEMS:** A complete review of systems has been obtained from and discussed with the patient, and is part of the permanent chart.

5669 Peachtree-Dunwoody Road Suite 275 Atlanta, GA 30342 Phone: 404-531-0334 Fax: 404-531-0494

**Patient Name:** **RUSSELL, Darrell**
**Date of Service:** **11/4/16**

---

**PHYSICAL EXAMINATION:**
This is a well-developed, pleasant, somewhat dysthymic-appearing gentleman in no distress. The general physical examination was remarkable for obvious swelling of the right upper extremity that was best demonstrated in the dorsum of the hand as well as swelling along the right anterior axillary fold. A very large right pectoral scar was noted. A very subtle left forehead scar was noted.

**NEUROLOGIC EXAMINATION:**

| | |
|---|---|
| **Mental Status:** | The patient was alert and fully oriented with no defects of speech or cognition, and gave a coherent history. |
| **Cranial Nerves:** | Normal. No Horner syndrome. |
| **Motor:** | The tone was normal in all four extremities. Intermittent tremor of the right upper limb was noted that appear to be arising from the shoulder joint. Muscle atrophy was not appreciated. No fasciculations were seen. Muscle strength and coordination were normal proximally and distally in all four extremities. The deep tendon reflexes were active and symmetrical. The toes were down-going bilaterally to plantar stimulation. |
| **Sensory:** | The patient demonstrated hyperesthesia to rubbing over the entire right upper limb. Prominent pinprick allodynia was noted over multiple locations of the right upper limb. Sensory examination was otherwise unremarkable. |
| **Coordination/Gait:** | Finger-nose-finger testing was performed well bilaterally. Normal casual and tandem gait. |

**FINAL CLINICAL IMPRESSION:**
1. REFLEX SYMPATHETIC DYSTROPHY, RIGHT UPPER LIMB.
2. Hypertension.
3. Status post excision of melanoma ×2.

**PLAN:**
1. MRI of the right brachial plexus to exclude the possibility of recurrent cancer (highly unlikely) or neuroma.
2. Upper extremity triple phase bone scan.
3. Telephone follow-up. In all likelihood, his care will need to be assumed by another pain specialist.

**Barry J. McCasland, MD**

CC: Suzanne Tambasco, RN

**Emory Healthcare-Confidential Document**
This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

NM Bone Scan 3-Phase
* Final Report *

RUSSELL, DARRELL WAYNE - SJH_00217997

| | |
|---|---|
| Document Type: | NM Bone Scan 3-Phase |
| Document Date: | 22 November 2016 14:53 |
| Document Status: | Auth (Verified) |
| Document Title: | NM Bone Scan 3-Phase |
| Performed By: | Harkey, Paul P on 23 November 2016 09:23 |
| Verified By: | Harkey, Paul P on 23 November 2016 09:23 |
| Encounter info: | 52973236312, SJH, Single Visit OP, 11/22/2016 - 11/22/2016 |

## * Final Report *

RECEIVED NOV 28 2016 BY:

**Reason For Exam**
Complex regional pain syndrome I of right upper limb

**REPORT**
BONE SCAN THREE PHASE

Three Phase Bone Scan

CLINICAL INDICATION: Complex regional pain syndrome of right upper extremity.

TECHNIQUE: 20 mCi of technetium-99m MDP were administered intravenously. Flow and blood pool images were obtained of the chest and upper extremities. Approximately 2-4 hours later whole body delayed images were also acquired.

PRIOR STUDIES: None
CORRELATIVE STUDIES: Head CT dated June 24, 2016

FINDINGS:
Flow and blood pool images are normal. Delayed images demonstrate focal round uptake within the left posterior calvarium, otherwise unremarkable.

IMPRESSION:
1. No evidence for three-phase bone uptake or findings concerning for complex regional pain syndrome.
2. Focal delayed uptake within the posterior left calvarium which correlates to 1 cm ovoid nonaggressive intradiploic lesion on CT head dated June 24, 2016 probably reflecting a small hemangioma or small fibro-osseous lesion such as fibrous dysplasia.

**Signature Line**
*** Final ***

Electronically Signed By: Harkey, Paul P

**Emory Healthcare-Confidential Document**
This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

NM Bone Scan 3-Phase
* Final Report *

RUSSELL, DARRELL WAYNE - SJH_00217997

on 11/23/2016 09:23

Dictated by: Harkey, Paul P

**Report**
This document has an image

**Completed Action List:**
* Order by McCasland, Barry J on 07 November 2016 08:24
* Perform by King, Rodney D on 22 November 2016 14:53
* Assist by Harkey, Paul P on 23 November 2016 09:10
* VERIFY by Harkey, Paul P on 23 November 2016 09:23

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

DR BARRY MCCASLAND
5669 PEACHTREE DUNWOODY RD
ATLANTA GA 30342

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-8642

December 9, 2016

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Dare Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to Darrell Russell's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by December 14, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Christine Fletcher
Disability Claims Case Mgr Assoc
Phone No.: (888) 440-6118 Ext. 10436
Secure Fax No.: (603) 334-8642

Attachments: 3719712-REQUEST-PROVIDER-11.30.2016

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-8642

| | |
|---|---|
| Date: | November 30, 2016 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | |
| Fax: | (404) 531-0494 |
| From: | Christine Fletcher<br>Disability Claims Case Mgr Assoc<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-8642 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-8642

November 30, 2016

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2016 through the present
- Estimated Return to Work Plans

We ask that you provide this information by December 6, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8642 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Fletcher
Disability Claims Case Mgr Assoc
Phone No.: (888) 440-6118 Ext. 10436
Secure Fax No.: (603) 334-8642

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-8642

| | |
|---|---|
| Date: | November 30, 2016 |
| To: | DR BARRY MCCASLAND<br>5669 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30342 |
| Attn: | |
| Fax: | (404) 531-0494 |
| From: | Christine Fletcher<br>Disability Claims Case Mgr Assoc<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-8642 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3719712<br>Claimant: Darrell Russell<br><br>Chart Industries, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-8642

November 30, 2016

Dr. Barry McCasland
5669 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell
Claimant D.O.B.:

Dear Dr. Barry McCasland:

We are the Disability Claim Administrator for your patient, Darrell Russell.

To evaluate Mr. Russell's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2016 through the present
- Estimated Return to Work Plans

We ask that you provide this information by December 6, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8642 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Fletcher
Disability Claims Case Mgr Assoc
Phone No.: (888) 440-6118 Ext. 10436
Secure Fax No.: (603) 334-8642

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. DARRELL RUSSELL

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-8642

December 1, 2016

Mr. Darrell W. Russell

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712

Dear Mr. Darrell Russell:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Chart Industries, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On November 30, 2016, we requested medical records from Dr. Mccasland's office. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from November 1, 2016 through the present from Dr. Mccasland

Chart Industries, Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than January 13, 2017 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Fletcher
Disability Claims Case Mgr Assoc
Phone No.: (888) 440-6118 Ext. 10436
Secure Fax No.: (603) 334-8642

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Wednesday, November 30, 2016 3:40:34 PM
**To:** Star.Garguilo@chartindustries.com;
**CC:**
**BCC:**
**Subject:** Chart Industries, Inc. Claim No. 3719712 Darrell Russell
**Attachments:** f734349e4a521306b39a7ebd808a1ebca85e06c6815dfc20_3109898.pdf;

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-8642

November 30, 2016

Star Garguilo
Chart Industries
1300 Airport Drive
Ball Ground, GA 30107

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell

Dear Star Garguilo:

We are writing in regard to Darrell Russell's claim for disability benefits (claim # 3719712). This claim is currently pended. We have thoroughly reviewed the claim and have determined additional information is needed in order to make an initial determination on this claim. We have contacted his physician(s) to obtain medical documentation to support their claim for disability benefits.

Proof must be provided by January 13, 2017. In the absence of this information, we will make a claim determination based on the information in our file.

If you have any questions regarding this claim, please feel free to contact me. Thank you.

Sincerely,

Kelli Cullis
Disability Claims Case Mgr I
On Behalf Of: Christine Fletcher
Phone No.: (888) 440-6118 Ext. 10436
Secure Fax No.: (603) 334-8642

CC: Kathy Lambert
Carolyn McGarty

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Wednesday, November 30, 2016 3:40:39 PM |
| **To:** | Kathy.lambert@chartindustries.com; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Chart Industries, Inc. Claim No. 3719712 Darrell Russell |
| **Attachments:** | cc_f734349e4a521306b39a7ebd808a1ebca85e06c6815dfc20_3109898_3215745.pdf; |

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-8642

November 30, 2016

Star Garguilo
Chart Industries
1300 Airport Drive
Ball Ground, GA 30107

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell

Dear Star Garguilo:

We are writing in regard to Darrell Russell's claim for disability benefits (claim # 3719712). This claim is currently pended. We have thoroughly reviewed the claim and have determined additional information is needed in order to make an initial determination on this claim. We have contacted his physician(s) to obtain medical documentation to support their claim for disability benefits.

Proof must be provided by January 13, 2017. In the absence of this information, we will make a claim determination based on the information in our file.

If you have any questions regarding this claim, please feel free to contact me. Thank you.

Sincerely,

Kelli Cullis
Disability Claims Case Mgr I
On Behalf Of: Christine Fletcher
Phone No.: (888) 440-6118 Ext. 10436
Secure Fax No.: (603) 334-8642

CC: Kathy Lambert
Carolyn McGarty

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Wednesday, November 30, 2016 3:40:44 PM |
| **To:** | carolyn.mcgarty@chartindustries.com; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Chart Industries, Inc. Claim No. 3719712 Darrell Russell |
| **Attachments:** | cc_f734349e4a521306b39a7ebd808a1ebca85e06c6815dfc20_3109898_3215746.pdf; |

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-8642

November 30, 2016

Star Garguilo
Chart Industries
1300 Airport Drive
Ball Ground, GA 30107

RE: Short Term Disability (STD) Benefits
Chart Industries, Inc.
Claim #: 3719712
Claimant: Darrell Russell

Dear Star Garguilo:

We are writing in regard to Darrell Russell's claim for disability benefits (claim # 3719712). This claim is currently pended. We have thoroughly reviewed the claim and have determined additional information is needed in order to make an initial determination on this claim. We have contacted his physician(s) to obtain medical documentation to support their claim for disability benefits.

Proof must be provided by January 13, 2017. In the absence of this information, we will make a claim determination based on the information in our file.

If you have any questions regarding this claim, please feel free to contact me. Thank you.

Sincerely,

Kelli Cullis
Disability Claims Case Mgr I
On Behalf Of: Christine Fletcher
Phone No.: (888) 440-6118 Ext. 10436
Secure Fax No.: (603) 334-8642

CC: Kathy Lambert
Carolyn McGarty

**n0288355**

**From:** Ferretti, Christine
**Sent:** Wednesday, November 30, 2016 7:30:53 AM
**To:** 'Warren, Kimberly'
**Cc:** 'star.garguilo@chartindustries.com'; 'kathy.lambert@chartindustries.com'
**Subject:** RE: Russell, Darrell (Claim 3719712)

Good morning,

I wanted to confirm if 11/7 was the last day worked for Darrell Russell, as my co-worker had spoken to Star Garguilo on the phone on 11/22 regarding a previous claim for Darrell, and she mentioned that Darrell's last day worked was 11/9. Additionally, Darrell had said on the phone that his last day worked was 11/9, so I wanted to confirm which was correct.

Thank you,

Christine Ferretti

**From:** Warren, Kimberly [mailto:Kimberly.Warren@chartindustries.com]
**Sent:** Tuesday, November 22, 2016 8:17 AM
**To:** Ferretti, Christine <Christine.Ferretti@LibertyMutual.com>
**Subject:** FW: Russell, Darrell (Claim 3719712)

11/07 was last day worked.

**From:** Lambert, Kathy
**Sent:** Tuesday, November 22, 2016 7:42 AM
**To:** Warren, Kimberly <Kimberly.Warren@chartindustries.com>; Garguilo, Star <star.garguilo@chartindustries.com>; Cleveland, Amy <Amy.Cleveland@chartindustries.com>; Wehunt, Jeanette <Jeanette.Wehunt@chartindustries.com>
**Subject:** FW: Russell, Darrell (Claim 3719712)

---

**From:** Ferretti, Christine
**Sent:** Tuesday, November 22, 2016 7:41:28 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** McGarty, Carolyn; Garguilo, Star; Lambert, Kathy
**Subject:** Russell, Darrell (Claim 3719712)

Good Afternoon,

We have received an application for disability benefits as follows:

Employee: Darrell Russell (Claim 3719712)

Reported Last Date Worked: 11/9/16

If the reported last day worked does not match your records, please reply via e-mail directly so that we may update the claim accordingly before making a determination. If you have any questions, or if there is anything we can do to help you expedite this claim, please feel free to contact us at (888) 440-6118. Thank you.

**Christine Ferretti**

**Associate Disability Case Manager**

Liberty Mutual Benefits Claims-Rocky Hill, CT- Northeast

Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.

PO Box 7211, London, KY 40742-7206 Mailstop 03GC

Phone: 888-440-6118 Ext. 10436

Fax: 603-334-7686

E-mail: ChristineL.Fletcher@LibertyMutual.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee (s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original and any copy of any e-mail and any printout thereof.

This e-mail message, including any attachment (collectively the "e-mail"), may contain PRIVILEGED AND CONFIDENTIAL INFORMATION. If you are not the intended recipient, then please (i) do not read this e-mail, (ii) do not forward, print, copy or otherwise disseminate this e-mail, (iii) notify us of the error by a reply to this e-mail, and (iv) delete this e-mail from your computer. Thank you.

**n0288355**

**From:** Warren, Kimberly
**Sent:** Wednesday, November 30, 2016 8:14:45 AM
**To:** Ferretti, Christine
**Cc:** Garguilo, Star; Lambert, Kathy
**Subject:** RE: Russell, Darrell (Claim 3719712)
**Attachments:** image001.png

11/07 he worked almost 7 hours, was late due to illness. He called in sick but took vacation time for 11/08 and 11/09 before refiling claim.

**From:** Ferretti, Christine [mailto:Christine.Ferretti@LibertyMutual.com]
**Sent:** Wednesday, November 30, 2016 7:31 AM
**To:** Warren, Kimberly <Kimberly.Warren@chartindustries.com>
**Cc:** Garguilo, Star <star.garguilo@chartindustries.com>; Lambert, Kathy <Kathy.Lambert@chartindustries.com>
**Subject:** RE: Russell, Darrell (Claim 3719712)

Good morning,

I wanted to confirm if 11/7 was the last day worked for Darrell Russell, as my co-worker had spoken to Star Garguilo on the phone on 11/22 regarding a previous claim for

Darrell, and she mentioned that Darrell's last day worked was 11/9. Additionally, Darrell had said on the phone that his last day worked was 11/9, so I wanted to confirm which was correct.

Thank you,

Christine Ferretti

**From:** Warren, Kimberly [mailto:Kimberly.Warren@chartindustries.com]
**Sent:** Tuesday, November 22, 2016 8:17 AM
**To:** Ferretti, Christine <Christine.Ferretti@LibertyMutual.com>
**Subject:** FW: Russell, Darrell (Claim 3719712)

11/07 was last day worked.

**From:** Lambert, Kathy
**Sent:** Tuesday, November 22, 2016 7:42 AM
**To:** Warren, Kimberly <Kimberly.Warren@chartindustries.com>; Garguilo, Star <star.garguilo@chartindustries.com>; Cleveland, Amy <Amy.Cleveland@chartindustries.com>; Wehunt, Jeanette <Jeanette.Wehunt@chartindustries.com>
**Subject:** FW: Russell, Darrell (Claim 3719712)

---

**From:** Ferretti, Christine
**Sent:** Tuesday, November 22, 2016 7:41:28 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** McGarty, Carolyn; Garguilo, Star; Lambert, Kathy
**Subject:** Russell, Darrell (Claim 3719712)

Good Afternoon,

We have received an application for disability benefits as follows:

Employee: Darrell Russell (Claim 3719712)

Reported Last Date Worked: 11/9/16

If the reported last day worked does not match your records, please reply via e-mail directly so that we may update the claim accordingly before making a determination. If you have any questions, or if there is anything we can do to help you expedite this claim, please feel free to contact us at (888) 440-6118. Thank you.

**Christine Ferretti**

**Associate Disability Case Manager**

Liberty Mutual Benefits Claims-Rocky Hill, CT- Northeast

Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.

PO Box 7211, London, KY 40742-7206 Mailstop 03GC

Phone: 888-440-6118 Ext. 10436

Fax: 603-334-7686

E-mail: ChristineL.Fletcher@LibertyMutual.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee (s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original and any copy of any e-mail and any printout thereof.

This e-mail message, including any attachment (collectively the "e-mail"), may contain PRIVILEGED AND CONFIDENTIAL INFORMATION. If you are not the intended recipient, then please (i) do not read this e-mail, (ii) do not forward, print, copy or otherwise disseminate this e-mail, (iii) notify us of the error by a reply to this e-mail, and (iv) delete this e-mail from your computer. Thank you.

This e-mail message, including any attachment (collectively the "e-mail"), may contain PRIVILEGED AND CONFIDENTIAL INFORMATION. If you are not the intended recipient, then please (i) do not read this e-mail, (ii) do not forward, print, copy or otherwise disseminate this e-mail, (iii) notify us of the error by a reply to this e-mail, and (iv) delete this e-mail from your computer. Thank you.

Liberty Mutual. INSURANCE

**Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)**

Liberty Mutual Leave S :s
P.O. Box 8700,
Dover, NH 03821-8700
Phone: (877) 353-718ß
Fax: (800) 694-6312

## SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

**INSTRUCTIONS TO THE EMPLOYEE:** Please complete Section I before providing this form to your health care provider. Th LA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provid mplete and sufficient medical form will result in a denial of your FMLA Request.

**Company Name:** Chart Industries, Inc.

**Employee Name:** DARRELL RUSSELL **Leave ID#:** 5836291

**Employee Date of Birth:** **Employee Phone:**

**Employee Job Title:** Supervisor

**Employee Regular Work Schedule: Shift Begin Time:** 6:00 Am **Shift End Time:** 3:45 pm

**Regular Days Worked:** ☐ Sunday ☑ Monday ☑ Tuesday ☐ Wednesday ☐ Thursday ☑ Friday ☐ Saturday

**Work Schedule Comments:** Sometimes works on Saturday

**Note:** If you need a part time or a consistent reduced work schedule, it is your responsibility to provide this information to your emp in order for them to plan accordingly.

**Leave Begin Date:** 06/08/2016 **Leave End Date:** 06/07/2017

Medical Release: I authorize the release and verification of medical information in order to process this FMLA request.

**Signature of Patient/Employee:** Darrell Russell **Date** FAXED

## SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER**: Your patient has requested leave under the FMLA. Pl answer all questions so a determination for FMLA coverage can be made.

**For residents of California, do not disclose the underlying diagnosis unless you have received consent from the p t.**

**The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GIN tle II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allo y this law. To comply with this law, we are asking that you not provide any genetic information when responding to this requ or medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of a vidual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic serv nd genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an indi l or family member receiving assistive reproductive services.**

**Employee Name:** DARRELL RUSSELL **Leave ID#:** 5836291

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PRO ER

1. **MEDICAL FACTS:** *This may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specie equipment.*

**(1A) Other than residents of CA**, describe the patient's medical facts (symptoms/diagnosis) related to the serious health cond

Pt has pain (extreme) + swelling + purplish discoloration of his Ⓡ arm following surgery for cancer.

**(1B)** Approximate Date condition commenced: ~~Sept~~ Spring 2016 Probable duration of condition: Indefinite

If the medical condition is **pregnancy**, provide the expected delivery date: ______

2. **TREATMENT:** This includes examinations to determine if a serious health condition exists, evaluations of the condition and ac reatment by or under the supervision of a qualified health care provider.

| | | |
|---|---|---|
| **(2A)** Was the patient seen within 7 days of the requested leave begin date? | ☑ YES | ☐ NO |
| **(2B)** Was medication, other than over-the-counter medication, prescribed? | ☑ YES | ☐ NO |
| **(2C)** Will the patient need to have treatment visits at least twice per year due to the condition? | ☑ YES | ☐ NO |
| **(2D)** Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility? | ☐ YES | ☑ NO |

If yes: Admission Date: ______ Discharge Date: ______

| | | |
|---|---|---|
| **(2E)** Was the patient referred to another health care provider(s) for evaluation or treatment? | ☐ YES | ☑ NO |

**If** yes, Provider Name: (But he will be - David Gale, M.D.)

Provider Specialty: Pain Mgmt.

Provider Phone Number: (____) ______

Describe the nature of the treatment: ______

3. **ABSENCE FROM WORK:** Please refer to the list of the patient's job description if one has been provided. If one has not been ded, please answer this question based on the patient's own description of his/her job function.

| | | |
|---|---|---|
| **(3A)** Is the patient unable to perform any of his/her job functions due to his/her serious health condition? | ☑ YES | ☐ NO |

**If yes**, identify the job functions patient is unable to perform:

Unable to perform any work at all - no use of Ⓡ arm due to severe hypersensitivity

| | | |
|---|---|---|
| **(3B)** Is it medically necessary for patient to be absent from work? | ☑ YES | ☐ NO |

**If yes**, specify the appropriate reason(s) below. **Select ALL that apply.**

☑ Due to Incapacity (The employee may need time off work due to experiencing episodic flare-ups)

☑ Due to Treatment/Visits (The employee may need time off to attend appointments)

**Employee Name:** DARRELL RUSSELL **Leave ID#:** 5836291

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PRO ER

**4. LEAVE DATES/FREQUENCY: For an extension of a leave,** there should be no gap in time from the end date shown on page begin date provided.

**(4A)** Will the patient be incapacitated and absent from work for a single continuous period of time? ☑ YES ☐ NO

**If yes:** Leave Begin Date: 11/10/16 Leave End Date: Estimate 1/31/17

**(4B)** Will the patient need recurring absences taken at separate periods of time? unknown (after 1/31/17) ☐ YES ☐ NO

**If yes:** Leave Begin Date: ________ Leave End Date: ________

**Frequency:** Based on your medical knowledge, experience and examination of the patient, please estimate a frequency. If unsure, a reasonable range should be provided. Terms such as "n/a", "unknown", "undetermined" or "as needed" are not acceptable.

i. Frequency for Incapacity:

a) Number of episodes: ______ per ☐ Week OR ☐ Month and

b) How many hours, days or weeks per episode?

______ Hour(s) ______ Day(s) ______ Week(s)

ii. Frequency for Treatment/Visits:

Number of Appointments: ______ per ☐ Week OR ☐ Month

**(4C)** Is it medically necessary for the employee to work a part-time or a consistent reduced work schedule due to the patient's health condition? ☐ YES ☑ NO

**If yes,** specify below, including time and duration for the reduced work schedule: (Example: Cannot work more than 5 hours a day for one month)

can't work at all.

I certify that the information provided in this Certification of Health Care Provider form (Section II) is accurate to the best of my kn ge.

Signature of Provider: [signature] Date: 11/23/16

Print Provider Name: Barry J. McCasland Phone: (404) 531-0724

Provider Medical Specialty: Neurology

Medical Credentials (Example: MD, DO, *DC): M.D. Fax: (404) 531-0494

*IF the medical credential is listed as "DC", please confirm if x-rays have been taken for the patient's condition. ☐ YES ☐ NO

Please FAX the completed Certification of Health Care Provider form to Liberty Mutual. Retain a copy of the form AND the succes ex confirmation report for your records. If you wish to mail or contact Liberty Mutual, the information is provided at the top of page on

**n0288355**

**From:** Ferretti, Christine
**Sent:** Tuesday, November 22, 2016 7:41:27 AM
**To:** 'carolyn.mcgarty@chartindustries.com'; 'star.garguilo@chartindustries.com'; 'kathy.lambert@chartindustries.com'
**Subject:** Russell, Darrell (Claim 3719712)

Good Afternoon,

We have received an application for disability benefits as follows:

Employee: Darrell Russell (Claim 3719712)

Reported Last Date Worked: 11/9/16

If the reported last day worked does not match your records, please reply via e-mail directly so that we may update the claim accordingly before making a determination. If you have any questions, or if there is anything we can do to help you expedite this claim, please feel free to contact us at (888) 440-6118. Thank you.


**Christine Ferretti**

**Associate Disability Case Manager**

Liberty Mutual Benefits Claims-Rocky Hill, CT- Northeast

Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.

PO Box 7211, London, KY 40742-7206 Mailstop 03GC

Phone: 888-440-6118 Ext. 10436

Fax: 603-334-7686

E-mail: ChristineL.Fletcher@LibertyMutual.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee (s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original and any copy of any e-mail and any printout thereof.

**n0288355**

---

**From:** Warren, Kimberly
**Sent:** Tuesday, November 22, 2016 8:17:22 AM
**To:** Ferretti, Christine
**Subject:** FW: Russell, Darrell (Claim 3719712)

11/07 was last day worked.

**From:** Lambert, Kathy
**Sent:** Tuesday, November 22, 2016 7:42 AM
**To:** Warren, Kimberly <Kimberly.Warren@chartindustries.com>; Garguilo, Star <star.garguilo@chartindustries.com>; Cleveland, Amy <Amy.Cleveland@chartindustries.com>; Wehunt, Jeanette <Jeanette.Wehunt@chartindustries.com>
**Subject:** FW: Russell, Darrell (Claim 3719712)

---

**From:** Ferretti, Christine
**Sent:** Tuesday, November 22, 2016 7:41:28 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** McGarty, Carolyn; Garguilo, Star; Lambert, Kathy
**Subject:** Russell, Darrell (Claim 3719712)

Good Afternoon,

We have received an application for disability benefits as follows:

Employee: Darrell Russell (Claim 3719712)

Reported Last Date Worked: 11/9/16

If the reported last day worked does not match your records, please reply via e-mail

directly so that we may update the claim accordingly before making a determination. If you have any questions, or if there is anything we can do to help you expedite this claim, please feel free to contact us at (888) 440-6118. Thank you.

**Christine Ferretti**

**Associate Disability Case Manager**

Liberty Mutual Benefits Claims-Rocky Hill, CT- Northeast

Liberty Life Assurance Company of Boston- A Liberty Mutual Insurance Co.

PO Box 7211, London, KY 40742-7206 Mailstop 03GC

Phone: 888-440-6118 Ext. 10436

Fax: 603-334-7686

E-mail: ChristineL.Fletcher@LibertyMutual.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee (s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original and any copy of any e-mail and any printout thereof.

This e-mail message, including any attachment (collectively the "e-mail"), may contain PRIVILEGED AND CONFIDENTIAL INFORMATION. If you are not the intended recipient, then please (i) do not read this e-mail, (ii) do not forward, print, copy or otherwise disseminate this e-mail, (iii) notify us of the error by a reply to this e-mail, and

(iv) delete this e-mail from your computer. Thank you.

**CLAIMANT: DARRELL RUSSELL**

| clm_num | chk_num | ChkFrom Date | ChkThruDate | ChkDate | ben_gross_amt | chk_total_ofst_amt | chk_adj_ben_gross_amt | chk_fed_tax_withd_amt | chk_fica_tax_withd_amt | chk_adj_amt | chk_total_dedn_amt | chk_state_tax_withd_amt | ben_net_amt | rcov_ben_net_amt | NetAfterOP | Total Of chk_ofst_dedn_amt | <> SSET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7259041 | 31389606 | 05/09/17 | 06/08/17 | 06/02/17 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47423253 | 06/09/17 | 07/08/17 | 07/03/17 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47446686 | 07/09/17 | 08/08/17 | 08/02/17 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47472435 | 08/09/17 | 09/08/17 | 09/04/17 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47496311 | 09/09/17 | 10/08/17 | 10/02/17 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47522268 | 10/09/17 | 11/08/17 | 11/02/17 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47548899 | 11/09/17 | 12/08/17 | 12/04/17 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47574340 | 12/09/17 | 01/08/18 | 01/02/18 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47602625 | 01/09/18 | 02/08/18 | 02/02/18 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47630728 | 02/09/18 | 03/08/18 | 03/02/18 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47658124 | 03/09/18 | 04/08/18 | 04/02/18 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47687554 | 04/09/18 | 05/08/18 | 05/02/18 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47717748 | 05/09/18 | 06/08/18 | 06/04/18 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47746381 | 06/09/18 | 07/08/18 | 07/02/18 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47776651 | 07/09/18 | 08/08/18 | 08/02/18 | $2,413.84 | $1,554.00 | $859.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $771.84 | | $771.84 | $1,554.00 | $1,554.00 |
| 7259041 | 47803471 | 07/09/18 | 08/08/18 | 08/30/18 | $1,554.00 | $0.00 | $1,554.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,554.00 | | $1,554.00 | | |
| 7259041 | 47807682 | 08/09/18 | 09/08/18 | 09/03/18 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47838913 | 09/09/18 | 10/08/18 | 10/02/18 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47870405 | 10/09/18 | 11/08/18 | 11/02/18 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47901893 | 11/09/18 | 12/08/18 | 12/03/18 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47933489 | 12/09/18 | 01/08/19 | 01/02/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47963912 | 01/09/19 | 02/08/19 | 02/04/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 47997364 | 02/09/19 | 03/08/19 | 03/04/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 48028547 | 03/09/19 | 04/08/19 | 04/02/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 48060413 | 04/09/19 | 05/08/19 | 05/02/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 48095751 | 05/09/19 | 06/08/19 | 06/03/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 48131118 | 06/09/19 | 07/08/19 | 07/02/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 48150490 | 07/09/19 | 07/23/19 | 07/23/19 | $1,206.92 | $0.00 | $1,206.92 | $44.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,162.92 | | $1,162.92 | | |
| 7259041 | 48179313 | 07/24/19 | 08/23/19 | 08/19/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 48214068 | 08/24/19 | 09/23/19 | 09/17/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 100021542 | 09/24/19 | 10/23/19 | 10/17/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 100221001 | 10/24/19 | 11/23/19 | 11/18/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 100419346 | 11/24/19 | 12/23/19 | 12/17/19 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 100633643 | 12/24/19 | 01/23/20 | 01/17/20 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 100836182 | 01/24/20 | 02/23/20 | 02/18/20 | $2,413.84 | $0.00 | $2,413.84 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.84 | | $2,325.84 | | |
| 7259041 | 101023909 | 02/24/20 | 05/08/20 | 03/16/20 | $5,954.14 | $0.00 | $5,954.14 | $129.07 | $0.00 | $0.00 | $0.00 | $0.00 | $5,825.07 | | $5,825.07 | | |
| | | | | | **$88,371.78** | **$1,554.00** | **$86,817.78** | **$3,077.07** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$83,740.71** | | **$83,740.71** | **$1,554.00** | |