IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DARRELL RUSSELL
Plaintiff,

vs.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

Defendant.

CIVIL ACTION NO.

1:21-cv-00853-CC

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

This Court will hold a **settlement conference** in the above-styled action on August 18, 2021**, at** 11:00 **am**, via the **Zoom platform**. An uninsured corporate party shall appear by a representative authorized to discuss, make recommendations, and make final decisions regarding settlement. Representatives appearing on behalf of a party **must have full settlement authority**.

**Prior to appearing before the undersigned at the settlement conference, the parties are INSTRUCTED to negotiate and make a good faith effort to settle the case without the involvement of the Court. Specific proposals and counter proposals SHALL be made.** If settlement is achieved prior to the date of the settlement conference, counsel should notify the Court promptly by letter faxed to (404) 215-1397.

Each party is **INSTRUCTED** to provide a confidential settlement memorandum to the undersigned at least **four (4) business days** prior to the settlement conference. The settlement memorandum should include: (1) an overview of the case; (2) a realistic analysis of the strengths and weaknesses of the case; (3) an estimate of attorney fees incurred through the date of the settlement conference and an estimate of attorney fees that will be incurred if the case proceeds to trial;[1] and (4) the specific proposals and counter proposals and other settlement negotiations that have occurred. The settlement memorandum should not exceed five (5) double-spaced typed pages. The contents of the memorandum will not be shared with any other party or with counsel representing such party.[2]

At the settlement conference, the Court will ask counsel to give a brief outline of the factual and legal basis of the case. Using Zoom breakout rooms, the Court may hold separate, confidential meetings with each party and counsel representing such party, and the Court may speak with each party directly, in the presence of counsel.

---

[1] If counsel are unable to provide an estimate of attorney fees through trial due to the early stage of the litigation, counsel should provide an estimate of attorney fees that will be incurred through summary judgment.

[2] Settlement memoranda should be submitted to the undersigned's chambers directly, by fax to the number provided above, and should not be filed using CM/ECF.

If any party fails to comply with the instructions in this Order, the Court **may impose appropriate sanctions**.

SO ORDERED this 6th day of July, 2021.

*s/ CLARENCE COOPER*
CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE