**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DARRELL RUSSELL | ) | |
| PLAINTIFF, | ) | Civil Action No. 1:21cv00853-CC |
| v. | ) | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| DEFENDANT. | ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Darrell Russell and Defendant Lincoln Life Assurance Company of Boston, hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 11th day of August 2021.

Respectfully submitted,

/s/ D. Seth Holliday
D. Seth Holliday
**MCMAHAN LAW FIRM, LLC**
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
PH: (706) 217-6118
Email: Sholliday@mcmahanfirm.com
ATTORNEY FOR PLAINTIFF

**- AND -**

LAW OFFICES OF IWANA RADEMAKERS, P.C.

s/ *Iwana Rademaekers*

Iwana Rademaekers, Esq.
Texas Bar No. 16452560
(Admitted *Pro Hac Vice*)

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -

*/s/ Brian Johnson*

Brian Johnson, Esq.
Georgia Bar No. 394745

DREW, ECKL & FARNHAM
303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
404/885-1400
404/876-0992 fax
Email: johnsonb@deflaw.com

ATTORNEYS FOR DEFENDANTY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **11th day of August 2021**, a true and correct copy of the foregoing Pleading was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers