IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DARRELL RUSSELL, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | 1:21-CV-0853-CC |
| | : | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | : | |
| | : | |
| Defendant. | : | |

**ORDER ADMINISTRATIVELY CLOSING CASE**

The parties in the above-styled action have advised the Court that this case has settled but that they need additional time to file a stipulation of dismissal. Accordingly, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for statistical purposes pending the parties' filing of the stipulation of dismissal. If the settlement is not finalized, the parties should promptly move the Court to reopen the case. If the parties do not move the Court within 45 days to reopen the case, it will be deemed to have been dismissed with prejudice. The Court hereby retains jurisdiction over this case, and this Order Administratively Closing Case shall not prejudice the rights of the parties to this litigation in any manner.

SO ORDERED this 27th day of August, 2021.

*s/ CLARENCE COOPER*
CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE