# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DARRELL RUSSELL,<br><br>      PLAINTIFF,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>      DEFENDANT. | )<br>)<br>)<br>) Civil Action No. 1:21cv00853-CC<br>)<br>)<br>)<br>)<br>)<br>) |

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Darrell Russell and Defendant Lincoln Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 4th day of October 2021.

                                                            Respectfully submitted,

           **MCMAHAN LAW FIRM, LLC**

           /s/ D. Seth Holliday
           D. Seth Holliday
           700 S. Thornton Avenue
           P.O. Box 1607
           Dalton, GA 30722
           PH: (706) 217-6118
           Email:  Sholliday@mcmahanfirm.com

           ATTORNEY FOR PLAINTIFF

           **- AND -**

           LAW OFFICES OF IWANA RADEMAEKERS, P.C.

           s/ *Iwana Rademaekers*
           Iwana Rademaekers, Esq.
           Texas Bar No. 16452560
           (Admitted *Pro Hac Vice*)

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

- AND -

           */s/ Brian Johnson*
           Brian Johnson, Esq.
           Georgia Bar No. 394745

DREW, ECKL & FARNHAM
303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
404/885-1400
404/876-0992 fax
Email:  johnsonb@deflaw.com

           ATTORNEYS FOR DEFENDANT